Margaret T. McCarthy, #020882
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
Email: *mmccarthy@rcdmlaw.com*

Arthur Liederman *(Pro Hac Vice)*
Nicole Battisti *(Pro Hac Vice)*
MORRISON MAHONEY, LLP
120 Broadway, Suite 1010
New York, NY 10271
Telephone: (212) 825-1212
Facsimile: (212) 825-1313
Email: *aliederman@morrisonmahoney.com*
       *nbattisti@morrisonmahoney.com*

*Attorneys for Defendant Constellation Pharmaceuticals, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Iris Spedale and Daniel Spedale, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Constellation Pharmaceuticals, Inc.,<br><br>Defendant. | 2:17-cv-00109-ESW<br><br>**DEFENDANT CONSTELLATION PHARMACEUTICALS, INC.'S ANSWER TO COMPLAINT AND JURY DEMAND** |

**PARTIES**

1. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "1" of the Complaint.

2. Defendant Constellation denies that it is a corporation organized under the laws of the Commonwealth of Massachusetts, but admits that Defendant Constellation

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

1  has its principal place of business located at 215 First Street, Suite 200, Cambridge, MA
2  02142.  Defendant Constellation is a Delaware Corporation.

3      3.    Defendant Constellation admits that it is a developer of pharmaceutical
4  drugs, but denies the remaining allegations contained in paragraph designated "3" of the
5  Complaint.

6  **JURISDICTION AND VENUE**

7      4.    Defendant Constellation denies and respectfully refers all questions of law
8  to the Court concerning the allegations contained in paragraph designated "4" of the
9  Complaint.

10      5.    Defendant Constellation denies and respectfully refers all questions of law
11  to the Court concerning the allegations contained in paragraph designated "5" of the
12  Complaint.

13  **FACTUAL ALLEGATIONS**

14      6.    Defendant Constellation denies knowledge or information sufficient to
15  form a belief as to the truth of the allegations contained in paragraph designated "6" of
16  the Complaint.

17      7.    Defendant Constellation denies knowledge or information sufficient to
18  form a belief as to the truth of the allegations contained in paragraph designated "7" of
19  the Complaint.

20      8.    Defendant Constellation denies knowledge or information sufficient to
21  form a belief as to the truth of the allegations contained in paragraph designated "8" of
22  the Complaint.

23      9.    Defendant Constellation denies knowledge or information sufficient to
24  form a belief as to the truth of the allegations contained in paragraph designated "9" of
25  the Complaint.

26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ  85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

10. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "10" of the Complaint.

11. Defendant Constellation admits that it was the listed sponsor of the Study but denies the remaining allegations contained in paragraph designated "11" of the Complaint.

12. Defendant Constellation admits the allegations contained in paragraph "12" but denies that Defendant Constellation wrote the majority, if not all, of the informed consent form.

13. Defendant Constellation admits the allegations contained in paragraph designated "13" of the Complaint.

14. Defendant Constellation admits that it designed CPI-0610 but denies the remaining allegations contained in paragraph designated "14" of the Complaint.

15. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "15" of the Complaint.

16. Defendant Constellation denies the allegations contained in paragraph designated "16" of the Complaint.

17. Defendant Constellation admits the allegations contained in paragraph designated "17" of the Complaint.

18. Defendant Constellation admits that all treatment schedules were on a 21-day cycle, but denies all remaining allegations contained in paragraph designated "18" of the Complaint.

19. Defendant Constellation denies allegations contained in paragraph designated "19" of the Complaint as the Informed Consent form speaks for itself.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 3, 2:17-cv-00109-ESW)   4102-0001   3425031v1

20. Defendant Constellation denies allegations contained in paragraph designated "20" of the Complaint as the Informed Consent form speaks for itself.

21. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "21" of the Complaint.

22. Defendant Constellation admits the allegations contained in paragraph designated "22" of the Complaint regarding whether Mrs. Spedale executed the informed consent form but denies the remaining allegations as the informed consent form speaks for itself.

23. Defendant Constellation denies allegations contained in paragraph designated "23" of the Complaint.

24. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "24" of the Complaint.

25. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "25" of the Complaint.

26. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "26" of the Complaint.

27. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "27" of the Complaint.

28. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "28" of the Complaint.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 4, 2:17-cv-00109-ESW)　　　　4102-0001　　　　3425031v1

1
2
3      29.    Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "29" of the Complaint.

4
5
6      30.    Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "30" of the Complaint.

7
8
9      31.    Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "31" of the Complaint.

10
11
12     32.    Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "32" of the Complaint.

13
14
15     33.    Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "33" of the Complaint.

16
17
18     34.    Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "34" of the Complaint.

19
20
21     35.    Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "35" of the Complaint.

22
23
24     36.    Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "36" of the Complaint.

25
26

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 5, 2:17-cv-00109-ESW)                    4102-0001                    3425031v1

37. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "37" of the Complaint.

38. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "38" of the Complaint.

39. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "39" of the Complaint.

40. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "40" of the Complaint.

41. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "41" of the Complaint.

42. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "42" of the Complaint.

43. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "43" of the Complaint.

44. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "44" of the Complaint.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 6, 2:17-cv-00109-ESW)          4102-0001          3425031v1

45. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "45" of the Complaint.

46. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "46" of the Complaint.

47. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "47" of the Complaint.

48. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "48" of the Complaint.

49. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "49" of the Complaint.

50. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "50" of the Complaint.

51. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "51" of the Complaint.

52. Defendant Constellation denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph designated "52" of the Complaint.

53. Defendant Constellation denies the allegations contained in paragraph designated "53" of the Complaint.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 7, 2:17-cv-00109-ESW)                     4102-0001                     3425031v1

54. Defendant Constellation denies the allegations contained in paragraph designated "54" of the Complaint.

55. Defendant Constellation denies the allegations contained in paragraph designated "55" of the Complaint.

56. Defendant Constellation denies the allegations contained in paragraph designated "56" of the Complaint.

57. Defendant Constellation denies the allegations contained in paragraph designated "57" of the Complaint.

## COUNT I

## NEGLIGENCE

58. Defendant Constellation repeats, reiterates and realleges each and every response to the preceding allegations as if fully set forth herein.

59. Defendant Constellation denies the allegations contained in paragraph designated "59" of the Complaint.

60. The allegations contained in Paragraph 60 of the Complaint state a legal conclusion and therefore Defendant Constellation is not required to answer and all questions of law are referred to this Court for determination.

61. The allegations contained in Paragraph 61 of the Complaint state a legal conclusion and therefore Defendant Constellation is not required to answer and all questions of law are referred to this Court for determination.

62. The allegations contained in Paragraph 62 of the Complaint state a legal conclusion and therefore Defendant Constellation is not required to answer and all questions of law are referred to this Court for determination.

63. The allegations contained in Paragraph 63 of the Complaint state a legal conclusion and therefore Defendant Constellation is not required to answer and all questions of law are referred to this Court for determination.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-9853

(Page 8, 2:17-cv-00109-ESW)                    4102-0001                    3425031v1

64. The allegations contained in Paragraph 64 of the Complaint state a legal conclusion and therefore Defendant Constellation is not required to answer and all questions of law are referred to this Court for determination.

65. Defendant Constellation denies the allegations contained in paragraph designated "65" of the Complaint.

66. Defendant Constellation denies the allegations contained in paragraph designated "66" of the Complaint.

67. Defendant Constellation denies the allegations contained in paragraph designated "67" of the Complaint.

68. Defendant Constellation denies the allegations contained in paragraph designated "68" of the Complaint.

69. Defendant Constellation denies the allegations contained in paragraph designated "69" of the Complaint.

70. Defendant Constellation denies the allegations contained in paragraph designated "70" of the Complaint.

71. Defendant Constellation denies the allegations contained in paragraph designated "71" of the Complaint.

72. Defendant Constellation denies the allegations contained in paragraph designated "72" of the Complaint.

73. Defendant Constellation denies the allegations contained in paragraph designated "73" of the Complaint.

## COUNT II

## LACK OF INFORMED CONSENT

74. Defendant Constellation repeats, reiterates and realleges each and every response to the preceding allegations as if fully set forth herein.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 9, 2:17-cv-00109-ESW)   4102-0001   3425031v1

75. Defendant Constellation denies the allegations contained in paragraph designated "75" of the Complaint.

76. The allegations contained in Paragraph 76 of the Complaint state a legal conclusion and therefore Defendant Constellation is not required to answer and all questions of law are referred to this Court for determination.

77. Defendant Constellation denies the allegations contained in paragraph designated "77" of the Complaint.

78. Defendant Constellation denies the allegations contained in paragraph designated "78" of the Complaint.

79. Defendant Constellation denies the allegations contained in paragraph designated "79" of the Complaint.

80. Defendant Constellation denies the allegations contained in paragraph designated "80" of the Complaint.

81. Defendant Constellation denies the allegations contained in paragraph designated "81" of the Complaint.

## COUNT III

## STRICT PRODUCTS LIABILITY

82. Defendant Constellation repeats, reiterates and realleges each and every response to the preceding allegations as if fully set forth herein.

83. The allegations contained in Paragraph 83 of the Complaint state a legal conclusion and therefore Defendant Constellation is not required to answer and all questions of law are referred to this Court for determination.

84. Defendant Constellation denies the allegations contained in paragraph designated "84" of the Complaint.

85. Defendant Constellation denies the allegations contained in paragraph designated "85" of the Complaint.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 10, 2:17-cv-00109-ESW)    4102-0001    3425031v1

86. Defendant Constellation denies the allegations contained in paragraph designated "86" of the Complaint.

87. Defendant Constellation denies the allegations contained in paragraph designated "87" of the Complaint.

88. Defendant Constellation denies the allegations contained in paragraph designated "88" of the Complaint.

## COUNT IV

## LOSS OF CONSORTIUM, INTEREST AND PUNITIVE DAMAGES

89. Defendant Constellation denies the allegations contained in paragraph designated "89" of the Complaint.

90. Defendant Constellation denies the allegations contained in paragraph designated "90" of the Complaint.

91. Defendant Constellation denies the allegations contained in paragraph designated "91" of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

The claims arising out of the subject matter of the transactions and occurrences alleged were the results of risks assumed by the plaintiff.

## SECOND AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief may be granted.

## THIRD AFFIRMATIVE DEFENSE

The acts or omissions alleged by the plaintiff were done with the actual or implied consent of the plaintiff.

## FOURTH AFFIRMATIVE DEFENSE

The plaintiff knew of the potential dangers inherent in the use of the product and needed no warning as to these dangers.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 11, 2:17-cv-00109-ESW)         4102-0001         3425031v1

## FIFTH AFFIRMATIVE DEFENSE

There was no structural or design defect inherent in the product at the time of its use by the plaintiff or any alternative feasible design to the product.

## SIXTH AFFIRMATIVE DEFENSE

The product was of the kind and quality which would pass without objection in the trade or industry involved.

WHEREFORE, Defendant, Constellation Pharmaceuticals, Inc., demands judgment dismissing plaintiff's Complaint and Jury Demand, together with costs, disbursements and attorneys' fees, and such other and further relief as the court deems just and proper.

DATED this 20th day of March, 2017.

RENAUD COOK DRURY MESAROS, PA

By *s/Margaret T. McCarthy*
Margaret T. McCarthy, R.N., J.D.
One North Central, Suite 900
Phoenix, Arizona 85004-4417
*Attorneys for Defendant Constellation Pharmaceuticals, Inc.*

*and*

Arthur Liederman (Pro Hac Vice)
Nicole Battisti (Pro Hac Vice)
MORRISON MAHONEY, LLP
120 Broadway, Suite 1010
New York, NY 10271

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participant:

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 12, 2:17-cv-00109-ESW)   4102-0001   3425031v1

Alan Milstein
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, NJ 08057
AMilstein@shermansilverstein.com
*Attorney for Plaintiff*

By  *s/ Benita Beck*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 13, 2:17-cv-00109-ESW)   4102-0001   3425031v1