Margaret T. McCarthy, #020882
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
Email: *mmccarthy@rcdmlaw.com*

Arthur Liederman *(Pro Hac Vice)*
Nicole Battisti *(Pro Hac Vice)*
MORRISON MAHONEY, LLP
120 Broadway, Suite 1010
New York, NY 10271
Telephone: (212) 825-1212
Facsimile: (212) 825-1313
Email: *aliederman@morrisonmahoney.com*
       *nbattisti@morrisonmahoney.com*

*Attorneys for Defendant Constellation Pharmaceuticals, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Iris Spedale and Daniel Spedale, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>Constellation Pharmaceuticals, Inc.,<br><br>Defendant. | 2:17-cv-00109-ESW<br><br>**DEFENDANT CONSTELLATION PHARMACEUTICALS, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Constellation Pharmaceuticals, Inc., certifies that it is a private corporation and its stock is held by financial investors that are not publically listed.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

(Page 1, 2:17-cv-00109-ESW)                    4102-0001                    3425027v1

DATED this 20th day of March, 2017.

                RENAUD COOK DRURY MESAROS, PA

                By *s/Margaret T. McCarthy*
                   Margaret T. McCarthy, R.N., J.D.
                   One North Central, Suite 900
                   Phoenix, Arizona 85004-4417
                   *Attorneys for Defendant Constellation Pharmaceuticals, Inc.*

                *and*

                Arthur Liederman (Pro Hac Vice)
                Nicole Battisti (Pro Hac Vice)
                MORRISON MAHONEY, LLP
                120 Broadway, Suite 1010
                New York, NY 10271

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participant:

Alan Milstein
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, NJ 08057
AMilstein@shermansilverstein.com
*Attorney for Plaintiff*

By   *s/ Benita Beck*

LAW OFFICES
RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853