**EXHIBIT D**



**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring MD 20993

IND 118814

**STUDY MAY PROCEED**

Constellation Pharmaceuticals
Attention: Michael R. Cooper, M.D.
Chief Medical Officer
215 First Street, Suite 200
Cambridge, MA 02142

Dear Dr. Cooper:

Please refer to your Investigational New Drug Application (IND) submitted under section 505(i) of the Federal Food, Drug, and Cosmetic Act for CPI-0610.

We have completed our 30-day, safety review of your application and have concluded that you may proceed with your proposed clinical investigation for treatment of hematologic malignancies.

In addition, we have the following comments for your consideration:

Non-Clinical

Your IND included draft reports of nonclinical toxicology studies. We thus remind you that quality assured final reports for your repeat dose studies in rats and dogs (Study #s 0610-TOX-006 and 0610-TOX-007) should be available to us upon request before (October 04, 2013) which is 120 days from the date of our receipt of the IND. You should also submit to us a description of any differences between the finalized study reports and the information presented in the initial draft reports. Please refer to Guidance for Industry Q&A document *"Content and Format of Investigational New Drug Applications (IND's) for Phase 1 Studies of Drugs, Including Well-characterized, Therapeutic, Biotechnology-derived Products"* for further details.

Clinical Pharmacology

Regarding your first-in-human protocol:
1. Consider adding a food effect cohort to your proposed study or another early study to obtain preliminary food effect data on the pharmacokinetics and safety of the drug to guide dosing recommendations for the clinical safety and efficacy studies.

2. Consider adding Hour 12 and Hour 24 PK sampling times after last dose of your proposed product in Cycle 1 to be sure that the terminal $T_{1/2}$ may be reliably estimated.

IND 118814
Page 2

During the development of CPI-0610, address the following:

1.  Characterize single and multiple dose pharmacokinetics, as well as dose proportionality in humans.

2.  Conduct population pharmacokinetic analysis to evaluate the effect of intrinsic and extrinsic factors on the pharmacokinetics of CPI-0610 in humans.

3.  As the development of your drug progresses, you should pool available clinical data and conduct thorough dose-response and exposure-response analyses for safety and effectiveness. Such analyses should be updated periodically using newly generated data. This effort will be crucial for selecting optimal doses for registration studies. Refer to Guidances for Industry *Population Pharmacokinetics* and *Exposure-Response Relationships — Study Design, Data Analysis, and Regulatory Applications* for more information.

4.  Validate the analytical methods used to determine the concentrations of CPI-0610 (and its metabolites). Refer to the Guidance for Industry *Bioanalytical Method Validation*.

5.  Quantitate and characterize the mechanism(s) of potential drug-drug interactions to determine the need for in vivo studies. This should include an evaluation of the in vitro ability of CPI-0610 (and its metabolites) to act as substrates, inhibitors or inducers of cytochrome P450 enzymes, conjugating enzymes and transporters. For an updated list of potential metabolic pathways and transporters identified by the Agency please refer to the newly released *Drug Interaction Studies* Draft Guidance for more information.

6.  Identify the pathways by which CPI-0610 (and its metabolites) are eliminated and excreted to determine the need for organ impairment trial(s). Please refer to the Guidances for Industry *Pharmacokinetics in Patients with Impaired Renal Function* and *Pharmacokinetics in Patients with Impaired Hepatic Function* for more information.

7.  Evaluate QT/QTc interval prolongation potential of CPI-0610. In oncology, alternative proposals to the "TQT" trial may be appropriate. Submit your overall QT risk evaluation plan for FDA review. For more information, refer to the Guidance for Industry entitled *E14 Clinical Evaluation of QT/QTc Interval Prolongation*.

8.  As stated above, food-effect bioavailability studies should be conducted early in the drug development to guide the decisions to administer the drug with or without food, and select formulations for further development. Food-effect bioavailability information should be available to design clinical safety and efficacy studies. Conduct a food effect trial per Guidance for Industry *Food-Effect Bioavailability and Fed Bioequivalence Studies*.

9.  Determine bioavailability of CPI-0610 in humans per Guidance for Industry *Bioavailability and Bioequivalence Studies for Orally Administered Drug Products — General Considerations*.

IND 118814
Page 3

As sponsor of this IND, you are responsible for compliance with the FDCA
(21 U.S.C. §§ 301 et. seq.) as well as the implementing regulations [Title 21 of the Code of
Federal Regulations (CFR)].  A searchable version of these regulations is available at
http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/CFRSearch.cfm.  Your responsibilities
include:

- Reporting any unexpected fatal or life-threatening suspected adverse reactions to this
  Division no later than 7 calendar days after initial receipt of the information
  [21 CFR 312.32(c)(2)].

  If your IND is in eCTD format, submit 7-day reports electronically in eCTD format via the
  FDA Electronic Submissions Gateway (ESG). To obtain an ESG account, see information
  at the end of this letter.

  If your IND is not in eCTD format:

  - you should submit 7-day reports by a rapid means of communication, preferably by
    facsimile or email. You should address each submission to the Regulatory Project Manager
    and/or to the Chief, Project Management Staff;

  - if you intend to submit 7-day reports by email, you should obtain a secure email account
    with FDA (see information at the end of this letter);

  - if you also send copies of these reports to your IND, the submission should have the
    same date as your facsimile or email submission and be clearly marked as "Duplicate."

- Reporting any (1) serious, unexpected suspected adverse reactions, (2) findings from other
  clinical, animal, or in-vitro studies that suggest significant human risk, and (3) a clinically
  important increase in the rate of a serious suspected adverse reaction to this Division and to
  all investigators no later than 15 calendar days after determining that the information
  qualifies for reporting [21 CFR 312.32(c)(1)]. If your IND is in eCTD format, submit 15-
  day reports to FDA electronically in eCTD format.  If your IND is not in eCTD format, you
  may submit 15-day reports in paper format; and

- Submitting annual progress reports within 60 days of the anniversary of the date that the
  IND went into effect (the date clinical studies were permitted to begin) [21 CFR 312.33].

## SUBMISSION REQUIREMENTS

Cite the IND number listed above at the top of the first page of any communications concerning
this application.  Each submission to this IND must be provided in triplicate (original plus two
copies).  Please include three originals of all illustrations that do not reproduce well.  Send all
submissions, electronic or paper, including those sent by overnight mail or courier, to the
following address:

IND 118814
Page 4

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Division of Hematology Products
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

All regulatory documents submitted in paper should be three-hole punched on the left side of the page and bound. The left margin should be at least three-fourths of an inch to assure text is not obscured in the fastened area. Standard paper size (8-1/2 by 11 inches) should be used; however, it may occasionally be necessary to use individual pages larger than standard paper size. Non-standard, large pages should be folded and mounted to allow the page to be opened for review without disassembling the jacket and refolded without damage when the volume is shelved. Shipping unbound documents may result in the loss of portions of the submission or an unnecessary delay in processing which could have an adverse impact on the review of the submission. For additional information, see http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/Drug MasterFilesDMFs/ucm073080.htm.

Secure email between CDER and sponsors is useful for informal communications when confidential information may be included in the message (for example, trade secrets or patient information). If you have not already established secure email with the FDA and would like to set it up, send an email request to SecureEmail@fda.hhs.gov. Please note that secure email may not be used for formal regulatory submissions to applications (except for 7-day safety reports for INDs not in eCTD format).

The FDA Electronic Submissions Gateway (ESG) is the central transmission point for sending information electronically to the FDA and enables the secure submission of regulatory information for review. If your IND is in eCTD format, you should obtain an ESG account. For additional information, see http://www.fda.gov/ForIndustry/ElectronicSubmissionsGateway/.

If you have any questions, please contact me at (301) 796-8493.

Sincerely,

*{See appended electronic signature page}*

Patricia Garvey, R.Ph.
Senior Regulatory Project Manager
Division of Hematology Products
Office of Hematology and Oncology Products
Center for Drug Evaluation and Research

------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

------------------------------------------------------------------------------------------------

/s/

---------------------------------------------------

PATRICIA N GARVEY
06/28/2013

**EXHIBIT E**

# Clinical Trial Protocol: 0610-03

**Study Title:**   A Phase 1 Study of CPI-0610, a Small Molecule Inhibitor of BET
Proteins, in Patients with Previously Treated Multiple Myeloma

**Study Number:**   0610-03

**Study Phase:**   1

**Product Name:**   CPI-0610

**Indication:**   Multiple Myeloma

**Study Sponsor:**   Constellation Pharmaceuticals
215 First Street, Suite 200
Cambridge, MA 02142

**Medical Monitor:**   Michael R. Cooper, M.D.
Constellation Pharmaceuticals
Phone: 617-714-0573
Cell: 617-852-5344

|  | Date |
| --- | --- |
| **Original Protocol (Version 1):** | 13 September 2013 |
| **Amendment 1 (Version 2):** | 03 April 2014 |
| **Amendment 2 (Version 3):** | 22 September 2014 |
| **Amendment 3 (Version 4):** | 01 December 2015 |

## Confidentiality Statement

This document is the proprietary and confidential property of Constellation Pharmaceuticals.

## PRINCIPAL INVESTIGATOR SIGNATURE

I have read the attached Protocol 0610-03 entitled "A Phase 1 Study of CPI-0610, a Small Molecule Inhibitor of BET Proteins, in Patients with Previously Treated Multiple Myeloma," dated 01 December 2015.  I agree to abide by all provisions set forth herein.  I agree to comply with the International Conference on Harmonization Tripartite Guidelines on Good Clinical Practice, effective in the United States from 9 May 1997, and applicable United States Food and Drug Administration regulations set forth in 21 CFR §50, 54, 56, and 312.  I agree to ensure that the confidential information contained in this document will not be used for any purpose other than the evaluation and conduct of this clinical investigation without the prior written consent of Constellation Pharmaceuticals.

_____    _____    _____

Principal Investigator Printed Name         Principal Investigator Signature                    Date


_____

Investigational Site or Name of Institution and Location


Michael Cooper, MD                          *[signature]*                        01 December 2015
_____    _____    _____
Medical Monitor Printed Name             Medical Monitor Signature                    Date

# SYNOPSIS

**Sponsor:**

Constellation Pharmaceuticals

**Study Title:**

A Phase 1 Study of CPI-0610, a Small Molecule Inhibitor of BET Proteins, in Patients with Previously Treated Multiple Myeloma

**Study Number:** 0610-03

**Study Phase:** 1

**Investigational Product; Dose; and Mode of Administration:**

CPI-0610; starting dose 6 mg orally (PO) once daily (QD); patients will take CPI-0610 daily for 14 consecutive days followed by a 7-day break (1 cycle = 21 days)

**Comparator; Dose; and Mode of Administration:**

Not applicable

| Primary Objective: | Primary Endpoint: |
|---|---|
| To determine the maximum tolerated dose (MTD) of CPI-0610 and characterize its dose-limiting toxicities (DLTs) when given orally once daily for 14 consecutive days and followed by a 7-day break. | The frequency of dose-limiting toxicities (DLTs) associated with CPI-0610 administration during the first cycle (first 21 days) of treatment |

| Secondary Objectives: | Secondary Endpoints: |
|---|---|
| To characterize the safety and tolerability of CPI-0610 | Adverse events (AEs) and serious adverse events (SAEs); changes in hematology and clinical chemistry values; changes in the physical examination, vital signs, electrocardiogram (ECG), echocardiogram (ECHO), and ECOG performance status |
| To characterize the pharmacokinetics of CPI-0610 and profile its potential metabolites | $AUC_{(0-t)}$, $AUC_{(0-\infty)}$, $AUC_{tau}$, ss, $T_{max}$, $C_{max}$, $C_{trough}$, $T_{1/2}$, Vd/F, CL/F |
| To characterize the pharmacodynamic effects of CPI-0610 in patients' malignant plasma cells by assessing the following:<br>o changes in the expression of *MYC* and other genes whose expression may be altered by BET inhibition<br>o changes in cellular proliferation and in the extent of apoptosis | Post-treatment changes from baseline in the expression of mRNA or protein produced by genes in malignant plasma cells whose expression may be altered by BET inhibition<br><br>Post-treatment changes from baseline in the expression of markers of cellular proliferation (e.g., Ki67) and apoptosis (e.g., cleaved caspase 3) in malignant plasma cells |

| | |
|---|---|
| To characterize the pharmacodynamic effects of CPI-0610 in peripheral blood mononuclear cells (PBMCs) by measuring changes in the expression of a set of genes that are sensitive to BET inhibition | Post-treatment changes from baseline in levels of selected mRNAs that are expressed in PBMCs and sensitive to BET inhibition |
| To characterize any anti-myeloma activity associated with CPI-0610 treatment | Tumor response, as assessed by the investigator using the International Myeloma Working Group (IMWG) Uniform Response Criteria for Multiple Myeloma |

**Study Population:**

Patients with multiple myeloma that has progressed following standard treatment, and for whom further effective standard treatment is not available, will be enrolled in this study. Previous treatment should have included an immunomodulatory agent (e.g., thalidomide, lenalidomide) and a proteasome inhibitor (e.g., bortezomib, carfilzomib) unless the patient declines or is considered by the investigator to not be a candidate for one or both of these standard therapies. Eligible patients must have measurable disease, as defined in the study's inclusion criteria.

The study plans for the enrollment of approximately 36 patients, with 24 patients in the dose escalation part of the study and 12 in the dose expansion part of the study. However, more patients may be required to meet the study's primary objective.

**Study Design:**

This is a Phase 1, multi-center, open-label, dose escalation study of CPI-0610.

CPI-0610 will be given once daily for 14 consecutive days followed by a 7-day break (1 cycle = 21 days), with cycles of treatment repeated as long as CPI-0610 is well tolerated and there is no evidence of disease progression. The CPI-0610 starting dose will be 6 mg PO daily. However, if sufficient data is available from preceding trials of CPI-0610 in patients with lymphoma or in patients with acute leukemia or myelodysplastic syndrome, that data may be used to support a higher starting dose for this trial.

Increasing doses of CPI-0610 will be evaluated in successive cohorts of 3-6 patients until the MTD is determined. Dose escalation decisions and determination of the MTD will be guided by a standard "3+3" rule-based algorithm. The MTD is the highest dose that causes DLT in less than 2 of 6 patients. Following three initial dose doublings, the maximal allowable increase in dose from one cohort of patients to the next will be defined by the modified Fibonacci series.

Following determination of the MTD a dose expansion part of the study will open, in which an additional 12 patients will be treated at the MTD. The primary purpose of the dose expansion part of the study is to confirm the safety and tolerability of the MTD before it is recommended for use in subsequent clinical trials.

Although CPI-0610 will be given initially as a once daily dose, this study makes provision for its administration twice daily, if doing so is suggested by evaluation of CPI-0610's PK, safety, or pharmacodynamic data. This study also provides the option of evaluating a less dose-intensive CPI-0610 dosing regimen (e.g., 7 days of dosing followed by a 7-day treatment break) if it is found that dosing for 14 days is not tolerated. In any case, only one schedule of CPI-0610 administration, and only one daily dosing frequency, will be evaluated during the dose expansion part of the study.

**Study Duration:**

Patients may continue treatment with CPI-0610 until disease progression or unacceptable toxicity occurs. Patients will be discontinued from the study if they withdraw consent, cannot comply with the schedule of treatment and evaluations in the study, or if the investigator judges that further therapy is no longer in the patient's best interest.

CPI-0610
Clinical Trial Protocol: 0610-03                                                Version 4, 01 December 2015

**Safety Assessments:**

Safety will be assessed through monitoring of AEs, SAEs, clinical laboratory tests, vital signs, physical examinations, ECGs, ECHOs, ECOG performance status, and the use of concomitant medications.

**Pharmacokinetic Assessments:**

During the first cycle of treatment serial blood samples for the measurement of circulating concentrations of CPI-0610 and for profiling its metabolites will be collected (1) over the 24 hours following the first dose; (2) before dosing on Day 8; (3) over the 24 hours following the last dose; and (4) on selected days during the break from dosing between the first and second cycles of treatment. This sampling strategy is designed to characterize CPI-0610's pharmacokinetics after the first dose as well as at steady-state, and will facilitate the estimation of CPI-0610's elimination half-life. One additional blood sample for measurement of the circulating concentration of CPI-0610 and for metabolite profiling will be collected between Days 8 and 13 of the first cycle of treatment, coinciding with the performance of a bone marrow biopsy and aspirate obtained for pharmacodynamic and pharmacogenetic assessments.

A peripheral blood sample will be obtained for the isolation of DNA from circulating leukocytes, in order to potentially conduct genotyping for polymorphisms in drug-metabolizing enzymes that could affect the pharmacokinetics of CPI-0610.

**Pharmacodynamic Biomarker Assessments:**

Prior to starting therapy with CPI-0610 and during the first cycle of treatment samples of whole blood will be collected at selected PK sampling time points and assessed for changes in the expression of approximately 7 genes in peripheral blood mononuclear cells (PMBCs) that are sensitive to BET protein bromodomain inhibition. Gene expression in PBMCs will be assessed by qPCR.

Changes in the expression of genes sensitive to BET protein bromodomain inhibition in malignant plasma cells will rely on immuno-histochemical (IHC) assessments of selected proteins and on *in situ* hybridization (ISH) assessments of selected mRNAs in bone marrow biopsies. Examples of genes known to be sensitive to BET protein bromodomain inhibition include *MYC* and *HEXIM1*. In addition, IHC will be used to evaluate changes in markers of cellular proliferation and apoptosis (e.g., Ki67 and cleaved caspase 3, respectively) in malignant plasma cells. Comparisons of protein and mRNA expression in malignant plasma cells will be made between the bone marrow biopsy obtained during the first cycle of treatment (Days 8-13) and the biopsy obtained before starting treatment with CPI-0610.

**Predictive Biomarker Assessments:**

Malignant plasma cells will be isolated from the bone marrow aspirate obtained as part of the pretreatment evaluation of the patient's disease and from the aspirate obtained between Day 8 and 13 of the first cycle of treatment. CD138+ cells will be isolated from marrow leukocytes using an anti-CD138 antibody coupled to magnetic particles, and DNA and RNA will be extracted from aliquots of the CD138+ cells. DNA analysis will focus on identifying *MYC* rearrangements by custom capture array/NextGen sequencing. Gene expression profiling will be conducted by RNA Seq. These analyses may provide initial hypotheses regarding *MYC* rearrangements or patterns of gene expression associated with myeloma sensitivity to BET bromodomain inhibition. Cytospin preparations may also be generated from aliquots of the bone marrow sample, in order to identify cytogenetic abnormalities (detectable by fluorescent *in situ* hybridization or FISH) that may be associated with myeloma sensitivity to BET bromodomain inhibition.

**Efficacy Assessments:**

Patients will have the extent of their myeloma assessed at baseline and then after the completion of each cycle of CPI-0610 treatment. Assessments will rely primarily on serial measurements of serum and urine paraprotein concentrations, with bone marrow aspiration and biopsy and radiographic imaging studies performed only when required for confirmation of disease response or progression. Disease response will be categorized by the investigator using the IMWG Uniform Response Criteria for Multiple Myeloma.

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

**Statistical Methods:**

The statistical methods employed in this protocol will be primarily descriptive. Determination of the MTD of CPI-0610 will be achieved using a standard deterministic algorithm, typically referred to as the "3+3 design", in conjunction with a modified Fibonacci dose escalation scheme. Statistical hypothesis testing is neither intended nor appropriate due to the small sample size of the study.

CPI-0610
Clinical Trial Protocol: 0610-03                                        Version 4, 01 December 2015

## TABLE OF CONTENTS

PRINCIPAL INVESTIGATOR SIGNATURE ...................................................................2

SYNOPSIS .....................................................................................................................3

TABLE OF CONTENTS ..................................................................................................7

LIST OF INTEXT TABLES ............................................................................................11

LIST OF INTEXT FIGURES ..........................................................................................12

LIST OF ABBREVIATIONS ...........................................................................................13

1    INTRODUCTION ...................................................................................................16

   1.1      BET proteins in oncology ...........................................................................16

       1.1.1     Introduction ......................................................................................16

       1.1.2     BET protein regulation of gene transcription ...................................16

       1.1.3     BET proteins in oncology: midline carcinoma ..................................17

       1.1.4     BET proteins in oncology: hematologic malignancies ......................17

       1.1.5     BET proteins in oncology: the central role of *MYC* .........................18

       1.1.6     Role of *MYC* in normal tissues .......................................................18

       1.1.7     Summary ...........................................................................................19

   1.2      CPI-0610 ....................................................................................................19

       1.2.1     Description ........................................................................................19

       1.2.2     Nonclinical information ....................................................................20

   1.3      Study rationale ............................................................................................25

2    STUDY OBJECTIVES AND ENDPOINTS ..............................................................27

3    STUDY DESIGN .....................................................................................................29

   3.1      Overview of study design ............................................................................29

   3.2      Number of patients .....................................................................................32

4    STUDY POPULATION ............................................................................................33

   4.1      Inclusion criteria .........................................................................................33

   4.2      Exclusion criteria ........................................................................................34

5    STUDY TREATMENT .............................................................................................36

   5.1      Study drug ..................................................................................................36

       5.1.1     Study drug administration ................................................................37

       5.1.2     Packaging and labeling .....................................................................38

       5.1.3     How supplied ....................................................................................39

       5.1.4     Storage, handling, and accountability ...............................................39

   5.2      Patient numbering .......................................................................................40

   5.3      Treatment assignment .................................................................................40

   5.4      Treatment blinding ......................................................................................40

   5.5      Dose escalation ...........................................................................................40

       5.5.1     Starting dose for CPI-0610 ...............................................................40

5.5.2      Dose escalation guidelines ................................................................41
5.5.3      Provisional dose levels ....................................................................44
5.5.4      Definitions of dose-limiting toxicity .............................................45
5.5.5      Dose expansion ................................................................................47
5.6     Criteria for continuing treatment ................................................................47
5.6.1      Criteria for continuing CPI-0610 during a cycle of treatment ......47
5.6.2      Criteria for beginning a new cycle of treatment ...........................48
5.7     Dose modification guidelines .....................................................................49
5.7.1      Dose reduction .................................................................................49
5.7.2      Intra-patient dose escalation ...........................................................49
5.8     Management of DLTs and other adverse events ........................................50
5.8.1      Assessment of potential cardiac toxicity ........................................50
5.8.2      Follow-up for dose-limiting toxicities ...........................................50
5.8.3      Management of nausea and/or vomiting ..........................................52
5.8.4      Management of diarrhea ..................................................................52
5.9     Concomitant medications ...........................................................................52
5.9.1      Anti-neoplastic therapy ..................................................................52
5.9.2      Guidelines regarding potential drug-drug interactions with concomitant
medications ......................................................................................53
5.10    Withdrawal of patients from drug treatment ..............................................53
5.11    Withdrawal of patients from study .............................................................54
6   STUDY CONDUCT ................................................................................................55
6.1     Arrangements for recruitment of patients ..................................................55
6.2     Schedule of events .....................................................................................55
6.3     Study procedures ........................................................................................60
6.3.1      Informed consent .............................................................................60
6.3.2      Clinic visits .....................................................................................60
6.3.3      Inclusion and exclusion criteria .....................................................60
6.3.4      Demographics ..................................................................................60
6.3.5      Medical history ................................................................................60
6.3.6      CPI-0610 administration ..................................................................61
6.3.7      Safety assessments ..........................................................................61
6.3.8      Efficacy measurements ...................................................................64
6.3.9      Pharmacokinetic measurements ......................................................65
6.3.10     Pharmacodynamic biomarker measurements .................................67
6.3.11     Predictive biomarker sample collection ..........................................69
6.3.12     Patient contact .................................................................................69
6.4     Study compliance .........................................................................................69

6.5    Post end-of-study ......................................................................................70

7    STUDY ENDPOINTS ........................................................................................71

7.1    Safety .......................................................................................................71

7.1.1    Adverse events ...........................................................................71

7.1.2    Vital signs .................................................................................71

7.1.3    Physical examination and patient weight....................................71

7.1.4    Clinical laboratory evaluations ..................................................71

7.2    Efficacy measurements ............................................................................71

7.2.1    Myeloma response criteria .........................................................71

7.3    Pharmacokinetic measurements ...............................................................74

7.4    Pharmacodynamic biomarker assessments ...............................................74

7.5    Predictive biomarker assessments ............................................................74

8    STATISTICAL AND QUANTITATIVE ANALYSES ........................................76

8.1    Statistical methods ..................................................................................76

8.1.1    Determination of sample size......................................................76

8.1.2    Randomization and stratification ................................................76

8.1.3    Populations for analysis .............................................................76

8.1.4    Procedures for handling missing, unused, and spurious data ......77

8.1.5    General methodology.................................................................78

8.1.6    Baseline comparisons ................................................................78

8.1.7    Efficacy analysis ......................................................................78

8.1.8    Pharmacokinetic analysis ..........................................................78

8.1.9    Pharmacodynamic analysis ........................................................78

8.1.10    Predictive biomarker analysis ..................................................78

8.1.11    Safety analysis ........................................................................79

8.1.12    Interim analysis .......................................................................79

9    ADVERSE EVENTS ..........................................................................................80

9.1    Definitions...............................................................................................80

9.1.1    Adverse event definition ...........................................................80

9.1.2    Serious adverse event definition ................................................80

9.2    Procedures for recording and reporting adverse events and SAEs ..............81

9.3    Monitoring of adverse events and period of observation............................82

9.4    Procedures for reporting drug exposure during pregnancy and birth events .........82

10    ADMINISTRATIVE REQUIREMENTS ............................................................83

10.1    Good Clinical Practice ............................................................................83

10.2    Data Quality Assurance ..........................................................................83

10.3    Electronic case report form completion ...................................................83

10.4    Study monitoring ...................................................................................84

10.5    Ethical considerations ..........................................................................84

10.6    Patient information and informed consent ...........................................84

10.7    Patient confidentiality .........................................................................85

10.8    Investigator compliance .......................................................................85

10.9    On-site audits .......................................................................................85

10.10   Investigator and site responsibility for drug accountability...................85

10.11   Closure of the study .............................................................................86

10.12   Record retention...................................................................................86

11  USE OF INFORMATION ...............................................................................87

12  REFERENCES ...............................................................................................88

13  APPENDICES ................................................................................................90

APPENDIX 1: INHIBITORS OR INDUCERS OF CYP3A4/5............................91

APPENDIX 2: DRUGS THAT PROLONG THE QT INTERVAL .......................99

APPENDIX 3: STANDARD "3 + 3" PHASE I STUDY DESIGN: DOSE ESCALATION
        RULES AND OPERATING CHARACTERITICS .......................................107

APPENDIX 4: SUMMARY OF PROTOCOL CHANGES ..................................108

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

## LIST OF INTEXT TABLES

Table 1-1   Mean (± SD) Pharmacokinetic Parameters of CPI-0610 Dosage Forms in Male Beagle Dogs Following 2.5 mg/kg Oral Administration after Famotidine or Feeding Pretreatment or No Pretreatment ...........................22
Table 2-1   Study Objectives and Endpoints ..................................................................27
Table 5-1   Composition of CPI-0610 capsules.............................................................36
Table 5-2   Composition of CPI-0610 Tablets................................................................36
Table 5-3   Provisional dose levels ................................................................................45
Table 5-4   Definitions of dose-limiting toxicities..........................................................46
Table 5-5   Follow-up evaluations for dose-limiting toxicities .....................................51
Table 6-1   Schedule of events: 14 days of daily dosing, 7-day break (21-day cycle) ...56
Table 6-2   Schedule of events for alternative dosing regimen: 7 days of daily dosing, 7-day break (14-day cycle) ................................................................................58
Table 6-3   Pharmacokinetic sampling schedule: 14 days of dosing, 7-day break .........66
Table 6-4   Pharmacokinetic sampling schedule: 7 days of dosing, 7-day break...........66
Table 6-5   Peripheral blood PD sampling schedule: 14 days of dosing, 7-day break ...67
Table 6-6   Peripheral blood PD sampling schedule: 7 days of dosing, 7-day break .....68
Table 7-1   IMWG uniform response criteria by response subcategory for multiple myeloma[24] ....................................................................................................72
Table 7-2   IMWG uniform response criteria by response subcategory for multiple myeloma (additional response criteria and updates)[24] ................................73
Table 9-1   SAE reporting contact information ..............................................................81
Table 9-2   Severity criteria ...........................................................................................82

CPI-0610
Clinical Trial Protocol: 0610-03                                   Version 4, 01 December 2015

## LIST OF INTEXT FIGURES

Figure 3-1     Study Design Schematic...............................................................................30

## LIST OF ABBREVIATIONS

| Abbreviation | Definition |
|---|---|
| ALT (SGOT) | alanine aminotransferase |
| AML | acute myelogenous leukemia |
| ANC | absolute neutrophil count |
| ASO-PCR | allele-specific oligonucleotide polymerase chain reaction |
| AST (SGOT) | aspartate aminotransferase |
| AUC | area under the curve |
| BET | bromodomain and extra-terminal |
| BID | twice daily |
| BUN | blood urea nitrogen |
| CBC | complete blood count |
| ChIP | chromatin immunoprecipitation |
| CL | clearance |
| $C_{max}$ | maximum concentration |
| CMP | comprehensive metabolic panel |
| CR | complete response |
| CrCl | creatinine clearance |
| CRO | contract research organization |
| CT | computed tomography |
| CTCAE | Common Toxicity Criteria for Adverse Events |
| cTn | cardiac troponin |
| CYP | cytochrome P450 |
| DLT | dose-limiting toxicity |
| DNA | deoxyribonucleic acid |
| $EC_{50}$ | 50% effective concentration |
| ECG | electrocardiogram |
| ECHO | echocardiogram |
| ECOG | Eastern Cooperative Oncology Group |
| eCRCL | estimated creatinine clearance (by the Cockcroft-Gault formula) |
| eCRF | electronic case report form |
| EDC | electronic data capture |
| EMBT | European Group for Blood and Marrow Transplantation |
| EOS | End of Study (visit) |
| EOT | End of Treatment (visit) |

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

| | |
|---|---|
| FDA | Food and Drug Administration |
| FISH | fluorescent *in situ* hybridization |
| FLC | free light chain |
| GCP | Good Clinical Practice |
| GI | gastrointestinal |
| $GI_{50}$ | concentration producing 50% inhibition of growth |
| GLP | Good Laboratory Practice |
| HDPE | high density polyethylene |
| HIV | human immunodeficiency virus |
| HNSTD | highest non-severely toxic dose |
| HPMC | hydroxypropyl methyl cellulose |
| HSC | hematopoietic stem cells |
| $IC_{50}$ | 50% inhibitory concentration |
| ICH | International Conference on Harmonization |
| IFE | immunofixation |
| IHC | immunohistochemistry |
| IL-6 | interleukin-6 |
| IMWG | International Myeloma Working Group |
| IRB | institutional review board |
| ISH | *in situ* hybridization |
| KO | knockout |
| LDH | lactate dehydrogenase |
| LFTs | liver function tests |
| LPS | lipopolysaccharide |
| LVEF | left ventricular ejection fraction |
| MDS | myelodysplastic syndrome |
| MedDRA | Medical Dictionary for Regulatory Activities |
| MEF | murine embryonic fibroblasts |
| MGUS | monoclonal gammopathy of unknown significance |
| MR | minor response |
| MRI | magnetic resonance imagining |
| mRNA | messenger ribonucleic acid |
| MT-1 | melatonin type 1 receptor |
| MTD | maximum tolerated dose |
| NOAEL | no-observed-adverse effect level |

CPI-0610
Clinical Trial Protocol: 0610-03                                           Version 4, 01 December 2015

| | |
|---|---|
| PBMC | peripheral blood mononuclear cell |
| PCs | plasma cells |
| PCR | polymerase chain reaction |
| PD | progressive disease |
| PK | pharmacokinetic |
| PO | orally |
| PR | partial response |
| QD | once daily |
| RP2D | recommended Phase 2 dose |
| SAEs | serious adverse events |
| sCR | stringent complete response |
| SD | stable disease |
| shRNA | small hairpin ribonucleic acid |
| SPEP | serum protein electrophoresis |
| $STD_{10}$ | severely toxic dose for 10% of the animals |
| SUSARs | suspected unexpected serious adverse reactions |
| $T_{1/2}$ | elimination half-life |
| TGI | tumor growth inhibition |
| $T_{max}$ | time of maximum concentration |
| TNF-$\alpha$ | tumor necrosis factor-alfa |
| ULN | upper limit of normal |
| UPEP | urine protein electrophoresis |
| URL | upper reference limit |
| VGPR | very good partial response |
| WBC | white blood count |
| WHO | World Health Organization |
| $\beta$-hCG | beta-human chorionic gonadotropin |

# 1   INTRODUCTION

## 1.1   BET proteins in oncology

### 1.1.1   Introduction

The BET (bromodomain and extra-terminal) family of proteins has four members: BRD2, BRD3, BRD4, and BRDT. Each member contains two bromodomains, designated BD1 and BD2. Bromodomains are small binding pockets that engage acetylated lysine residues on the tails of histones. The BET proteins bind to chromatin through their bromodomains and are involved in regulating the expression of set of genes, several of which are involved in cancer and/or inflammation. For example, BET proteins facilitate the expression of *MYC* and *BCL-2*, two oncogenes implicated in the pathogenesis of a wide range of human malignancies. BET proteins are also involved in regulating the expression of a subset of NF-kB-dependent genes that play roles in both inflammation and some malignancies.

### 1.1.2   BET protein regulation of gene transcription

The mechanism whereby BET proteins regulate gene expression has been best described for BRD4.[1] Following the exposure of innate immune cells to various inflammatory stimuli NF-κB is released from Iκβα in the cytosol and then translocates to the nucleus. In the nucleus NF-κB binds near the promoter of the genes it regulates and recruits to the same region other proteins that acetylate lysine residues on histones H3 and H4. BRD4 then binds to these acetylated lysine residues and recruits P-TEFb, which phosphorylates and thereby activates RNA polymerase II to support transcript elongation. BRD4 therefore provides a "scaffolding" function for the assembly of the transcriptional machinery. This same scaffolding function has now been described by several groups for BRD4's regulation of *MYC* transcription in leukemia, lymphoma and myeloma cell lines.[2,3,4] In myeloma and lymphoma cell lines where *MYC* is translocated to an IgH enhancer, chromatin immunoprecipitation (ChIP) experiments demonstrate the release of BRD4 from regions proximal to the transcription start site with the coincident loss of proteins (like CDK9) that form transcriptional complexes.

Given the broad distribution of BET proteins across the genome it could be expected that interference with the binding of BET proteins to chromatin would have widespread effects on gene transcription. While BET protein knock-down and knock-out indeed have widespread effects on gene transcription, interference with BET protein binding to chromatin using small molecule inhibitors of their bromodomains has more circumscribed and selective effects. For example, BET protein knock-down prevents the production  of both IL-6 and TNF-α by dendritic macrophages after exposure to lipopolysaccharide (LPS), but antagonism of BET protein binding to chromatin with a small molecule inhibitor affects only the production of IL-6; TNF-α is unaffected.[5] Moreover, the number of genes up- or down-regulated 2-fold or more by prototypic BET bromodomain inhibitors is far smaller than the number of genes that display BET protein occupancy as determined by chromatin binding studies.[3-6]

### 1.1.3   BET proteins in oncology: midline carcinoma

A potential role for small molecule BET protein inhibition in oncology therapeutics was described by Filippakopoulos and colleagues in midline carcinoma[7]. This exceedingly rare solid tumor occurs mainly in children and adolescents and is known to be the result of translocations that create either a BRD4- or BRD3-NUT fusion protein. Using JQ1, a small molecule BET bromodomain inhibitor related to compounds discovered by Mitsubishi Tanabe in an empiric screen for new anti-inflammatory chemical matter, these investigators demonstrated that midline carcinoma cells are sensitive to BET inhibition both *in vitro* and *in vivo*, with the principal effect being their terminal squamous differentiation. This effect of JQ1 is due to its ability to bind to the bromodomains of BET proteins and antagonize their interaction with acetylated lysine residues on histones; indeed, an enantiomer of JQ1 without the ability to bind to BET bromodomains had no activity.  However, a broader role for BET inhibition in oncology was not obvious until the results of more empiric studies became available.

### 1.1.4   BET proteins in oncology: hematologic malignancies

Zuber and colleagues[8] discovered a connection between BRD4 and leukemogenesis as the result of screening a library of small hairpin RNAs (shRNAs). The library was focused against 243 known chromatin regulators, i.e., against the 'writers', 'erasers', and 'readers' of epigenetic marks. The model screened was a murine model of acute myeloid leukemia (AML) driven by MLL-AF9 and Nras[G12D], chosen in the light of previous studies indicating that AML1-ETO and MLL fusion proteins induce self-renewal programs in part through reprogramming of epigenetic pathways.  Several shRNAs against *Brd4* had the strongest effects in this screen, and there was good correspondence between knockdown efficiency and growth inhibition. shRNAs against *Brd4* also induced cell-cycle arrest in two human MLL-AF9[+] AML lines. The potential selectivity of *Brd4* for leukemia cell viability was suggested by a lack of phenotypic consequences from *Brd4* knockdown in immortalized murine embryonic fibroblasts (MEFs) and in non-transformed (G1E) erythroblasts. It should be noted that *Brd4* is neither mutated nor over-expressed in most malignancies, but this study and others have demonstrated that maintenance of the malignant phenotype can be dependent on *Brd4*.

Zuber and other investigators[2,3,4] evaluated the activity of small molecule inhibitors of BET proteins in preclinical models of acute leukemia, myeloma and lymphoma. While the initial screen of Zuber and colleagues identified *Brd4* as the critical target, small molecule inhibitors of BET protein bromodomains do not discriminate between the four BET family members. This is because the bromodomains of these proteins have very similar structures.  As anticipated, small molecule inhibitors of BET bromodomains proved to be broadly active in cell lines and xenograft models of all three groups of hematologic malignancies. No specific genetic or molecular feature of these models has yet been shown to be predictive of a tumor's sensitivity to BET inhibition, although it is likely that dependence of a tumor on *MYC* expression is one determinant of sensitivity. Importantly, anti-tumor activity in *in vivo* models can be achieved at well tolerated doses.

### 1.1.5   BET proteins in oncology: the central role of *MYC*

Three groups[2,3,4] have now independently confirmed the dominant role that inhibition of *MYC* transcription plays in mediating the phenotypic effects of BET inhibition.  Following exposure of leukemia, myeloma or lymphoma cells to a small molecule BET inhibitor (e.g., JQ1, IBET) there is a rapid decrease in *MYC* mRNA. Maximal inhibition of transcription is achieved within approximately 4 hours, and is accompanied by decreases in the level of MYC protein. Following drug washout *MYC* transcription is rapidly restored to baseline levels. The tumor suppressor gene, p21, is known to be tightly regulated by *MYC*, and as *MYC* transcription is inhibited there is a concomitant and marked increase in the transcription of p21. Evaluation of whole genome expression profiles before and at 4 hours following exposure to JQ1 demonstrates that the genes affected are primarily *MYC* and *MYC* target genes.  The importance of *MYC* suppression to the phenotypic effects observed has been supported by experiments in which cells are transduced with a doxycycline-inducible *MYC* expression construct that is resistant to the effects of BET bromodomain inhibition. The addition of doxycycline to these transduced cells largely prevents JQ1-induced G1 arrest, and it also prevents the transcriptional deregulation of genes (like *p21*) know to be downstream targets of *MYC*.  Importantly, small molecule inhibitors of BET proteins can suppress the expression of *MYC* in the context of translocation, amplification, or when the gene is structurally normal.

While effects on *MYC* transcription therefore have a dominant effect in many malignant cells, it is clear that effects on the transcription of other genes may play a role as well. For example, BET inhibition reduces the expression of *BCL-2*, potentially via the association of BRD2 and BRD4 with a *BCL-2* enhancer.  Overexpression of *BCL-2* was able to block the phenotypic effects of BET inhibition in a mixed lineage leukemia cell line.

### 1.1.6   Role of *MYC* in normal tissues

While the initial *in vivo* studies with JQ1 and IBET suggest that tumors may be more susceptible to the effects of small molecule BET inhibition than normal tissues, it is expected that BET inhibition will suppress the expression of *MYC* in normal tissues. Hence studies of the inhibition of *MYC* expression in normal tissues may anticipate some of the toxicities that will be observed with BET inhibition. Studies of whole body *myc* knock-out mice are not very informative, since mouse embryos do not survive beyond day ten.[9,10,11]  The potential consequences of *MYC* suppression in the adult are therefore better anticipated from studies investigating postnatal conditional overexpression of a dominant mutant form of *myc* or of conditional and tissue-selective *myc* knock-out.

One study assessed the effects of whole body suppression of *MYC* expression in mice using a dominant mutant form of *MYC*, known as Omomyc.[12]  Omomyc homodimerizes with all three Myc proteins (c-Myc, N-Myc and L-Myc), but Myc-Omomyc heterodimers cannot interact with Max, which is required for *MYC*-driven gene transcription.  As expected, the effects of Omomyc expression were restricted to proliferating tissues, i.e., to the skin, gastrointestinal epithelium, bone marrow and testis.  Organs with low proliferative indices (e.g., pancreas, kidney, liver, heart and lung) were unaffected.  In spite of these effects on proliferating tissues the mice retained normal body weight and blood chemistry values.  Upon withdrawal of tetracycline

(which forces the expression of Omomyc) all of these histopathologic effects were completely reversed within 4-14 days.

Deletion of *c-Myc* alone results in severe bone marrow hypocellularity and pancytopenia.[13] Hematopoietic stem cells (HSCs) survive and maintain the capacity for self-renewal, but fail to give rise to more differentiated progenitor cells. The survival of the HSCs is attributable to the remaining expression of *n-Myc*: when both *c-Myc* and *n-Myc* are deleted, both differentiated hematopoietic progenitors and HSCs are lost.[14]

The effects of conditional *c-Myc* knockout (KO) in the skin of mice have also been described,[15] and are also more severe than those described in the Omomyc model. Deletion of c-Myc in the skin resulted in tight, fragile skin that easily tore with mechanical friction and displayed impaired wound healing. The epidermis was thinner, with a loss of cellularity and the appearance of early markers of differentiation in the basal (proliferative) layer.

Consistent with the idea that *MYC* is more important in rapidly proliferating tissues, conditional knockout of *c-Myc* in the liver was found to have no effect during the postnatal period on normal liver growth, restoration of liver mass following partial hepatectomy, or recovery from fasting.[16]

### 1.1.7   Summary

Small molecule inhibition of BET bromodomain binding to chromatin represents a novel approach to cancer treatment. Rather than affecting an upstream signaling pathway (as do many protein kinase inhibitors) it inhibits the transcription of a small set of genes that integrate a diverse array of abnormal signals. The most important of these genes appears to be *MYC*, although it is likely that the transcription of other genes, like *BCL-2*, is also important for its anti-tumor activity. To date the published data support the idea that BET bromodomain inhibition may be broadly active in hematologic malignancies, although identifying the most sensitive of these malignancies remains a challenge for future investigation.

While the preclinical investigations of BET inhibition suggest that efficacy can be achieved with good tolerability, in light of the effects on *MYC* expression it is expected that BET inhibition may be associated with reversible toxicity in rapidly proliferating tissues like the gut, bone marrow, skin and testes. Moreover, since BET inhibition affects the transcription of genes other than *MYC*, it is possible that additional toxicities will be identified.

## 1.2   CPI-0610

### 1.2.1   Description

CPI-0610 is small molecule inhibitor of BET protein bromodomains. CPI-0610 has a molecular weight of 365.81 g/mol. For clinical studies it is produced as a crystalline monohydrate with a molecular weight of 383.83 g/mol. CPI-0610 monohydrate capsules are formulated with magnesium stearate and microcrystalline cellulose in 2 mg, 10 mg and 25 mg strengths for oral administration. CPI-0610 monohydrate tablets are formulated with micronized active pharmaceutical ingredient and various inactive excipients, including a surfactant, in a single 25 mg strength for oral administration.

The following sections summarize the preclinical data for CPI-0610. Additional details are available in the Investigator's Brochure.

## 1.2.2   Nonclinical information

### 1.2.2.1        Primary *in vitro* pharmacology

CPI-0610 binds to the bromodomains of the BET proteins with $IC_{50}$ values ranging from 0.01 to 0.55 µM, as demonstrated in a proximity-based, competitive binding biochemical assay. In the MV4-11 leukemia cell line CPI-0610 has an $EC_{50}$ of 0.184 µM for the suppression of *MYC* transcription and a $GI_{50}$ (concentration producing 50% inhibition of growth) of 0.150 µM. In additional hematologic cancer cell lines, including human Burkitt lymphoma, diffuse large B-cell lymphoma, multiple myeloma, and acute leukemias, CPI-0610 demonstrates broad growth inhibitory activity, with the majority of $GI_{50}$ values ≤ 1 µM.

### 1.2.2.2        Primary *in vivo* pharmacology

A study conducted in immunodeficient mice bearing subcutaneous xenografts of Raji Burkitt lymphoma demonstrated that CPI-0610 inhibits the expression of *MYC* in tumor tissue in a dose-dependent manner. Following administration of a single 30 mg/kg oral dose of CPI-0610, maximum inhibition of *MYC* expression (75%) was achieved 4 hours post-dosing (the earliest post-dosing time point assessed). Suppression of *MYC* expression persisted at 8 hours post-dosing, but by 12 hours *MYC* expression had returned to its baseline value, consistent with CPI-0610's rapid clearance in mice.

CPI-0610 has anti-tumor activity in both the Raji Burkitt lymphoma and MV4-11 acute leukemia subcutaneous xenograft models. In the Raji xenograft model a dose of 30 mg/kg PO twice daily was the most efficacious well tolerated dose, producing 77% tumor growth inhibition (TGI) after 16 days of treatment. In the MV4-11 model the same dose and schedule provided 92% TGI after 25 days of treatment and was likewise well tolerated. Higher doses of CPI-0610 (e.g., 60 mg/kg PO twice daily) were associated with rapid weight loss; however, recovery of body weight was rapid (within 4-6 days) with dose reduction.

An analysis of the relationship between the anti-tumor activity (TGI) and the pharmacokinetics of CPI-0610 was performed using data from efficacy studies in the MV4-11 subcutaneous xenograft model in mice and from separate PK studies in mice. This analysis showed that TGI could not be adequately correlated with total AUC but was well correlated with $C_{min}$. In general, the total dose required to achieve maximal tumor growth inhibition could be lowered by administering CPI-0610 either BID or TID rather than once daily. These observations are consistent with the short half-life of CPI-0610 in mice and with the concept that efficacy is largely dependent on maintaining plasma drug concentrations above a minimum value. In the MV4-11 model the minimum steady-state concentration of CPI-0610 required to achieve 90% of maximal tumor growth inhibition is approximately 200 ng/mL (550 nM).

### 1.2.2.3        Secondary pharmacology

While CPI-0610 is a potent inhibitor of BET protein bromodomain binding to acetylated lysine residues, it has no appreciable interaction with other bromodomain-containing proteins (> 20- to

5000-fold selectivity against CBP, BRD9, BRPF1, BRPF3, BRG1, TRIM24, and ATAD2). CPI-0610 was evaluated against a panel of physiologically relevant receptors, transporters and ion channels at 10 µM. CPI-0610 exhibited no significant binding to any of these targets with the exception of the melatonin type 1 receptor (MT-1). Although CPI-0610 binds to MT-1 with an $IC_{50}$ of approximately 0.2 µM, there is no known toxicologic consequence of MT-1 binding.

### 1.2.2.4          Safety pharmacology

An *in vitro* hERG binding assay was performed with 10 µM CPI-0610 and showed no displacement of astemizole, the reference ligand. The potential cardiovascular effects of CPI-0610 have been evaluated after the administration of single escalating oral doses of 3, 6, and 10 mg/kg in conscious beagle dogs implanted with telemetry transmitters. There were no CPI-0610-related changes in heart rate, blood pressure or the electrocardiogram.

### 1.2.2.5          Pharmacokinetics

The clearance of CPI-0610 is moderate in both mice and rats and low in dogs. The half-life of elimination after oral administration was approximately 2 hours in rats and mice and 9 hours in dogs. Distribution volumes are high in all three species, exceeding 1 L/kg. CPI-0610 was well absorbed when given orally to dogs and rats and its oral bioavailability is high, ranging between 75.6 and 93.8%.

The *in vitro* metabolism of CPI-0610 has been evaluated in mouse, rat, dog, and human liver microsomes and hepatocytes. In human hepatocytes metabolism occurs by oxidation and amide bond hydrolysis. The two major metabolites observed following incubation of CPI-0610 with human hepatocytes are also observed in rats and dogs. Plasma protein binding is similar in mice, rats, dogs, and humans, ranging from 95.5% in rats to 97.8% in humans.

On the basis of between-species comparisons of *in vitro* metabolism and allometric scaling, CPI-0610 is predicted to have the following mean PK parameters in a 60 kg patient: oral F = 1.0, CL/F = 2.01 L/hr, Vd/F = 46.8 L, $T_{1/2}$ = 21 hr.

CPI-0610 has low potential for inhibition of Cytochrome P450 (CYP) enzymes. *In vitro* studies showed CPI-0610 to have no inhibitory activity against human CYP1A2, CYP2D6 and CYP3A4. CPI-0610's $IC_{50}$ values against CYP2C9 and CYP2C8 were 29.4 µM and 6.1 µM, respectively. Pre-incubation for 20 minutes with 10 µM CPI-0610 resulted in no time-dependent inhibition of CYP3A4 activity.

The PK profiles of two dosage forms of CPI-0610 monohydrate (capsules and tablets) were evaluated in dogs under different pretreatment conditions. A solution formulation of amorphous CPI-0610 was also evaluated in dogs to give an estimate of maximal absorption and bioavailability. The results of the study are shown in Table 1-1. Exposures from tablets following pretreatment with famotidine (elevated gastric pH) and no pretreatment were similar (within 1.1-fold based on $AUC_{0-last}$ or $C_{max}$), as were other PK parameters. The bioavailability of tablets after no pretreatment was approximately 29%, which was an improvement compared to Capsules (16% F), and approached the theoretical maximal bioavailability seen with a solution formulation of CPI-0610 (40%). CPI-0610 monohydrate tablets do not show a food effect, with

CPI-0610
Clinical Trial Protocol: 0610-03                                     Version 4, 01 December 2015

similar exposure (within 1.2-fold based on $AUC_{0-last}$ and 1.1-fold based on $C_{max}$) in both fasted and fed dogs.

**Table 1-1      Mean (± SD) Pharmacokinetic Parameters of CPI-0610 Dosage Forms in Male Beagle Dogs Following 2.5 mg/kg Oral Administration after Famotidine or Feeding Pretreatment or No Pretreatment**

| Pretreatment | Famotidine | Food | None | None | None |
|---|---|---|---|---|---|
| Dosage Form | Tablet, 25 mg | Tablet, 25 mg | Tablet, 25 mg | Capsule, 25 mg | Solution, 2.5 mpk |
| $C_{max}$ (ng/mL) | 600 ± 138 | 645 ± 121 | 596 ± 113 | 379 ± 141 | 1076 ± 275 |
| $T_{max}$ (h) | 2.67 ± 1.51 | 1.92 ± 1.20 | 2.00 ± 0.0 | 1.67 ± 1.21 | 1.25 ± 0.612 |
| $AUC_{0-last}$ (ng/mL•h) | 5690 ± 1302 | 6282 ± 1106 | 5162 ± 1262 | 3172 ± 1064 | 8063 ± 1888 |
| $AUC_{0-inf}$ (ng/mL•h) | 6827 ± 1653 | 7970 ± 2038 | 6053 ± 1692 | 3737 ± 1336 | 10200 ± 3355 |
| $T_{1/2}$ (h) | 9.37 ± 1.54 | 10.39 ± 3.26 | 8.71 ± 1.33 | 9.06 ± 3.13 | 11.5 ± 7.00 |
| F (%)[a] | 32 | 35 | 29 | 16 | 40 |

[a] Calculated using $AUC_{(0-las)}$ from 0.5 mg/kg IV arm of Report 0610-DMPK-002.

CPI-0610 monohydrate tablets show greater exposure and bioavailability compared to the initial capsule dosage form. At high gastric pH, there is no change in exposure with CPI-0610 monohydrate tablets, and there is no food effect with CPI-0610 monohydrate tablets.

### 1.2.2.6          Toxicology

Toxicology studies have been completed with CPI-0610 in the rat and dog. In both dose range-finding and Good Laboratory Practice- (GLP-) compliant repeat-dose studies CPI-0610 was given as an oral suspension once daily for 14 consecutive days. The GLP-compliant studies included an additional 2-week recovery period.

A common set of toxicities has been observed in both species, consisting of the following: lymphoid depletion; hypocellularity of the bone marrow with associated anemia and thrombocytopenia; gastrointestinal (GI) mucosal atrophy, erosion and ulceration; degeneration of the testicular seminiferous epithelium; and mild to moderate hyperglycemia. There is a relatively steep relationship between dose and toxicity, with as little as a 4.6-fold difference between systemic exposures (AUCs) that have minimal or no toxicity and systemic exposures that are severely toxic. The GLP-compliant studies have shown these toxicities to be reversible, with the exception of the testicular findings, for which 14 days is likely insufficient to demonstrate recovery.

In the rat GLP-compliant 14-day study, a dose of 20 mg/kg/day (120 mg/m$^2$/day) was the no-observed-adverse effect level (NOAEL), and the dose severely toxic for 10% of the animals ($STD_{10}$) was considered to be 60 mg/kg/day (360 mg/m$^2$/day). In the dog GLP-compliant 14-day study, the maximum tolerated dose (MTD) of 4 mg/kg/day (80 mg/m$^2$/day) was considered to be the highest non-severely toxic dose (HNSTD), with the next higher dose (8/6 mg/kg/day) being severely toxic.

**1.2.2.7**          **Cardiac and adrenal toxicity observed with a small molecule BET bromodomain inhibitor related to CPI-0610**

Another small molecule BET protein bromodomain inhibitor, structurally related to CPI-0610, was evaluated by Constellation in GLP toxicology studies in dogs and mice. Mice were chosen as the rodent species because of the high clearance of this compound in rats. The GLP studies showed the compound to cause myocardial fiber degeneration and adrenal cortical atrophy in mice, at high exposure multiples relative to projected human doses. No cardiac or adrenal toxicity was observed in dogs. A subsequent non-GLP toxicology study was conducted in rats, using higher doses in order to overcome the greater clearance of the compound in this species, and there was no evidence of cardiac or adrenal pathology. The cardiac and adrenal findings in the mouse are therefore considered species-specific.

CPI-0610 has been evaluated in GLP toxicology studies in dogs and rats, with the choice of species also guided by pharmacokinetic considerations. CPI-0610 has shown no evidence of cardiac or adrenal pathology in dogs or rats. However, given the experience with the earlier compound, Constellation believes it is prudent to monitor cardiac and adrenal function in patients in the initial clinical trials of CPI-0610.

**1.2.2.8**          **Therapeutic index**

The maximally efficacious and well tolerated dose of CPI-0610 identified in human tumor xenograft models (Raji, MV4-11) in mice is 30 mg/kg orally (PO) BID given for 16-25 days. Efficacy-PK modeling suggests that efficacy is mainly driven by the maintenance of a minimum plasma concentration of CPI-0610 rather than by total AUC. In the MV4-11 model this minimum plasma concentration is estimated to be 200 ng/mL (550 nM) at the $EC_{90}$, which provides 80% TGI.

The pharmacokinetics of CPI-0610 in humans are predicted to be significantly different than in rats and dogs, with lower clearance and a longer half-life. It is estimated that in patients a dose of 15 mg once daily will be required to maintain a minimum steady-state concentration of 200 g/mL. This minimum steady-state concentration is predicted to be associated with an $AUC_{0-24hr}$ of 7384 ng x hr/mL.

An $AUC_{0-24hr}$ of 7384 ng x hr/mL is similar to the mean Day 14 $AUC_{(0-t)}$ of 11,350 ng x hr/mL (combined average for males and females) generated at the HNSTD (4 mg/kg/day) in the 14-day GLP dog toxicology study. It is also similar to the mean Day 14 $AUC_{(0-t)}$ of 11,650 ng x hr/mL (combined average for males and females) generated at the NOAEL (20 mg/kg/day) in the 14-day GLP rat toxicology study. Therefore it is reasonable to anticipate that it will be possible to achieve efficacious exposures of CPI-0610 in patients that are well tolerated.

However, it is also appears that there will be a relatively small difference between efficacious and toxic exposures to CPI-0610. At the $STD_{10}$ in the rat, 60 mg/kg/day, the Day 14 $AUC_{(0-t)}$ was 78,200 ng x hr/mL (combined average for males and females). And at the 8 mg/kg/day dose in dogs, which was lethal, the Day 14 $AUC_{(0-t)}$ was 52,200 ng x hr/mL (females only). Comparing these AUC values to the steady-state $AUC_{0-24hr}$ of 7384 ng x hr/mL in humans that is projected to be associated with maintenance of an $EC_{90}$ (200 ng/mL), the difference between therapeutic and toxic exposures is not likely to be more than 7- to 11-fold.

**1.2.2.9          Pharmacodynamic markers**

The primary pharmacodynamic biomarker used in the preclinical development of CPI-0610 has
been the expression (mRNA) of *MYC* in cancer cells and in tumor tissue. However, it is clear
that not all malignancies sensitive to BET inhibition have high expression of *MYC*; changes in
the expression of other genes, like *BCL-2* and subset of NF-κB-dependent genes, are also likely
to be important. Constellation has therefore identified a group of approximately 80 genes that are
sensitive to BET inhibition in lymphoma, myeloma and acute leukemia cell lines, with the
objective of monitoring changes in the expression of these genes in patients' tumor tissue
following treatment with CPI-0610.

A challenge posed in the assessment of gene expression changes in the bone marrow-based
malignancies (leukemias and myeloma) lies in the methods commonly used for the isolation of
malignant cells from bone marrow aspirates. Whether isolated by flow cytometry or with
magnetic particles using antibodies directed against specific surface antigens, these procedures
result in the dilution/removal of the BET bromodomain inhibitor from the malignant cells. Since
the transcriptional effects of small molecule BET bromodomain inhibition are rapidly reversible,
these standard isolation procedures prevent the detection of the inhibitors' direct and immediate
transcriptional effects. Efforts are underway to develop methods for isolating myeloma cells and
leukemic cells from bone marrow aspirates in a manner that fixes and preserves both surface
antigen expression and the transcriptional state of the malignant cells. If these efforts are
successful, then RNA will be extracted from the isolated cells and gene expression will be
assessed in a focused set of genes using qPCR or in an unbiased manner using RNA Seq.

Alternatively, the expression of selected genes may be assessed in bone marrow biopsies using *in
situ* hybridization (ISH) for mRNA and immunohistochemistry (IHC) for protein. The immediate
fixation of the bone marrow biopsies in formalin preserves the state of the mRNA and protein at
the time the sample is collected. However, the standard methods used for decalcifying bone
marrow biopsies, which include the exposure of the biopsies to hydrochloric acid, render them
unsuitable for ISH and IHC assessments. Therefore alternative fixation and decalcification
methods that are more compatible with molecular testing will be used with the bone marrow
biopsies obtained in this study.

Constellation has also assessed the effects of small molecule inhibition of BET protein
bromodomains on the expression of genes in peripheral blood mononuclear cells (PBMCs).
Seven BET-sensitive genes, e.g., *CCR2*, have been identified in these normal circulating cells,
providing an additional avenue for monitoring the on-target pharmacologic effects of CPI-0610.
Constellation has developed an assay for measuring the expression of these genes in samples of
whole blood. In contrast to the methods used for the isolation of malignant cells from bone
marrow aspirates, this whole blood assay is not complicated by the need to isolate a specific cell
population. It uses commercially available blood collection tubes (PAXgene RNA tubes) that
lyse peripheral blood cells and stabilize the associated RNA. The assay preserves gene
expression at the time of sample collection, permitting the assessment of the rapid and reversible
gene expression changes occurring with small molecule BET protein bromodomain inhibition.

**1.2.2.10          Predictive biomarkers**

At the present time there is no simple approach to identifying which tumors will be sensitive to BET protein bromodomain inhibition. For example, although the ability of BET protein bromodomain inhibitors to suppress the expression of *MYC* is considered to be a significant component of their anti-tumor activity, activity in tumor cells lines and xenografts cannot be predicted from the baseline level of *MYC* transcription or from the presence of absence of *MYC* re-arrangements. This may indicate that it is activation of the *MYC* transcriptome that results in *MYC* addiction, or that the effect of BET protein bromodomain inhibition on the expression of other genes is also important. Hence during the course of this study malignant plasma cells will be isolated from bone marrow aspirates and DNA and RNA will be extracted from the cells, for the purpose of potentially identifying mutations or patterns of gene expression that may be associated with clinical anti-myeloma activity.

## 1.3     Study rationale

Substantial improvements have been made in the treatment of patients with multiple myeloma via the introduction of proteasome inhibition (e.g., bortezomib, carfilzomib) and immunomodulatory drugs (e.g., thalidomide and lenalidomide) into its standard treatment. Combining these new drugs with the increasingly common use of high-dose melphalan and autologous stem cell support, median survival in myeloma has improved from approximately 3-4 years to 7-8 years.[17,18] Nevertheless, even in patients who achieve a complete remission multiple myeloma remains incurable, so further improvements in treatment are needed.

Although patients with progressive disease may respond to re-treatment with agents that were previously effective, these responses are typically brief in duration and of uncertain clinical benefit. It is in this setting, where good alternative treatment options do not exist, that the initial evaluation of a new agent is appropriate.

BET inhibition has demonstrated broad anti-tumor activity in models of hematologic malignancies, including models of myeloma, both *in vitro* and *in vivo*. Myeloma may be particularly susceptible to BET inhibition for at least two reasons. First, gene set enrichment analysis of human myeloma cells demonstrates that *MYC* is activated in approximately 67% of patients with multiple myeloma, but not in patients with monoclonal gammopathy of unknown significance (MGUS).[19] Activation of *MYC* in myeloma occurs by *MYC* gene rearrangement (15%) and through mutations in RAS (30%), but these two mechanisms cannot account for all of the cases of *MYC* activation. Other potential mechanisms of *MYC* activation may include the loss of miRNAs that regulate *MYC* translation and the stimulation of myeloma cells by cytokines like IL-6. Second, activation of NF-kB-dependent genes is considered important for the viability of myeloma cells. Myeloma cells express the IL-6 receptor, and they stimulate the release of IL-6 and other cytokines by bone marrow stromal cells, which thereby support their growth. However, perhaps just as important is the occurrence of mutations in human myeloma cells that result in the constitutive activation of the non-canonical NF-kB pathway, permitting them to survive in the absence of stromal support. Such mutations occur in approximately 20% of patients, with the most frequent of these mutations being inactivation of *TRAF3*.[20] BET inhibition holds the promise of suppressing both aberrant *MYC* and NF-kB signaling.

CPI-0610 is a potent and selective small molecule BET bromodomain inhibitor that has been optimized for clinical application: it is predicted to have high oral bioavailability, an elimination half-life supporting once daily administration, and little potential for off-target activity or pharmacokinetic interactions with other drugs. While this study is primarily designed to determine the MTD of CPI-0610 in patients with myeloma, it will also carefully evaluate all patients for potential evidence of anti-myeloma activity.

# 2   STUDY OBJECTIVES AND ENDPOINTS

The study objectives and endpoints are presented in Table 2-1.

**Table 2-1    Study Objectives and Endpoints**

| | Objective | Endpoint |
|---|---|---|
| Primary | To determine the maximum tolerated dose (MTD) of CPI-0610 and characterize its dose-limiting toxicities (DLTs) when given orally once daily for 14 consecutive days and followed by a 7-day break. | The frequency of DLTs associated with CPI-0610 administration during the first cycle (first 21 days) of treatment |
| Secondary | To characterize the safety and tolerability of CPI-0610 | Adverse events and serious adverse events; changes in hematology and clinical chemistry values; changes in the physical examination, vital signs, ECG, ECHO, and ECOG performance status |
| | To characterize the pharmacokinetics of CPI-0610 and profile its potential metabolites | $AUC_{(0-t)}$, $AUC_{(0-\infty)}$, $AUC_{tau}$,ss, $T_{max}$, $C_{max}$, $C_{trough}$, $T_{1/2}$, Vd/F, CL/F |
| | To characterize the pharmacodynamic effects of CPI-0610 in patients' malignant plasma cells by assessing the following: <br> o changes in the expression of *MYC* and other genes whose expression may be altered by BET inhibition <br> o changes in cellular proliferation and in the extent of apoptosis | Post-treatment changes from baseline in the expression of mRNA or protein produced by genes in malignant plasma cells whose expression may be altered by BET inhibition <br><br> Post-treatment changes from baseline in the expression of markers of cellular proliferation (e.g., Ki67) and apoptosis (e.g., cleaved caspase 3) in malignant plasma cells |
| | To characterize the pharmacodynamic effects of CPI-0610 in peripheral blood mononuclear cells (PBMCs) by measuring changes in the expression of a set of genes that are sensitive to BET inhibition | Post-treatment changes from baseline in levels of selected mRNAs that are expressed in PBMCs and sensitive to BET inhibition |
| | To characterize any anti-myeloma activity associated with CPI-0610 treatment | Tumor response, as assessed by the investigator using the International Myeloma Working Group (IMWG) Uniform Response Criteria for Multiple Myeloma |

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

|  | Objective | Endpoint |
|---|---|---|
| Exploratory | To evaluate genome-wide gene expression in malignant plasma cells, in order to preliminarily identify patterns of gene expression that may predict anti-tumor activity from BET inhibition | Correlation between specific gene expression profiles or changes in gene expression in malignant plasma cells and anti-myeloma activity observed with BET inhibition |
|  | To evaluate malignant plasma cells for translocations, rearrangements and amplification of *MYC* and for other mutations relevant to myeloma, in order to preliminarily identify individual mutations or groups of mutations that may predict anti-myeloma activity from BET inhibition | Correlation between translocations, rearrangements, or amplification of *MYC* in tumor tissue and anti-myeloma activity with BET inhibition<br><br>Correlation between other mutations in malignant plasma cells and anti-myeloma activity with BET inhibition |
|  | To evaluate the effect of polymorphisms in drug-metabolizing enzymes on the pharmacokinetics of CPI-0610 | Correlation between polymorphisms in drug-metabolizing enzymes and the pharmacokinetics of CPI-0610 |

# 3   STUDY DESIGN

## 3.1   Overview of study design

This is a Phase 1, multi-center, open-label, dose escalation study of CPI-0610, administered by mouth once daily for 14 days and followed by a 7-day break, with cycles of treatment repeated every 21 days. The dosing regimen chosen for this study aims to achieve continuous suppression of the expression of *MYC* and other genes (like *BCL-2*) for a prolonged period of time, since longer durations of transcriptional suppression are associated with greater anti-tumor activity in preclinical models. The 7-day break from treatment built into each cycle acknowledges the possible need for recovery from on-target normal tissue toxicity when pharmacologically active doses of CPI-0610 are given.

This study will be conducted in adult patients with multiple myeloma that has progressed following standard treatment, and for whom further effective standard treatment is not available. Eligible patients should have previously received treatment with an immunomodulatory agent (e.g., thalidomide, lenalidomide), and a proteasome inhibitor (e.g., bortezomib, carfilzomib) unless the patient declined or is considered by the investigator to not be a candidate for one or more of these standard therapies. Eligible patients are also required to have measurable disease, as defined in the study's inclusion criteria.

**Dose escalation and dose expansion**

During the dose escalation part of the study successive cohorts of 3-6 patients will be enrolled to increasing doses of CPI-0610 until the MTD is determined. The MTD is the highest dose that causes dose-limiting toxicity in less than 2 of 6 patients. Following three initial dose doublings, the maximum allowable increase in dose from one cohort of patients to the next will be defined by the modified Fibonacci algorithm.

The starting dose for this study, 6 mg PO once daily, takes into account the results of toxicology studies in dogs and rats as well as predictions of CPI-0610's human pharmacokinetics. Although conventional calculations provide a starting dose of 23 mg/day (1/6 of the HNSTD in the dog), predictions of human pharmacokinetics suggest that a dose as low as 15 mg/day may achieve therapeutic exposures to CPI-0610. Since therapeutic and toxic exposures are expected to be similar, the starting dose in this study has been lowered to 6 mg/day. However, since Phase I studies of CPI-0610 are also planned (or ongoing) in patients with lymphoma and in patients with acute leukemia or myelodysplastic syndrome (MDS), the experience in one or both of those studies may permit a higher starting dose to be used in this trial.

This study provides an option for the evaluation of twice daily administration of CPI-0610, if evaluation of the PK, pharmacodynamic or safety of the compound suggests that it may be desirable to so fractionate the daily dose. This study also provides the option of evaluating a less dose-intensive CPI-0610 treatment regimen (e.g., 7 days of dosing followed by a 7-day treatment break) if it is found that the doses and systemic exposures projected to be necessary for anti-tumor activity are not well tolerated for 14 consecutive days. In any case, only one schedule of CPI-0610 administration and only one daily dosing frequency will be evaluated during dose expansion.

Following identification of the MTD the number of patients treated at that dose will be increased, for a total of 18 evaluable patients. This dose expansion part of the study will help to confirm the safety and tolerability of the MTD. It will also provide an increased opportunity for anti-myeloma activity to be observed by treating more patients at a dose that has the maximal intended pharmacologic effects.

**Figure 3-1      Study Design Schematic**

**DOSE ESCALATION**

Cohorts of 3-6 patients
Starting dose of 6 mg PO QD

Daily dosing for 14 days,
followed by 7-day break (21-day
cycle)

At least 6
patients treated              Declaration of MTD
at MTD

**DOSE EXPANSION**

Further Evaluation of the MTD

N=18 patients (including those treated at the
MTD during dose escalation)

Patients will have the extent of their myeloma assessed at baseline and then after every cycle of CPI-0610 treatment has been completed. Assessment of the patient's myeloma will rely primarily on serial measurements of serum and urine paraprotein concentrations. Bone marrow aspiration and biopsy and radiographic imaging studies will be performed only when needed to confirm disease response or progression. Disease response will be categorized by the investigator using the International Myeloma Working Group (IMWG) Uniform Response Criteria for Multiple Myeloma.

Patients may continue treatment with CPI-0610 until disease progression or unacceptable toxicity occurs. Patients will be discontinued from the study if they withdraw consent, cannot comply with the schedule of treatment and evaluations in the study, or if the investigator judges that further therapy is no longer in the patient's best interest.

**Pharmacokinetics**

During the first cycle of treatment serial blood samples for the measurement of circulating concentrations of CPI-0610 and for profiling its metabolites will be collected (1) over the 24 hours following the first dose; (2) before dosing on Day 8; (3) over the 24 hours following the last dose; and (4) on selected days during the break from dosing between the first and second cycles of treatment. This sampling strategy is designed to characterize CPI-0610's pharmacokinetics after the first dose as well as at steady-state, and will facilitate the estimation of CPI-0610's elimination half-life. One additional blood sample for measurement of the circulating concentration of CPI-0610 and for metabolite profiling will be collected between Days 8 and 13 of the first cycle of treatment, coinciding with the performance of a bone marrow biopsy and aspirate obtained for pharmacodynamic and pharmacogenetic assessments.

A peripheral blood sample will be obtained for the isolation of DNA from circulating leukocytes, in order to potentially conduct genotyping for polymorphisms in drug-metabolizing enzymes that could affect the pharmacokinetics of CPI-0610.

**Pharmacodynamic biomarker assessment**

Prior to starting therapy with CPI-0610 and during the first cycle of treatment samples of whole blood will be collected at selected PK sampling time points and assessed for changes in the expression of approximately 7 genes in PMBCs that are sensitive to BET protein bromodomain inhibition. Gene expression in PBMCs will be assessed by qPCR.

Changes in the expression of genes sensitive to BET protein bromodomain inhibition in malignant plasma cells will rely on IHC assessments of selected proteins and ISH assessments of selected mRNAs in bone marrow biopsies. Examples of genes known to be sensitive to BET protein bromodomain inhibition include *MYC* and *HEXIM1*. In addition, IHC will be used to evaluate changes in markers of cellular proliferation and apoptosis (e.g., Ki67 and cleaved caspase 3, respectively) in malignant plasma cells. Comparisons of protein and mRNA expression in malignant plasma cells will be made between the bone marrow biopsy obtained during the first cycle of treatment (Days 8 to 13) and the biopsy obtained before starting treatment with CPI-0610.

**Predictive biomarker assessment**

Malignant plasma cells will be isolated from the bone marrow aspirate obtained as part of the pretreatment evaluation of the patient's disease and from the aspirate obtained between Day 8 and 13 of the first cycle of treatment.  CD138+ cells will be isolated from marrow leukocytes using an anti-CD138 antibody coupled to magnetic particles, and DNA and RNA will be extracted from aliquots of the CD138+ cells. DNA analysis will focus on identifying MYC rearrangements by custom capture array/NextGen sequencing. Gene expression profiling will be conducted by RNA Seq. These analyses may provide initial hypotheses regarding MYC rearrangements or patterns of gene expression associated with myeloma sensitivity to BET bromodomain inhibition. Cytospin preparations may also be generated from aliquots of the bone marrow sample, in order to identify cytogenetic abnormalities (detectable by fluorescent in situ

hybridization or FISH) that may be associated with myeloma sensitivity to BET bromodomain inhibition.

## 3.2    Number of patients

It is estimated that approximately 36 patients will be enrolled into this study. Assuming that identification of the MTD requires the evaluation of 7 dose levels of CPI-0610, and requires the evaluation of only 3 patients per dose level except for the MTD, which requires 6 patients, then 24 patients will be enrolled during the dose escalation part of the study. Twelve additional patients (assuming that 6 patients have been treated at the MTD during dose escalation) will be enrolled in the dose expansion part of the study. However, these estimates are only approximate, since more patients may be needed for cohort expansion during dose escalation, for the replacement of non-evaluable patients, or for evaluation of a dose other than the MTD during dose expansion.

# 4   STUDY POPULATION

The patients enrolled in this study will be adults (aged $\geq$ 18 years) with a histologically or cytologically confirmed diagnosis of multiple myeloma that has progressed following standard treatment, and for whom further effective standard treatment is not available. Eligible patients should have previously received treatment with an immunomodulatory agent (e.g., thalidomide, lenalidomide) and with a proteasome inhibitor (e.g., bortezomib, carfilzomib) unless the patient declined or is considered by the investigator to not be a candidate for one or more of these standard therapies. Eligible patients are required to have measurable disease, as defined in the study's inclusion criteria.

Patients must have screening and baseline evaluations performed either $\leq$ 14 days or $\leq$ 21 days (radiographic imaging studies only) before the first dose of CPI-0610, as described in the Schedule of Events (Section 6.2). The eligibility of a patient for the study should be established by evaluating all relevant inclusion and exclusion criteria. A record documenting confirmation of the patient's eligibility must be stored with the source documentation at the study site.

## 4.1   Inclusion criteria

Patients must meet all of the following criteria to be enrolled in the study:

1. Must be adults (aged $\geq$ 18 years)

2. Must have a histologically or cytologically confirmed diagnosis of multiple myeloma that has progressed despite at least one line of standard therapy.

3. Must have previously received treatment with an immunomodulatory agent (e.g., thalidomide, lenalidomide), and a proteasome inhibitor (e.g., bortezomib, carfilzomib) unless the patient declines or is considered by the investigator to not be a candidate for one or more of these standard therapies.

4. Must have measurable disease, defined by one or more of following: (i) a serum M protein > 0.5 g/dl measured by serum protein electrophoresis; (ii) urinary M protein excretion > 200 mg/24 hours; (iii) serum free light chain (FLC) measurement > 10 mg/dl, provided that the serum FLC ratio is abnormal. Patients whose disease is not measurable according to these criteria may be considered for participation in the study after discussion with the medical monitor. The main consideration will be whether the patient's disease can be reliably assessed using methods other than paraprotein measurements (e.g., CT, MRI, bone marrow biopsies).

5. Must have Eastern Cooperative Oncology Group (ECOG) performance status $\leq$ 2.

6. Absolute Neutrophil Count (ANC) $\geq$ 1.0 x $10^9$/L, in the absence of growth factor support

7. Platelets $\geq$ 75 x $10^9$/L, in the absence of transfusion support

8. Serum total bilirubin $\leq$ 1.5 x ULN (upper limit of normal)

9. AST and ALT $\leq$ 2.5 x ULN or $\leq$ 5 x ULN if liver metastases are present

10. Serum creatinine $\leq$ 1.5 x ULN or creatinine clearance (CrCl) $\geq$ 50 ml/min, either measured or estimated by the Cockcroft-Gault formula. Patients with a measured or estimated CrCl

> 30 but < 50 ml/min may be considered for inclusion in the study, but only after discussion with and approval by the medical monitor.

[Cockcroft-Gault formula for estimated creatinine clearance (eCrCl):

eCrCl = (140 – Age) × Mass (kg) × [0.85 if Female]/ 72 × Serum Creatinine (mg/dL)]

11. Serum glucose value ≤160 mg/dL. If needed, a fasting serum glucose determination may be obtained to satisfy this criterion. Alternatively, a hemoglobin A1C ≤ 7% (which corresponds to an average serum glucose concentration ≤ 154 mg/dL) may be used to satisfy this criterion.

12. Must have fully recovered from the reversible effects of prior major surgery and from any acute toxic effects of prior chemotherapy and radiotherapy (mild residual toxicity, e.g., grade 1 peripheral neuropathy, alopecia are allowed).

13. Female patients who are pre-menopausal or have experienced menopause for less than 2 years must have a negative serum pregnancy test ≤ 72 hours before starting study treatment. Male and female patients with reproductive potential must agree to use appropriate contraceptive methods while on study therapy and for 3 months thereafter.

14. Must give written informed consent to participate in this study prior to the performance of any study-related procedure.

## 4.2     Exclusion criteria

Patients who meet any of the following criteria will not be enrolled in the study:

1. Current infection with human immunodeficiency virus (HIV), Hepatitis B or Hepatitis C.

   Screening of patients with serologic testing for these viruses is not required. However, patients who have a past history of viral hepatitis or in whom there is a current suspicion of viral hepatitis should have serologic testing for Hepatitis B and Hepatitis C performed to determine whether there is any current evidence for ongoing infection with these viruses. Patients considered to be at risk for HIV infection should have HIV testing performed.

2. Impairment of GI function or GI disease that may significantly alter the absorption of CPI-0610, including any unresolved nausea, vomiting, or diarrhea that is CTCAE grade >1.

3. Impaired cardiac function or clinically significant cardiac diseases, including any of the following:

   - Acute myocardial infarction or angina pectoris ≤ 6 months prior to starting study drug
   - Serum cardiac troponin (cTn) level ≥ 99% percentile of the upper reference limit
   - QTcF > 470 msec on the screening ECG
   - Left ventricular ejection fraction (LVEF) < 50%

4. Uncontrolled cardiac arrhythmia (patients with rate-controlled atrial fibrillation are not excluded.)

5. A past medical history of other clinically significant cardiovascular disease (e.g., uncontrolled hypertension, history of labile hypertension or history of poor compliance with an antihypertensive regimen)

6. Any other concurrent severe and/or uncontrolled concomitant medical condition that could compromise participation in the study (e.g., clinically significant pulmonary disease, clinically significant neurological disorder, active or uncontrolled infection)

7. Systemic anti-cancer treatment or radiotherapy less than 2 weeks before the first dose of CPI-0610

   Note: patients may receive concomitant therapy with bisphosphonates and with low dose corticosteroids (e.g., prednisone or its glucocorticoid equivalent in a dose $\leq 10$ mg PO once daily [QD])

8. Treatment with an investigational small molecule less than 2 weeks before the first dose of CPI-0610. In addition, the first dose of CPI-0610 should not occur before a period equal to or greater than 5 half-lives of the small molecule investigational agent has elapsed.

9. Treatment with a therapeutic antibody less than 4 weeks before the first dose of CPI-0610. A minimum 2-week period between the last treatment with a therapeutic antibody and the first dose of CPI-0610 may be permitted in patients with rapidly progressive myeloma, following discussion with the medical monitor.

10. Treatment with medications that are known to be strong inhibitors or inducers of CYP450 enzymes. See Appendix 1 for a list drugs that are inhibitors or inducers of CYP450.

11. Treatment with medications that are known to carry a risk of Torsades de Pointes. See Appendix 2 for a list of drugs that carry this risk and/or a risk of QT interval prolongation.

12. Immunosuppressive treatment that cannot be discontinued both prior to study entry and for the duration of the study. Immunosuppressive treatment should be discontinued for at least 1 week prior to starting the administration of CPI-0610. Oral prednisone at a dose of 10 mg or less per day is allowed, as are other oral corticosteroids given at glucocorticoid-equivalent doses. Topical, nasal and inhaled corticosteroids are also allowed.

13. Pregnant or lactating women

14. Women of child bearing potential and men with reproductive potential, if they are unwilling to use adequate contraception while on study therapy and for 3 months thereafter

15. Patients unwilling or unable to comply with this study protocol

# 5   STUDY TREATMENT

## 5.1   Study drug

The term "study drug" refers to CPI-0610, Constellation's investigational inhibitor of BET proteins, formulated as capsules or tablets for oral administration.  No control drug will be used in this study.

CPI-0610 monohydrate is provided in hydroxypropyl methyl cellulose (HPMC) capsules formulated in 2, 10 and 25 mg strengths.  In addition to the active ingredient, CPI-0610 monohydrate, the capsules contain inactive excipients, as described in Table 5-1.  The capsules are supplied in high density polyethylene (HDPE) bottles, heat induction sealed, with a child proof cap.  Each 75 ml HPDE bottle contains 30 capsules of 2, 10 or 25 mg strengths.  The 2 mg capsules are white in color; the 10 mg capsules are Swedish Orange (red) in color; the 25 mg capsules are yellow in color.

**Table 5-1       Composition of CPI-0610 capsules**

| Component | Function | Amount in each 2 mg capsule | Amount in each 10 mg capsule | Amount in each 25 mg capsule |
|---|---|---|---|---|
| CPI-0610 monohydrate | Active ingredient | 2.00 mg | 10.00 mg | 25.0 mg |
| Microcrystalline cellulose PH101 | Filler | 156.40 mg | 267.20 mg | 253.6 mg |
| Magnesium Stearate | Lubricant | 1.6 mg | 2.80 mg | 1.40 mg |

CPI-0610 monohydrate tablets contain the micronized active pharmaceutical ingredient and several inactive excipients, as described in Table 5-2.  The 25 mg tablets are supplied in HDPE bottles, which are heat induction sealed.   Each 120 cc bottle contains 100 plain-faced light brown tablets.

**Table 5-2       Composition of CPI-0610 Tablets**

| Component | Function | Amount in each 25 mg Tablet |
|---|---|---|
| **Intra Granular** | | |
| CPI-0610 Monohydrate Micronized | Active ingredient | 25 mg |
| Microcrystalline Cellulose | Diluent/Filler | 60 mg |
| Lactose Monohydrate | Diluent/Filler | 90 mg |
| Hydroxypropyl Cellulose | Binder | 7 mg |
| Croscarmellose Sodium | Disintegrant | 4 mg |
| Sodium Lauryl Sulfate | Surfactant | 6 mg |
| **Extra Granular** | | |
| Croscarmellose Sodium | Disintegrant | 4 mg |
| Colloidal Silicon Dioxide | Glidant | 2 mg |
| Magnesium Stearate | Lubricant | 2 mg |
| | Total | 200 mg |

### 5.1.1   Study drug administration

CPI-0610 will be administered orally, once (or potentially twice) a day for 14 consecutive days followed by a 7-day break. The 14 days of CPI-0610 dosing and the 7-day break together constitute 1 cycle of treatment. The protocol also makes provision for the evaluation of a less intensive dosing regimen, e.g., 7 day of CPI-0610 dosing followed by a 7-day break (1 cycle = 14 days). The first dose will be administered in the clinic on Day 1 of Cycle 1; thereafter, patients will take their daily dose at home unless otherwise instructed (explained below).

Based on the clinical safety and PK data emerging from this study, and from other ongoing phase 1 studies of CPI-0610, it may be desirable to evaluate the administration of CPI-0610 on a BID schedule. This study therefore makes provision for both once daily and twice daily administration of CPI-0610.

The dose will not be adjusted for body weight or body surface area; all patients treated in the same cohort/at the same dose level will receive the same total milligram dose of CPI-0610 per day.

Patients will be given a dosing diary at the start of each treatment cycle in which they will record relevant information regarding their study drug (e.g., confirmation that each daily dose was taken, reasons for missed doses).

### 5.1.1.1          Once daily administration of CPI-0610

Patients should be instructed to take their daily dose at approximately the same time each day. Each dose should be taken with a glass of water and consumed over as short a time as possible (e.g., all capsules/tablets within 5 minutes). Patients should be instructed to swallow capsules/tablets whole and to not chew or open them.

In the case of capsules, each daily dose of CPI-0610 (including days which involve PK blood sampling) should be taken 2-4 hours after a light breakfast (e.g., consisting of juice, toast and jam). For example, if breakfast was completed at 08:00 a.m., then study drug administration should occur no sooner than 10:00 a.m. If a patient prefers to skip breakfast, that is acceptable as well. In either case, food intake should be avoided for at least 1 hour after study drug administration.

In the case of tablets, doses may be taken either with or without food.

On days when PK and/or pharmacodynamic samples need to be collected prior to taking study drug, the patient should take that day's dose of CPI-0610 in the clinic.

If vomiting occurs during the course of the treatment, then no re-dosing of the patient is allowed before the next scheduled dose.

If the patient forgets to take his/her daily morning dose, then he/she should take CPI-0610 within 6 hours after the missed dose. If more than 6 hours have passed, then that day's dose should be omitted, and the patient should resume treatment with the next scheduled dose.

**5.1.1.2**          **Twice daily administration of CPI-0610**

If a twice daily (BID) schedule of CPI-0610 dosing is evaluated in this study then patients will be given the following instructions:

Patients should be instructed to take their BID doses at approximately the same time each day. The two daily doses should be separated by a minimum of 10 hours. Each dose of CPI-0610 should be taken with a glass of water and consumed over as short a time as possible (e.g., all capsules/tablets within 5 minutes). Patients should be instructed to swallow capsules whole and to not chew or open them.

In the case of capsules, each morning dose of CPI-0610 (including days which involve PK blood sampling) should be taken 2-4 hours after a light breakfast (e.g., consisting of juice, toast and jam). For example, if breakfast was completed at 08:00 a.m., then study drug administration should occur no sooner than 10:00 a.m. If a patient prefers to skip breakfast, that is acceptable as well. In either case, food intake should be avoided for at least 1 hour after study drug administration.

In the case of capsules, each evening dose of CPI-0610 should be taken 2-4 hours after dinner (with no restrictions on the composition of dinner). If dinner was completed at 08:00 p.m., then study drug administration should no sooner than 10:00 p.m. Food intake should be avoided for at least 1 hour after study drug administration.

In the case of tablets, doses may be taken either with or without food. On days when PK and/or pharmacodynamic samples need to be collected prior to taking study drug, the patient should take the morning CPI-0610 dose in the clinic.

To accommodate PK sampling following dosing on Days 1 and 14 of Cycle 1, patients must take the second daily (evening) dose after the 8-hour PK sample for that day has been collected.

If vomiting occurs during the course of the treatment, then no re-dosing of the patient is allowed before the next scheduled dose.

If the patient forgets to take his/her daily morning or evening dose, then he/she should take CPI-0610 within 3 hours after the missed dose. If more than 3 hours have passed, then that missed dose should be omitted, and the patient should resume treatment with the next scheduled dose.

**5.1.2   Packaging and labeling**

The study drug will be provided by Constellation. The study drug will be labeled and handled at the investigational site as open-label material. Study drug labels will fulfill all requirements specified by relevant governing regulations. There will be no information about the patient on the study drug label. The storage conditions for study drug will be provided on the study drug label.

### 5.1.3   How supplied

#### 5.1.3.1        Capsules

CPI-0610 capsules will be supplied to the site pharmacy as 2, 10 and 25 mg capsules in bottles containing 30 capsules of a single strength.  The site pharmacist will dispense the appropriate number of capsules (of the appropriate strength(s)) to each patient at the beginning of each cycle.

#### 5.1.3.2        Tablets

CPI-0610 tablets will be supplied to the site pharmacy as a single 25 mg strength in bottles containing 100 tablets.  The site pharmacist will dispense the appropriate number of tablets to each patient at the beginning of each cycle.

### 5.1.4   Storage, handling, and accountability

The study drug must be received at the study site by a designated person, handled and stored safely and properly, and kept in a secured location to which only the pharmacist and designated assistants have access.  Upon receipt, the study drug should be stored according to the instructions specified on the drug labels.  Clinical supplies are to be dispensed only in accordance with the protocol.

Capsules/tablets should remain in the bottle provided until they are dispensed to patients.  The bottles should be stored at the investigational site at controlled room temperature (20-25°C).  Containers should be kept closed during storage.

Because this is an investigational agent, it should be handled with due care.  In case of contact with broken capsules, raising dust should be avoided during the clean-up operation.

The product may be harmful if inhaled, ingested, or absorbed through the skin.  Gloves, masks and protective clothing should be worn during the clean-up operation.  The area should be ventilated and the spill site washed after material pick-up is complete.  The spilled material should be disposed of as hazardous medical waste in compliance with federal, state, and local regulations.

In case of contact with the powder (e.g., from a broken capsule), skin should be washed immediately with soap and copious amounts of water for at least 15 minutes.

In case of contact with the eyes, copious amounts of water should be used to flush the eyes for at least 15 minutes.  Medical personnel should be notified.

The Investigator or designee must maintain an accurate record of the shipment and dispensing of study drug in a drug accountability ledger.  Drug accountability will be evaluated by the field monitor during site visits and at the completion of the study.  All drug supplies are to be used only for this protocol and not for any other purpose.  Unless specifically instructed to do so by Constellation, the Investigator must not destroy any drug labels, or any partly used or unused drug supply.

## 5.2      Patient numbering

Each patient in the study is identified by a unique **patient number.** The unique patient number is a combination of his/her **study center number** and **a second number reflecting the sequence of patient enrollment.** The study center number is assigned by Constellation Pharmaceuticals to each investigative site.

The procedures for patient numbering and cohort coordination between the study sites will be provided in a separate document prior to study start. Upon signing the informed consent form, the patient is assigned a patient number. Once assigned to a patient, a patient number will not be reused.

Informed consent must be obtained before performing any test to assess a patient's eligibility for this study.

## 5.3      Treatment assignment

The assignment of a patient to a given dose cohort will be coordinated by the sponsor. During dose expansion, all patients will receive the same dose, unless it becomes necessary to evaluate a dose below the MTD.

## 5.4      Treatment blinding

This is an open-label study and treatment blinding is not applicable.

## 5.5      Dose escalation

### 5.5.1   Starting dose for CPI-0610

The starting dose for this study is based on toxicology studies conducted in dogs and rats and on projections for CPI-0610's human pharmacokinetics.

The toxicology studies evaluated once daily oral dosing of CPI-0610 for 14 consecutive days in both species. The dose severely toxic for approximately 10% of the animals ($STD_{10}$) in the rat GLP toxicology study was 60 mg/kg/day, which is equivalent to 360 mg/m$^2$/day. The highest non-severely toxic dose (HNSTD) in the dog GLP toxicology study was 4 mg/kg/day, which is equivalent to 80 mg/m$^2$/day. According to FDA guidelines the safe starting dose is either 1/10 of the rodent MTD or 1/6 of the dog HNSTD, when doses are normalized to body surface area.[21] The toxicology results in the rat therefore suggest a starting dose of $0.1 \times 360$ mg/m$^2$/day x 1.73 m$^2$ = 62 mg/day. The toxicology results in the dog suggest a starting dose of 1/6 x 80 mg/m$^2$/day x 1.73 m$^2$ = 23 mg/day.

However, estimates of CPI-0610's human pharmacokinetics and assessment of PK-efficacy relationships in the MV4-11 xenograft model together suggest that an optimally efficacious dose could be as low as 15 mg/day. Since efficacious and toxic exposures to CPI-0610 are anticipated to be similar, Constellation believes that it is prudent to begin the clinical evaluation of CPI-0610 at a lower dose, specifically at 6 mg/day. If a dose of 15 mg/day is close to the MTD, the starting dose of 6 mg/day will be almost 3-fold lower than the MTD. Moreover, with this

starting dose and the use of the modified Fibonacci dose escalation algorithm the MTD will be approached with relatively small dose increments.

Although 6 mg/day is the starting dose for this study in the absence of any preceding experience with CPI-0610 in humans, Phase 1 studies of CPI-0610 are also planned (or ongoing) in patients with lymphoma and in patients with acute leukemia or myelodysplastic syndrome using the same starting dose, provisional dose levels (guided by the modified Fibonacci series of dose increments), and schedule of drug administration that are employed in this trial. If data are available from one or both of these studies that demonstrate the safety of the 6 mg/day or a higher dose, that data can be used to start this study with a dose greater than 6 mg/day. In this case, the starting dose for the current study must be a total daily dose that has completed its evaluation in at least one of the other two Phase 1 studies, that has not been associated with any dose-limiting toxicity, and that has generated no more than grade 3 hematologic toxicity and no more than grade 2 non-hematologic toxicity.

If the starting dose for this study is chosen on the basis of such clinical experience, then the subsequent maximum increases will be defined by the modified Fibonacci series, as outlined in Table 5-2 (Provisional Dose Levels), as if the preceding dose levels had already been evaluated in this study. If, based on previous clinical experience, a decision is made to start this study with a dose other than 6 mg/day, then that decision will be made jointly by the investigators and sponsor, with the supporting data and rationale outlined in an administrative letter distributed to all of the study sites, institutional review boards (IRBs), and the Food and Drug Administration (FDA).

### 5.5.2   Dose escalation guidelines

**General guidelines**

In the dose escalation part of this study sequentially enrolled cohorts of patients will receive increasing doses of CPI-0610 until the MTD is determined. Determination of the MTD of CPI-0610 will be achieved using a standard rule-based algorithm, typically referred to as the "3+3 design", in conjunction with a modified Fibonacci dose escalation scheme.

Cohorts of 3-6 evaluable patients will typically be treated at each dose level. Before a decision is made to increase the dose of CPI-0610 in a new cohort of patients a minimum of three evaluable patients must have been treated at the dose currently under evaluation.  Evaluable patients are patients who meet the minimum treatment and safety evaluation requirements of the study and/or who experience a DLT during cycle 1.

With the 14 days on/7 days off schedule the minimum treatment and safety evaluation requirements are met if, in cycle 1, the patient has received ≥ 12/14 of the planned doses of CPI-0610, is observed for ≥ 21 days following the first daily dose, and is considered by the sponsor and investigators to have sufficient safety data available to conclude that a DLT did not occur.

With the 7 days on/7 days off schedule the minimum treatment and safety evaluation requirements are met if, in cycle 1, the patient has received ≥ 6/7 of the planned doses of CPI-

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

0610, is observed for ≥ 14 days following the first daily dose, and is considered by the sponsor and investigators to have sufficient safety data available to conclude that a DLT did not occur.

Patients who do not meet these minimum treatment and safety evaluation requirements and who do not experience DLT will be replaced with new patients if the minimum of 3 evaluable patients per dose level has not been satisfied.

Additional patients may be enrolled to any dose level at or below the MTD, including intermediate dose levels, if doing so is considered appropriate for better defining the safety, PK, or pharmacodynamics of CPI-0610 treatment.

The MTD of CPI-0610 is the highest dose that can be given without causing a DLT in 33% or more of the patients treated at that dose. Stated from an operational perspective, it is the highest dose that causes DLT in less than 2/6 evaluable patients. Therefore escalation of the CPI-0610 dose will be terminated when two or more patients at a dose level experience DLT in the first cycle of treatment.

Three patients will be initially enrolled to a new dose level. If 2 or more of the initial 3 patients experiences DLT, then dose escalation will be terminated. If one of the initial 3 patients enrolled to a dose level experiences DLT, then 3 additional patients will be enrolled to this same dose level to further assess its safety. If none of the additional 3 patients experiences DLT, then the next higher dose level may be opened to enrollment. However, if one or more of these additional patients experiences DLT, then dose escalation will be terminated. The operating characteristics of these standard dose escalation rules are found in Appendix 3.

In the case where DLT occurs in 2 of 2 or 2 of 6 patients at a dose level and dose escalation is terminated, the MTD will be the immediately preceding dose. It is also permissible to evaluate an intermediate dose as a possible MTD. Before enrollment is opened to the dose expansion part of the study a minimum of 6 evaluable patients must be treated at the dose declared to be the MTD.

A modified Fibonacci algorithm will be used to determine the maximum allowable increase in dose from one cohort of patients to the next. The modified Fibonacci algorithm uses the following sequence of relative dose increases from one cohort of patients to the next: 100%, 67%, 50%, 40%, and 35%, with all subsequent increases no greater than 30-35%. The modified Fibonacci algorithm assumes that the initial dose level is 1/10th of the MTD.[22,23] However, based on PK data from the first 8 patients treated with CPI-0610 in a Phase 1 study in lymphoma, the initial dose level, 6 mg PO daily x 14 days, is estimated to be only 1/21st of the MTD. The average elimination half-life of CPI-0610 in these patients was 8.65 hours rather than the 21 hours predicted on the basis of preclinical data, resulting in lower than predicted systemic exposure (AUC). Therefore, in order to minimize the number of patients treated at suboptimal doses of CPI-0610, two additional dose doubling steps have been added to the initial steps of the dose escalation scheme. These two additional dose doubling steps are projected to bring the dose to approximately 40% of the MTD before implementing the successively decreasing dose increments of the modified Fibonacci algorithm. However, if significant CPI-0610-related toxicity is observed before completing these two additional dose doublings then the doubling of doses will be stopped and the dose escalation scheme will use step sizes no greater than those of

the modified Fibonacci series, i.e., 67, 50, 40, and 30-35%. Specifically, dose doubling will be stopped if at any given dose level two or more patients experience CTCAE grade 2 CPI-0610-related toxicity or any one patient experiences CTCAE grade 3 or higher CPI-0610-related toxicity during the first cycle of treatment.

The dose of CPI-0610 will not be adjusted for body weight or body surface area; all patients treated in the same cohort/at the same dose level will receive the same total milligram dose of CPI-0610 per day.

While the modified Fibonacci algorithm will define the maximum allowable increase in dose, smaller increases in dose may be evaluated if doing so is suggested by review of the clinical safety, PK or pharmacodynamic data, or by comparison to the preclinical toxicology, PK and pharmacodynamic data.  Moreover, if needed to better define dose-toxicity relationships, additional patients may be enrolled to the current dose level, to a preceding dose level, or to intermediate dose levels before proceeding with further dose escalation.

**Additional provisions**

Due to the potential for dropouts during the first cycle of treatment (e.g., because of early disease progression), a cohort may initially be expanded to include up to 2 additional patients. However, if these additional patients are to be enrolled they must start treatment $\leq 14$ days after the third patient enrolled in the cohort was first dosed with CPI-0610.  The decision to dose escalate may still be made after the third patient enrolled to the dose level in question has completed the first cycle of treatment.  However, if under these circumstances the decision is made to enroll patients to a higher dose level, and one of the additional patients treated at the preceding dose level experiences a DLT in the first cycle of treatment, then further enrollment of patients to the higher dose level will be suspended until it can be determined whether the preceding dose level exceeds the MTD. In the meantime, patients enrolled to the higher dose level may continue treatment at that dose if they are tolerating it well, and if continuing treatment is considered appropriate for the toxicity in question.

As with the selection of a starting dose, the doses evaluated in this study may be subsequently informed by the clinical experience with CPI-0610 in the Phase 1 study being conducted in patients with lymphoma. The information from the lymphoma study may suggest that more conservative dose escalation steps should be taken, or it may provide a rationale for omitting evaluation of one or more of the doses outlined in Table 5-2 (Provisional Dose Levels). If a decision is made to omit the evaluation of one or more doses in the provisional dose escalation scheme, the next dose level to be evaluated must be a dose that lies below the maximum tolerated dose in the lymphoma study or, if the MTD has not been determined, lies below the highest dose that has been evaluated in the lymphoma study.  Further constraints on the dose or doses to be omitted will be derived from a review of all of the existing dosing, PK and safety data from both studies.  If a decision to omit the evaluation of one or more doses is made, then an administrative letter will be distributed to all of the study sites, IRBs, and the FDA providing the supporting rationale.

If evaluation of the PK, pharmacodynamics, or safety of CPI-0610 suggests that it may be preferable to give CPI-0610 as a BID dose rather than as a single daily dose, then the daily dose

may be accordingly divided. In this case a new cohort of patients will be enrolled and treated with a twice daily dose. The initial twice daily dose will be equal to a total daily dose that has been well tolerated as a single daily dose, i.e., it must be a dose that has not caused dose-limiting toxicity when given once daily and a dose that is below the once daily MTD. If twice daily dosing of CPI-0610 is well tolerated in this initial cohort of patients, then dose escalation may continue with twice daily dosing, following the same dose escalation rules applied to once daily dosing. The maximum allowable increase in dose from one cohort of patients to the next will continue to be guided by the modified Fibonacci algorithm, and as if all of the preceding dose escalation had been conducted with twice daily dosing.

This study also provides the option of evaluating a less dose-intensive CPI-0610 treatment schedule. This option may be exercised if it is found that the doses and systemic exposures projected to be necessary for anti-tumor activity are not well tolerated for 14 consecutive days. An example of a less dose-intensive schedule is 7 consecutive days of treatment followed by a 7-day break, as outlined in this protocol. However, another less dose-intensive schedule may be selected (e.g., 5 or 10 consecutive days of treatment) if the initial experience with CPI-0610's safety, PK and PD suggests that another schedule would be preferable. If a less dose-intensive treatment regimen is evaluated, then the initial dose tested with it will be a daily dose that has been previously evaluated with the more dose-intensive 14 consecutive day schedule and does not exceed the MTD with that schedule.

If a decision is made to evaluate twice daily dosing or a less dose-intensive treatment schedule, this decision will be made jointly by the investigators and sponsor, with the supporting data and rationale outlined in an administrative letter distributed to all of the study sites, IRBs, and the FDA. In any case, only one schedule of CPI-0610 administration, and only one daily dosing frequency, will be evaluated during dose expansion.

### 5.5.3   Provisional dose levels

Table 5-3 depicts provisional dose levels for evaluation in this study, based on the planned starting dose and the maximum increases in dose allowed by the modified Fibonacci algorithm. The dose levels that are actually evaluated in this study may differ from these provisional ones, since the protocol allows for smaller increases in dose and for the evaluation of intermediate and higher doses, if necessary. Doses above 24 mg/day may be rounded so that they can be delivered using 10 and 25 mg capsules, thereby minimizing the number of capsules that patients must take.

The provisional dose levels in Table 5-3 apply only to CPI-0610 capsules.

The initial CPI-0610 tablet dose will be selected with the aim of providing systemic exposure (AUC) equivalent to that which would have been achieved with the next CPI-0610 capsule dose. Comparison of the pharmacokinetics of CPI-0610 tablets and capsules in patients indicates that the tablet is more rapidly absorbed, resulting in an approximately 2-fold higher Cmax, and that it has approximately 34% greater relative oral bioavailability. Subsequent increases in the CPI-0610 tablet dose will be made in increments no greater than 33%.

**Table 5-3        Provisional dose levels**

| Dose Level[†] | Percent Increase in Dose | CPI-0610 Capsule Dose | Schedule |
|---|---|---|---|
| -1* | - | 2 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 1 | - | 6 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 2 | 100 | 12 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 3 | 100 | 24 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 4 | 100 | 48 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 5 | 67 | 80 mg PO daily | 14 consecutive days of treatment, 1 week break |
| 6 | 50 | 120 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 7 | 40 | 168 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 8 | 35 | 226 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 9 | 35 | 304 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 10 | 35 | 410 mg PO daily | 14 consecutive days of treatment, 1-week break |

Notes:
* The 2 mg daily dose is a dose that may be evaluated if the 6 mg daily dose is not well tolerated.
† Doses between and higher than those shown in this table may be evaluated.

### 5.5.4   Definitions of dose-limiting toxicity

Dose-limiting toxicity (DLT) is defined as an adverse event or abnormal laboratory value assessed by the investigator as unrelated to disease progression, intercurrent illness, or concomitant medications and that meets any of the criteria listed below in Table 5-4.

For the purpose of making dose escalation decisions all DLTs occurring during the first cycle of treatment with CPI-0610 must be included. DLTs occurring in subsequent cycles of treatment may also be considered when making decisions regarding dose escalation, particularly if they suggest that cumulative and/or delayed toxicity may limit dosing.

CPI-0610
Clinical Trial Protocol: 0610-03                          Version 4, 01 December 2015

**Table 5-4        Definitions of dose-limiting toxicities**

| Toxicity | Any of the following: |
|---|---|
| Hematology | CTCAE grade 4 neutropenia (ANC < 0.5 x $10^9$/L) occurring during CPI-0610 dosing and resulting in the omission of more than 2 of the planned 14 days of dosing or more than 1 of the planned 7 days of dosing<br><br>CTCAE grade 4 neutropenia lasting for more than 7 days<br><br>Febrile neutropenia of any duration (ANC < 1.0 x $10^9$/L and oral temperature ≥38.5°C) |
| | CTCAE grade 4 thrombocytopenia (platelets < 25 x $10^9$/L) of any duration<br><br>CTCAE grade 3 thrombocytopenia (platelets between 25-49 x $10^9$/L) with bleeding or any requirement for platelet transfusion |
| Renal | Serum creatinine (> 2 x baseline and above the ULN; or > 2 x ULN) |
| Hepatic | ≥ CTCAE grade 3 total bilirubin (> 3 x ULN) |
| | ≥ CTCAE grade 2 bilirubin and ≥ CTCAE grade 2 ALT |
| | ≥ CTCAE grade 3 ALT |
| Cardiac | ≥ CTCAE grade 3 |
| Other adverse events | ≥ CTCAE grade 3 vomiting or CTCAE grade 3 nausea |
| | ≥ CTCAE grade 3 diarrhea |
| | ≥ CTCAE grade 3, except for the exclusions noted below |
| | Other CPI-0610-related non-hematologic toxicities ≥ CTCAE grade 2 that, in the opinion of the investigator, require dose reduction or discontinuation of treatment with CPI-0610 |
| Treatment interruption | Treatment interruption caused by CPI-0610-related toxicity and resulting in the delivery of less than 12 of the planned 14 days of dosing or less than 6 of the planned 7 days of dosing in a cycle of treatment |
| Treatment delay | Treatment delay of more than 1 week (i.e., interval between the beginning of one CPI-0610 treatment cycle and the next by > 28 days for the 14 days on/7 days off schedule; or by > 21 days with the 7 days on/7 days off schedule) because of a failure of adequate hematologic or non-hematologic recovery from the toxicity of the previous cycle of treatment (see Section 5.6 for retreatment criteria) |

| Toxicity | Any of the following: |
|----------|------------------------|
| Exceptions to DLT criteria | CTCAE grade 3-4 elevations in alkaline phosphatase |
| | CTCAE grade 3-4 elevations in serum uric acid, unless accompanied by physiologically significant or life-threatening consequences |
| | < 72 hours of CTCAE grade 3 fatigue |

Common Toxicity Criteria for Adverse Events (CTCAE) version 4.03 will be used for all toxicity grading.

Patients may receive supportive care (e.g., transfusion with PRBCs) as per local institutional guidelines. The use of erythropoietin is permitted according to the American Society of Clinical Oncology (or other institutional) Guidelines.

G-CSF may be used to treat patients who have developed dose-limiting neutropenia, as per institutional guidelines, following discontinuation of CPI-0610 treatment. However, G-CSF may not be used during CPI-0610 administration or during the treatment break unless dose-limiting neutropenia has already occurred.

Optimal therapy for vomiting or diarrhea will be based in institutional guidelines, with consideration of the prohibited medications listed in this protocol.

When laboratory abnormalities form the basis for a DLT they should be confirmed by repeated testing with a new blood sample or procedure (e.g., an ECG).

### 5.5.5   Dose expansion

Once the MTD of CPI-0610 is identified in the dose escalation part of this study, additional patients will be enrolled and treated at the MTD to further evaluate its safety and tolerability. Eighteen evaluable patients (including the minimum of 6 evaluable patients treated at the MTD during dose escalation) will be evaluated during this part of the study.

If an MTD cannot be established during dose escalation, e.g., because further increases in dose do not result in significant increases in exposure, then a dose other than the MTD may be evaluated during dose expansion. Conversely, if the MTD proves to be not well tolerated with further experience during the dose expansion phase, a lower dose may be evaluated. In either case, a minimum of 18 evaluable patients will be treated with a dose that can be recommended for future clinical trials (referred to as the "recommended Phase 2 dose" or RP2D).

The criteria for continuation of treatment and the dose modification guidelines employed during the dose escalation part of the study will also be followed during dose expansion.

## 5.6   Criteria for continuing treatment

### 5.6.1   Criteria for continuing CPI-0610 during a cycle of treatment

During a cycle of treatment CPI-0610 should continue to be administered as planned unless a dose-limiting toxicity has occurred, as defined in Table 5-4.

### 5.6.1.1          14 days of daily dosing, 7-day break (21-day cycle)

In the case of CPI-0610-related neutropenia and/or thrombocytopenia, dosing as planned should continue as long as the ANC remains $\geq$0.5 x $10^9$/L and the platelet count remains $\geq$25 x $10^9$/L. Should either the ANC or platelet count fall below these values (become CTCAE grade 4), dosing with CPI-0610 should be interrupted. CPI-0610 dosing within the planned 14 days of treatment should not be resumed until the ANC is $\geq$0.75 x $10^9$/L and the platelet count is $\geq$50 x $10^9$/L. In addition, dosing within the cycle of treatment should not be resumed if the interruption has resulted in the omission of more than 2 of the planned 14 days of dosing. If more than 2 of the planned 14 days of therapy have been omitted, then treatment should be resumed only with a new cycle of treatment, following the criteria outlined below in Section 5.6.2.1. If it is possible to resume dosing within the planned 14 days of treatment, no attempt should be made to make up the missed doses of CPI-0610.

### 5.6.1.2          7 days of daily dosing, 7-day break (14-day cycle)

In the case of CPI-0610-related neutropenia and/or thrombocytopenia, dosing as planned should continue as long as the ANC remains $\geq$ 0.5 x $10^9$/L and the platelet count remains $\geq$ 25 x $10^9$/L. Should either the ANC or platelet count fall below these values (become CTCAE grade 4), dosing with CPI-0610 should be interrupted. CPI-0610 dosing within the planned 7 days of treatment should not be resumed until the ANC is $\geq$ 0.75 x $10^9$/L and the platelet count is $\geq$ 50 x $10^9$/L. In addition, dosing within the cycle of treatment should not be resumed if the interruption has resulted in the omission of more than 1 of the planned 7 days of dosing. If more than 1 of the planned 7 days of therapy have been omitted, then treatment should be resumed only with a new cycle of treatment, following the criteria outlined below in Section 5.6.2.2. If it is possible to resume dosing within the planned 7 days of treatment, no attempt should be made to make up the missed dose of CPI-0610.

### 5.6.2   Criteria for beginning a new cycle of treatment

### 5.6.2.1          14 days of daily dosing, 7-day break (21-day cycle)

In order for a new cycle of therapy to begin following the scheduled 7-day break from therapy the patient's ANC must be $\geq$1.0 x $10^9$/L and the platelet count must be $\geq$75 x $10^9$/L. In addition, all other toxicity considered to be related to CPI-0610 must have resolved to CTCAE grade 1 or baseline.

If the patient fails to meet the above-cited criteria for retreatment, then initiation of the next cycle of treatment should be delayed by one week. Following the additional week of no treatment the next cycle may begin if the patient's ANC is $\geq$0.75 x $10^9$/L and the platelet count is $\geq$50 x $10^9$/L. In addition, all other toxicity considered to be related to CPI-0610 must have resolved to CTCAE grade 1 or baseline.

Should treatment need to be delayed for more than 7 days (if there are more than 28 days between the start of one cycle and the start of the next) because of inadequate recovery from treatment-related toxicity, this will be considered a dose-limiting event.

**5.6.2.2          7 days of daily dosing, 7-day break (14-day cycle)**

In order for a new cycle of therapy to begin following the scheduled 7-day break from therapy the patient's ANC must be $\geq 1.0 \times 10^9$/L and the platelet count must be $\geq 75 \times 10^9$/L. In addition, all other toxicity considered to be related to CPI-0610 must have resolved to CTCAE grade 1 or baseline.

If the patient fails to meet the above-cited criteria for retreatment, then initiation of the next cycle of treatment should be delayed by one week. Following the additional week of no treatment the next cycle may begin if the patient's ANC is $\geq 0.75 \times 10^9$/L and the platelet count is $\geq 50 \times 10^9$/L. In addition, all other toxicity considred to be related to CPI-0610 must have resolved to CTCAE grade 1 or baseline.

Should treatment need to be delayed for more than 7 days (if there are more than 21 days between the start of one cycle and the start of the next) because of inadequate recovery from treatment-related toxicity, this will be considered a dose-limiting event.

**5.7          Dose modification guidelines**

**5.7.1   Dose reduction**

Patients should not have dosing with CPI-0610 reduced unless a dose-limiting toxicity has occurred, as defined in Table 5-4. If a DLT occurs, then the patient may be withdrawn from the study after appropriate follow-up has been completed. However, if the patient's myeloma is at least stable and the investigator believes that it is in the patient's best interest to continue therapy with CPI-0610, then consideration may be given to resuming treatment at a previously evaluated lower dose. The possibility of re-treatment at a lower dose must be discussed with the study's medical monitor and approved. Moreover, when a reduction in the dose of CPI-0610 is required, no re-escalation of dose will be permitted.

The lower dose to be used cannot be specified *a priori*, since the actual doses evaluated and the dose-toxicity relationship will not be known until there is clinical experience with CPI-0610. Hence the choice of the lower dose at which to resume treatment will require discussion between the investigator and sponsor following review of the relevant clinical data.

**5.7.2   Intra-patient dose escalation**

Individual patients may be considered for treatment with a dose of CPI-0610 that is higher than the dose to which they were originally assigned. In order for a patient to be treated at a higher dose of CPI-0610, the patient must have tolerated the lower dose for at least two cycles of therapy, i.e., no CPI-0610-related non-hematologic toxicity > CTCAE grade 1 and no CPI-0610-related hematologic toxicity > CTCAE grade 2 was observed with the patient's treatment at the lower dose. Moreover, the new, higher dose with which the patient is to be treated must be a dose that has completed evaluation and does not exceed the MTD.

There is no limit to the number of times the dose of CPI-0610 may be increased for each patient. However, for any instance of intra-patient dose escalation the rules remain the same: the patient must not have experienced CPI-0610-related non-hematologic toxicity > CTCAE grade 1 or

CPI-0610-related hematologic toxicity > CTCAE grade 2 for at least two cycles of therapy at the lower dose, and the higher dose being considered must have been well tolerated (i.e., is below or equal to the MTD).

Consultation with Constellation must occur prior to any intra-patient dose escalation.

## 5.8     Management of DLTs and other adverse events

### 5.8.1   Assessment of potential cardiac toxicity

Because this study includes serial measurements of serum cardiac troponin (cTn) levels, it is anticipated that there may be patients in whom the level is found to be increased and therefore requires further evaluation. Cardiac troponin (cTn) levels $\geq 99\%$ percentile of the upper reference limit (URL) should be considered abnormal. However, they should not be automatically considered dose-limiting. The significance of the increased cTn should be further investigated with repeated cTn measurements and ECGs, and potentially with other studies (e.g., echocardiography) in consultation with a board-certified cardiologist. Constellation will retain a cardiologist to assist it and the investigators in the interpretation of cTn measurements and other cardiac data. The study investigators are expected to consult with their own local cardiologists, but will also have access to the cardiology consultant retained by Constellation.

### 5.8.2   Follow-up for dose-limiting toxicities

Patients whose treatment is interrupted or permanently discontinued because of dose-limiting toxicity must be followed until the toxicity resolves or stabilizes. Table 5-5 provides specific guidelines for follow-up of some of the more common hematologic, renal, hepatic and cardiovascular dose-limiting toxicities encountered in Phase 1 oncology clinical trials.

**Table 5-5        Follow-up evaluations for dose-limiting toxicities**

| Toxicity | Follow-up evaluation |
|---|---|
| Hematology | If CTCAE grade 4 thrombocytopenia occurs, the complete blood count (CBC) must be repeated at least twice a week until it resolves to CTCAE grade 3, as determined on at least 2 consecutive days. Thereafter the CBC should be repeated at least once a week until one of following occurs: thrombocytopenia resolves to ≤ CTCAE grade 2, it stabilizes, or treatment with CPI-0610 resumes.<br><br>If CTCAE grade 4 neutropenia occurs, the CBC must be repeated at least once a week. |
| Renal | If the serum creatinine is > 2 x baseline and above the ULN, or if it is > 2 x ULN, then it must be re-determined at least twice a week until it resolves to CTCAE grade 2, and then at least once a week until it resolves to ≤ CTCAE grade 1 or stabilizes. |
| Hepatic | If the total bilirubin > 3 x ULN or the ALT is > 5.0 x ULN, these parameters must be repeated at least twice a week until resolution to CTCAE grade 2, and then at least once a week until resolved to ≤ CTCAE grade 1 or stabilized.<br><br>If the combination of CTCAE grade 2 bilirubin and CTCAE grade 2 ALT elevation occurs, these tests must be re-determined at least once each week until each value has resolved to ≤ CTCAE grade 1 or has stabilized.<br><br>Patients with total bilirubin > ULN (any duration) should have fractionation of bilirubin into total/direct or indirect/direct components and any additional work-up as clinically indicated by these results. |
| Cardiac | If a QTcF > 500 msec has been demonstrated:<br><br>For all patients with a new QTcF greater than 500 msec, occurring at any time during the study, as identified by the investigator, an immediate evaluation of that ECG by an independent cardiologist will be performed.<br><br>The patient will be monitored by the investigator with hourly ECGs until the QTcF is ≤ 500 msec and the QTcF has returned to < 30 msec from baseline. Immediate attention to potassium and magnesium and other clinical factors such as oxygenation and ischemia will be addressed. A plasma sample will be obtained to assess the circulating concentration of CPI-0610, magnesium and potassium at the time when the absolute QTcF is first noted to be >500 msec.<br><br>Once QTcF prolongation has resolved, patients may be re-treated at a lower dose with ECG monitoring frequency as in Cycle 1. Patients who experience absolute QTcF > 500 msec after dose reduction will be discontinued from study.<br><br>Cardiac troponin (cTn) levels ≥ 99% percentile of the upper reference limit (URL) should be considered abnormal. The significance of the abnormality should be further investigated with repeated cTn measurements, ECGs, and potentially with other studies (e.g., echocardiography), in consultation with a cardiologist. |
| Non-laboratory | Patients who experience non-laboratory DLTs must be evaluated at least once a week following the initial identification of the toxicity until its resolution or stabilization. |

### 5.8.3   Management of nausea and/or vomiting

Prophylactic anti-emetic therapy will not be used in this study unless it becomes clear that CPI-0610 causes acute nausea and vomiting.  If prophylactic anti-emetic therapy is needed, 5-HT3 receptor antagonists and benzodiazepines (e.g., lorazepam) should be tried first. Because of their immunosuppressive effects, which may overlap with the immunosuppressive potential of CPI-0610, corticosteroids should be used only when 5-HT3 receptor antagonists and benzodiazepines are not sufficiently effective.

Although this study will not initially employ prophylactic anti-emetics, there is no prohibition against their use in the management of a patient who develops nausea and/or vomiting.  As in the prophylactic setting, 5-HT3 receptor antagonists and benzodiazepines should be tried first.

Patients who develop new or worsening nausea and/or vomiting during treatment with CPI-0610 must be contacted by the investigator or study nurse daily until it is clear that the problem has resolved or requires additional support (e.g., hospitalization)..

### 5.8.4   Management of diarrhea

Loperamide will not be used prophylactically.  However, patients will be instructed to take loperamide, 4 mg, at the occurrence of the first loose stool and then 2 mg every 2 hours until they are diarrhea-free for at least 12 hours.  During the night, patients may take 4 mg of loperamide every 4 hours.  Fluid intake should be maintained to avoid dehydration.

Patients who develop new or worsening diarrhea during treatment with CPI-0610 must be contacted by the investigator or study nurse daily until it is clear that the problem has resolved or requires additional support (e.g., hospitalization).

## 5.9      Concomitant medications

### 5.9.1   Anti-neoplastic therapy

Patients are prohibited from receiving any anti-neoplastic therapy other than CPI-0610 during the course of this study.  If alternative therapy is required for treatment of the patient's myeloma, the patient should be removed from this study and the reason for removal recorded in the electronic case report form (eCRF).  Myeloid growth factors (e.g., G-CSF, GM-CSF) will not be used in this trial in a manner that would support dose escalation of CPI-0610.  Myeloid growth factors may, however, be used to support patients who have developed dose-limiting Grade 4 neutropenia or dose-limiting Grade 3 neutropenia with fever and/or infection.  The use of erythropoietin is permitted according to the American Society of Clinical Oncology (or other institutional) Guidelines.

### 5.9.2    Guidelines regarding potential drug-drug interactions with concomitant medications

#### 5.9.2.1          CYP450 (CYP) enzyme inhibitors and inducers

In human hepatocytes CPI-0610 is metabolized by oxidation and amide hydrolysis. Although it is assumed that CYP enzymes are responsible for the oxidation of CPI-0610, it is not currently known which CYP enzymes are involved. Therefore, until there is sufficient data to characterize the human metabolism of CPI-0610, including the *in vivo* identification of its major metabolites, patients who are receiving CPI-0610 are prohibited from concomitantly taking drugs or other substances known to be strong inhibitors of one or more CYP enzymes. It is further recommended that patients not be treated with drugs that are moderate CYP enzyme inhibitors if reasonable alternatives are available. Concomitant treatment with drugs or substances known to be inducers of CYP activity should also be avoided if reasonable alternatives are available. Appendix 1 provides information regarding drugs and other substances known to affect the activity of CYP enzymes, and it categorizes CYP inhibitors as strong, moderate, or weak.

CPI-0610 has low potential for inhibition of Cytochrome P450 (CYP) enzymes. Hence CPI-0610 is not expected to cause clinically significant reductions in the clearance of drugs and other compounds whose elimination is dependent on CYP-mediated metabolism. There are therefore no restrictions on CPI-0610's use with drugs that are substrates of specific CYP enzymes. Based on its observed pharmacokinetics in rats and dogs, CPI-0610 is considered to have low potential for inducing the activity CYP enzymes, and hence there are no specific restrictions regarding the concomitant use of other medications on this basis.

#### 5.9.2.2          Drugs that prolong the QT interval

CPI-0610 has demonstrated no potential to prolong the QT interval during its preclinical evaluation, including a study in telemeterized dogs. However, this study will assess the QT interval in patients treated with CPI-0610.

Drugs that are known to carry a risk of causing Torsades de Pointes are prohibited during the treatment of patients with CPI-0610. Although not absolutely prohibited, drugs known to prolong the QT interval should be avoided as much as possible during CPI-0610 treatment, in order to avoid difficulties in interpretation of the ECG data. See Appendix 2 for a reference to medications that prolong the QT interval.

### 5.10   Withdrawal of patients from drug treatment

CPI-0610 treatment is to be permanently discontinued for patients meeting any of the following criteria:

- Development of confirmed progressive disease
- Occurrence of an unacceptable treatment-related AE
- Female patient becomes pregnant

All patients must have end-of-treatment assessments for safety within 30 days after the last dose of study treatment.  At a minimum, all patients who discontinue study treatment, including those who refuse to return for an end of treatment visit, will be contacted for safety evaluations during the 14 days following the last dose of study drug.  All patients will be followed for AEs and SAEs for 30 days following the last dose of CPI-0610.

## 5.11   Withdrawal of patients from study

Patients will be informed that they have the right to withdraw from the study at any time for any reason without prejudice to their medical care.  Additionally, the sponsor may terminate the study.  The investigator also has the right to withdraw patients from the study for any of the following reasons:

- Patient withdrew consent
- Refusal of treatment/patient request
- Protocol violation
- Failure to return for follow-up
- Alternative therapy or medication
- Administrative reasons
- Intercurrent illness
- Adverse event
- Death

All patients should be encouraged to continue, if possible, with the scheduled study and follow-up visits. If a patient is withdrawn, he or she should complete the EOS visit.  The reason(s) for a patient's withdrawal from the study are to be recorded in the patient's source record and on the eCRF.

Following withdrawal of consent to participate in this trial by a patient, no new information will be collected from that patient and added to the existing data or any database, if requested by the patient.  However, every effort will be made to follow all patients for safety.

# 6   STUDY CONDUCT

## 6.1    Arrangements for recruitment of patients

Recruitment and enrollment strategies for this study may include recruitment from the investigators' local practices or referrals from other physicians.  If advertisements become part of the recruitment strategy, they will be reviewed by the Institutional Review Board (IRB) or Independent Ethics Committee (IEC).  Any other arrangements will be described in the study manual.

## 6.2    Schedule of events

The Schedule of Events (14-day dosing regimen) is presented in Table 6-1.

An alternative Schedule of Events (7-day dosing regimen) is presented in Table 6-2.

The screening period includes the 28 days before the first dose of CPI-0610. In order for a patient to be considered eligible for this study the required screening laboratory studies and ECG must have been performed within 14 days of the first dose of CPI-0610. Imaging studies (e.g., skeletal survey) must have been performed within 21 days of the first dose of CPI-0610.  The baseline period is part of the screening period, and consists of the 72 hours before the first dose of CPI-0610.  The purpose of the baseline period is to document the status of key laboratory tests (like the CBC and serum chemistry values) shortly before administration of CPI-0610 begins.

When applicable, specific visit windows for assessments (e.g., 6 hours [±1 hr]) are provided in the footnotes to the study schedules.  If the daily dose is given as two equally divided (BID) doses in this study, the assessments to be performed will be the same as those for single daily dosing.

The approximate volume of blood collected from each patient will be 225 mL in Cycle 1 and 35 mL in each subsequent cycle.

CPI-0610
Clinical Trial Protocol: 0610-03

Version 4, 01 December 2015

### Table 6-1    Schedule of events: 14 days of daily dosing, 7-day break (21-day cycle)

| Assessment | Screening Days -28 to -1 | Cycle 1 Day 1 | Cycle 1 Days 2-7 | Cycle 1 Day 8 | Cycle 1 Days 9-13 | Cycle 1 Day 14 | Cycle 1 Days 15-19 | Cycle 2 and Beyond Day 1 | Cycle 2 and Beyond Days 2-7 | Cycle 2 and Beyond Day 8 | Cycle 2 and Beyond Days 9-14 | Cycle 2 and Beyond Days 15-21 | EOT | EOS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Informed consent | X | | | | | | | | | | | | | |
| Study entry criteria | X | | | | | | | | | | | | | |
| Demographics | X | | | | | | | | | | | | | |
| Medical history | X | | | | | | | | | | | | | |
| Signs & symptoms/Physical Examination | X[a,b] | X[a,b] | | | | | | X[b] | | | | | X | X |
| ECOG performance status | X[c] | X[c] | | | | | | X[c] | | | | | X | X |
| Vital signs | X[d] | X[d] | | | | | | X[c] | | | | | | |
| ECG | X[d] | X[d] | | X[d] | | X[d] | | X[c] | | | | | | |
| Echocardiogram | | | | | | | X[e] | | | | | X[e] | | |
| ACTH Stimulation Test | X | | | | | | | | | | | | | |
| Coagulation | X | | | | | | | | | | | | | |
| Hematology | X[f] | X[f] | | X[f] | X[f] | X[f] | X[g] | X[c] | | X[f] | | X[f] | X | X |
| Clinical chemistry | X[f] | X[f] | | X[f] | X[f] | X[f] | X[g] | X[c] | | X[f] | | X[f] | X | X |
| Pregnancy testing | X | X | | | | | | X[c] | | | | | | |
| Myeloma response assessment | X[g] | | | | | | X[g] | | | | | X[g] | X | X |
| PK sampling | X[h] | X[h] | | X[i] | X[i] | X[j] | X[k] | X[l] | | | | | | |
| Peripheral blood PD sample (PMBC gene expression) | X[m] | X[m] | | X[n] | X[o] | X[m] | X[p] | X[q] | | | | | | |
| Bone marrow aspirate and biopsy for biomarker assessments | X[r] | | | X[r] | | | | | | | | | | |
| Pharmacogenetics sampling | X | | | | | | | | | | | | | |
| CPI-0610 administration | | X | X | X | X | X | | X | X | X | X | | | |
| Adverse events | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Concomitant medications | X | X | X | X | X | X | X | X | X | X | X | X | X | X |

a. The screening signs and symptoms assessment and physical examination may be used as baseline assessments if they are conducted ≤ 72 hours before the first dose of CPI-0610.
b. Complete physical examination, including weight should be performed ≤ 72 hours before the start of each cycle.
c. Performed ≤ 72 hours before the start of each cycle
d. Obtained prior to dosing and at 1 hr (± 15 mins), 2 hrs (± 30 mins), 4 hrs (± 1 hr) and 6 hrs (± 2 hrs) hrs after dosing
e. To be obtained after every 2 cycles of treatment for the first 6 cycles, and thereafter after every 4 cycles of treatment
f. Assessed at least once each week during each cycle. If a patient is found to have an ANC ≤ 0.5 x $10^9$/L and/or platelet count ≤ 25 x $10^9$/L and/or a platelet count ≤ 25 x $10^9$/L the CBC with differential should be repeated at a minimum twice each week until the ANC and/or platelet count have exceeded these values on at least 2 consecutive days
g. Laboratory studies for myeloma response assessment (SPEP, 24 hour UPEP, IFE, serum FLC, CBC, and CMP) will be performed ≤ 7 days before the first dose of CPI-0610 and will be repeated at the completion of each cycle of treatment.  Bone marrow biopsy and aspiration and radiographic studies will be repeated only if required to confirm

response or disease progression. Repeat laboratory studies are required at the EOT/EOS visit only if PD has not been previously documented or if these studies have not been performed within the preceding week. If the patient's myeloma has not progressed and he/she continues to be followed off of study treatment, the laboratory studies for myeloma response assessment should be re-determined every 4 weeks.

h. A PK blood sample will be collected prior to the first dose of CPI-0610 and at the following time points after the first dose: 30 mins ($\pm$ 10 min), 1 hr ($\pm$ 15 min), 1.5 hrs ($\pm$ 15 min), 2 hrs ($\pm$ 30 min), 3 hrs ($\pm$ 30 min), 4 hrs ($\pm$ 30 min), 6 hrs ($\pm$ 1 hr), 8 hrs ($\pm$ 1 hr), and 24 hrs ($\pm$ 3 hrs).

i. A single PK blood sample will be collected prior to dosing on Day 8. An additional PK sample will be collected 0-2 hours before bone marrow aspiration and biopsy are performed for pharmacodynamic assessments (between Days 8-13).

j. A PK blood sample will be collected prior to dosing, and at the following time points after dosing: 30 mins ($\pm$ 10 min), 1 hr ($\pm$ 15 min), 1.5 hrs ($\pm$ 15 min), 2 hrs ($\pm$ 30 min), 3 hrs ($\pm$ 30 min), 4 hrs ($\pm$ 30 min), 6 hrs ($\pm$ 1 hr), and 8 hrs ($\pm$ 1 hr).

k. A single PK blood sample will be collected on each study day.

l. A single PK blood sample will be collected prior to dosing on Cycle 2, Day 1 only.

m. Peripheral blood PD samples for PBMC gene expression are collected pre-dose and at 2, 6, and 8 hours post-dose.

n. One peripheral blood PD sample for PBMC gene expression is collected pre-dose

o. One peripheral blood PD sample for PBMC gene expression is collected 0-2 hours before the bone marrow aspirate and biopsy is performed between Days 8 and 13

p. Peripheral blood PD samples for PBMC gene expression are collected anytime on Days 17 and 19

q. One peripheral blood PD sample for PBMC gene expression is collected prior to dosing on Cycle 2, Day 1 only.

r. A bone marrow biopsy and aspirate for biomarker assessments will be obtained prior to treatment and again between Days 8 and 13 of Cycle 1. The Cycle 1 aspirate and biopsy should be obtained 2 to 6 hours after dosing with CPI-0610. An additional PK blood sample and an additional whole blood sample for PBMC gene expression will be collected 0-2 hours before the aspirate and biopsy are obtained.

s. The EOT visit will be the same as the EOS for patients who will not be followed off of study treatment.

CPI-0610
Clinical Trial Protocol: 0610-03

Version 4, 01 December 2015

**Table 6-2     Schedule of events for alternative dosing regimen: 7 days of daily dosing, 7-day break (14-day cycle)**

| Assessment | Screening (Days -28 to -1) | Cycle 1 | | | | Cycle 2 and Beyond | | | | EOT[r] | EOS[r] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Day 1 | Days 2-6 | Day 7 | Day 8-12 | Day 1 | Day 2-7 | Day 8 | Days 9-14 | | |
| Informed consent | X | | | | | | | | | | |
| Study entry criteria | X | | | | | | | | | | |
| Demographics | X | | | | | | | | | | |
| Medical history | X | | | | | | | | | | |
| Signs & symptoms/Physical Examination | X[a,b] | X[a,b] | | | | X[b] | | | | X | X |
| ECOG performance status | X | X[c] | | | | X | | | | X | X |
| Vital signs | X | X[d] | | | | X[c] | | | | | |
| ECG | X | X[d] | | X[d] | | X[c] | | | | | |
| Echocardiogram | X | | | | | | | | X[c] | | |
| ACTH Stimulation Test | X | | | | | | | | X[e] | | |
| Coagulation | X | | | | | | | | | | |
| Hematology | X | X[f] | | X[f] | | X[c] | | X[f] | | X | X |
| Clinical chemistry | X | X[f] | | X[f] | | X[c] | | X[f] | | X | X |
| Pregnancy testing | X | X | | | | X[c] | | | | | |
| Myeloma response assessment | X[g] | | | | | | | | X[g] | X[g] | X[g] |
| PK sampling | | X[h] | X[i] | X[j] | X[k] | X[i] | | | | | |
| Peripheral blood PD sample (PMBC gene expression) | | X[m] | X[n] | X[m] | X[o] | X[p] | | | | | |
| Bone marrow aspirate and biopsy for biomarker assessments | X[q] | | X[q] | | | | | | | | |
| Pharmacogenetics sampling | X | | | | | | | | | | |
| CPI-0610 administration | | X | X | X | | X | X | | | | |
| Adverse events | X | X | X | X | X | X | X | X | X | X | X |
| Concomitant medications | X | X | X | X | X | X | X | X | X | X | X |

a. The screening signs and symptoms assessment and physical examination may be used as baseline assessments if they are conducted ≤ 72 hours before the first dose of CPI-0610.
b. Complete physical examination, including weight should be performed ≤72 hours before the start of each cycle.
c. Performed ≤ 72 hours before the start of each cycle
d. Obtained prior to dosing and at 1 hr (± 15 mins), 2 hrs (± 30 mins), 4 hrs (± 1 hr) and 6 hrs (± 2 hrs) hrs after dosing
e. To be obtained after every 2 cycles of treatment for the first 6 cycles, and thereafter after every 4 cycles of treatment
f. Assessed at least once each week during each cycle. If a patient is found to have an ANC ≤ 0.5 x $10^9$/L and/or a platelet count ≤ 25 x $10^9$/L and the CBC with differential should be repeated at a minimum twice each week until the ANC and/or platelet count have exceeded these values on at least 2 consecutive days.
g. Laboratory studies for myeloma response assessment (SPEP, 24 hour UPEP, IFE, serum FLC, CBC, and CMP) will be performed ≤ 7 days before the first dose of CPI-0610 and

will be repeated after the completion of every 2nd cycle of treatment. Bone marrow biopsy and aspiration and radiographic studies will be repeated only if required to confirm response or disease progression. Repeat laboratory studies are required at the EOT/EOS visit only if PD has not been previously documented or if these studies have not been performed within the preceding week. If the patient's myeloma has not progressed and he/she continues to be followed off of study treatment, the laboratory studies for myeloma response assessment should be re-determined every 4 weeks.

h. A PK blood sample will be collected prior to the first dose of CPI-0610 and at the following time points after the first dose: 30 mins (± 10 min), 1 hr (± 15 min), 1.5 hrs (± 15 min), 2 hrs (± 30 min), 3 hrs (± 30 min), 4 hrs (± 30 min), 6 hrs (± 1 hr), 8 hrs (± 1 hr), and 24 hrs (± 3 hrs).

i. PK samples will be obtained prior to dosing on C1D3, C1D4, and C1D5. An additional PK sample will be collected on the day that bone marrow aspiration and biopsy is performed for pharmacodynamic assessments (between Days 5-7). This PK sample will be collected 0-2 hours before the aspirate and biopsy are obtained.

j. A PK blood sample will be collected prior to dosing, and at the following time points after dosing: 30 min (± 10 min), 1 hr (± 15 min), 1.5 hrs (± 15 min), 2 hrs (± 30 min), 3 hrs (± 30 min), 4 hrs (± 30 min), 6 hrs (± 1 hr), and 8 hrs (± 1 hr).

k. A single PK blood sample will be collected on Days 8 – 12.

l. A single PK blood sample will be collected prior to dosing on Cycle 2, Day 1 only.

m. Peripheral blood PD samples for PBMC gene expression are collected pre-dose and at 2, 6, and 8 hours post-dose.

n. One peripheral blood PD sample for PBMC gene expression is collected 0-2 hours before the bone marrow aspirate and biopsy obtained between Days 5 and 7.

o. One peripheral blood PD sample for PBMC gene expression is collected anytime on Days 10 and 12.

p. Peripheral blood PD sample for PBMC gene expression collected prior to dosing on Cycle 2, Day 1 only.

q. A bone marrow biopsy and aspirate for biomarker assessments will be obtained prior to the start of treatment and again on Day 5, 6, or 7 of Cycle 1. The biopsy and aspirate should be obtained 2 to 6 hours after dosing with CPI-0610. An additional PK blood sample and an additional whole blood sample for PBMC gene expression will be collected 0-2 hours before the bone marrow aspirate and biopsy are obtained

r. The EOT visit will be the same as the EOS for patients who will not be followed off of study treatment.

## 6.3     Study procedures

### 6.3.1    Informed consent

Each patient must provide written informed consent before any study-related procedures are conducted, unless those procedures are performed as part of the patient's standard care.

### 6.3.2    Clinic visits

Patients should be seen in the clinic by the investigator during Screening, on Day 1 of Cycle 1, and then weekly during Cycle 1.  Subsequently patients should be seen in the clinic by the investigator on Day 1 of each new cycle of treatment, and they should be contacted weekly (in person or by phone) by study personnel to assess their well-being and compliance with the study. Patients will have weekly safety labs collected and evaluated, as indicated on the Schedule of Events.  Based on patient reports and/or laboratory findings, additional clinic visits should be scheduled by the investigator and study site staff as deemed necessary.

### 6.3.3    Inclusion and exclusion criteria

The inclusion and exclusion criteria will be assessed during screening ($\leq 28$ days before the first dose of CPI-0610).  A patient is considered to be enrolled in the study once written informed consent to study participation has been obtained, all eligibility criteria have been met, and the completed enrollment form has been sent to study CRO, signed by the appropriate representative, and returned to the investigational site.

Procedures for completion of enrollment information will be described in the study manual.

### 6.3.4    Demographics

Patient demographics will be documented during screening and will include patient birth date, gender, and race.

### 6.3.5    Medical history

During the screening period the patient will have a complete medical history taken.  The medical history will emphasize the history of the patient's multiple myeloma with a description of all related prior therapies. A line of therapy in the treatment of multiple myeloma is defined according to the International Working Group Guidelines:[24]

"A line of therapy is defined as one or more cycles of a planned treatment program. This may consist of one or more planned cycles of single-agent or combination therapy, as well as a sequence of treatments administered in a planned manner. For example, a planned treatment approach of induction therapy followed by autologous stem cell transplantation, followed by maintenance therapy is considered one line of therapy. A new line of therapy starts when a planned course of therapy is modified to include other treatment agents (alone or in combination) as a result of disease progression, relapse, or toxicity. A new line of therapy also starts when a planned period of observation off therapy is interrupted by a need for additional treatment for the disease"

Additionally, concomitant medications will be listed and will include all medications being taken at the time of screening.

### 6.3.6    CPI-0610 administration

Patients will receive CPI-0610 treatment as outlined in Section 5.  The first day of study treatment will be considered Day 1 of Cycle 1.  Cycles of treatment will be repeated as long as the patient's myeloma has not progressed and as long as no dose-limiting toxicity has occurred.

Criteria for continuing treatment during a cycle of treatment and for beginning a new cycle of treatment are provided in Section 5.6.

### 6.3.7    Safety assessments

#### 6.3.7.1          Adverse events

AEs will be monitored throughout the study period, beginning from the time of informed consent and for 30 days following the last dose of CPI-0610.  All AEs and SAEs that occur during the reporting period will continue to be followed until the event resolves, the investigator assesses the event as stable, the event is determined to be irreversible, or the patient is lost to follow-up. Definitions, documentation, and reporting of AEs are described in detail in Section 9.

#### 6.3.7.2          Eastern Cooperative Oncology Group Performance Status

ECOG performance status will be assessed during screening, ≤ 72 hours before the start of each new cycle of treatment, at the End of Treatment (EOT) and at the End of Study (EOS) visits.

#### 6.3.7.3          Signs and symptoms/Physical examination

An assessment of signs and symptoms and a complete physical examination will be conducted during screening.  The screening physical examination will record the patient's height and weight.   The screening signs and symptoms assessment and physical examination may be used as the baseline assessments if they are conducted ≤ 72 hours before the first dose of CPI-0610.

An assessment of signs and symptoms and a physical examination, including weight, will be conducted ≤ 72 hours before the beginning of each new cycle of treatment.

A signs and symptoms assessment and physical examination will be conducted at the EOT and EOS visits.

#### 6.3.7.4          Vital signs

Vital signs (blood pressure, heart rate, and oral temperature) will be taken during screening; prior to dosing and 1 hr (± 15 min), 2 hrs (± 30 min), 4 hrs (± 1 hr), and 6 hrs (± 2 hrs) after dosing on Cycle 1 Day 1; and ≤ 72 hours before the start of each new cycle of treatment.

#### 6.3.7.5          Electrocardiograms

A 12-lead ECG will be obtained as part of the screening evaluation.

**14 DAYS OF DAILY DOSING, 7-DAY BREAK (21-DAY CYCLE)**

On Cycle 1 Day 1, Cycle 1 Day 8, and Cycle 1 Day 14 a 12-lead ECG will be performed prior to dosing with CPI-0610, and ECGs will be repeated at 1 hr (± 15 min), 2 hrs (± 30 min), 4 hrs (± 1 hr), and 6 hrs (± 2 hrs) hours post-dosing.

**7 DAYS OF DAILY DOSING, 7-DAY BREAK (14-DAY CYCLE)**

On Cycle 1 Day 1 and on Cycle 1 Day 7, a 12-lead ECG will be performed prior to dosing with CPI-0610, and ECGs will be repeated at 1 hr (± 15 min), 2 hrs (± 30 min), 4 hrs (± 1 hr), and 6 hrs (± 2hrs) hours post-dosing.

An ECG will be performed ≤ 72 hours before the start of each new cycle of treatment.

The timing of ECGs may be adjusted once the $T_{max}$ for CPI-0610 is estimated.

### 6.3.7.6        Left ventricular ejection fraction by echocardiography

An echocardiographic assessment of LVEF will be made during the screening evaluation. Repeated echocardiographic assessment of LVEF will be made after the completion of every 2 cycles of therapy for the first 6 cycles, and thereafter following the completion of every 4 cycles of treatment.

Although LVEF can be assessed with a nuclear medicine scan, in this study echocardiography is the preferred technique because of the additional information that it can provide (e.g., detection of focal wall motion abnormalities).

### 6.3.7.7        Concomitant medications and supportive therapies

All concomitant medications and supportive therapies will be recorded from screening through the end of the study. Concomitant medications and therapies that are prohibited or allowed are described in Section 5.9.

### 6.3.7.8        Clinical laboratory evaluations

**COAGULATION PARAMETERS**

PT (INR) and aPTT will be determined during screening for all patients. Subsequent measurement of the PT (INR) and aPTT will be performed as clinically indicated.  In patients who are scheduled to have tumor (lymphoma) biopsies performed the PT (INR) and aPTT should be repeated prior to this procedure according to institutional guidelines.

**HEMATOLOGY**

A complete blood count (CBC) with differential white blood cell (WBC) count ("CBC with differential") will be obtained during screening, baseline, and then once weekly during each cycle of treatment with CPI-0610.  If a patient is found to have an absolute neutrophil count (ANC) ≤0.5 × $10^9$/L and/or a platelet count ≤25 × $10^9$/L, the CBC with differential should be

repeated at a minimum twice each week until the ANC and/or platelet count have exceeded $0.5 \times 10^9$/L and $25 \times 10^9$/L, respectively, on at least 2 consecutive days.

The CBC with differential consists of the following: hemoglobin, total WBC count, differential WBC count, and platelet count.

CLINICAL CHEMISTRY

A clinical chemistry panel will be obtained during screening, baseline, and once weekly during each cycle of treatment with CPI-0610.

The clinical chemistry panel consists of the following: sodium, potassium, carbon dioxide, chloride, serum glucose, blood urea nitrogen (BUN), serum creatinine, total bilirubin, alkaline phosphatase, aspartate aminotransferase (AST [SGOT]), alanine aminotransferase (ALT [SGPT]), lactate dehydrogenase (LDH), cardiac troponin (cTn), uric acid, calcium, and phosphate.

PREGNANCY TESTING

A serum beta-human chorionic gonadotropin (β-hCG) pregnancy test will be performed for women of childbearing potential during screening. Results must be negative before the first dose of CPI-0610 is given. In women of childbearing potential, the serum pregnancy test will be repeated ≤ 72 hours before the start of each new cycle of treatment. The pregnancy test will be repeated at the EOT visit. (The EOT visit is the same as the EOS visit for patients who will not be followed off study treatment).

If a female patient or a male patient's partner becomes pregnant or suspects pregnancy while participating in this study, the investigator must be informed immediately.

ACTH STIMULATION TESTING

An ACTH stimulation test will be performed before the patient receives his or her first dose of CPI-0610. This test will then be repeated after the completion of every 2 cycles of treatment for the first 6 cycles, and thereafter following the completion of every 4 cycles of treatment.

The ACTH stimulation test consists of drawing blood for the measurement of serum cortisol concentrations before and then 30 and 60 minutes after the intravenous injection of 250 mcg of cosyntropin. The current criteria used to indicate normal adrenal function are a minimum serum cortisol concentration ≥18 to 20 mcg/dL (500 to 550 nmol/L) before *or* after ACTH injection.

Because different glucocorticoids interfere with the measurement of serum cortisol, patients who are taking glucocorticoids on an ongoing basis should be switched to an equivalent dose of dexamethasone, which does not interfere with this measurement.

## 6.3.8   Efficacy measurements

Disease response assessment will be determined by the investigator using the International Myeloma Working Group (IMWG) Uniform Response Criteria for Multiple Myeloma, with a modification to include the category of minor response. Details are provided in Section 7.2.1.

During the screening period the myeloma burden for each patient will be established with the following studies:

1) Serum protein electrophoresis (SPEP) with quantification of the M-protein

2) 24 hour urine protein electrophoresis (UPEP) for quantification of urinary M-protein excretion

3) Serum and urine immunofixation (IFE)

4) Serum free light chain (FLC) assay

5) Quantitative immunoglobulins (IgA, IgG, IgM, IgD)

6) Bone marrow aspiration and biopsy, including FISH and cytogenetics (FISH should include assessment of del 17p, t(4;14), t(11;14), t(14;16), t(14;20), 1q21 amplification, and t(6;14), if possible)

7) Complete blood count, $\beta_2$-microglobulin

8) Comprehensive metabolic panel (CMP), including measurements of serum calcium, LDH, and measurements of renal and hepatic function

9) Complete skeletal survey

10) Computed tomography (CT) or magnetic resonance image (MRI) (only in patients with a history of or suspected to have soft tissue plasmacytomas).

In addition, the myeloma burden for each patient should be re-assessed within 7 days of the Cycle 1 Day 1 dose of CPI-0610 if these studies were conducted earlier during the screening period. Note, however, that serum immunofixation, bone marrow biopsy and aspiration, and radiographic studies do not have to be repeated during the week before the first dose of CPI-0610.

Disease assessment will be repeated after the completion of every cycle of treatment with CPI-0610 (approximately every 3 weeks). The assessment should include the following studies: SPEP, 24-hour UPEP, IFE, serum FLC, CBC, and CMP, with the exceptions noted in the immediately following paragraph.  These studies should ideally be performed during the 72-hour period prior to the start of each cycle, although it is permissible to perform them during the first 7 days of a new cycle of treatment.

If the baseline 24-hour urine collection for measurement of myeloma paraprotein does not demonstrate the excretion of at least 100 mg of paraprotein/24 hours, then a repeat 24- hour urine

collection, UPEP and immunofixation do not have to be repeated at each response determination time point. However, they do need to be repeated to confirm a complete response or to potentially document disease progression.

Bone marrow aspiration and biopsy for response assessment will only be repeated for confirmation of potential complete responses. Radiographic imaging studies will be repeated for response assessment only when required to document disease status (e.g., to confirm reductions or increases in the size of plasmacytomas, or to exclude the interim development of new lytic bone lesions).

Studies for disease assessment are required at the EOT/EOS visit if progressive disease (PD) has not been previously documented or if these studies have not been performed within the previous 2 weeks.  If the patient continues to be followed off of study treatment (as could occur in a patient achieving a complete response [CR]), then the disease assessment should be repeated every 4 weeks.

### 6.3.9   Pharmacokinetic measurements

### 6.3.9.1      Overview of the pharmacokinetic sampling strategy

Serial peripheral blood samples (approximately 4 mL each) will be drawn before and after dosing with CPI-0610 in the first cycle of treatment in order to determine circulating concentrations of CPI-0610 and to potentially profile metabolites of CPI-0610.  Serial peripheral blood sampling for PK will occur over the 24 hours following the first dose of CPI-0610, over the 24 hours following the last dose, and over the 120 hours (5 days) following the last dose. The sampling during the 24 hours following the last dose is designed to assess steady-state concentrations of CPI-0610, and the subsequent sampling during the treatment break should permit an estimate of CPI-0610's elimination half-life.  In patients treated for 14 consecutive days, an additional pre-dose PK sample will be collected on Day 8 to permit an assessment of the extent to which steady-state concentrations have been achieved after one week of dosing.

One additional PK blood sample will be collected between Days 8 and 13 when a bone marrow biopsy and aspirate are obtained for pharmacodynamic assessments. This additional PK blood sample should facilitate assessments of the relationship between circulating concentrations of CPI-0610 and its pharmacodynamic effects in malignant plasma cells.

### 6.3.9.2      Specific time points for pharmacokinetic sampling

The PK sampling time points are shown in Table 6-3 and Table 6-4.  A total of approximately 116 mL of blood will be taken for pharmacokinetic samples.

In the case that CPI-0610 is dosed twice daily, the PK sampling schedule will not be altered, since the two doses of each day should be separated by at least 10 hours, and the last PK sampling time point occurs 8 hours after the morning dose.

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

**Table 6-3        Pharmacokinetic sampling schedule: 14 days of dosing, 7-day break**

| Cycle Day | Time point | Total amount of blood per study day |
|---|---|---|
| C1D1 | Prior to dosing<br>30 minutes (±10 min) after dosing<br>1 hour (±15 min) after dosing<br>1.5 hours (±15 min) after dosing<br>2 hours (±30 min) after dosing<br>3 hours (±30 min) after dosing<br>4 hours (±30 min) after dosing<br>6 hours (± 1 hr) after dosing<br>8 hours (± 1 hr) after dosing<br>24 hours (± 3 hr) after dosing | 44 mL |
| C1D8 | Prior to dosing | 4 mL |
| C1D8-13 | 0-2 hours before the bone marrow aspiration and biopsy for pharmacodynamic assessments | 4 mL |
| C1D14 | Prior to dosing<br>30 minutes (±10 min) after dosing<br>1 hour (±15 min) after dosing<br>1.5 hours (±15 min) after dosing<br>2 hours (±30 min) after dosing<br>3 hours (±30 min) after dosing<br>4 hours (±30 min) after dosing<br>6 hours (± 1 hr) after dosing<br>8 hours (± 1 hr) after dosing | 40 mL |
| C1D15 | Anytime | 4 mL |
| C1D16 | Anytime | 4 mL |
| C1D17 | Anytime | 4 mL |
| C1D18 | Anytime | 4 mL |
| C1D19 | Anytime | 4 mL |
| C2D1 | Prior to dosing | 4 mL |

**Table 6-4        Pharmacokinetic sampling schedule: 7 days of dosing, 7-day break**

| Cycle Day | Time point | Total amount of blood per study day |
|---|---|---|
| C1D1 | Prior to dosing<br>30 minutes (±10 min) after dosing<br>1 hour (±15 min) after dosing<br>1.5 hours (±15 min) after dosing<br>2 hours (±30 min) after dosing<br>3 hours (±30 min) after dosing<br>4 hours (±30 min) after dosing<br>6 hours (± 1 hr) after dosing<br>8 hours (± 1 hr) after dosing<br>24 hours (± 3 hr) after dosing | 44 mL |
| C1D3 | Prior to dosing | 4 mL |
| C1D4 | Prior to dosing | 4 mL |
| C1D5 | Prior to dosing | 4 mL |
| C1D5-7 | 0-2 hours before the bone marrow aspiration and biopsy for pharmacodynamic assessments | 4 mL |
| C1D7 | Prior to dosing<br>30 minutes (±10 min)<br>1 hour (±15 min<br>1.5 hours (±15 min)<br>2 hours (±30 min) | 40 mL |

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

|  | 3 hours (±30 min)<br>4 hours (±30 min)<br>6 hours (± 1 hr)<br>8 hours (± 1 hr) |  |
|---|---|---|
| C1D8 | Anytime | 4 mL |
| C1D9 | Anytime | 4 mL |
| C1D10 | Anytime | 4 mL |
| C1D11 | Anytime | 4 mL |
| C1D12 | Anytime | 4 mL |
| C2D1 | Prior to dosing | 4 mL |

The timing, but not the number (unless fewer) of blood samples drawn for CPI-0610 plasma concentration determination and metabolite profiling may be changed if the emerging data indicate that an alteration in the sampling scheme is needed to better characterize CPI-0610's PK.

One peripheral blood sample (approximately 4 mL) will be obtained during screening, prior to the first dose of CPI-0610, in order to conduct genotyping for polymorphisms in drug-metabolizing enzymes that may affect the pharmacokinetics of CPI-0610.

Details regarding the collection, handling and shipping of blood PK samples and the blood sample collected for potential genotyping of drug-metabolizing enzymes are provided in the study manual.

### 6.3.10  Pharmacodynamic biomarker measurements

#### 6.3.10.1        Peripheral blood samples for assessment of gene expression changes in PBMCs

Whole blood samples (approximately 2.5 mL each) will be collected at selected time points that coincide with PK sampling or with the collection of a bone marrow biopsy and aspirate for pharmacodynamic assessments during Cycle 1 of treatment.  These whole blood samples will be assessed for changes in the expression of a set of genes in PBMCs known to be sensitive to BET inhibition.

**Table 6-5        Peripheral blood PD sampling schedule: 14 days of dosing, 7-day break**

| Cycle Day | Time point |
|---|---|
| C1D1 | Pre-dose, 2 (± 30 mins), 6 (± 1 hr) and 8 (± 1 hr) hours post-dose |
| C1D8 | Pre-dose |
| C1D8-13 | 0-2 hours before bone marrow biopsy and aspirate |
| C1D14 | Pre-dose, 2 (± 30 mins), 6 (± 1 hr) and 8 (± 1 hr) hours post-dose |
| C1D17 | Anytime |
| C1D19 | Anytime |
| C2D1 | Pre-dose |

**Table 6-6      Peripheral blood PD sampling schedule: 7 days of dosing, 7-day break**

| Cycle Day | Time point |
|---|---|
| C1D1 | Pre-dose, 2 (± 30 mins), 6 (± 1 hr) and 8 (± 1 hr) hours post-dose |
| C1D4 | Pre-dose |
| C1D5-7 | 0-2 hours before bone marrow biopsy and aspirate |
| C1D7 | Pre-dose, 2 (± 30 mins), 6 (± 1 hr) and 8 (± 1 hr) hours post-dose |
| C1D10 | Anytime |
| C1D12 | Anytime |
| C2D1 | Pre-dose |

Details regarding the collection, handling and shipping of whole blood pharmacodynamic samples are provided in the study manual.

### 6.3.10.2      Bone marrow biopsy and aspirate for pharmacodynamic analysis

The pharmacodynamic effects of BET bromodomain inhibition, e.g., changes in gene expression at the level of mRNA or protein, will be assessed in malignant plasma cells in bone marrow biopsies and potentially in bone marrow aspirates. Bone marrow biopsies will be processed with a fixation and decalcification protocol that avoids the use of hydrochloric acid, and biomarker assessments in the biopsies will be conducted using ISH for mRNA and IHC for protein.

Bone marrow aspirates may be used for the assessment of gene expression changes by qPCR or RNA Seq if a method becomes available that can fix and preserve the antigenic and transcriptional expression of the malignant plasma cells at the time of sample collection and permit their subsequent isolation and RNA extraction.

A bone marrow biopsy and aspirate will be obtained before the first dose of CPI-0610 is given, both for biomarker assessments and for establishing the status of the patient's myeloma prior to starting treatment. The bone marrow biopsy and aspirate will be repeated for biomarker assessments during the first cycle of therapy.  The bone marrow biopsy and aspirate performed during the first cycle of treatment should be performed 4 hours (± 2 hours) after that day's dose of CPI-0610.

**Table 6-7      Bone marrow biopsy and aspirate for biomarker assessments: 14 days of dosing, 7-day break**

| Cycle Day | Time point |
|---|---|
| Screening | Anytime |
| C1D8-13 | 4 hours (± 2 hours) after dosing |

**Table 6-8      Bone marrow biopsy and aspirate for biomarker assessments: 7 days of dosing, 7-day break**

| Cycle Day | Time point |
|---|---|
| Screening | Anytime |
| C1D5- 7 | 4 hours (± 2 hours) after dosing |

Note that a peripheral blood sample for the determination of circulating concentrations of CPI-0610 and a peripheral blood sample for assessment of changes in PBMC gene expression will both be obtained with (0-2 hours prior to) the collection of this bone marrow biopsy and aspirate.

The timing of the bone marrow biopsy and aspirate performed during the first cycle of treatment may be changed if the emerging data indicate that an adjustment in the sampling time is needed to better characterize the pharmacodynamic effects of CPI-0610 in myeloma cells.

Details regarding the collection, handling, and shipping of bone marrow biopsy and aspirates are provided in the study manual.

### 6.3.11  Predictive biomarker sample collection

Bone marrow aspirates obtained prior to the start of CPI-0610 treatment and again between Days 8-13 of Cycle 1 will be collected into anti-coagulated tubes. CD138+ cells will be purified from the bone marrow aspirates using anti-CD138 antibodies conjugated to magnetic particles. DNA and RNA will be extracted from the CD138 + cells and analyzed by custom capture array/NextGen sequencing (DNA) or RNA Seq (RNA).

Details regarding bone marrow aspirate collection, handling and shipping are provided in the study manual.

### 6.3.12  Patient contact

Patients who complete an EOT visit less than 30 days after the last CPI-0610 dose should be contacted by telephone on Day 30 post-treatment to assess new or ongoing AEs or SAEs that may have occurred since the last visit.

## 6.4     Study compliance

CPI-0610 will be administered only to eligible patients under supervision of the investigator or identified subinvestigator(s).  The appropriate study personnel will maintain records of study drug receipt and dispensing, including the following: applicable lot numbers and total drug administered in milligrams (mg).  Any discrepancy regarding the dose administered and the reason for the discrepancy will be documented in the source records and eCRF.

Patients will receive diaries that include the instructions for home administration of CPI-0610 (including that CPI-0610 must be administered as intact capsules/tablets) along with a log (diary) to record the date and time of each dose as well as the number and strength (mg) of capsules/tablets taken.  Detailed instructions for completion and review of the diaries will be provided in the study manual.

Patients will receive a sufficient quantity of CPI-0610 for each treatment cycle at the beginning of the treatment cycle.  The study center staff will check the patient's diary versus the patient's supply of remaining CPI-0610 capsules/tablets at the Day 1 visit of each new treatment cycle and at the EOT visit to ensure proper compliance with dosing.  Patients who are not compliant with the dosing schedule may be withdrawn from the study.

CPI-0610
Clinical Trial Protocol: 0610-03                                      Version 4, 01 December 2015

## 6.5    Post end-of-study

Following the end of the study, no further medical care or treatment will be provided to patients through this study by the study investigator(s).  Thereafter, patients will receive medical care at the discretion of their physician.  If a new event occurs after the termination of the trial that is likely to change the risk/benefit analysis of the trial and could still have an impact on the trial participants, the sponsor should notify the competent authority and ethics committees concerned and provide a proposed course of action.

# 7   STUDY ENDPOINTS

The measurements that will be used to assess the safety, efficacy, PK, pharmacodynamics, and pharmacogenetics of CPI-0610 in this study are outlined below. Details regarding and the schedule for the procedures described below are presented in Section 6 and in Tables 6-1 and 6-2.

## 7.1   Safety

Assessment of the safety of CPI-0610 treatment will rely on continuous evaluation of AEs and SAEs and their potential relationship to the study medication, on monitoring of clinically significant abnormal laboratory values (with an emphasis on hematologic parameters, liver function tests [LFTs], and renal function), and on evaluation of serial ECGs.

### 7.1.1   Adverse events

Monitoring of AEs will be conducted throughout the study period as described in Section 9.3. AEs, including SAEs, will be recorded on the eCRFs from the time of informed consent through 30 days after the last study dose.

### 7.1.2   Vital signs

Vital signs, including heart rate, blood pressure, oral temperature will be obtained.

### 7.1.3   Physical examination and patient weight

A complete physical examination, including patient height and weight, will be conducted during screening. Subsequently, an abbreviated physical exam (directed toward the identification of new symptoms, signs, and changes in body) will be performed.

### 7.1.4   Clinical laboratory evaluations

Clinical laboratory evaluations and ECGs will be performed locally. Handling and shipment of clinical laboratory samples will be outlined in the study manual.  Clinical laboratory parameters are discussed in Section 6.3.7.8.

## 7.2   Efficacy measurements

Serial measurements of serum and urine M-proteins, serum and urine immunofixation, serum free light chains, bone marrow aspirates and biopsies, complete blood counts and radiographic studies (skeletal survey, CT/MRI) will be used to assess the extent of the patient's myeloma.

### 7.2.1   Myeloma response criteria

The criteria used to categorize response in this study are IMWG Uniform Response Criteria, modified to include the category of minor response (MR).[24] See Tables 7-1 and 7-2 for summaries of these criteria.

**Table 7-1     IMWG uniform response criteria by response subcategory for multiple myeloma[24]**

| Response Subcategory | Response Criteria |
|---|---|
| CR* | All 3 of the following:<br>• Negative immunofixation of serum and urine, *and*<br>• Disappearance of any soft tissue plasmacytomas, *and*<br>• < 5% PCs in bone marrow |
| Stringent complete response (sCR)† | CR as defined, *plus*:<br>• Normal FLC ratio *and*<br>• Absence of clonal PCs by immunohistochemistry or 2-to 4-color flow cytometry |
| VGPR* | Either of the following:<br>• Serum and urine M-component detectable by immunofixation but not on electrophoresis, *or*<br>• ≥ 90% reduction in serum M-component plus urine M-component < 100 mg/24 h |
| PR | A ≥ 50% reduction of serum M-protein and reduction in 24-hour urinary M-protein by ≥ 90% or to < 200 mg/24 hours<br>• If the serum and urine M-protein are not measurable, a decrease ≥ 50% in the difference between involved and uninvolved FLC levels is required in place of the M-protein criteria<br>• If serum and urine M-protein are not measurable, and serum free light assay is also not measurable, ≥ 50% reduction in bone marrow PCs is required in place of M-protein, provided baseline percentage was ≥ 30%<br>In addition to the above criteria, if present at baseline, ≥ 50% reduction in the size of soft tissue plasmacytomas is also required |
| SD | Not meeting criteria for CR, VGPR, PR, or PD |
| PD | Increase of 25% from lowest response value in any of the following:<br>• Serum M-component (absolute increase must be ≥ 0.5 g/dL), *and/or*<br>• Urine M-component (absolute increase must be ≥ 200 mg/24 h), *or*<br>• Only in patients without measurable serum and urine M-protein levels: the difference between involved and uninvolved FLC levels (absolute increase must be > 10 mg/dL), *or*<br>• Only in patients without measurable serum and urine M protein levels and without measurable disease by FLC levels, bone marrow PC percentage (absolute percentage must be ≥ 10%), *or*<br><br>Definite development of new bone lesions or soft tissue plasmacytomas or definite increase in the size of existing bone lesions or soft tissue plasmacytomas, *or*<br><br>Development of hypercalcemia (corrected serum calcium > 11.5 mg/dL) that can be attributed solely to the PC proliferative disorder |

All response categories (CR, sCR, VGPR, PR, and PD) require 2 consecutive assessments made at any time before the institution of any new therapy; CR, sCR, VGPR, PR, and SD categories also require no known evidence of progressive or new bone lesions if radiographic studies were performed. VGPR and CR categories require serum and urine studies regardless of whether disease at baseline was measurable on serum, urine, both, or neither. Radiographic studies are not required to satisfy these response requirements. Bone marrow assessments need not be confirmed. For PD, serum M-component increases of more than or equal to 1 g/dL are sufficient to define relapse if starting M-component is ≥ 5 g/dL.

PCs indicate plasma cells.

*Clarifications to IMWG criteria for coding CR and VGPR in patients in whom the only measurable disease is by serum FLC levels: CR in such patients indicates a normal FLC ratio of 0.26 to 1.65 in addition to CR criteria listed above. VGPR in such patients requires a > 90% decrease in the difference between involved and uninvolved FLC levels.

†Clarifications to IMWG criteria for coding PD: Bone marrow criteria for PD are to be used only in patients

without measurable disease by M protein and by FLC levels; "25% increase" refers to M protein, FLC, and bone marrow results, and does not refer to bone lesions, soft tissue plasmacytomas, or hypercalcemia and the "lowest response value" does not need to be a confirmed value

**Table 7-2      IMWG uniform response criteria by response subcategory for multiple myeloma (additional response criteria and updates)[24]**

| Response Subcategory | Criteria |
|---|---|
| MR in patients with relapsed refractory myeloma adopted from the EBMT criteria | $\geq$ 25% but $\leq$ 49% reduction of serum M protein *and* reduction in 24-hour urine M-protein by 50%-89%<br><br>In addition to the above criteria, if present at baseline, 25%-49% reduction in the size of soft tissue plasmacytomas is also required<br><br>No increase in size or number of lytic bone lesions (development of compression fracture does not exclude response) |
| Immunophenotypic CR | Stringent CR *plus*<br>Absence of phenotypically aberrant PCs (clonal) in BM with a minimum of 1 million total BM cells analyzed by multiparametric flow cytometry (with > 4 colors) |
| Molecular CR | CR *plus* negative ASO-PCR, sensitivity $10^{-5}$ |

EBMT indicates European Group for Blood and Marrow Transplantation; PCs, plasma cells; and ASO-PCR, allele-specific oligonucleotide polymerase chain

## 7.3      Pharmacokinetic measurements

Blood samples for determination of the plasma concentration of CPI-0610 and for profiling its potential metabolites will be obtained at pre-specified time points to characterize its pharmacokinetics. Some of the PK parameters to be estimated are $AUC_{(0-\tau)}$, $AUC_{(0-\infty)}$, $AUC_{(0-\tau)ss}$, $C_{max}$, $T_{max}$, $C_{trough}$, elimination half-life, Vd/F, CL/F, peak-to-trough ratio, and accumulation ratio.

A peripheral blood sample will be obtained prior to dosing for the purpose of genotyping each patient for drug metabolizing enzymes that may affect the pharmacokinetics of CPI-0610.

## 7.4      Pharmacodynamic biomarker assessments

Changes in the expression of a set of 7 genes in PBMCs that are known to be sensitive to BET protein bromodomain inhibition will be assessed by qPCR in samples of whole blood. Preliminary analyses will be conducted to assess the relationship between the expression of these genes and exposure to CPI-0610.

Changes in the expression of genes sensitive to BET protein bromodomain inhibition in malignant plasma cells will rely on IHC assessments of selected proteins and on ISH assessments of selected mRNAs in bone marrow biopsies. Examples of genes known to be sensitive to BET protein bromodomain inhibition include *MYC* and *HEXIM1*. In addition, IHC will be used to evaluate changes in markers of cellular proliferation and apoptosis (e.g., Ki67 and cleaved caspase 3, respectively) in malignant plasma cells. Comparisons of protein and mRNA expression in malignant plasma cells will be made between the bone marrow biopsy obtained between Days 8 and 13 of the first cycle of treatment and the biopsy obtained before starting treatment with CPI-0610.

Bone marrow aspirates may be used for the assessment of gene expression changes by qPCR or RNA Seq if a method becomes available that can fix and preserve the antigenic and transcriptional expression of the malignant plasma cells at the time of sample collection and permit their subsequent isolation and RNA extraction. Comparison of mRNA expression in malignant plasma cells will be made between the bone marrow aspirate obtained between Days 8 and 13 of the first cycle of treatment and the bone marrow aspirate obtained before starting treatment with CPI-0610.

## 7.5      Predictive biomarker assessments

Malignant plasma cells will be isolated from the bone marrow aspirate obtained as part of the pretreatment evaluation of the patient's disease and from the bone marrow aspirate obtained between Day 8 and 13 of the first cycle of treatment. CD138+ cells will be isolated from marrow leukocytes using an anti-CD138 antibody coupled to magnetic particles, and DNA and RNA will be extracted from aliquots of the CD138+ cells. DNA analysis will focus on identifying *MYC* rearrangements by custom capture array/NextGen sequencing. Gene expression profiling will be conducted by RNA Seq. These analyses may provide initial hypotheses regarding *MYC* rearrangements or patterns of gene expression associated with myeloma sensitivity to BET bromodomain inhibition. Cytospin preparations may also be generated from

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

aliquots of the bone marrow sample, in order to identify cytogenetic abnormalities (detectable by FISH) that may be associated with myeloma sensitivity to BET bromodomain inhibition.

# 8   STATISTICAL AND QUANTITATIVE ANALYSES

## 8.1   Statistical methods

### 8.1.1   Determination of sample size

The number of patients enrolled in this study is driven by the dose escalation scheme and by the point(s) in the dose escalation scheme at which DLT may occur. Assuming that identification of the MTD requires the evaluation of 7 dose levels of CPI-0610, and requires the evaluation of only 3 patients per dose level except for the MTD (which requires 6), 24 patients will be enrolled during the dose escalation part of the study. Approximately 12 additional patients (assuming that 6 patients have been treated at the MTD during dose escalation) will be enrolled in the dose expansion part of the study. Additional patients may be needed for cohort expansion during dose escalation, for the replacement of non-evaluable patients, or for evaluation of a dose other than the MTD during dose expansion.

### 8.1.2   Randomization and stratification

No randomization or stratification will be used in this trial.

The heterogeneity of the patient population enrolled in this study, the variability in the dose of CPI-0610 with which patients are treated, and the small size of this study all preclude the use of any meaningful stratification.

### 8.1.3   Populations for analysis

There are 4 patient populations for the purpose of statistical analysis in this study:

#### 8.1.3.1      Population evaluable for safety

The population of patients evaluable for CPI-0610's safety is defined as all patients who receive any amount of study drug.

#### 8.1.3.2      Population evaluable for dose-limiting toxicity

The population of patients evaluable for DLT is defined as all patients who receive CPI-0610 at the assigned dose (i.e., who take at least 12 or 6 of the assigned doses of CPI-0610, according to the assigned schedule, in their first cycle of treatment, unless interrupted by DLT) and who have sufficient follow-up data to allow the investigators and sponsor to determine whether DLT occurred. Patients who discontinue from the study for reasons other than DLT (e.g., disease progression) before completing the evaluations specified by the protocol over the 21 days of Cycle 1 are not evaluable for DLT and will be replaced. Patients will be analyzed by the dose level to which they were originally assigned, including those who receive subsequent treatment at a lower or higher dose level.

### 8.1.3.3      Population evaluable for pharmacokinetics

The population of patients evaluable for CPI-0610's PK is defined as all patients for whom there are sufficient dosing and CPI-0610 concentration-time data to reliably estimate the drug's PK. This population will be used for analyses of PK parameters.

### 8.1.3.4      Populations evaluable for pharmacodynamic assessments

The population of patients evaluable for CPI-0610's pharmacodynamic effects in peripheral blood mononuclear cells will include all patients in whom at least one whole blood sample was collected both before and after at least one dose of CPI-0610 was administered, and in whom the whole blood samples were processed according to protocol and yielded adequate RNA for assessment of gene expression by qPCR.

The population of patients evaluable for CPI-0610's pharmacodynamic effects in malignant plasma cells will include all patients in whom a bone marrow biopsy was obtained before starting therapy with CPI-0610 and again during the first cycle of treatment, and in whom the biopsy sample was processed according to protocol and was considered assessable for gene expression by ISH and/or IHC.  This patient population may be similarly defined in terms of gene expression changes assessed by qPCR or RNA Seq in malignant plasma cells isolated from bone marrow aspirates, if a method becomes available that can fix and preserve the antigenic and transcriptional expression of the malignant plasma cells at the time of sample collection and permit their subsequent isolation and RNA extraction.

### 8.1.3.5      Populations evaluable for predictive biomarker assessments

In order for patients to be evaluable for potential genetic markers predictive of response or resistance to treatment with CPI-0610, sufficient DNA and/or RNA for sequencing must have been obtained from malignant plasma cells isolated from a sample of bone marrow aspirate. However, it is recognized that correlations between genetic markers and response or resistance to treatment can only be made in patients who are treated with CPI-0610 at potentially efficacious doses and over adequate periods of time. Since potentially efficacious doses and durations of treatment with CPI-0610 have yet to be defined, the population evaluable for such analyses cannot be defined prospectively.  Given the dose-ranging nature of this study and the small number of patients expected to be enrolled, it is expected that this study will provide only preliminary data for developing hypotheses to be tested in future trials of CPI-0610.

### 8.1.4   Procedures for handling missing, unused, and spurious data

All available data will be included in data listings. No imputation of values for missing data will be performed. Percentages of patients with AEs or laboratory toxicities will be based on non-missing values.

Data that are potentially spurious or erroneous will be examined under the auspices of standard data management operating procedures.

### 8.1.5    General methodology

The statistical methods employed in this protocol will be primarily descriptive and graphical in nature. Determination of the MTD of CPI-0610 with this schedule of administration will be achieved using a standard deterministic algorithm, typically referred to as the "3+3 design," in conjunction with a modified Fibonacci dose escalation scheme, as described in Section 5.5.2 and in Appendix 3. Statistical hypothesis testing is neither intended nor appropriate due to the small sample size of the study.

### 8.1.6    Baseline comparisons

This is a single-arm study; there are no treatment groups to be compared with respect to their baseline characteristics. The demographic and baseline characteristics will be descriptively evaluated. Data to be evaluated will include age, sex, race, and baseline characteristics.

### 8.1.7    Efficacy analysis

Analysis of efficacy measures will be descriptive. A number of variables described in Section 7.2 that may characterize the efficacy of CPI-0610, primarily the disease response category based on the IMWG guidelines and the duration of response, will be summarized.

### 8.1.8    Pharmacokinetic analysis

Descriptive statistics (e.g., number of patients, mean, standard deviation, median, minimum, and maximum) will be used to summarize PK parameters for each dose group and, where appropriate, for the entire population. PK parameters will include (but are not limited to) $C_{max}$, time to maximum concentration ($T_{max}$), AUC, and elimination half-life. The relationships between dose and both $C_{max}$ and AUC will be explored graphically for dose proportionality. The population evaluable for PK will be used for these analyses.

Descriptive and graphical methods may be used to explore the relationship between CPI-0610 pharmacokinetics and polymorphisms in drug-metabolizing enzymes.

### 8.1.9    Pharmacodynamic analysis

The potential relationship between CPI-0610 exposure and changes in gene and/or protein expression will be explored with descriptive and graphical methods.

### 8.1.10   Predictive biomarker analysis

Descriptive and graphical methods may also be used to explore the relationships that may exist between clinical response and specific gene mutations, translocations, rearrangements or amplification.

## 8.1.11  Safety analysis

The incidence of DLT will be tabulated for each dose group. In addition, to assess the relationship between toxicities and CPI-0610 dose, the preferred term of individual toxicities will be summarized by their frequency and intensity for each dose group.

Safety will also be evaluated by the incidence of treatment-emergent AEs, severity and type of AEs, and by changes from baseline in the patient's vital signs, weight, and clinical laboratory results using the population evaluable for safety. Exposure to study drug and reasons for discontinuation will be tabulated.

Treatment-emergent adverse events will be tabulated where treatment emergent is defined as any AE that occurs after administration of the first dose of study treatment and through 30 days after the last dose of study medication, any event that is considered drug related regardless of the start date of the event, or any event that is present at baseline but worsens in severity after baseline or is subsequently considered drug-related by the investigator. AEs will be tabulated according to the Medical Dictionary for Regulatory Activities (MedDRA) by system organ class, high level terms, and preferred terms and will include the following categories:

- Treatment-emergent AEs
- Drug-related treatment-emergent AEs
- Grade 3 or higher treatment-emergent AEs
- Grade 3 or higher drug-related treatment-emergent AEs
- Treatment-emergent AEs resulting in study drug discontinuation
- SAEs

The most commonly reported treatment-emergent AEs (i.e., those events reported by ≥10% of all patients) will be tabulated by high level term and preferred term.

Descriptive statistics for the actual values of clinical laboratory parameters and change from baseline in clinical laboratory parameters will be presented for all scheduled measurements over time. Mean laboratory values over time will be plotted for key laboratory parameters.

Descriptive statistics for the actual values and the changes from baseline of vital signs and weight over time will be tabulated by scheduled time point.

All concomitant medications collected from screening through the study period will be classified to preferred terms according to the World Health Organization (WHO) drug dictionary.

Additional safety analyses may be determined in order to most clearly enumerate rates of toxicities and to further define the safety profile of CPI-0610.

## 8.1.12  Interim analysis

No formal interim analysis is planned. Data will be evaluated on a continuous basis.

# 9   ADVERSE EVENTS

## 9.1   Definitions

### 9.1.1   Adverse event definition

An AE is any untoward medical occurrence in a patient administered a pharmaceutical product, which does not necessarily have a causal relationship with the treatment. An AE can be any unfavorable and unintended sign (e.g., including an abnormal laboratory finding), symptom, or disease temporally associated with the use of the study drug, whether or not it is considered to be study drug related. This includes any newly occurring event or previous condition that has increased in severity or frequency since the administration of study drug.

### 9.1.2   Serious adverse event definition

An SAE is any AE occurring at any dose and regardless of causality that:

- Results in **death**.

- Is **life-threatening**. Life-threatening means that the patient was at immediate risk of death from the reaction as it occurred (i.e., it does not include a reaction which hypothetically might have caused death had it occurred in a more severe form).

- Requires in patient **hospitalization or prolongation of existing hospitalization** (see clarification in paragraph below (Section 9.2) on planned hospitalizations).

- Results in **persistent or significant disability/incapacity**. Disability is defined as a substantial disruption of a person's ability to conduct normal life functions.

- Is a congenital anomaly/birth defect

- Is an **important medical event**. An important medical event is an event that may not result in death, be life-threatening, or require hospitalization but may be considered an SAE when, based upon appropriate medical judgment, it may jeopardize the patient and may require medical or surgical intervention to prevent 1 of the outcomes listed in the definitions for SAEs. Examples of such medical events include allergic bronchospasm requiring intensive treatment in an emergency room or at home, blood dyscrasias or convulsions that do not result in patient hospitalization, or the development of drug dependency or drug abuse.

Clarification should be made between the terms "serious" and "severe" since they ARE NOT synonymous. The term "severe" is often used to describe the intensity (severity) of a specific event (as in mild, moderate, or severe myocardial infarction); the event itself, however, may be of relatively minor medical significance (such as a severe headache). This is NOT the same as "serious," which is based on patient/event outcome or action criteria described above and are usually associated with events that pose a threat to a patient's life or functioning. A severe AE does not necessarily need to be considered serious. For example, persistent nausea of several hours duration may be considered severe nausea but not an SAE. On the other hand, a stroke

resulting in only a minor degree of disability may be considered mild, but would be defined as an SAE based on the above noted criteria.

Seriousness (not severity) serves as a guide for defining regulatory reporting obligations.

## 9.2    Procedures for recording and reporting adverse events and SAEs

All AEs spontaneously reported by the patient and/or in response to an open question from study personnel or revealed by observation, physical examination, or other diagnostic procedures will be recorded in the appropriate section of the eCRF. Any clinically relevant deterioration in laboratory assessments or other clinical finding is considered an AE and must be recorded in the appropriate sections of the eCRF. When possible, signs and symptoms indicating a common underlying pathology should be noted as 1 comprehensive event.

All SAEs that occur during the course of the study, as defined in Section 9.1.2, must be reported by the investigator to the study contract research organization (CRO), INC Research, following instructions provided in the Study Manual, within 1 working day from the point in time when the investigator becomes aware of the SAE. In addition, all SAEs, including all deaths that occur through 30 days after administration of the last dose of study drug must be reported to INC Research within 1 working day of the site's knowledge of the event.

All SAEs and deaths must be reported whether or not considered causally related to the study drug. The information collected will include a minimum of the following: patient identification number, a narrative description of the event, and an assessment by the investigator as to the intensity of the event and relatedness to study drug. A sample of the SAE Form may be found in the study manual. Follow-up information on the SAE may be requested by Constellation or INC Research.

**Table 9-1       SAE reporting contact information**

| INC Research Pharmacovigilance | |
|---|---|
| Fax Number: | 1-877-464-7787 |

In accordance with local guidelines, Constellation or its designee will notify, in an expedited manner, the appropriate competent authorities, applicable IRBs, and investigators of suspected unexpected serious adverse reactions (SUSARs) associated with the use of the study drug.

Planned hospital admissions or surgical procedures for an illness or disease which existed before the patient was enrolled in the trial or before study drug was given are not to be considered AEs unless the condition deteriorated in an unexpected manner during the trial (e.g., surgery was performed earlier or later than planned).

For both SAEs and non-serious AEs, the investigator must determine both the intensity of the event and the relationship of the event to study drug administration. Intensity for each AE, including any laboratory abnormality, will be determined by using the NCI CTCAE, Version

4.03, as a guideline, wherever possible.  The criteria are provided in the study manual and also are available online at http://ctep.cancer.gov/reporting/ctc.html.  In those cases where the NCI CTCAE criteria do not apply, intensity should be defined according to the following criteria:

**Table 9-2      Severity criteria**

| Mild | Awareness of sign or symptom but easily tolerated |
|---|---|
| Moderate | Discomfort enough to cause interference with normal daily activities |
| Severe | Inability to perform normal daily activities |
| Life Threatening | Immediate risk of death from the reaction as it occurred |

Relationship to study drug administration will be determined by the investigator responding yes or no to the question:  Is there a reasonable possibility that the AE is associated with the study drug?

## 9.3      Monitoring of adverse events and period of observation

Monitoring of AEs and SAEs will be conducted throughout the study.  AEs, both serious and non-serious, and deaths will be recorded on the eCRF from the time of informed consent until 30 days after administration of the last dose of study drug.  All AEs and SAEs that occur during the reporting period will continue to be followed until the event resolves, the investigator assesses the event as stable, the event is determined to be irreversible, or the patient is lost to follow-up.

Any SAE that occurs at any time after completion of the study and the designated 30 day follow-up period, which the investigator considers to be related to study drug, must be reported to INC Research.

## 9.4      Procedures for reporting drug exposure during pregnancy and birth events

If a patient or a patient's partner becomes pregnant or suspects she is pregnant while participating in this study, the treating physician must be informed immediately and the patient must permanently discontinue study drug.  INC Research must also be contacted immediately by faxing a completed Pregnancy Form, in accordance with the instructions provided in the Study Manual.  The pregnancy must be followed through the final pregnancy outcome one month after the expected due date.

# 10   ADMINISTRATIVE REQUIREMENTS

## 10.1   Good Clinical Practice

The study will be conducted in accordance with the International Conference on Harmonization (ICH) Guideline for Good Clinical Practice (GCP) and the appropriate regulatory requirement(s). The investigator will be thoroughly familiar with the appropriate use of the study drug as described in the protocol and Investigator Brochure. Essential clinical documents will be maintained to demonstrate the validity of the study and the integrity of the data collected. Master files should be established at the beginning of the study, maintained for the duration of the study and retained according to the appropriate regulations.

## 10.2   Data Quality Assurance

Constellation or its designated representative will conduct a study site visit to verify the qualifications of each investigator, inspect trial site facilities, and inform the investigator of responsibilities and procedures for ensuring adequate and correct study documentation.

The investigator is required to prepare and maintain adequate and accurate case histories designed to record all observations and other data pertinent to the study for each study participant.  Study data will be entered into an eCRF by site personnel using a secure, validated web-based electronic data capture (EDC) application.  Constellation will have read-only access to all data upon entry in the EDC application.

All information recorded on the eCRFs for this study must be consistent with the patient's source documentation.  During the course of the study, the study monitor will make study site visits to review protocol compliance, verify eCRFs against source documentation, assess drug accountability, and ensure that the study is being conducted according to pertinent regulatory requirements.  The review of medical records will be performed in a manner to ensure that patient confidentiality is maintained.

Study monitors will discuss instances of missing or uninterpretable data with the investigator for resolution.  Any changes to study data will be made to the eCRF and documented via an electronic audit trail associated with the affected eCRF.

## 10.3   Electronic case report form completion

Constellation will provide the study sites with secure access to and training on the EDC application, sufficient to permit site personnel to enter or correct information in the eCRFs for the patients for which they are responsible.

eCRFs will be completed for each study patient.  It is the investigator's responsibility to ensure the accuracy, completeness, clarity, and timeliness of the data reported in the patient's eCRF. Source documentation supporting the eCRF data should indicate the patient's participation in the study and should document the dates and details of study procedures, AEs, other observations, and patient status.

The investigator, or designated representative, should complete the eCRF as soon as possible after information is collected. An explanation should be provided for all missing data.

The audit trail entry will show the user's identification information, and the date and time of the correction. The investigator must provide through the EDC application formal approval of all the information in the eCRFs and changes to the eCRFs to endorse the final submitted data for the patients for which he is responsible.

Constellation will retain the eCRF data and corresponding audit trails. A copy of the final archival eCRF in the form of a compact disc (CD) or other electronic media will be placed in the investigator's study file.

## 10.4   Study monitoring

Monitoring and auditing procedures developed or approved by Constellation will be followed, in order to comply with GCP guidelines. On-site and remote review of the eCRFs for completeness and clarity, cross-checking with source documents, and clarification of administrative matters will be performed.

The study will be monitored by Constellation or its designee. Monitoring will be done by personal visits from a representative of the sponsor or designee (site monitor) who will review the eCRFs and source documents. The site monitor will ensure that the investigation is conducted according to protocol design and regulatory requirements by frequent communications (letter, telephone, e-mail, and fax).

All unused study drug is to be returned to Constellation after the clinical phase of the trial has been completed.

## 10.5   Ethical considerations

The study will be conducted in accordance with ethical principles founded in the Declaration of Helsinki. The IRB will review all appropriate study documentation in order to safeguard the rights, safety and wellbeing of the patients. The study will only be conducted at sites where IRB approval has been obtained. The protocol, Investigator's Brochure, informed consent form, advertisements (if applicable), written information given to the patients (including diary cards), safety updates, annual progress reports, and any revisions to these documents will be provided to the IRB by the investigator or the sponsor, as allowable by local regulations.

## 10.6   Patient information and informed consent

After the study has been fully explained, written informed consent will be obtained from either the patient or his/her guardian or legal representative prior to study participation. The method of obtaining and documenting the informed consent and the contents of the consent will comply with ICH-GCP and all applicable regulatory requirement(s) and will be subject to approval by Constellation or its designee.

## 10.7    Patient confidentiality

In order to maintain patient privacy, all eCRFs, study drug accountability records, study reports and communications will identify the patient by initials where permitted and/or by the assigned patient number.  The investigator will grant monitor(s) and auditor(s) from Constellation or its designee and regulatory authority(ies) access to the patient's original medical records for verification of data collected on the eCRFs and to audit the data collection process.  The patient's confidentiality will be maintained in accordance with all applicable laws and regulations.

## 10.8    Investigator compliance

The investigator will conduct the trial in compliance with the protocol provided by Constellation, and given approval by the IRB and the appropriate regulatory authority(ies).  Modifications to the protocol should not be made without agreement of both the investigator and Constellation. Changes to the protocol will require written IRB approval prior to implementation, except when the modification is needed to eliminate an immediate hazard(s) to patients.  If applicable regulatory authority(ies) permits, the IRB may provide expedited review and approval for minor change(s) in ongoing trials that have the approval of the IRB.  Constellation will submit all protocol modifications to the appropriate regulatory authority(ies) in accordance with the governing regulations.

When immediate deviation from the protocol is required to eliminate an immediate hazard(s) to patients, the investigator will contact Constellation, if circumstances permit, to discuss the planned course of action.  Any departures from the protocol must be fully documented in the eCRF and source documentation.

## 10.9    On-site audits

Regulatory authorities, the IRB, and/or Constellation's quality assurance group may request access to all source documents, eCRFs, and other study documentation for on-site audit or inspection.  Direct access to these documents must be guaranteed by the investigator, who must provide support at all times for these activities.

## 10.10   Investigator and site responsibility for drug accountability

Accountability for the study drug at the trial site is the responsibility of the investigator.  The investigator will ensure that the study drug is used only in accordance with this protocol.

Where allowed, the investigator may choose to assign some of the drug accountability responsibilities to a pharmacist or other appropriate individual.  Drug accountability records indicating the drug's delivery date to the site, inventory at the site, use by each patient, and amount returned to Constellation (or disposal of the drug, if approved by Constellation) will be maintained by the clinical site.  These records will adequately document that the patients were provided the doses as specified in the protocol and should reconcile all study drug received from Constellation.  Accountability records will include dates, quantities, batch/serial numbers, expiration dates (if applicable), and patient numbers.  The sponsor or its designee will review drug accountability at the site on an ongoing basis during monitoring visits.

All non-dispensed, and dispensed but unused, study drug will be retained at the site until it is inventoried by the monitor.  All non-dispensed, dispensed but unused, or expired study drug will be returned to Constellation or if authorized, disposed of at the study site and documented.  All material containing study drug will be treated and disposed of as hazardous waste in accordance with governing regulations.

## 10.11  Closure of the study

Study participation by individual sites or the entire study may be prematurely terminated, if in the opinion of the investigator or Constellation, there is sufficient reasonable cause.

Written notification documenting the reason for study termination will be provided to the investigator or Constellation by the terminating party.  Circumstances that may warrant termination include, but are not limited to:

- Determination of unexpected, significant, or unacceptable risk to patients
- Failure to enter patients at an acceptable rate
- Insufficient adherence to protocol requirements
- Insufficient, incomplete, and/or non-evaluable data
- Plans to modify, suspend, or discontinue the development of the study drug

Should the study be closed prematurely, all study materials (study medication, etc.) must be returned to Constellation.  The site will no longer be able to access the EDC application, will not have a right to use the EDC application, and will cease using the password or access materials once their participation in the study has concluded.

Within 15 days of premature closure, Constellation must notify the FDA and IRBs, providing the reasons for study closure.

## 10.12  Record retention

The investigator will maintain all study records according to ICH-GCP and applicable regulatory requirement(s).  Records will be retained for at least 2 years after the last marketing application approval or 2 years after formal discontinuation of the clinical development of the investigational product or according to applicable regulatory requirement(s).  If the investigator withdraws from the responsibility of keeping the study records, custody must be transferred to a person willing to accept the responsibility and communicate this information to Constellation or its designee.

# 11  USE OF INFORMATION

All information regarding CPI-0610 supplied by Constellation to the investigator is privileged and confidential information.  The investigator agrees to use this information to accomplish the study and will not use it for other purposes without consent from Constellation.  It is understood that there is an obligation to provide Constellation with complete data obtained during the study. The information obtained from the clinical trial will be used towards the development of CPI-0610 and may be disclosed to regulatory authority(ies), other investigators, corporate partners, or consultants as required.

Upon completion of the clinical trial and evaluation of results by Constellation, hospital or institution and/or investigator may publish or disclose the clinical trial results pursuant to the terms contained in the applicable Clinical Trial Agreement.

It is anticipated that the results of this study will be presented at scientific meetings and/or published in a peer-reviewed scientific or medical journal.  A Publications Group, comprising Constellation employees and study investigators, will be formed to oversee the publication of the study results that will reflect the experience of all participating study centers.  Subsequently, individual investigators may publish results from the study in compliance with their agreements with Constellation.

A prepublication manuscript or abstract is to be provided to Constellation a minimum of 30 days prior to the intended submission date of the manuscript or abstract to a publisher.

Within 30 days after receipt by Constellation of the notification, Constellation shall inform the investigational sites whether it has objections to the publication for reasons including, but not limited to, those defined below:

If patentable subject matter is disclosed, the publication shall be delayed for a period not to exceed 90 days from Constellation's receipt of the proposed publication to allow time for the filing of patent applications covering patentable subject matter.

If confidential information is contained in any proposed publication or public disclosure, such confidential information will be removed at Constellation's request.

## 12  REFERENCES

1.  Hargreaves DC, Horng T, Medzhitov R. 2009. Control of inducible gene expression by signal-dependent transcriptional elongation. Cell 138(1):129-145.

2.  Dawson MA, Prinjha RK, Dittman A, Giotopoulos G, Bantscheff M, Chan WI, Robson SC, Chung CW, Hopf C, Savitski MM and others. 2011. Inhibition of BET recruitment to chromatin as an effective treatment for MLL-fusion leukaemia. Nature 478(7370):529–533.

3.  Delmore JE, Issa GC, Lemieux ME, Rahl PB, Shi J, Jacobs HM, Kastritis E, Gilpatrick T, Paranal RM, Qi J and others. 2011. BET bromodomain inhibition as a therapeutic strategy to target c-Myc. CORD Conference Proceedings 146(6):904-917.

4.  Mertz JA, Conery AR, Bryant BM, Sandy P, Balasubramanian S, Mele DA, Bergeron L, Sims RJ. 2011. Targeting MYC dependence in cancer by inhibiting BET bromodomains. Proc Natl Acad Sci USA 108(40):16669-16674.

5.  Nicodeme E, Jeffrey KL, Schaefer U, Beinke S, Dewell S, Chung CW, Chandwani R, Marazzi I, Wilson P, Coste H and others. 2010. Suppression of inflammation by a synthetic histone mimic. Nature 468(7327):1119-1123.

6.  Loven J, Hoke HA, Lin CY, Lau A, Orlando DA, Vakoc CR, Bradner JE, Lee TI, Young RA. 2013. Selective inhibition of tumor oncogenes by disruption of super-enhancers. Cell 153(2):320-334.

7.  Filippakopoulos P, Qi J, Picaud S, Shen Y, Smith WB, Fedorov O, Morse EM, Keates T, Hickman TT, Felletar I and others. 2010. Selective inhibition of BET bromodomains. Nature 468(7327):1067-1073.

8.  Zuber J, Shi J, Wang E, Rappaport AR, Herrmann H, Sison EA, Magoon D, Qi J, Blatt K, Wunderlich M and others. 2011. RNAi screen identifies Brd4 as a therapeutic target in acute myeloid leukaemia. Nature 478(7370):524-528.

9.  Davis AC, Wims M, Spotts GD, Hann SR, Bradley A. 1993. A null c-myc mutation causes lethality before 10.5 days of gestation in homozygotes and reduced fertility in heterozygous female mice. Genes Dev 7(4):671-682.

10.  Trumpp A, Refaeli Y, Oskarsson T, Gasser S, Murphy M, Martin GR, Bishop JM. 2001. c-Myc regulates mammalian body size by controlling cell number but not cell size. Nature 414(6865):768-773.

11.  Baudino TA, McKay C, Pendeville-Samain H, Nilsson JA, Maclean KH, White EL, Davis AC, Ihle JN, Cleveland JL. 2002. c-Myc is essential for vasculogenesis and angiogenesis during development and tumor progression. Genes Dev 16(19):2530-2543.

12.  Soucek L, Whitfield J, Martins CP, Finch AJ, Murphy DJ, Sodir NM, Karnezis AN, Swigart LB, Nasi S, Evan GI. 2008. Modelling Myc inhibition as a cancer therapy. Nature 455(7213):679-683.

13. Wilson A, Murphy MJ, Oskarsson T, Kaloulis K, Bettess MD, Oser GM, Pasche AC, Knabenhans C, Macdonald HR, Trumpp A. 2004. c-Myc controls the balance between hematopoietic stem cell self-renewal and differentiation. Genes Dev 18(22):2747-2763.

14. Laurenti E, Varnum-Finney B, Wilson A, Ferrero I, Blanco-Bose WE, Ehninger A, Knoepfler PS, Cheng PF, MacDonald HR, Eisenman RN and others. 2008. Hematopoietic stem cell function and survival depend on c-Myc and N-Myc activity. Cell Stem Cell 3(6):611-624.

15. Zanet J, Pibre S, Jacquet C, Ramirez A, de Alborán IM, Gandarillas A. 2005. Endogenous Myc controls mammalian epidermal cell size, hyperproliferation, endoreplication and stem cell amplification. J Cell Sci 118(Pt 8):1693-1704.

16. Sanders JA, Schorl C, Patel A, Sedivy JM, Gruppuso PA. 2012. Postnatal liver growth and regeneration are independent of c-myc in a mouse model of conditional hepatic c-myc deletion. BMC Physiol 12(1):1-1.Laubach JP, Richardson PG, Anderson KC. The evolution and impact of therapy in multiple myeloma. Med Oncol. 2010;27 (suppl 1): S1-S6.

17. Palumbo A, Anderson K. Multiple myeloma. N Engl J Med. 2011;364(11): 1046-1060.

18. Kumar SK, Rajkumar SV, Dispenzieri A, et al. Improved survival in multiple myeloma and the impact of novel therapies. Blood. 2008;111(5):2516-2520.

19. Chng W-J, Huang GF, Chung TH, et al. Clinical and biological implications of MYC activation: a common difference between MGUS and newly diagnosed multiple myeloma. Leukemia. 2011;25: 1026-1035.

20. Keats J, Fonseca R, Chesi M, et al. Promiscuous mutations activate the non-canonical NF-kB pathway in multiple myeloma. Cancer Cell. 2007; 12(2): 131-144.

21. DeGeorge JJ, et al. Regulatory considerations for preclinical development of anticancer drugs. Cancer Chemother Pharmacol. 1998; 41:173-185.

22. Collins JM, Zaharko DS, Dedrick RL, and Chabner BA. Potential roles for preclinical pharmacology in Phase I clinical trials. Cancer Treatment Reports, Vol. 70, No. 1, January 1986:73-80.

23. Collins JM, Grieshaber CK, and Chabner BA. Pharmacologically guided Phase I clinical trials based upon preclinical drug development. Journal of the National Cancer Institute, Vol. 82, No. 16, August 15, 1990:1321-1326.

24. Rajkumar S, Harousseau J-L, Durie B, Anderson K, et al. Consensus recommendations for the uniform reporting of clinical trials: report of the International Myeloma Workshop Consensus Panel 1. Blood, 117: 4691-4695, 2011.

CPI-0610
Clinical Trial Protocol: 0610-03                                Version 4, 01 December 2015

## 13  APPENDICES

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

## APPENDIX 1: INHIBITORS OR INDUCERS OF CYP3A4/5

CPI-0610
Clinical Trial Protocol: 0610-03

Version 4, 01 December 2015

## CYP Substrates

| 1A2 | 2B6 | 2C8 | 2C9 | 2C19 | 2D6 | 2E1 | 3A4,5,7 |
|---|---|---|---|---|---|---|---|
| amitriptyline | buproprion[1] | amodia-quine[2] | NSAIDS: | PPIs: | tamoxifen | Anesthetics: | Macrolide antibiotics: |
| caffeine[2] | cyclophosphamide | cerivastatin | diclofenac[1] | lansoprazole | | enflurane | clarithromycin |
| clomipramine | efavirenz[1] | paclitaxel | ibuprofen | omeprazole | Beta Blockers: | halothane | erythromycin[2] (not 3A5) |
| | | | | | | | NOT azithromycin |
| | | | | | | | telithromycin |
| clozapine | ifosphamide | repaglinide | lornoxicam | pantoprazole | carvediol | isoflurane | |
| cyclobenzaprine | methadone | sorafenib | meloxicam | rabeprazole | S-metoprolol | methoxyflurane | Anti-arrhythmics: |
| estradiol | sorafenib | torsemide | S-naproxen→Nor | | propafenone | seyoflurane | quinidine→3-OH (not 3A5) |
| | | | piroxicam | Anti-Epileptics: | | | |
| fluvoxamine | | | | diazepam→Nor | timolol | | |
| | | | suprofen | phenytoin(O) | | | Benzodiazepines: |
| haloperidol | | | | S-mephenytoin[1] | | acetaminophen→NAPQI | alprazolam |
| | | | | phenobarbitone | | aniline[2] | |
| imipramine N-DeMe | | | NSAIDS: | | Antidepressants: | benzene | |
| mexiletine | | | Oral Hypoglycemic Agents: | | amitriptyline | | |
| naproxen | | | tolbutaminde[1] | | clomipramine | chlorzoxazone[1] | |
| | | | glipizide | amitriptyline | | | |
| olanzapine | | | | | desipramine | ethanol | diazepam→3OH |
| ondansetron | | | | | fluoxetine | N,N-dimethylform-amide | midazolam |
| imipramine N-DeMe | | | | carisoprodol | imipramine | theophylline→8-OH | triazolam |
| mexiletine | | | Angiotensin II Blockers: | citalopram | paroxetine | | |
| naproxen | | | losartan | chloram-phenicol | venlafaxine | | Immune Modulators: |
| olanzapine | | | irbesartan | clomipramine | | | cyclosporine |
| ondansetron | | | | clopidogrel | Antipsychotics: | | tacrolimus (FK506) |
| phenacetin[1] | | | Sulfonylureas: | cyclo-phosphamide | haloperidol | | |
| acetaminophen→N APQI | | | glyburide | hexobarbital | perphenazine | | HIV Antivirals: |
| propranolol | | | glibenclamide | imipramine N- | risperidone→9-OH | | indinavir |

CPI-0610
Clinical Trial Protocol: 0610-03

Version 4, 01 December 2015

| 1A2 | 2B6 | 2C8 | 2C9 | 2C19 | 2D6 | 2E1 | 3A4,5,7 |
|---|---|---|---|---|---|---|---|
| riluzole | | | glipizide | DeME | thioridazine | | nelfinavir |
| ropivacaine | | | glimepiride | indomethacin | zuclopenthixol | | ritonavir |
| | | | | R-mephobarbital | | | |
| tacrine[2] | | | tolbutamide | moclobemide | alprenolol | | saquinavir |
| theophylline[2] | | | | nelfinavir | amphetamine | | **Prokinetic:** |
| tizanidine | | | amitriptyline | nilutamide | aripiprazole | | cisapride |
| verapamil | | | celecoxib | primidone | atomoxetine | | |
| (R)warfarin | | | fluoxetine | progesterone | bufuralol[1] | | **Antihistamines:** |
| zileuton | | | fluvastatin | proguanil | chlorpheniramine | | astemizole |
| zolmitriptan | | | glyburide | propranolol | chlorpromazine | | chlorpheniramine |
| | | | nateglinide | teniposide | clonidine | | terfenadine[2] |
| | | | phenytoin-4-OH2 | R-warfarin→8-OH | | | |
| | | | rosiglitazone | | codeine (→O-desMe) | | **Calcium Channel Blockers:** |
| | | | | | debrisoquine[2] | | amlodipine |
| | | | tamoxifen | | | | diltiazem |
| | | | torsemide | | dexfenfluramine | | felodipine |
| | | | S-warfarin[1] | | dextromethorphan[1] | | lercanidipine |
| | | | | | donepezil | | nifedipine[2] |
| | | | | | duloxetine | | nisoldipine |
| | | | | | encainide | | verapamil |
| | | | | | flecainide | | |
| | | | | | fluvoxamine | | **HMG CoA Reductase Inhibitors:** |
| | | | | | lidocaine | | atorvastatin |
| | | | | | metoclopramide | | |
| | | | | | | | cerivastatin |
| | | | | | methoxyamphetamine | | lovastatin |
| | | | | | mexiletine | | NOT pravastatin |
| | | | | | minaprine | | NOT rosuvastatin |
| | | | | | nebivolol | | simvastatin |
| | | | | | nortriptyline | | |
| | | | | | ondansetron | | **Steroid 6beta-OH:** |
| | | | | | oxycodone | | |
| | | | | | perhexiline | | |

CPI-0610
Clinical Trial Protocol: 0610-03

Version 4, 01 December 2015

| 1A2 | 2B6 | 2C8 | 2C9 | 2C19 | 2D6 | 2E1 | 3A4,5,7 |
|---|---|---|---|---|---|---|---|
| | | | | | phenacetin | | estradiol |
| | | | | | phenformin | | hydrocortisone |
| | | | | | promethazine | | progesterone |
| | | | | | propranolol | | testosterone[1] |
| | | | | | sparteine | | |
| | | | | | tramadol | | **Miscellaneous:** |
| | | | | | | | alfentanil |
| | | | | | | | aprepitant |
| | | | | | | | aripiprazole |
| | | | | | | | boceprevir |
| | | | | | | | buspirone |
| | | | | | | | cafergot |
| | | | | | | | caffeine→TMU |
| | | | | | | | cilostazol |
| | | | | | | | cocaine |
| | | | | | | | codeine-N-demethylation |
| | | | | | | | dapsone |
| | | | | | | | dexamethasone |
| | | | | | | | dextro-methorphan[2] |
| | | | | | | | docetaxel |
| | | | | | | | domperidone |
| | | | | | | | eplerenone |
| | | | | | | | fentanyl |
| | | | | | | | finasteride |
| | | | | | | | gleevec |
| | | | | | | | haloperidol |
| | | | | | | | irinotecan |
| | | | | | | | LAAM |
| | | | | | | | lidocaine |
| | | | | | | | methadone |
| | | | | | | | nateglinide |
| | | | | | | | ondansetron |
| | | | | | | | pimozide |
| | | | | | | | propranolol |
| | | | | | | | quetiapine |
| | | | | | | | quinine |
| | | | | | | | risperidone |

CPI-0610
Clinical Trial Protocol: 0610-03

Version 4, 01 December 2015

| 1A2 | 2B6 | 2C8 | 2C9 | 2C19 | 2D6 | 2E1 | 3A4,5,7 |
|-----|-----|-----|-----|------|-----|-----|---------|
|     |     |     |     |      |     |     | salmeterol |
|     |     |     |     |      |     |     | sildenafil |
|     |     |     |     |      |     |     | sirolimus |
|     |     |     |     |      |     |     | sorafenib |
|     |     |     |     |      |     |     | sunitinib |
|     |     |     |     |      |     |     | tamoxifen |
|     |     |     |     |      |     |     | taxol |
|     |     |     |     |      |     |     | telaprevir |
|     |     |     |     |      |     |     | terfenadine |
|     |     |     |     |      |     |     | trazodone |
|     |     |     |     |      |     |     | vincristine |
|     |     |     |     |      |     |     | zaleplon |
|     |     |     |     |      |     |     | ziprasidone |
|     |     |     |     |      |     |     | zolpidem |

[1] FDA preferred **inhibitor** for in vitro experiments.
[2] FDA acceptable **inhibitor** for in vitro experiments.
Source: http://medicine.iupui.edu/clinpharm/DDIs/table.aspx

CPI-0610
Clinical Trial Protocol: 0610-03

Version 4, 01 December 2015

## CYP Inhibitors

| 1A2 | 2B6 | 2C8 | 2C9 | 2C19 | 2D6 | 2E1 | 3A4,5,7 |
|---|---|---|---|---|---|---|---|
| fluvoxamine[3] | thiotepa | gemfibrozil[2,3] | fluconazole[2,3] | PPIs: | bupropion[3] | diethyl-dithiocarbamate[2] | HIV Antivirals: |
| ciprofloxacin[3] | ticlopidine[2] | trimethoprim[2,4] | amiodarone[3] | lansoprazole | cinacalcet[3] | disulfiram | indinavir[3] |
| cimetidine[5] | | glitazones | fenofibrate | omeprazole[3] | fluoxetine[3] | | nelfinavir[3] |
| amiodarone | | montelukast[1] | fluvastatin | pantoprazole | paroxetine[3] | | ritonavir[3] |
| fluoroquinolones | | quercetin[1] | fluvoxamine[2] | rabeprazole | quinidine[1,3] | | clarithromycin[3] |
| furafylline[1] | | | isoniazid | | duloxetine[4] | | itraconazole[1,3] |
| interferon | | | lovastatin | chloramphenicol | sertraline[4] | | ketoconazole[1,3] |
| | | | | | | | |
| methoxsalen | | | phenylbutazone | cimetidine | terbinafine[4] | | nefazodone[3] |
| mibefradil | | | probenicid | felbamate | amiodarone[5] | | saquinavir[3] |
| ticlopidine | | | sertraline | fluoxetine | cimetidine[5] | | telithromycin[3] |
| | | | sulfamethoxazole | fluvoxamine | celecoxib | | aprepitant[4] |
| | | | sulfaphenazole[1] | indomethacin | | | erythromycin[4] |
| | | | teniposide | ketoconazole | chlorpheniramine | | fluconazole[4] |
| | | | voriconazole | modafinil | chlorpromazine | | grapefruit juice[4] |
| | | | zafirlukast | oxcarbazepine | citalopram | | verapamil[2,4] |
| | | | | | | | |
| | | | | probenicid | clemastine | | diltiazem[4] |
| | | | | ticlopidine[2] | clomipramine | | cimetidine[5] |
| | | | | topiramate | cocaine | | |
| | | | | | diphenhydramine | | amiodarone |
| | | | | | doxepin | | NOT azithromycin |
| | | | | | doxorubicin | | chloramphenicol |
| | | | | | escitalopram | | boceprevir |
| | | | | | halofantrine | | ciprofloxacin |
| | | | | | histamine H1 receptor antagonists | | delavirdine |
| | | | | | hydroxyzine | | |
| | | | | | | | diethyl-dithiocarbamate |
| | | | | | levomepromazine | | fluvoxamine |
| | | | | | methadone | | gestodene |
| | | | | | metoclopramide | | imatinib |
| | | | | | mibefradil | | mibefradil |
| | | | | | midodrine | | mifepristone |
| | | | | | moclobemide | | norfloxacin |
| | | | | | perphenazine | | norfluoxetine |

CPI-0610
Clinical Trial Protocol: 0610-03

Version 4, 01 December 2015

| 1A2 | 2B6 | 2C8 | 2C9 | 2C19 | 2D6 | 2E1 | 3A4,5,7 |
|---|---|---|---|---|---|---|---|
| | | | | | ranitidine reduced-haloperidol ritonavir ticlopidine tripelennamine | | starfruit telaprevir voriconazole |

[1] FDA preferred **inhibitor** for in vitro experiments.
[2] FDA acceptable **inhibitor** for in vitro experiments.
[3] A **Strong inhibitor** is one that causes a > 5-fold increase in the plasma AUC values or more than 80% decrease in clearance.
[4] A **Moderate inhibitor** is one that causes a > 2-fold increase in the plasma AUC values or 50-80% decrease in clearance.
[5] A **Weak inhibitor** is one that causes a > 1.25-fold but < 2-fold increase in the plasma AUC values or 20-50% decrease in clearance.
Source: http://medicine.iupui.edu/clinpharm/DDIs/table.aspx

CPI-0610
Clinical Trial Protocol: 0610-03

Version 4, 01 December 2015

## CYP Inducers

| 1A2 | 2B6 | 2C8 | 2C9 | 2C19 | 2D6 | 2E1 | 3A4,5,7 |
|---|---|---|---|---|---|---|---|
| broccoli | phenobarbital | rifampin[1] | rifampin | carbamazepine | dexamethasone | ethanol | **HIV Antivirals:** |
| brussel sprouts | phenytoin | | secobarbital | norethindrone | rifampin | isoniazid | efavirenz |
| char-grilled meat | rifampin | | | NOT | | | nevirapine |
| | | | | pentobarbital | | | |
| insulin | | | | prednisone | | | barbiturates |
| methylcholanthrene[1] | | | | rifampicin[1] | | | carbamazepine |
| modafinil | | | | | | | glucocorticoids |
| nafcillin | | | | | | | modafinil |
| beta-naphthoflavone[1] | | | | | | | oxcarbazepine |
| omeprazole[1] | | | | | | | phenobarbital[2] |
| tobacco | | | | | | | phenytoin[2] |
| | | | | | | | pioglitazone |
| | | | | | | | rifabutin |
| | | | | | | | rifampin[1] |
| | | | | | | | St. John's wort |
| | | | | | | | troglitazone[1] |

[1] FDA preferred **inhibitor** for in vitro experiments.
[2] FDA acceptable **inhibitor** for in vitro experiments.
Source: http://medicine.iupui.edu/clinpharm/DDIs/table.aspx

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

# APPENDIX 2: DRUGS THAT PROLONG THE QT INTERVAL

**Risk List:**
  **Risk of TdP:** Substantial evidence supports the conclusion that these drugs prolong the QT interval and have a risk of TdP when used as directed in labeling.
  **Possible Risk of TdP:** Substantial evidence supports the conclusion that these drugs cause QT prolongation but there is insufficient evidence that they, when used as directed in labeling, have a risk of causing TdP.
  **Conditional TdP Risk:** Substantial evidence supports the conclusion that these drugs prolong QT and have a risk of TdP but only under certain known conditions (e.g. excessive dose, drug interaction, etc.).
  **Congenital LQTS Risk:** Drugs to be avoided, if possible, by patients with Congenital Long QT Syndrome

**Females > Males:** Substantial evidence indicates that there is a greater risk of TdP in women (usually >2-fold).

| Generic Name (Brand Name) | Drug Class / Clinical Usage | Comments | Risk List |
|---|---|---|---|
| Albuterol (Proventil®;Ventolin®) | ß2-receptor agonist/Asthma | | Congenital QT Avoid |
| Alfuzosin (Uroxatral®) | Alpha1-blocker/Benign prostatic hyperplasia | | Possible Risk of TdP |
| Amantadine (Symmetrel®) | Dopaminergic/Anti-viral/Anti-infective/ Parkinson's Disease | | Possible Risk of TdP |
| Amiodarone (Cordarone®) | Anti-arrhythmic/abnormal heart rhythm | Females>Males, TdP risk regarded as low | Risk of TdP |
| Amiodarone (Pacerone®) | Anti-arrhythmic/abnormal heart rhythm | Females>Males, TdP risk regarded as low | Risk of TdP |
| Amisulpride (Solian® and others) | Antipsychotic, atypical/ | Risk of TdP with intentional overdose | Conditional TdP Risk |
| Amitriptyline (Elavil®) | Tricyclic Antidepressant/depression | Risk of TdP with overdosage | Conditional TdP Risk |
| Amphetamine (Dexedrine®) | CNS stimulant/ADHD | This includes dextroamphetamine and amphetamine / dextroamphetamine combinations. | Congenital QT Avoid |
| Amphetamine (Adderall®) | CNS stimulant/ADHD | This includes dextroamphetamine and amphetamine / dextroamphetamine combinations. | Congenital QT Avoid |
| Arsenic trioxide (Trisenox®) | Anti-cancer/Leukemia | | Risk of TdP |
| Astemizole (Hismanal®) | Antihistamine/Allergic rhinitis | No longer available in U.S. | Risk of TdP |
| Atazanavir (Reyataz®) | Protease inhibitor/HIV | | Possible Risk of TdP |
| Atomoxetine (Strattera®) | norepinephrine reuptake inhibitor /ADHD | | Congenital QT Avoid |
| Azithromycin | Antibiotic/bacterial infection | | Risk of TdP |

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

(Zithromax®)

| | | | |
|---|---|---|---|
| Bepridil (Vascor®) | Anti-anginal/heart pain | Females>Males | Risk of TdP |
| Chloral hydrate (Noctec®) | Sedative/sedation/ insomnia | | Possible Risk of TdP |
| Chloroquine (Aralen®) | Anti-malarial/malaria infection | | Risk of TdP |
| Chlorpromazine (Thorazine®) | Anti-psychotic/ Anti-emetic/schizophrenia/ nausea | | Risk of TdP |
| Ciprofloxacin (Cipro®) | Antibiotic/bacterial infection | Drug metabolism inhibitor- Risk for drug interactions | Conditional TdP Risk |
| Cisapride (Propulsid®) | GI stimulant/heartburn | No longer available in the U.S.; available in Mexico | Risk of TdP |
| Citalopram (Celexa®) | Anti-depressant/depression | | Risk of TdP |
| Clarithromycin (Biaxin®) | Antibiotic/bacterial infection | | Risk of TdP |
| Clomipramine (Anafranil®) | Tricyclic Antidepressant/depression | | Conditional TdP Risk |
| Clozapine (Clozaril®) | Anti-psychotic/schizophrenia | | Possible Risk of TdP |
| Cocaine (Cocaine) | Local anesthetic/ | Cardiac stimulant | Congenital QT Avoid |
| Desipramine (Pertofrane®) | Tricyclic Antidepressant/depression | Risk of TdP with overdosage | Conditional TdP Risk |
| Dexmethylphenidate (Focalin®) | CNS stimulant/ADHD | | Congenital QT Avoid |
| Diphenhydramine (Benadryl®) | Antihistamine/Allergic rhinitis, insomnia | Risk of QT increase/TdP in overdosages | Conditional TdP Risk |
| Diphenhydramine (Nytol®) | Antihistamine/Allergic rhinitis, insomnia | Risk of QT increase/TdP in overdosages | Conditional TdP Risk |
| Disopyramide (Norpace®) | Anti-arrhythmic/abnormal heart rhythm | Females>Males | Risk of TdP |
| Dobutamine (Dobutrex®) | Catecholamine/heart failure and shock | | Congenital QT Avoid |
| Dofetilide (Tikosyn®) | Anti-arrhythmic/abnormal heart rhythm | | Risk of TdP |
| Dolasetron (Anzemet®) | Anti-nausea/nausea, vomiting | | Possible Risk of TdP |
| Domperidone (Motilium®) | Anti-nausea/nausea | Not available in the U.S. | Risk of TdP |
| Dopamine (Intropine®) | Inotropic agent/heart failure; hypotension; shock | | Congenital QT Avoid |
| Doxepin (Sinequan®) | Tricyclic Antidepressant/depression | | Conditional |

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

|  |  |  | TdP Risk |
|---|---|---|---|
| Dronedarone (Multaq®) | Anti-arrhythmic/Atrial Fibrillation |  | Possible Risk of TdP |
| Droperidol (Inapsine®) | Sedative;Anti-nausea/anesthesia adjunct, nausea |  | Risk of TdP |
| Ephedrine (Broncholate®) | Bronchodilator, decongestant/Allergies, sinusitis, asthma |  | Congenital QT Avoid |
| Ephedrine (Rynatuss®) | Bronchodilator, decongestant/Allergies, sinusitis, asthma |  | Congenital QT Avoid |
| Epinephrine (Primatene®) | catecholamine, vasoconstrictor/anaphylaxis, allergic reactions | Cardiac stimulant | Congenital QT Avoid |
| Epinephrine (Bronkaid®) | catecholamine, vasoconstrictor/anaphylaxis, allergic reactions | Cardiac stimulant | Congenital QT Avoid |
| Eribulin (Halaven®) | Anti-cancer/metastatic breast neoplasias |  | Possible Risk of TdP |
| Erythromycin (E.E.S.®) | Antibiotic;GI stimulant/bacterial infection; increase GI motility | Females>Males | Risk of TdP |
| Erythromycin (Erythrocin®) | Antibiotic;GI stimulant/bacterial infection; increase GI motility | Females>Males | Risk of TdP |
| Escitalopram (Cipralex®) | Anti-depressant/Major depression/ Anxiety disorders |  | Possible Risk of TdP |
| Escitalopram (Lexapro®) | Anti-depressant/Major depression/ Anxiety disorders |  | Possible Risk of TdP |
| Famotidine (Pepcid®) | H2-receptor antagonist/Peptic ulcer/ GERD |  | Possible Risk of TdP |
| Felbamate (Felbatrol®) | Anti-convulsant/seizure |  | Possible Risk of TdP |
| Fenfluramine (Pondimin®) | Appetite suppressant/dieting, weight loss |  | Congenital QT Avoid |
| Fingolimod (Gilenya®) | Immunosuppressant/Multiple Sclerosis |  | Possible Risk of TdP |
| Flecainide (Tambocor®) | Anti-arrhythmic/abnormal heart rhythm |  | Risk of TdP |
| Fluconazole (Diflucan®) | Anti-fungal/fungal infection | Drug metabolism inhibitor- Risk for drug interactions  Also increases QT at doses of 800 mg/day (considered a high dose) | Conditional TdP Risk |
| Fluoxetine (Prozac®) | Anti-depressant/depression |  | Conditional TdP Risk |
| Fluoxetine (Sarafem®) | Anti-depressant/depression |  | Conditional |

| | | | TdP Risk |
|---|---|---|---|
| Foscarnet (Foscavir®) | Anti-viral/HIV infection | | Possible Risk of TdP |
| Fosphenytoin (Cerebyx®) | Anti-convulsant/seizure | | Possible Risk of TdP |
| Galantamine (Reminyl®) | Cholinesterase inhibitor/ Dementia, Alzheimer's | | Conditional TdP Risk |
| Gatifloxacin (Tequin®) | Antibiotic/bacterial infection | | Possible Risk of TdP |
| Gemifloxacin (Factive®) | Antibiotic/bacterial infection | | Possible Risk of TdP |
| Granisetron (Kytril®) | Anti-nausea/nausea and vomiting | | Possible Risk of TdP |
| Halofantrine (Halfan®) | Anti-malarial/malaria infection | Females>Males | Risk of TdP |
| Haloperidol (Haldol®) | Anti-psychotic/schizophrenia, agitation | When given intravenously or at higher-than-recommended doses, risk of sudden death, QT prolongation and torsades increases. | Risk of TdP |
| Ibutilide (Corvert®) | Anti-arrhythmic/abnormal heart rhythm | Females>Males | Risk of TdP |
| Iloperidone (Fanapt®) | Antipsychotic, atypical/Schizophrenia | | Possible Risk of TdP |
| Imipramine (Norfranil®) | Tricyclic Antidepressant/depression | Risk of TdP in overdosage | Conditional TdP Risk |
| Indapamide (Lozol®) | Diuretic/stimulate urine & salt loss | | Possible Risk of TdP |
| Isoproterenol (Isupres®) | Catecholamine/allergic reaction | | Congenital QT Avoid |
| Isoproterenol (Medihaler-Iso®) | Catecholamine/allergic reaction | | Congenital QT Avoid |
| Isradipine (Dynacirc®) | Anti-hypertensive/high blood pressure | | Possible Risk of TdP |
| Itraconazole (Sporanox®) | Anti-fungal/fungal infection | Drug metabolism inhibitor- Risk for drug interactions | Conditional TdP Risk |
| Ketoconazole (Nizoral®) | Anti-fungal/fungal infection | Drug metabolism inhibitor | Conditional TdP Risk |
| Lapatinib (Tykerb®) | Anti-cancer/breast cancer, metastatic | | Possible Risk of TdP |
| Lapatinib (Tyverb®) | Anti-cancer/breast cancer, metastatic | | Possible Risk of TdP |
| Levalbuterol (Xopenex®) | Bronchodilator/asthma | | Congenital QT Avoid |

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

| | | | |
|---|---|---|---|
| Levofloxacin (Levaquin®) | Antibiotic/bacterial infection | | Possible Risk of TdP |
| Levomethadyl (Orlaam®) | Opiate agonist/pain control, narcotic dependence | Not available in the U.S. | Risk of TdP |
| Lisdexamfetamine (Vyvanse®) | CNS stimulant/ADHD | | Congenital QT Avoid |
| Lithium (Eskalith®) | Anti-mania/bipolar disorder | | Possible Risk of TdP |
| Lithium (Lithobid®) | Anti-mania/bipolar disorder | | Possible Risk of TdP |
| Mesoridazine (Serentil®) | Anti-psychotic/schizophrenia | | Risk of TdP |
| Metaproterenol (Alupent®) | Bronchodilator/asthma | | Congenital QT Avoid |
| Metaproterenol (Metaprel®) | Bronchodilator/asthma | | Congenital QT Avoid |
| Methadone (Dolophine®) | Opiate agonist/pain control, narcotic dependence | Females>Males | Risk of TdP |
| Methadone (Methadose®) | Opiate agonist/pain control, narcotic dependence | Females>Males | Risk of TdP |
| Methylphenidate (Ritalin®) | CNS stimulant/ADHD | | Congenital QT Avoid |
| Methylphenidate (Concerta®) | CNS stimulant/ADHD | | Congenital QT Avoid |
| Midodrine (ProAmatine®) | Vasoconstrictor/low blood pressure, fainting | | Congenital QT Avoid |
| Moexipril/HCTZ (Uniretic®) | Anti-hypertensive/high blood pressure | | Possible Risk of TdP |
| Moxifloxacin (Avelox®) | Antibiotic/bacterial infection | | Risk of TdP |
| Nicardipine (Cardene®) | Anti-hypertensive/high blood pressure | | Possible Risk of TdP |
| Nilotinib (Tasigna®) | Anti-cancer/Leukemia | | Possible Risk of TdP |
| Norepinephrine (Levophed®) | Vasconstrictor, Inotrope/shock, low blood pressure | | Congenital QT Avoid |
| Nortriptyline (Pamelor®) | Tricyclic Antidepressant/depression | | Conditional TdP Risk |
| Octreotide (Sandostatin®) | Endocrine/acromegaly, carcinoid diarrhea | | Possible Risk of TdP |
| Ofloxacin (Floxin®) | Antibiotic/bacterial infection | | Possible Risk of TdP |
| Ondansetron (Zofran®) | Anti-emetic/nausea and vomiting | | Possible Risk of TdP |
| Oxytocin (Pitocin®) | Oxytocic/Labor stimulation | | Possible Risk of TdP |

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

| | | | |
|---|---|---|---|
| Paliperidone (Invega®) | Antipsychotic, atypical/Schizophrenia | | Possible Risk of TdP |
| Paroxetine (Paxil®) | Anti-depressant/depression | | Conditional TdP Risk |
| Pentamidine (NebuPent®) | Anti-infective/pneumocystis pneumonia | Females>Males | Risk of TdP |
| Pentamidine (Pentam®) | Anti-infective/pneumocystis pneumonia | Females>Males | Risk of TdP |
| Perflutren lipid microspheres (Definity®) | Imaging contrast agent/Echocardiography | | Possible Risk of TdP |
| Phentermine (Fastin®) | Appetite suppressant/dieting, weight loss | | Congenital QT Avoid |
| Phentermine (Adipex®) | Appetite suppressant/dieting, weight loss | | Congenital QT Avoid |
| Phenylephrine (Neosynephrine®) | Vasoconstrictor, decongestant/low blood pressure, allergies, sinusitis, asthma | | Congenital QT Avoid |
| Phenylpropanolamine (Acutrim®) | Decongestant/allergies, sinusitis, asthma | No longer available in the U.S. | Congenital QT Avoid |
| Phenylpropanolamine (Dexatrim®) | Decongestant/allergies, sinusitis, asthma | No longer available in the U.S. | Congenital QT Avoid |
| Pimozide (Orap®) | Anti-psychotic/Tourette's tics | Females>Males | Risk of TdP |
| Probucol (Lorelco®) | Antilipemic/Hypercholesterolemia | No longer available in U.S. | Risk of TdP |
| Procainamide (Pronestyl®) | Anti-arrhythmic/abnormal heart rhythm | | Risk of TdP |
| Procainamide (Procan®) | Anti-arrhythmic/abnormal heart rhythm | | Risk of TdP |
| Protriptyline (Vivactil®) | Tricyclic Antidepressant/depression | | Conditional TdP Risk |
| Pseudoephedrine (PediaCare®) | Decongestant/allergies, sinusitis, asthma | | Congenital QT Avoid |
| Pseudoephedrine (Sudafed®) | Decongestant/allergies, sinusitis, asthma | | Congenital QT Avoid |
| Quetiapine (Seroquel®) | Anti-psychotic/schizophrenia | | Possible Risk of TdP |
| Quinidine (Quinaglute®) | Anti-arrhythmic/abnormal heart rhythm | Females>Males | Risk of TdP |
| Quinidine (Cardioquin®) | Anti-arrhythmic/abnormal heart rhythm | Females>Males | Risk of TdP |
| Ranolazine (Ranexa®) | Anti-anginal/chronic angina | | Possible Risk of TdP |
| Risperidone (Risperdal®) | Anti-psychotic/schizophrenia | | Possible Risk of TdP |
| Ritodrine (Yutopar®) | Uterine relaxant/prevent premature labor | | Congenital QT Avoid |
| Ritonavir (Norvir®) | Protease inhibitor/HIV | | Conditional TdP Risk |
| Roxithromycin* (Rulide®) | Antibiotic/bacterial infection | Not available in the U.S. | Possible Risk of TdP |

---

| | | | |
|---|---|---|---|
| Salmeterol (Serevent®) | Sympathomimetic/asthma, COPD | | Congenital QT Avoid |
| Sertindole (Serdolect®) | Antipsychotic, atypical/Anxiety, Schizophrenia | | Possible Risk of TdP |
| Sertindole (Serlect®) | Antipsychotic, atypical/Anxiety, Schizophrenia | | Possible Risk of TdP |
| Sertraline (Zoloft®) | Anti-depressant/depression | | Conditional TdP Risk |
| Sibutramine (Meridia®) | Appetitie suppressant/dieting, weight loss | | Congenital QT Avoid |
| Solifenacin (VESIcare®) | muscarinic receptor anatagonist/treatment of overactive bladder | | Conditional TdP Risk |
| Sotalol (Betapace®) | Anti-arrhythmic/abnormal heart rhythm | Females>Males | Risk of TdP |
| Sparfloxacin (Zagam®) | Antibiotic/bacterial infection | | Risk of TdP |
| Sunitinib (Sutent®) | Anti-cancer/RCC, GIST | | Possible Risk of TdP |
| Tacrolimus (Prograf®) | Immunosuppressant/Immune suppression | | Possible Risk of TdP |
| Tamoxifen (Nolvadex®) | Anti-cancer/breast cancer | | Possible Risk of TdP |
| Telithromycin (Ketek®) | Antibiotic/bacterial infection | | Possible Risk of TdP |
| Terbutaline (Brethine®) | Bronchodilator/asthma | | Congenital QT Avoid |
| Terfenadine (Seldane®) | Antihistamine/Allergic rhinitis | No longer available in U.S. | Risk of TdP |
| Thioridazine (Mellaril®) | Anti-psychotic/schizophrenia | | Risk of TdP |
| Tizanidine (Zanaflex®) | Muscle relaxant/ | | Possible Risk of TdP |
| Tolterodine (Detrol®) | Bladder Antispasmodic/ | | Congenital QT Avoid |
| Tolterodine (Detrol LA®) | Bladder Antispasmodic/ | | Congenital QT Avoid |
| Trazodone (Desyrel®) | Anti-depressant/Depression, insomnia | | Conditional TdP Risk |
| Trimethoprim-Sulfa (Bactrim®) | Antibiotic/bacterial infection | | Conditional TdP Risk |
| Trimethoprim-Sulfa (Sulfa®) | Antibiotic/bacterial infection | | Conditional TdP Risk |
| Trimipramine (Surmontil®) | Tricyclic Antidepressant/depression | | Conditional TdP Risk |
| Vandetanib (Caprelsa®) | Anti-cancer/Thyroid cancer | | Risk of TdP |

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

| | | |
|---|---|---|
| Vardenafil (Levitra®) | phosphodiesterase inhibitor/vasodilator | Possible Risk of TdP |
| Venlafaxine (Effexor®) | Anti-depressant/depression | Possible Risk of TdP |
| Voriconazole (VFend®) | Anti-fungal/anti-fungal | Possible Risk of TdP |
| Ziprasidone (Geodon®) | Anti-psychotic/schizophrenia | Possible Risk of TdP |

Source:  http://www.azcert.org/medical-pros/drug-lists/printable-drug-list.cfm

## APPENDIX 3: STANDARD "3 + 3" PHASE I STUDY DESIGN: DOSE ESCALATION RULES AND OPERATING CHARACTERITICS

**Excerpted from:** Rubinstein LV, Simon RM. (2003), "Phase I Clinical Trial Design" in Budman DR, Calvert AH, Rowinsky EK (Eds). Handbook of Anticancer Drug Development. Lippincott Williams & Wilkins, Philadelphia, PA.

### Dose Escalation Rules for the Standard Phase I Trial

| **Outcome:** # DLT/# patients | **Action:** Escalate, suspend, or halt dose escalation |
|---|---|
| 0 DLT /3 patients | Escalate dose for the next cohort of 3 patients |
| 1 DLT/3 patients | Treated next cohort of 3 patients at the same dose |
| ≥2 DLTs/3 patients | Halt dose escalation: Treat a total of 6 patients at previous dose to determine MTD |
| 1 DLT/6 patients | Escalate dose for next cohort of 3 patients |
| ≥2 DLTs/6 patients | Halt dose escalation:  Treat a total of 6 patients at previous dose to determine MTD |

MTD = the highest dose for which no more than 1 of the 6 treated patients exhibits DLT

### Probabilities of Halting or Continuing Dose Escalation for Various Probabilities of DLT Associated with the Dose Level, for the Standard Phase I Design

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| True probability of DLT for dose level | 0.05 | 0.1 | 0.2 | 0.3 | 0.4 | 0.5 | 0.6 | 0.7 |
| Probability of halting dose escalation after accruing either 3 or 6 patients (≥2 DLTs)[a] | 0.03 | 0.09 | 0.29 | 0.51 | 0.69 | 0.83 | 0.92 | 0.97 |
| Probability of continuing escalation after only 3 patients (0 DLT)[b] | 0.86 | 0.73 | 0.51 | 0.34 | 0.22 | 0.13 | 0.06 | 0.03 |
| Probability of halting escalation after only 3 patients (≥2 DLTs)[b] | 0.01 | 0.03 | 0.10 | 0.22 | 0.35 | 0.50 | 0.65 | 0.78 |

a  This row gives probabilities of halting dose escalation, at a given dose, if the true probability of DLT for that dose level is indicated.

b  These rows give probabilities of continuing or halting dose escalation after accruing only 3 patients, at a given dose, of the true probability of DLT for that dose level is indicated.  We see that, in all cases, the cohort will be limited to 3 patients with at least 50% probability, and for the more extreme DLT probabilities (0.05 and 0.7), the cohort will be expanded to 6 patients with less than 20% probability.

# APPENDIX 4: SUMMARY OF PROTOCOL CHANGES

## Changes made in Amendment 3 (Protocol Version 4, 01 December 2015)

**Purpose:**

The primary purpose of this amendment is to introduce a new tablet dosage form of CPI-0610 into the study.

An additional purpose of this amendment is to modify the inclusion criterion related to serum glucose levels.

**Rationale:**

<u>**Introduction of CPI-0610 tablets**</u>

To date this phase 1 trial has been conducted using a capsule dosage form of CPI-0610. The capsules contain CPI-0610 monohydrate blended with microcrystalline cellulose and magnesium stearate. While these capsules have provided dose-related increases in systemic exposure from the initial dose of 24 mg QD through a dose of 170 mg QD, the relationship between dose and exposure suggests that they have relatively low oral bioavailability. Although a direct assessment of the capsule's oral bioavailability is not available in humans, in dogs their oral bioavailability is approximately 16%. The low oral bioavailability of the capsules likely contributes to some of the interpatient variability observed in CPI-0610's pharmacokinetics and to an apparently prolonged absorption phase in some patients. It may also be responsible for the less than dose-proportional increases in systemic exposure that have been observed at higher doses of CPI-0610 capsules. In order to overcome these limitations a tablet dosage form of CPI-0610 has been developed.

CPI-0610 tablets are composed of micronized CPI-0610 monohydrate and inactive excipients, including a surfactant, to improve oral bioavailability. The tablet is currently provided in a single 25-mg strength. In dogs, the oral bioavailability of CPI-0610 tablets is 29%, with a negligible food effect (oral bioavailability of 35%). The tablet has been evaluated at a dose of 125 mg QD in 6 patients with lymphoma in a separate Phase 1 trial of CPI-0610. The mean steady-state $AUC_{0-24hrs}$ obtained with the tablet at this dose was 10,431 ng-hr/mL, while a capsule dose of 120 mg QD provided a mean steady-state $AUC_{0-24hrs}$ of 7,490 ng-hr/mL. This suggests that the oral bioavailability of the tablet is approximately 34% greater than that of the capsule. The tablet also has different absorption kinetics, with an approximately 2-fold higher $C_{max}$.

This study in patients with multiple myeloma has evaluated capsules doses from 24 to 170 mg QD, and from 85 to 150 mg BID. The 150 mg BID capsule dose is currently being evaluated in an expanded cohort because one of the first 3 patients experienced dose-limiting thrombocytopenia. Once evaluation of the 150 mg BID capsule dose has been completed, all future dose-finding will be conducted with the tablet formulation of CPI-0610.

The initial dose of the tablet to be evaluated in a new cohort of 3-6 patients will be selected to match the systemic exposure (AUC) projected to be achieved with next capsule dose. For

example, if there are no further dose-limiting toxicities in the expanded 150 mg BID capsule cohort, the next capsule dose for evaluation would be 200 mg BID. Accounting for the approximately 34% greater bioavailability of the tablet, the initial tablet dose for evaluation in this case would be 150 mg BID. Alternatively, if an additional dose-limiting toxicity is observed with the 150 mg BID capsule dose then additional patients would be accrued to the immediately preceding capsule dose of 110 mg BID, in order to confirm it as the maximum tolerated dose. In this case, the initial tablet dose for evaluation would be 75 mg BID.

### Modification of inclusion criterion related to serum glucose

Based on the observation of hyperglycemia in toxicology studies of CPI-0610, a relatively stringent inclusion criterion for the Hgb A1C value was included in the original protocol. However, review of the experience across all studies to date shows that CPI-0610-related hyperglycemia has not been an issue, even at doses that have caused dose-limiting thrombocytopenia and diarrhea. Therefore, although patients with poor glucose control should not be enrolled in this study, it is appropriate to relax the inclusion criterion around serum glucose control. Rather than requiring a Hgb A1C value of $\leq 6.4\%$, patients will be allowed to enroll as long as the serum glucose is $\leq 160$ mg/dL. Patients may also qualify if their Hgb A1C is $\leq 7\%$, which corresponds to an average serum glucose of 154 mg/dL.

**Summary of Changes:**
The changes included in this amendment are described below.  New text is bolded, and deleted text is denoted by strikethrough. Additionally, typographical corrections were made but are not included below.

### Section 1.2.1 Description

*Originally written:*
CPI-0610 is small molecule inhibitor of BET protein bromodomains. CPI-0610 has a molecular weight of 365.81 g/mol. For clinical studies it is produced as a crystalline monohydrate with a molecular weight of 383.83 g/mol. CPI-0610 monohydrate ~~is~~ formulated with magnesium stearate and microcrystalline cellulose in 2 mg, 10 mg and 25 mg ~~capsules.~~

*Changed to:*
CPI-0610 is small molecule inhibitor of BET protein bromodomains. CPI-0610 has a molecular weight of 365.81 g/mol. For clinical studies it is produced as a crystalline monohydrate with a molecular weight of 383.83 g/mol. CPI-0610 monohydrate **capsules are** formulated with magnesium stearate and microcrystalline cellulose in 2 mg, 10 mg and 25 mg **strengths for oral administration.  CPI-0610 monohydrate tablets are formulated with micronized active pharmaceutical ingredient and various inactive excipients, including a surfactant, in a single 25 mg strength for oral administration.**

### Section 1.2.2.5 Pharmacokinetics

*Added:*

The PK profiles of two dosage forms of CPI-0610 monohydrate (capsules and tablets) were evaluated in dogs under different pretreatment conditions.  A solution formulation of amorphous CPI-0610 was also evaluated in dogs to give an estimate of maximal absorption and bioavailability.  The results of the study are shown in Table 1-1.  Exposures from tablets following pretreatment with famotidine (elevated gastric pH) and no pretreatment were similar (within 1.1-fold based on $AUC_{0-last}$ or $C_{max}$), as were other PK parameters. The bioavailability of tablets after no pretreatment was approximately 29%, which was an improvement compared to Capsules (16% F), and approached the theoretical maximal bioavailability seen with a solution formulation of CPI-0610 (40%). CPI-0610 monohydrate tablets do not show a food effect, with similar exposure (within 1.2-fold based on $AUC_{0-last}$ and 1.1-fold based on $C_{max}$) in both fasted and fed dogs.

Table 1-1        Mean (± SD) Pharmacokinetic Parameters of CPI-0610 Dosage Forms in Male Beagle Dogs Following 2.5 mg/kg Oral Administration after Famotidine or Feeding Pretreatment or No Pretreatment

| Pretreatment | Famotidine | Food | None | None | None |
|---|---|---|---|---|---|
| Dosage Form | Tablet, 25 mg | Tablet, 25 mg | Tablet, 25 mg | Capsule, 25 mg | Solution, 2.5 mpk |
| $C_{max}$ (ng/mL) | 600 ± 138 | 645 ± 121 | 596 ± 113 | 379 ± 141 | 1076 ± 275 |
| $T_{max}$ (h) | 2.67 ± 1.51 | 1.92 ± 1.20 | 2.00 ± 0.0 | 1.67 ± 1.21 | 1.25 ± 0.612 |
| $AUC_{0-last}$ (ng/mL•h) | 5690 ± 1302 | 6282 ± 1106 | 5162 ± 1262 | 3172 ± 1064 | 8063 ± 1888 |
| $AUC_{0-inf}$ (ng/mL•h) | 6827 ± 1653 | 7970 ± 2038 | 6053 ± 1692 | 3737 ± 1336 | 10200 ± 3355 |
| $T_{1/2}$ (h) | 9.37 ± 1.54 | 10.39 ± 3.26 | 8.71 ± 1.33 | 9.06 ± 3.13 | 11.5 ± 7.00 |
| F (%)[a] | 32 | 35 | 29 | 16 | 40 |

[a] Calculated using $AUC_{(0-las)}$ from 0.5 mg/kg IV arm of Report 0610-DMPK-002.

CPI-0610 monohydrate tablets show greater exposure and bioavailability compared to the initial capsule dosage form. At high gastric pH, there is no change in exposure with CPI-0610 monohydrate tablets, and there is no food effect with CPI-0610 monohydrate tablets.

## Section 4.1 Inclusion Criteria

*Added:*

11        Serum glucose value ≤160 mg/dL. If needed, a fasting serum glucose determination may be obtained to satisfy this criterion. Alternatively, a hemoglobin A1C ≤ 7% (which corresponds to an average serum glucose concentration ≤ 154 mg/dL) may be used to satisfy this criterion.

## Section 5.1 Study drug

*Added:*

The term "study drug" refers to CPI-0610, Constellation's investigational inhibitor of BET proteins, formulated as capsules **or tablets** for oral administration.  No control drug will be used in this study.

CPI-0610
Clinical Trial Protocol: 0610-03                                    Version 4, 01 December 2015

CPI-0610 monohydrate is provided in hydroxypropyl methyl cellulose (HPMC) capsules
formulated in 2, 10 and 25 mg strengths.  In addition to the active ingredient, CPI-0610
monohydrate, the capsules contain inactive excipients, as described in Table 5-1.  The capsules
are supplied in high density polyethylene (HDPE) bottles, heat induction sealed, with a child
proof cap.  Each 75 ml HPDE bottle contains 30 capsules of 2, 10 or 25 mg strengths.  The 2 mg
capsules are white in color; the 10 mg capsules are Swedish Orange (red) in color; the 25 mg
capsules are yellow in color.

**Table 5-1      Composition of CPI-0610 capsules**

| Component | Function | Amount in each 2 mg capsule | Amount in each 10 mg capsule | Amount in each 25 mg capsule |
|---|---|---|---|---|
| CPI-0610 monohydrate | Active ingredient | 2.00 mg | 10.00 mg | 25.0 mg |
| Microcrystalline cellulose PH101 | Filler | 156.40 mg | 267.20 mg | 253.6 mg |
| Magnesium Stearate | Lubricant | 1.6 mg | 2.80 mg | 1.40 mg |

**CPI-0610 monohydrate tablets contain the micronized active pharmaceutical ingredient
and several inactive excipients, as described in Table 5-2.  The 25 mg tablets are supplied in
HDPE bottles, which are heat induction sealed.   Each 120 cc bottle contains 100 plain-
faced light brown tablets.**

**Table 5-2      Composition of CPI-0610 Tablets**

| Component | Function | Amount in each 25 mg Tablet |
|---|---|---|
| **Intra Granular** | | |
| **CPI-0610 Monohydrate Micronized** | **Active ingredient** | **25 mg** |
| **Microcrystalline Cellulose** | **Diluent/Filler** | **60 mg** |
| **Lactose Monohydrate** | **Diluent/Filler** | **90 mg** |
| **Hydroxypropyl Cellulose** | **Binder** | **7 mg** |
| **Croscarmellose Sodium** | **Disintegrant** | **4 mg** |
| **Sodium Lauryl Sulfate** | **Surfactant** | **6 mg** |
| **Extra Granular** | | |
| **Croscarmellose Sodium** | **Disintegrant** | **4 mg** |
| **Colloidal Silicon Dioxide** | **Glidant** | **2 mg** |
| **Magnesium Stearate** | **Lubricant** | **2 mg** |
| | **Total** | **200 mg** |

This change also applies to the following sections of the protocol: Section 5.1.1.1 (Once daily
administration of CPI-0610), Section 5.1.1.2 (Twice daily administration of CPI-0610), Section
5.1.4 (Storage, handling, and accountability), and Section 6.4 (Study Compliance).


**Section 5.1.3 How supplied**
*Originally read:*

---

~~CPI-0610 will be supplied to the site pharmacy as 2, 10 and 25 mg capsules in bottles containing 30 capsules of a single strength. The site pharmacist will dispense the appropriate number of capsules (of the appropriate strength(s)) to each patient at the beginning of each cycle.~~

*Changed to:*

### 5.1.3.1 Capsules

**CPI-0610 capsules will be supplied to the site pharmacy as 2, 10 and 25 mg capsules in bottles containing 30 capsules of a single strength. The site pharmacist will dispense the appropriate number of capsules (of the appropriate strength(s)) to each patient at the beginning of each cycle.**

### 5.1.3.2 Tablets

**CPI-0610 tablets will be supplied to the site pharmacy as a single 25 mg strength in bottles containing 100 tablets. The site pharmacist will dispense the appropriate number of tablets to each patient at the beginning of each cycle.**

**Section 5.5.3 Provisional dose levels**

*Added:*
**The provisional dose levels in Table 5-3 apply only to CPI-0610 capsules.**

**The initial CPI-0610 tablet dose will be selected with the aim of providing systemic exposure (AUC) equivalent to that which would have been achieved with the next CPI-0610 capsule dose. Comparison of the pharmacokinetics of CPI-0610 tablets and capsules in patients indicates that the tablet is more rapidly absorbed, resulting in an approximately 2-fold higher Cmax, and that it has approximately 34% greater relative oral bioavailability. Subsequent increases in the CPI-0610 tablet dose will be made in increments no greater than 33%.**

**Changes made in Amendment 2 (Protocol Version 3, 22 September 2014)**

**Purpose:**

The primary purpose of this amendment is to align this Phase 1 study of CPI-0610 in patients with myeloma with a preceding and ongoing Phase 1 study of CPI-0610 in patients with lymphoma. Two main changes to the protocol achieve this alignment between the studies:

- The hematologic criteria that govern the start of a new cycle of therapy with CPI-0610 are revised. They allow a new cycle of therapy to begin if, after a one week delay, the patient's platelet count is at least $50 \times 10^9$/L and the ANC is at least $0.75 \times 10^9$/L.
- A provision is included to allow the dose escalation scheme to be influenced by the experience with CPI-0610 in the Phase 1 trial in patients with lymphoma.

A number of other minor changes are also included in this amendment:

- ▪ Provision is made for the potential inclusion of patients whose disease is considered non-measurable by paraprotein criteria.
- ▪ Provision is made for rounding CPI-0610 doses above 24 mg/day.
- ▪ Corrections to the percentages of excipients used in the 25 mg capsules of CPI-0610 are made.
- ▪ Serum glucose measurements, which were inadvertently omitted from the chemistry panels in the original version of the protocol, are now included.

**Rationale:**

**Revision of hematologic criteria for re-treatment**

One of the emerging toxicities of CPI-0610 is thrombocytopenia. Reversible and non-dose-limiting thrombocytopenia has been observed in patients with lymphoma treated at the 48, 80 and 120 mg/day dose levels. A decline in platelet counts is usually observed toward the end of the 14 days of treatment and reaches a nadir during the week of rest. With an additional week of rest platelet counts typically return to baseline values.

The original version of this protocol required that the platelet count return to $\geq 75 \times 10^9$/L and the ANC return to $\geq 1.0 \times 10^9$/L in order to start a new cycle of treatment. However, the protocol allows a patient with a baseline platelet count as low as $75 \times 10^9$/L to participate in the study. Given that the patients eligible for this study often have limited hematopoietic reserve as the result of extensive previous therapy and as a result of their disease, the investigators believe that it is reasonable to consider re-treatment with less stringent criteria for the minimum platelet count and ANC.

Therefore, if following an additional week of rest (increasing the cycle length from 21 to 28 days) the platelet count is $\geq 50 \times 10^9$/L and the ANC is $\geq 0.75 \times 10^9$/L, patients may start a new cycle of treatment. These revisions to the hematologic criteria for re-treatment are identical to those that have been adopted in the Phase 1 trial of CPI-0610 in patients with lymphoma.

It is important to emphasize that the definitions of dose-limiting hematologic toxicity remain otherwise unchanged (see Table 5-3).

**Informing dose escalation with the experience in the preceding study in patients with lymphoma**

Using the provision described in Section 5.5.1 of this protocol, clinical data from the ongoing Phase 1 study of CPI-0610 in patients with lymphoma (Protocol 0610-01) were used to select the starting dose for this study (24 mg/day). At the time of this amendment three patients had been enrolled to the starting dose of 24 mg/day, with no evidence of CPI-0610-related toxicity. Meanwhile, the Phase 1 study of CPI-0610 in patients with lymphoma had completed the evaluation of a dose of 120 mg/day and was enrolling patients to a dose of 170 mg/day. The only toxicity observed at 120 mg/day was mild, reversible thrombocytopenia.

While it is possible that the CPI-0610 exposure-toxicity relationship may be different between patients with lymphoma and patients with myeloma, it is reasonable to consider the experience with CPI-0610 in patients with lymphoma when evaluating it in patients with myeloma, particularly if CPI-0610 has been well tolerated. Therefore a provision has been included to allow the clinical investigators and sponsor to consider the experience with CPI-0610 in patients with lymphoma when making decisions regarding dose escalation in patients with myeloma. If a

decision is made to omit evaluation of one or more of the doses in the provisional dose escalation scheme, the next dose level to be evaluated must be a dose that lies below the maximum tolerated dose in the lymphoma study or, if the maximum tolerated dose has not been determined, it must be a dose that lies below the highest dose that has been evaluated in the lymphoma study. Further constraints on the dose or doses to be omitted will be derived from a review of all of the existing dosing, PK and safety data from both studies. If a decision to omit the evaluation of one or more doses is made, then a memorandum will be distributed to the study sites, to their IRBs, and to the FDA providing the supporting rationale.

**Provision for the inclusion of patients with disease considered non-measurable by paraprotein criteria**

Since the primary endpoints of this study are related to the safety of CPI-0610 treatment, precise categorization of any anti-myeloma activity observed with CPI-0610 is of secondary importance. Nevertheless, it is important that the patient's disease status can be reliably assessed during the course of CPI-0610 treatment, so that appropriate decisions can be made about continuing or stopping the treatment. A provision is therefore included in the eligibility criteria that allows patients with myeloma considered non-measurable by paraprotein criteria to participate in the study if their disease can be reliably assessed using other methods (e.g., CT, MRI, bone marrow biopsies).

**Rounding of CPI-0610 doses above 24 mg/day**

A 25 mg capsule of CPI-0610 has been developed in order to reduce the number of capsules needed to deliver higher doses of the compound. A provision is therefore made to potentially round doses above 24 mg/day so that they can be delivered using only the 10 and 25 mg capsules, and avoid administration of additional 2 mg capsules.

**Corrections to the percentages of excipients used in the 25 mg capsules of CPI-0610**

During the course of manufacturing 25 mg capsules of CPI-0610 it was determined that an adjustment in the amount of magnesium stearate (and consequently microcrystalline cellulose) was needed to produce dissolution characteristics similar to those of the 2 and 10 mg capsules. Table 5-1 now reflects the adjustments made in the amounts of magnesium stearate and microcrystalline cellulose for the 25 mg capsules.

**Serum glucose measurements**

Although the study sites routinely monitor serum glucose in patients being treated with CPI-0610, serum glucose measurements were inadvertently omitted from the list of chemistry values that should be entered into the study's database. This has been corrected, and the study sites will now be able to enter serum glucose values into the database along with the other required laboratory values.

**Summary of Changes:**
The changes included in this amendment are described below.  New text is bolded, and deleted text is denoted by strikethrough. Additionally, typographical corrections were made but are not included below.

**Section 4.1 Inclusion Criteria**

*Added:*

4. Must have measurable disease, defined by one or more of following: (i) a serum M protein > 0.5 g/dl measured by serum protein electrophoresis; (ii) urinary M protein excretion > 200 mg/24 hours; (iii) serum free light chain (FLC) measurement > 10 mg/dl, provided that the serum FLC ratio is abnormal. **Patients whose disease is not measurable according to these criteria may be considered for participation in the study after discussion with the medical monitor. The main consideration will be whether the patient's disease can be reliably assessed using methods other than paraprotein measurements (e.g., CT, MRI, bone marrow biopsies).**

### Section 5.1 Study Drug, Table 5-1

*Originally written:*

**Table 5-1        Composition of CPI-0610 Capsules**

| Component | Function | Amount in each 2 mg capsule | Amount in each 10 mg capsule | Amount in each 25 mg capsule |
|---|---|---|---|---|
| CPI-0610 monohydrate | Active ingredient | 2.00 mg | 10.00 mg | 25.00 mg |
| Microcrystalline cellulose PH101 | Filler | 156.40 mg | 267.20 mg | ~~252.20 mg~~ |
| Magnesium Stearate | Lubricant | 1.6 mg | 2.80 mg | ~~2.80 mg~~ |

*Changed to:*

**Table 5-1        Composition of CPI-0610 Capsules**

| Component | Function | Amount in each 2 mg capsule | Amount in each 10 mg capsule | Amount in each 25 mg capsule |
|---|---|---|---|---|
| CPI-0610 monohydrate | Active ingredient | 2.00 mg | 10.00 mg | 25.0 mg |
| Microcrystalline cellulose PH101 | Filler | 156.40 mg | 267.20 mg | **253.6 mg** |
| Magnesium Stearate | Lubricant | 1.60 mg | 2.80 mg | **1.40 mg** |

### Section 5.5.2 Dose escalation guidelines, Subsection titled "Additional provisions"

*Added:*

**As with the selection of a starting dose, the doses evaluated in this study may be subsequently informed by the clinical experience with CPI-0610 in the Phase 1 study being conducted in patients with lymphoma. The information from the lymphoma study may suggest that more conservative dose escalation steps should be taken, or it may provide a rationale for omitting evaluation of one or more of the doses outlined in Table 5-2 (Provisional Dose Levels). If a decision is made to omit the evaluation of one or more doses in the provisional dose escalation scheme, the next dose level to be evaluated must be a dose that lies below the MTD in the lymphoma study or, if the maximum tolerated dose has not been determined, lies below the highest dose that has been evaluated in the lymphoma study.  Further constraints on the dose or doses to be omitted will be derived from a review of all of the existing dosing, PK and safety data from both studies.  If a decision to omit the**

evaluation of one or more doses is made, then an administrative letter will be distributed to all of the study sites, IRBs, and the FDA providing the supporting rationale.

**Section 5.5.3 Provisional dose levels**

*Added:*
Table 5-2 depicts provisional dose levels for evaluation in this study, based on the planned starting dose and the maximum increases in dose allowed by the modified Fibonacci algorithm. The dose levels that are actually evaluated in this study may differ from these provisional ones, since the protocol allows for smaller increases in dose and for the evaluation of intermediate and higher doses, if necessary. **Doses above 24 mg/day may be rounded so that they can be delivered using 10 and 25 mg capsules, thereby minimizing the number of capsules that patients must take.**

**Section 5.6.2.1 14 days of daily dosing, 7-day break (21-day cycle)**

*Added:*
In order for a new cycle of therapy to begin **following the scheduled 7-day break from therapy** the patient's ANC must be $\geq$1.0 x $10^9$/L and the platelet count must be $\geq$75 x $10^9$/L. In addition, all other toxicity considered to be related to CPI-0610 must have resolved to CTCAE grade 1 or baseline.

If the patient fails to meet the above-cited criteria for retreatment, then initiation of the next cycle of treatment should be delayed **by one week. Following the additional week of no treatment the next cycle may begin if the patient's ANC is $\geq$0.75 x $10^9$/L and the platelet count is $\geq$50 x $10^9$/L. In addition, all other toxicity considered to be related to CPI-0610 must have resolved to CTCAE grade 1 or baseline.**

**Section 5.6.2.2 7 days of daily dosing, 7-day break (14-day cycle)**
*Added:*
In order for a new cycle of therapy to begin **following the scheduled 7-day break from therapy** the patient's ANC must be $\geq$1.0 x $10^9$/L and the platelet count must be $\geq$ 75 x $10^9$/L. In addition, all other toxicity considered to be related to CPI-0610 must have resolved to CTCAE grade 1 or baseline.

If the patient fails to meet the above-cited criteria for retreatment, then initiation of the next cycle of treatment should be delayed **by one week. Following the additional week of no treatment the next cycle may begin if the patient's ANC is $\geq$0.75 x $10^9$/L and the platelet count is $\geq$50 x $10^9$/L. In addition, all other toxicity considred to be related to CPI-0610 must have resolved to CTCAE grade 1 or baseline.**

**Section 6.3.7.8 Clinical laboratory evaluations, subsection titled "Clinical Chemistry"**

*Added:*
The clinical chemistry panel consists of the following: sodium, potassium, carbon dioxide, chloride, **serum glucose,** blood urea nitrogen (BUN), serum creatinine, total bilirubin, alkaline phosphatase, aspartate aminotransferase (AST [SGOT]), alanine aminotransferase (ALT

[SGPT]), lactate dehydrogenase (LDH), cardiac troponin (cTn), uric acid, calcium, and phosphate.


**Changes Made in Amendment 1 (Protocol Version 2, 3 April 2014)**

**Purpose:**
The primary purpose of this amendment is to modify the dose escalation scheme used in this study. Modification of the dose escalation scheme is needed in order to take into account pharmacokinetic data obtained from patients treated with CPI-0610 in an ongoing Phase 1 study that is being conducted in patients with lymphoma. The dose escalation scheme in the lymphoma study has been modified to include two additional dose escalation steps in the initial part of the scheme. In these two additional steps, the dose of CPI-0610 is doubled relative to the dose evaluated in the preceding cohort of patients. The dose escalation algorithm subsequently employs the successively decreasing dose escalation step sizes of the modified Fibonacci series. This amendment makes the same modification to the dose escalation scheme in this study of CPI-0610 in patients with myeloma.

This amendment also includes several other modifications to the protocol:

- Clarification that eligible patients must have exhausted all effective standard treatments for their myeloma
- Additional guidance regarding patient management when patients have been enrolled to a higher dose level and a patient treated at the preceding dose level experiences dose-limiting toxicity
- Addition of an appendix that provides the operating characteristics of the standard "3+3" dose escalation rules commonly used in oncology Phase 1 trials
- Provision of a new CPI-0610 capsule strength (25 mg)
- Minor changes in the text for clarification and correction of typographical errors.

**Rationale:**
Pharmacokinetic (PK) data are now available from the first eight patients treated with CPI-0610 in an ongoing Phase 1 lymphoma study. Five patients were treated at the starting dose of 6 mg PO once daily and three patients were treated at the next higher dose of 12 mg PO once daily. In each case dosing occurred for 14 consecutive days, followed by a 7-day break (1 cycle = 21 days). The PK data demonstrate that CPI-0610's half-life is significantly shorter than had been predicted on the basis of preclinical data, with consequently lower than predicted systemic exposure. Specifically, the mean elimination half-life of CPI-0610 in these eight patients is 8.65 (range 6.29-14.71) hours. Following the initial dose on Cycle 1/Day1 the mean $AUC_{0-24hr}$ is 550 (range 486-672) ng x hr/mL at the 6 mg dose level and 950 (range 512-1,942) ng x hr/mL at the 12 mg dose level. Exposure is essentially the same on Day 14, given the short elimination half-life relative to the dosing interval. Modeling of human PK based on preclinical data suggested that CPI-0610 would have an average half-life of 21 hours, and that a dose of 6 mg PO daily would generate a mean steady-state $AUC_{0-24hr}$ of 2,953 ng x hr/mL.

The modified Fibonacci dose escalation scheme assumes that the initial dose evaluated is 10-fold lower than the maximum tolerated dose (MTD). When this assumption is correct, identification of the MTD typically requires 5-6 dose escalation steps. However, if the initial dose level is significantly lower than $1/10^{th}$ of the MTD then the modified Fibonacci scheme is inefficient: the number of dose escalation steps required to reach the MTD is greater, and more patients are treated at suboptimal doses. In the case of CPI-0610, it appears that the initial dose of 6 mg PO daily is only $1/21^{st}$ of the predicted MTD, and that without adjustment of the dose escalation scheme determining the MTD could require 9-10 dose escalation steps.

The estimate that the initial 6 mg PO daily dose is $1/21^{st}$ of the human MTD is based on a comparison of the steady-state $AUC_{0-24hr}$ achieved in patients at this dose with the steady-state $AUC_{0-24hr}$ achieved in dogs at the highest non-severely toxic dose (HNSTD). In dogs the HNSTD was 4 mg/kg PO daily x 14 days, and the $AUC_{0-24hr}$ following the last dose was 11,350 ng x hr/mL. Making the assumption that the relationship between AUC and toxicity will be similar in humans and dogs, and assuming dose-linear PK, the human MTD is now predicted to be 6 mg x (11,350 ng x hr/mL ÷ 550 ng x hr/mL) = 124 mg/day.

Therefore, in an effort to minimize the number of patients that will be treated at suboptimal doses in this study, two additional dose doubling steps will be included in the dose escalation scheme before introducing the successively decreasing dose escalation step sizes of the modified Fibonacci series, i.e., the subsequent dose step sizes of 67, 50, 40, and 30-35%. The two additional dose doubling steps will bring the study to a dose of 48 mg/day before the step sizes decrease. The 48 mg/day dose is projected to provide a steady-state $AUC_{0-24hrs}$ of 4,398 ng x hr/mL, which is 39% of the AUC associated with the HNSTD in the dog and hence 39% of the AUC expected at the MTD.

The addition of these two dose doubling steps is consistent with the guidance provided by Jerry Collins and Bruce Chabner in their widely cited studies of pharmacologically guided dose escalation in Phase 1 trials of new anti-cancer compounds (references 22 and 23).  They suggested that instead of assuming that the entry dose would be $1/10^{th}$ of the MTD, the PK of the new compound should be assessed in the patients treated and then used to modify the dose escalation scheme.  In cases where the entry dose was calculated (on the basis of PK comparisons) to lie below $1/10^{th}$ of the MTD, the dose was to be increased either in a single large step (the square root of the ratio of the AUC at the MTD/AUC at the entry dose) or in successive doublings until the AUC reached 40% of the AUC predicted at the MTD. Subsequently the smaller step sizes of the modified Fibonacci series were to be employed. This approach was then employed in a number of Phase 1 trials of cytotoxic compounds, where it was shown to be both safe and more efficient than the standard modified Fibonacci scheme.

An important assumption in pharmacologically guided dose escalation is that the relationships between preclinical toxicology and PK will be predictive of the relationships found between toxicity and PK in patients. In the case of CPI-0610 there are several reasons to make this assumption. First, this study employs a dosing regimen that is identical to the dosing regimen used in the GLP toxicology studies, namely once daily oral dosing for 14 consecutive days. Second, the PK of CPI-0610 in patients is very similar to its PK in dogs. In both dogs and humans the elimination half-life is around 8 hours, so that equivalent AUCs provide qualitatively

similar concentration versus time profiles, i.e., equivalent AUCs provide roughly equal Cmax and Cmin values. Third, CPI-0610 is not an anti-metabolite and it does not require metabolic activation, two attributes that can undermine the hypothesis that toxicity is similar between species at equivalent plasma concentrations.

The use of the AUC at the HNSTD in the dog as the estimate of the AUC at the human MTD is additionally supported by the fact that at the HNSTD there were no clinical observations and minimal histopathologic changes. In addition, the AUC at the NOAEL in the rat was nearly identical to the AUC at the HNSTD in the dog, and end-organ toxicities were the same in both species.

Although it is likely that the exposure-toxicity relationship for CPI-0610 will prove to be similar between humans and dogs, and hence unlikely that dose-limiting CPI-0610-related toxicity will be observed before reaching the 48 mg/day dose, a provision is included to terminate the doubling of the dose of CPI-0610 if significant toxicity is observed before the two additional dose doubling steps have been completed. Specifically, dose doubling will be stopped if at any given dose level two or more patients experience CTCAE grade 2 CPI-0610-related toxicity or any one patient experiences CTCAE grade 3 or higher CPI-0610-related toxicity during the first cycle of treatment.

As of 03 April 2014 evaluation of the first three dose levels (6, 12 and 24 mg/day) of the Phase 1 study of CPI-0610 in patients with lymphoma had been completed, and enrollment to the fourth dose level (48 mg/day) had been opened. One of the five patients treated at 6 mg/day, a 47 year old man with progressive and treatment-refractory diffuse large B-cell lymphoma, developed grade 1 diarrhea during the rest week of his first cycle of treatment which worsened to grade 3 during his second cycle. His diarrhea was accompanied by nausea and vomiting, and resulted in volume depletion that precipitated acute renal insufficiency. With re-hydration the patient's renal function returned to normal, but his diarrhea did not resolve until he was treated with metronidazole. However, stool samples were negative for *C. difficile* toxin. Because a definitive alternative etiology for the patient's diarrhea could not be established, the patient's gastrointestinal symptoms were considered to have been possibly related to CPI-0610. However, none of the other patients treated at 6, 12 or 24 mg/day experienced similar gastrointestinal symptoms.

**Summary of Changes:**
The changes included in this amendment are described below. New text is bolded, and deleted text is denoted by strikethrough. Additionally, typographical corrections were made but are not included below.

**Section 1.2.1 Description**

*Originally written:*
CPI-0610 monohydrate is formulated with magnesium stearate and microcrystalline cellulose in 2 mg and 10 mg capsules for oral administration.

*Changed to:*

CPI-0610 monohydrate is formulated with magnesium stearate and microcrystalline cellulose in 2 mg, 10 mg and **25 mg** capsules for oral administration.

## Section 5.1 Study Drug

*Originally written:*

CPI-0610 monohydrate is provided in hydroxypropyl methyl cellulose (HPMC) capsules formulated in 2 and 10 mg strengths.  In addition to the active ingredient, CPI-0610 monohydrate, the capsules contain inactive excipients, as described in Table 5-1.  The capsules are supplied in high density polyethylene (HDPE) bottles, heat induction sealed, with a child proof cap.  Each 75 ml HPDE bottle contains 30 capsules of 2 or 10 mg strengths.  The 2 mg capsules are white in color; the 10 mg capsules are Swedish Orange (red) in color.

**Table 5-1        Composition of CPI-0610 Capsules**

| Component | Function | Amount in each 2 mg capsule | Amount in each 10 mg capsule |
|---|---|---|---|
| CPI-0610 monohydrate | Active ingredient | 2.00 mg | 10.00 mg |
| Microcrystalline cellulose PH101 | Filler | 156.40 mg | 267.20 mg |
| Magnesium Stearate | Lubricant | 1.6 mg | 2.80 mg |

*Changed to:*

CPI-0610 monohydrate is provided in hydroxypropyl methyl cellulose (HPMC) capsules formulated in 2, 10 and **25 mg** strengths.  In addition to the active ingredient, CPI-0610 monohydrate, the capsules contain inactive excipients, as described in Table 5-1.  The capsules are supplied in high density polyethylene (HDPE) bottles, heat induction sealed, with a child proof cap.  Each 75 ml HPDE bottle contains 30 capsules of 2, 10 or **25** mg strengths.  The 2 mg capsules are white in color; the 10 mg capsules are Swedish Orange (red) in color; **the 25 mg capsules are yellow in color.**

**Table 5-1        Composition of CPI-0610 Capsules**

| Component | Function | Amount in each 2 mg capsule | Amount in each 10 mg capsule | Amount in each 25 mg capsule |
|---|---|---|---|---|
| CPI-0610 monohydrate | Active ingredient | 2.00 mg | 10.00 mg | **25.0 mg** |
| Microcrystalline cellulose PH101 | Filler | 156.40 mg | 267.20 mg | **252.20 mg** |
| Magnesium Stearate | Lubricant | 1.60 mg | 2.80 mg | **2.80 mg** |

## Section 5.1.3 How Supplied

*Originally written:*

CPI-0610 will be supplied to the site pharmacy as 2 and 10 mg capsules in bottles containing 30 capsules of a single strength.

*Changed to:*

CPI-0610 will be supplied to the site pharmacy as 2, 10 and **25** mg capsules in bottles containing 30 capsules of a single strength.

**Section 5.5.2 Dose escalation guidelines**

*Originally written:*
A modified Fibonacci algorithm will be used to determine the maximum allowable increase in dose from one cohort of patients to the next. ~~Assuming that the 6 mg/day dose is well tolerated, the modified Fibonacci algorithm permits the following sequential increases in dose: 100%, 67%, 50%, 40%, and 35%, with all subsequent increases no greater than 35%.~~ The dose of CPI-0610 will not be adjusted for body weight or body surface area; all patients treated in the same cohort/at the same dose level will receive the same total milligram dose of CPI-0610 per day.

While the modified Fibonacci algorithm will define the maximum allowable increase in dose, smaller increases in dose may be evaluated if doing so is suggested by review of the clinical safety, PK or PD data, or by comparison to the preclinical toxicology, PK and PD data. Moreover, if needed to better define dose-toxicity relationships, additional patients may be enrolled to the current dose level, to a preceding dose level, or to intermediate dose levels before proceeding with further dose escalation.

*Changed to:*
A modified Fibonacci algorithm will be used to determine the maximum allowable increase in dose from one cohort of patients to the next. **The modified Fibonacci algorithm uses the following sequence of relative dose increases from one cohort of patients to the next: 100%, 67%, 50%, 40%, and 35%, with all subsequent increases no greater than 30-35%. The modified Fibonacci algorithm assumes that the initial dose level is 1/10th of the MTD.[22,23] However, based on PK data from the first 8 patients treated with CPI-0610 in a Phase 1 study in lymphoma, the initial dose level, 6 mg PO daily x 14 days, is estimated to be only 1/21st of the MTD. The average elimination half-life of CPI-0610 in these patients was 8.65 hours rather than the 21 hours predicted on the basis of preclinical data, resulting in lower than predicted systemic exposure (AUC). Therefore, in order to minimize the number of patients treated at suboptimal doses of CPI-0610, two additional dose doubling steps have been added to the initial steps of the dose escalation scheme. These two additional dose doubling steps are projected to bring the dose to approximately 40% of the MTD before implementing the successively decreasing dose increments of the modified Fibonacci algorithm. However, if significant CPI-0610-related toxicity is observed before completing these two additional dose doublings then the doubling of doses will be stopped and the dose escalation scheme will use step sizes no greater than those of the modified Fibonacci series, i.e., 67, 50, 40, and 30-35%. Specifically, dose doubling will be stopped if at any given dose level two or more patients experience CTCAE grade 2 CPI-0610-related toxicity or any one**

**patient experiences CTCAE grade 3 or higher CPI-0610-related toxicity during the first cycle of treatment.**

The dose of CPI-0610 will not be adjusted for body weight or body surface area; all patients treated in the same cohort/at the same dose level will receive the same total milligram dose of CPI-0610 per day.

This change also applies to the following sections of the protocol: SYNOPSIS, Section 3.1 (Overview of Study Design), Section 5.1.1 (Study drug administration).

Section 5.5.3 Provisional dose levels- Table 5-2 Provisional dose levels

*Originally Written:*

**Table 5-2        Provisional dose levels**

| Dose Level[†] | Percent Increase in Dose | CPI-0610 Dose | Schedule |
|---|---|---|---|
| -1* | - | 2 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 1 | - | 6 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 2 | 100 | 12 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 3 | ~~67~~ | ~~20 mg PO daily~~ | 14 consecutive days of treatment, 1-week break |
| 4 | ~~50~~ | ~~30 mg PO daily~~ | 14 consecutive days of treatment, 1-week break |
| 5 | ~~40~~ | ~~42mg PO daily~~ | 14 consecutive days of treatment, 1-week break |
| 6 | ~~35~~ | ~~56 mg PO daily~~ | 14 consecutive days of treatment, 1-week break |
| 7 | ~~35~~ | ~~76 mg PO daily~~ | 14 consecutive days of treatment, 1-week break |
| 8 | ~~35~~ | ~~102 mg PO daily~~ | 14 consecutive days of treatment, 1-week break |

Notes:
* The 2 mg daily dose is a dose that may be evaluated if the 6 mg daily dose is not well tolerated.
† Doses between and higher than those shown in this table may be evaluated.

*Changed to:*

**Table 5-2        Provisional dose levels**

| Dose Level[†] | Percent Increase in Dose | CPI-0610 Dose | Schedule |
|---|---|---|---|
| -1* | - | 2 mg PO daily | 14 consecutive days of treatment, 1-week break |

CPI-0610
Clinical Trial Protocol: 0610-03                                        Version 4, 01 December 2015

| Dose Level[†] | Percent Increase in Dose | CPI-0610 Dose | Schedule |
|---|---|---|---|
| 1 | - | 6 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 2 | 100 | 12 mg PO daily | 14 consecutive days of treatment, 1-week break |
| 3 | **100** | **24 mg PO daily** | 14 consecutive days of treatment, 1-week break |
| 4 | **100** | **48 mg PO daily** | 14 consecutive days of treatment, 1-week break |
| 5 | **67** | **80 mg PO daily** | 14 consecutive days of treatment, 1-week break |
| 6 | **50** | **120 mg PO daily** | 14 consecutive days of treatment, 1-week break |
| 7 | **40** | **168 mg PO daily** | 14 consecutive days of treatment, 1-week break |
| 8 | 35 | **226 mg PO daily** | 14 consecutive days of treatment, 1-week break |
| 9 | **35** | **304 mg PO daily** | **14 consecutive days of treatment, 1-week break** |
| 10 | **35** | **410 mg PO daily** | **14 consecutive days of treatment, 1-week break** |

Notes:
* The 2 mg daily dose is a dose that may be evaluated if the 6 mg daily dose is not well tolerated.
† Doses between and higher than those shown in this table may be evaluated.


## Section 3.2 Number of patients

*Originally written:*
It is estimated that approximately ~~33~~ patients will be enrolled into this study.  Assuming that identification of the MTD requires the evaluation of ~~6~~ dose levels of CPI-0610, and requires the evaluation of only 3 patients per dose level except for the MTD, which requires 6 patients, then ~~21~~ patients will be enrolled during the dose escalation part of the study.

*Changed to:*
It is estimated that approximately **36** patients will be enrolled into this study.  Assuming that identification of the MTD requires the evaluation of **7** dose levels of CPI-0610, and requires the evaluation of only 3 patients per dose level except for the MTD, which requires 6 patients, then **24** patients will be enrolled during the dose escalation part of the study.

This change also applies to the following sections of the protocol: SYNOPSIS and Section 8.1.1 (Determination of sample size).

## Section 4 Study population

*Originally written:*
The patients enrolled in this study will be adults (aged ≥ 18 years) with a histologically or cytologically confirmed diagnosis of multiple myeloma that has progressed ~~despite at least one~~

---

~~line of standard therapy. In addition,~~ eligible patients ~~will~~ have previously received treatment with an immunomodulatory agent (e.g., thalidomide, lenalidomide) and with a proteasome inhibitor (e.g., bortezomib, carfilzomib) unless the patient declined or is considered by the investigator to not be a candidate for one or more of these standard therapies. Eligible patients are required to have measurable disease, as defined in the study's inclusion criteria.

*Changed to:*
The patients enrolled in this study will be adults (aged ≥ 18 years) with a histologically or cytologically confirmed diagnosis of multiple myeloma that has progressed **following standard treatment, and for which further effective standard treatment is not available.** Eligible patients **should** have previously received treatment with an immunomodulatory agent (e.g., thalidomide, lenalidomide) and with a proteasome inhibitor (e.g., bortezomib, carfilzomib) unless the patient declined or is considered by the investigator to not be a candidate for one or more of these standard therapies. Eligible patients are required to have measurable disease, as defined in the study's inclusion criteria.

This change also applies to the following sections of the protocol: SYNOPSIS, Section 3.1 (Overview of study design), Section 6.2 (Schedule of events).

**EXHIBIT F**

Italo Biaggioni, MD
Professor of Medicine and Pharmacology
Vanderbilt University Medical Center                    Italo.biaggioni@vanderbilt.edu

September 4, 2018


Arthur J. Liederman, Esquire
Morrison Mahoney LLP
120 Broadway, Suite 1140
New York, NY 10271

RE:    Spedale v. Constellation Pharmaceuticals, Inc.
       United States District Court, District of Arizona Case No. 2:17-cv-00109

Dear Mr. Liederman,

This report is in response to your request that I provide, based on my education and experience, an explanation of the respective roles and responsibilities of the sponsor Constellation Pharmaceuticals, the IRB of record (Mayo Clinic) and investigators in the conduct of clinical trials as it pertains to this case.

**Professional Background**

I am a Professor of Medicine and Pharmacology at Vanderbilt University Medical Center. I have over 30 years of experience in clinical research with continuous funding by the National Institute of Health. As such, I have been the Principal Investigator of dozens of Investigator-Initiated research studies that have been submitted and approved by the IRB. I have also participated in multiple clinical trials sponsored by industry.

I have been the Associate Director of Vanderbilt's Clinical Research Center sponsored by NIH grant, and the founder of Vanderbilt's Clinical Trials Center that supports our faculty in their ability to perform clinical research. I have served as member of the Conflict of Interest Committee and have been the Chair of the Vanderbilt Pharmacy and the Therapeutics Committee.

In regards to my direct experience related to institutional review boards, I have been a member of Vanderbilt's IRB for several years, and its Chair for two years. I was asked by the institution to lead the reorganization of our IRB, which led to receiving the Vice-President Al Gore Hammer Award in recognition to our streamlining efforts. Finally, I represented Vanderbilt in the foundation of the Multicenter Academic Research Organization (MACRO), one of the earliest efforts to provide an Academic Centralized IRB to facilitate multicenter trials.

Therefore, I have expertise in clinical research, the IRB review process and underlying federal regulations.

1

Italo Biaggioni, MD
Professor of Medicine and Pharmacology
Vanderbilt University Medical Center                    Italo.biaggioni@vanderbilt.edu

**Documents and items reviewed**

In preparing this report, I have reviewed the following items:

- The Informed Consent approved by the Mayo Clinic on February 27, 2015 relating to Clinical Trial Protocol: 0610-03
- Communications between the Mayo Clinic IRB and Dr. Bergsagel.
- Depositions of the physicians and clinical research staff of Mayo Clinic, Arizona, Drs. Bergsagel and Fonseca, and Mr. Singh, and the deposition of Michael Cooper of Constellation Pharmaceuticals.
- The clinical trial protocol 0610-03, and the investigators brochure for CPI-0610 (version 1 of May 23, 2014 and version 2 of April 5, 2016).
- Documents regarding current and past guidelines, regulations and laws pertaining to the protection of human subjects.
- Bi-weekly PI Teleconference Highlights (January 8 and 22, 2016).
- Medwatch safety reports related to two cases of previous mental confusion.
- Email communication between Mayo Investigators and Dr. Cooper.
- INC Research Analysis of Similar Events for IND Safety Reports
- The website content of the Mayo Clinic IRB.
- Mayo Clinic IRB documentation of review of the protocol and consent forms
- Informed Consent Documents from Tennessee Oncology, PLLC approved by the Integreview Ethical Review Board, bates pages 16427-16562
- Informed Consent Documents from the University of Pennsylvania, bates pages 16563-16767
- Informed Consent Documents from the Dana-Farber/Harvard Cancer Center, bates pages 16768-16872

**Comments Regarding IRB Issues**

1. All clinical trials are required by Federal Regulations to be approved by an Institutional Review Board that is independent of the Study Sponsor. The mandate and responsibilities of the Institutional Review Boards are covered by the Code of Federal Regulation 45 CFR §46.107:
    1. Members of this review panel should possess "the professional competence necessary to review specific research activities",
    2. Each IRB shall include at least one member whose primary concerns are in scientific areas and at least one member whose primary concerns are in nonscientific areas.
    3. Each IRB shall include at least one member who is not otherwise affiliated with the institution and who is not part of the immediate family of a person who is affiliated with the institution

2. Under 21CFR56.111 it is the **responsibility of the IRB** to ensure that:

Italo Biaggioni, MD
Professor of Medicine and Pharmacology
Vanderbilt University Medical Center                    Italo.biaggioni@vanderbilt.edu

    1. Risks to subjects are minimized
    2. Risks to subjects are reasonable in relation to anticipated benefits, if any, to subjects, and importance of the knowledge that may be expected to result.
    3. Selection of subjects is equitable
    4. Informed consent is sought from each prospective subject.

3. The Mayo Clinic IRB acted as the IRB of record for patients enrolled at the Mayo Clinic on the clinical trial protocol 0610-03. The oversight authority of the Mayo Clinic IRB derives from a Federalwide Assurance (FWA 00005001)[1] on file with the Federal Office for Human Research Protection (OHRP). Through the FWA, Mayo Clinic commits to the Department of Health and Human Services (DHHS) that it complies with the requirements in the HHS Protection of Human Subjects regulations covered by the Code of Federal Regulation governing Human Subject Protection (45 CFR 46)[2].

4. Under this Federalwide Assurance, the Mayo Clinic IRB is responsible for[1]:
    1. Review all human research activities and document its findings regarding the ethical considerations, scientific merit, and adherence to Federal regulations and Mayo Clinic policies.
    2. Review and monitor ongoing human research for adherence to the Federal regulations and Mayo Clinic policies.

5. The Mayo IRB is independent and does not report to departments or individuals that rely on the IRB review of his/her research.[1]

6. The Mayo Clinic IRB was responsible for the review of Protocol 0610-03, its scientific merit and potential risks associated with that protocol. It is also responsible for reviewing, amending when appropriate, and approving the consent form.

7. The Mayo Clinic IRB is responsible for ensuring that all Investigators involved in clinical research at that institution are adequately trained in responsible conduct of research and are familiar with relevant regulations.

8. Under current guidelines of the Mayo Clinic IRB, its responsibilities include ensuring that Mayo Clinic Investigators: [1]
    1. Acquire the appropriate knowledge regarding human research protections, ethics, and Federal regulations, applicable to his/her proposed research.
    2. Assure that his/her key study personnel are sufficient in number to complete proposed studies and are adequately trained and knowledgeable regarding human research protections, ethical considerations, and Federal regulations applicable to the proposed research.
    3. Comply with training, monitoring, and human research protection requirements as determined by the organization or IRB.

Italo Biaggioni, MD
Professor of Medicine and Pharmacology
Vanderbilt University Medical Center                    Italo.biaggioni@vanderbilt.edu

9.  Current guidelines of the Mayo Clinic IRB also require that a plan be in place to obtain consent[3]:

    1.  Recruitment and advertising activities.
    2.  Payment arrangement, if any.
    3.  The method(s) for obtaining informed consent, including where or how communication will take place.
    4.  The amount of time planned for the consent process.
    5.  Method(s) for assessment of a subject's capacity to consent.
    6.  The protections that are planned to reduce potential subject's vulnerability to coercion or undue influence during the consenting process.
    7.  The waiting period between discussion, decision, and enrollment.
    8.  Study team members who will meet with the prospective subject and obtain informed consent. These individuals must be sufficiently trained, knowledgeable about the research project in order to answer questions posed by the subject, and must have IRB approval to obtain consent.
    9.  If the investigator has a preexisting relationship with a prospective subject, the responsibility for the consent process will be delegated to another qualified member of the study team to avoid the possibility of undue influence to participate in the research.

10. Moreover, pursuant to the Mayo Clinic's guidelines, the IRB is responsible for determining whether the consent process is appropriate for the proposed research activities, and if revision to the consent document or the consent process are necessary; reviews the proposed research protocol and determines that the consent document accurately reflects the purpose, risks, potential benefits if any, and procedures as outlined in the research protocol, and contains all the requirements of consent disclosure; determines whether documentation of informed consent is appropriate for the proposed research activities, the subject population and the level or risk; and determines if revisions to the consent process or consent document are necessary.[3]

11. The Mayo Clinic's guidelines also stated that its IRB is responsible for ensuring that the consent documents, as submitted to the IRB, are approvable; that the consent document is written in language that is understandable to the research project population; that the consent document accurately described the risks and benefits approved by the IRB initially, and at the time of research protocol modifications, continuing review, submission of reportable events and other safety-related information; and that the consent process minimizes the possibility of coercion or undue influence and maximizes continued legally effective informed consent. Notably, the Mayo Clinic IRB is responsible to ensure that any significant new findings or

Italo Biaggioni, MD
Professor of Medicine and Pharmacology
Vanderbilt University Medical Center                     Italo.biaggioni@vanderbilt.edu

alterations to the risks and benefits that may relate to the subject's willingness to continue participation will be provided to the subject.[3]

12. Thus, the Mayo Clinic IRB was responsible for ensuring the scientific review of Protocol 0610-03, ensuring that the Consent Form informed potential participants of their rights, the training of investigators involved in the conduct of this protocol, and monitoring of the conduct of the trial. This responsibility is not only detailed in the Mayo Clinic IRB FWA, its own Standard Operating Procedures, but also in the **"Clinical Trial Agreement"** signed by Constellation Pharmaceuticals and Mayo Clinic Arizona:

   1. "Institution desires to conduct such Trial in accordance with the protocol as approved by the Federal Food and Drug Administration ("**FDA**") and the institutional review board utilized by Institution for this Trial (the "**IRB**")."

   2. In furtherance of the foregoing obligations, Institution shall ensure that an IRB as applicable, established and constituted in accordance with applicable laws and regulations, oversees the conduct of the Study and is fully compliant with 21 C.F.R. § 56. Institution shall comply with the directives of the IRB respecting the conduct of the Study, and shall notify Sponsor to the extent any such directives vary from the Protocol. Institution shall obtain from each Subject, prior to the Subject's participation in the Study, a signed informed consent."

   1. "Informed Consent. Institution will obtain a written Informed Consent Form ("**ICF**") for each Trial Subject that complies with Applicable Law and is consistent with the Protocol. Institution will maintain a signed original of that ICF in the Trial Subject's record."

13. Furthermore, the Mayo Clinic Investigators were responsible for complying with all relevant regulations, including obtaining informed consent from the plaintiff.

**Facts of the Case**

1. The evidence reviewed indicates that the Mayo Clinic IRB provided independent and comprehensive review of Protocol 0610-03 and its Consent Form. The Mayo Clinic's IRB minutes are contained at bates pages 015765-015790 from 1/3/2014-1/29/2018.

2. The Mayo Clinic IRB Review Board complies with current regulations for independence, and includes a lay person to ensure that the Consent Form adequately explains potential risks.

3. It is common practice for the Sponsor (Constellation Pharmaceuticals) to prepare a Study Protocol to be used uniformly on multiple study sites, and to prepare a draft of the consent form.

4. It was the responsibility of the Mayo IRB to review the protocol, the balance of risk of the study vs. the potential benefit to knowledge, and to review and amend the consent

Italo Biaggioni, MD
Professor of Medicine and Pharmacology
Vanderbilt University Medical Center                    Italo.biaggioni@vanderbilt.edu

form, if appropriate. There is evidence that the Mayo IRB reviewed several versions of the Consent Form with approval dates of:
1. February 28, 2014
2. April 24, 2014
3. July 23, 2014
4. February 17, 2015
5. February 27, 2015
6. January 21, 2016
7. February 17, 2016
8. July 13, 2016
9. August 26, 2016
10. January 6, 2017
11. February 10, 2017

5. Several of these consent forms had drafts with annotations and amendments made, indicating that Mayo IRB did not approve the Constellation consent form verbatim.

6. There are extensive minutes of the Mayo IRB meeting discussing this study and requesting modifications to the consent form.

7. Informed consent was obtained from the plaintiff by Mayo Clinic investigators. The consent form signed by the plaintiff was compliant with current federal regulations:
    1. Page 1 of the consent form clearly informed the plaintiff of the research nature of the study and the experimental nature of the drug (CFR 46.116(a)(1)).
    2. Page 1 of the consent form also clearly outlined the rights of the plaintiff as a volunteer participant. Including the following statements (CFR 46.116(a)(8)):
        • "Taking part in this study is completely voluntary."
        • "You can choose not to participate."
        • "You are free to change your mind at any time if you choose to participate."
        • "Your decision won't cause any penalties or loss of benefits to which you're otherwise entitled."
        • "Your decision won't change the access to medical care you get at Mayo Clinic now or in the future if you choose not to participate or discontinue your participation."
    3. Finally, the consent form clearly explained this was not a therapeutic trial, but one to determine the highest dose that could be tolerated without significant side effects: "The main purpose of this study is to determine the highest dose of CPI-0610 that can be given without causing severe side effects. This is a Phase 1 study, which means that CPI-0610 is in very early stages of testing in humans."

Italo Biaggioni, MD
Professor of Medicine and Pharmacology
Vanderbilt University Medical Center                    Italo.biaggioni@vanderbilt.edu

8. Testimony provided in the depositions of Mr. Singh and Drs. Bergsagel and Fonseca indicate that personnel involved in the trial were experienced in clinical research and underwent required training by the Mayo Clinic. It also indicates that the informed consent process was followed using current guidelines.

9. Constellation Pharmaceuticals organized regularly schedule teleconferences to inform investigators at the Mayo Clinic and the other sites (Tennessee Oncology, University of Pennsylvania and Dana-Farber/Harvard Cancer Center) of the occurrence of ongoing adverse events, including the occurrence of mental confusion in two cases (Medwatch reports dated 7/23/2018 and 11/8/2015).

**Therefore, in my opinion**,

1. The Mayo Clinic IRB was contractually responsible for evaluating the risk/benefit ratio of Protocol 0610-03; for ensuring that the consent document adequately reflected potential risks and was written in a language that was understandable to patients to be recruited; for making amendments to the consent form document as appropriate, and approving the consent form, independently from Constellation Pharmaceuticals. Pursuant to the institutional guidelines of the Mayo Clinic, it was the responsibility of the Mayo Clinic investigators to ensure that informed consent was adequately obtained.

2. The available evidence indicates that Protocol 0610-03 underwent adequate IRB review, including extensive and repeated amendments to the Sponsor's draft of the Consent form.

3. The plaintiff was adequately informed of the nature of the study and potential risks, including the possibility that, given the investigational nature of the drug, there were risks that could not be known at the time of the study.

4. Constellation adequately informed Mayo Clinic investigators of other adverse events occurring at other sites participating in this protocol, including instances of mental confusion.

5. It is in part the responsibility of the IRB and investigators to assess if the consent document should be amended to reflect new significant risks. It is my opinion that based of the available information at the time, these incidences occurred in medically complex patients and would not have prompted an amendment of the consent form. Indeed, to my knowledge no episodes of mania have been reported subsequently. Furthermore, investigators at Tennessee Oncology, University of Pennsylvania, and Dana-Farber/Harvard Cancer center, also received the same information related to these episodes of confusion and they did not include this information in subsequent versions of their consent documents.

Italo Biaggioni, MD
Professor of Medicine and Pharmacology
Vanderbilt University Medical Center                    Italo.biaggioni@vanderbilt.edu

6. In summary, it is my opinion based on my years of experience in clinical research, that Constellation Pharmaceuticals, the Mayo Clinic's IRB and Mayo Clinic investigators complied with relevant federal regulations, and the procedures followed in this case conform to standard practices. The Mayo Clinic IRB was responsible to approve a consent form that informed the plaintiff of potential risks; and Mayo Clinic investigators were responsible for obtaining informed consent of the patients. It is my opinion that the Mayo Clinic IRB and Mayo Clinic investigators fulfilled these responsibilities. The consent document amended and approved by the Mayo Clinic IRB, and signed by the plaintiff, was in a format and language typically seen in clinical studies. The consent form clearly identified the study as a phase I study, and defined the goal as to "determine the highest dose of CPI-0610 that can be given without causing severe side effects" and informed the patient that given the investigational nature of the drug, there were risks that could not be known at the time of the study. It is also my opinion that based on routine practice, the two instances of mental confusion, a condition clinically different from mania, occurred in medically complex patients that would not have prompted an amendment of the consent document.

Respectfully yours,

Italo Biaggioni, MD

**References Cited:**
1. https://www.mayo.edu/research/documents/1-inst-commitment-and-authoritypdf/doc-10027286. Last accessed August 2018.
2. https://www.gpo.gov/fdsys/pkg/CFR-2016-title45-vol1/pdf/CFR-2016-title45-vol1-part46.pdf. Last accessed August 2018.
3. https://www.mayo.edu/research/documents/28-informed-consent-the-research-subjectpdf/doc-10027563 Last accessed August 2018.