**EXHIBIT A**



July 6, 2018

Alan C. Milstein, Esquire
Sherman, Silverstein, Kohl, Rose & Podolsky, P.A.
308 Harper Drive, Suite 200
Moorestown, NJ 08057

Re:     Spedale v. Constellation Pharmaceuticals, Inc.
        United States District Court, District of Arizona Case No. 2:17-cv-00109

Dear Mr. Milstein:

Per your request, I submit the following report in the matter of Iris Spedale v. Constellation Pharmaceuticals, Inc.

**Professional Background**

Through my education, training, experience, review of the medical literature and other professional activities, I am familiar with the scientific, medical, ethical, regulatory, and legal foundations for the conduct of human subject medical research.

I completed undergraduate studies in Life Sciences at the Massachusetts Institute of Technology, graduate Medical studies at the University of Massachusetts Medical School, residency training in Neurology at New York University Medical School and Harbor-UCLA Medical Center and a fellowship in Movement Disorders and Neuropharmacology at Rush-Presbyterian Medical School. The majority of my current clinical practice consists of patients with complex neuropsychiatric issues due to neurodegenerative disease, many of whom have organic psychoses.

As principal investigator for well over a hundred clinical trials, I have reviewed an equal number of clinical protocols and investigator brochures, as well as SUSAR safety reports numbering in the thousands. I have studied the mechanism of action and preclinical safety data for well over fifty investigational new drugs, including at times independent literature review to better understand the underlying science. I have authored a chapter on the genetics of rare and unusual movement disorders, reviewing the relationship between genetics, cellular biology, and phenotype for each disorder.

**Documents and items reviewed**

In preparing this report, I have reviewed the following items:

- Depositions of the physicians and clinical research staff of Mayo Clinic, Arizona, the deposition of Michael Cooper of Constellation Pharmaceuticals, and the exhibits to these depositions.
- Those medical records of Ms. Spedale provided to me, covering a period of time from 2001 to 2017, including psychiatric and neurological evaluations, other physician evaluations, notes of other health care professionals, medication logs, hospitalization records, laboratory investigations, imaging of the brain, other radiological procedures, other diagnostic procedures, and correspondence.

- Multiple versions of the clinical trial protocol 0610-03, clinical trial protocol 0610-01, the investigators brochure for CPI-0610, preclinical test and safety data, clinical safety data, and safety reports.
- A selection of relevant scientific and medical literature (see references below).
- Documents regarding current and past guidelines, regulations and laws pertaining to the protection of human subjects.
- The website content of Constellation Pharmaceuticals in June, 2018
- Information found on the internet regarding concerns about the significance of the Allis paper.
- Documents regarding meetings between Constellation, Inc, and site investigators and staff.
- Document entitled "Analysis of Similar Events for IND Safety Reports".
- Various MedWatch IND safety reports.
- June 23, 2014 Constellation memo to clinical investigators
- Email correspondence from December 29, 2015 to January 13, 2016 between J.R. Singh, Michael Cooper, Michael O'Meara and various others
- Email correspondence from November 20 to November 23, 2015 between Singh and Mr. Spedale.
- August 15, 2016: Daniel Spedale - Letter
- March 16, 2016 and March 29, 2016 letters from Dr. Navid Kahn.
- March 16, 2016 notice from Arizona motor vehicle division.
- November 20- 23, 2015: E-Mails Between J.R. Singh and Dan and Iris Spedale.
- March 10, 2016: Letter from Dr. Cynthia M. Stonnington.
- October 9, 2016: Iris Spedale Update - Family Observations.
- March 16, 2016: Letter from Darren Spedale.
- March 14, 2016: Letter from Darren Spedale.
- March 3, 2016: Police Report from The Surprise Police Department.
- March 10, 2016: Police Report from The Surprise Police Department.
- April 3, 2014: Clinical Trial Agreement.
- December 1, 2015: Bi-weekly PI Teleconference Highlights.
- January 8, 2016: Bi-weekly PI Teleconference Highlights.
- January 22, 2016: Bi-weekly PI Teleconference Highlights.
- February 5, 2016: Bi-weekly PI Teleconference Highlights.
- February 19, 2016: Bi-weekly PI Teleconference Highlights.
- October 8, 2014: 0610-03 dose escalation to Cohort 2.
- November 18, 2014: Protocol 0610-03 dose escalation.
- December 31, 2014: Protocol 0610-03 dose escalation.
- February 13, 2015: Protocol 0610-03 dose escalation.
- February 2, 2016: Protocol 0610-03 dose transition memo in Cohort 8.
- July 26, 2016: Protocol 0610-03 Dose Transition Memo in Cohort 9.

**Facts of case**

Ms. Iris Spedale was in relatively good health until the summer of 2008, when her tongue began to enlarge. By 2009 this had progressed to the point where she could no longer adequately chew and swallow, and she lost 40 pounds. She saw Ross Kerr, DDS, in New York City, for evaluation. He suspected amyloidosis, and a tongue biopsy confirmed the diagnosis. Dr. Kerr referred her to Dr. Bruce Raphael, hematologist, who initiated a work up for multiple myeloma. Serum blood tests, skeletal survey, and bone marrow biopsy confirmed the diagnosis.

Ms. Spedale returned to Arizona to initiate treatment, and on May 5, 2009 was seen in the Mayo Clinic hematology department by Angel Mayo, PA-C and Rafael Fonseca, MD. She was referred for a nutritional consultation due to her inability to consume anything other than liquid food, and she underwent a full diagnostic reevaluation.

On May 7, 2009, Dr. Fonseca informed her that she indeed had multiple myeloma with associated amyloid deposition. A decision was made to begin intravenous chemotherapy with CyBorD on a weekly basis. After just one cycle, her tongue size decreased substantially, followed by a marked reduction in her kappa free light chain.

In July, while being seen by Angel in follow-up, Ms. Spedale's speech was noted to be rapid. One of the drugs in the CyBorD regimen was dexamethasone, and Angel elicited a history of "manic behavior with decreased need for sleep." The possibility of a psychiatric evaluation was discussed, but there was no history of bipolar disorder or mania. Ms. Spedale reassured Angel that she'd had this behavior in the past, and she had always been able to control it on her own.

Her chemotherapy was paused in August due to somatic side effects. By the time she was next seen, in mid-September, her behavior had changed markedly.  She was described as being rude, abusive, and difficult to reason with.  She was averaging about 2 hours of sleep a night, her thoughts were racing, and her behavioral change had led to "a very dysfunctional situation at home." Dr. Fonseca suspected mania and referred Ms. Spedale for psychiatric evaluation.

She saw Robert Bright, MD, on September 18. He diagnosed her with steroid-induced mania and prescribed olanzapine 5 mg PO qHS. By the time she next saw Dr Fonseca on October 13, 2009, Ms. Spedale was doing much better, now taking olanzapine 2.5 mg PO qD. Her husband informed Dr. Fonseca that she was "back to her normal self."

As Ms. Spedale had done quite well with CyBorD and was psychiatrically stable with no signs of mania, she was ready to move ahead with a stem cell transplant. This was extremely successful, and she remained completely disease-free for over three years.

In July of 2011, Ms. Spedale had two separate episodes of scintillating scotoma followed by headache. Although she did not seek evaluation at the time, she had an episode of vertigo later that year. This led to a neurological consultation and an MRI scan of the brain on December 30, 2011. This was reported to be normal aside from atrophy and "one or 2 punctate foci considered normal for age."

A relapse of multiple myeloma in August of 2013 led to a decision to try weekly CyBorD, allowing for a lower dose of dexamethasone. Ms. Spedale had no issues with mania on this lower dose. After a single cycle of CyBorD, she once again had a complete response.

She remained in remission until October of 2014. The decision was made to next try lenalidomide and once weekly dexamethasone. Unfortunately, in February of 2015 she experienced acute shortness of breath and intense pleuritic chest pain and was hospitalized. A CT angiogram showed multiple bilateral pulmonary emboli, and ultrasound of the lower extremities confirmed bilateral deep venous thromboses. Lenalidomide had to be discontinued, but even with a short course of chemotherapy, her response was excellent.

This time, she remained in remission until November of 2015. Dr. Fonseca felt that "the logical next step would be the use of carfilzomib." Ms. Spedale "inquired about the use of bortezomib" but Dr. Fonseca reminded her that she had had significant GI toxicity at the end of her therapy. He says in his note that "another possibility would be for the patient to participate in one of our clinical trials. We are particularly interested in oral medications that could be provided on a long-term basis. I have communicated with our study coordinators. As soon as they have determined her eligibility, we will be in contact with the patient again."

On December 1, 2015, Ms. Spedale returned to enroll in the clinical trial entitled "A Phase 1 Study of CPI-0610, a Small Molecule Inhibitor of BET Proteins, in Patients with Previously Treated Multiple Myeloma," sponsored by Constellation Pharmaceuticals, also known as the 0610-03 Study

Sometime in 2015, before Ms. Spedale made this decision, the following article was published: Korb E, Herre M, Zucker-Scharff I, Darnell RB, Allis CD. BET protein Brd4 activates transcription in neurons and BET inhibitor Jq1 blocks memory in mice. Nat Neurosci. 2015;18(10):1464-73.

The introduction to this article cautions that "small molecule BET inhibitors are in clinical trials, yet almost nothing is known about Brd4 function in the brain."

The senior author of this paper, Charles David Allis, PhD, is one of Constellation Pharmaceuticals' three founders.

The 0610-03 Study was a Phase 1 dose-escalation study whose primary objective was stated in the protocol as being "To determine the maximum tolerated dose (MTD) of CPI-0610 and characterize its dose-limiting toxicities (DLTs) when given orally once daily for 14 consecutive days and followed by a 7-day break." Ms. Spedale was not shown a copy of the protocol, provided with a copy of this statement, or advised of what this meant.

Secondary objectives included characterization of the safety and tolerability of CPI-0610; characterization of the pharmacokinetics of CPI-0610 and profile its potential metabolites; and characterization of the pharmacodynamic effects of CPI-0610 in patients' malignant plasma cells by assessing changes in the expression of MYC and other genes as well as changes in cellular proliferation and extent of apoptosis. And, at the very bottom of the list, characterization of any anti-myeloma activity associated with CPI-0610 treatment.

Neither the primary nor any of the secondary objectives of the 0610-03 Study was to determine the efficacy of CPI-0610.

Thus, the intended purpose of the 0610-03 Study, as with many Phase 1 studies, was to give increasingly high doses of an investigational drug to patients, until a specified number had one or more dose-limiting toxicities. The 0610-03 Study required that a small group of patients receive a certain dose of CPI-0610, and if no-one in the group had a dose-limiting toxicity (DLT), the patients in the next group would get a pre-planned higher dose. This would continue until at least two patients had at least one DLT. For the 0610-03 Study, a DLT was defined as an adverse event that was "Grade III" or higher. Thus, at least two patients had to have one of the following things happen to them:

### Grade III or "Severe Adverse Event"

Something medically significant but not life-threatening; something that results in hospitalization or prolongation of hospitalization; something that is medically important and might jeopardize the patient or require intervention to prevent hospitalization or prevent the event from becoming life-threatening or potentially resulting in death; something that results in persistent or significant disability or incapacity; or something that prevents the patient from being able to care for herself (e.g. get in and out of bed, dress, eat, get around inside, bathe, or use the toilet)

### Grade IV or "Life-threatening Adverse Event"

Something with life-threatening consequences; something where urgent intervention is indicated; something where emergency surgery is indicated; or something where the patient would is at risk of death at the time of the event if immediate intervention was not undertaken.

**Grade V or "Fatal Adverse Event"**

Death.

The fundamental purpose of a phase 1 dose escalation study is to give enough drug until you cause enough harm to enough subjects to determine a safe dose for future studies.

Mrs. Spedale trusted the study organizers regarding their recommendation to join the study, relied on their representations that it was safe for her to do so, believed that the study drug was a treatment option, and believed that this was the recommended treatment of the options available to her.

On December 1, 2015, Mrs. Spedale met with Dr. Rafael Fonseca, who noted that she "has been interested in the potential of participating with clinical trial CPI-0610 using a BET inhibitor as treatment for recurrent myeloma. She had some more questions about the trial and wished to meet before so we could address them." He explains that "because of her past problems with thrombosis with IMiDs and the gastrointestinal toxicity with the proteasome inhibitors, we probably would be faced with a choice of carfilzomib, ixazomib, or a clinical trial. After further consideration, she will participate in the clinical trial. She had an opportunity to meet with the study coordinator and review the potential risks, benefits, logistics and usual protocol for the clinical trial. She will be enrolled later today."

On December 1, 2015, Mrs. Spedale met with Charanjit Singh, the study coordinator and executed the Informed Consent Form, which failed to disclose significant issues and concerns regarding the safety, risks, and benefits of the study drug.  Mrs. Spedale was in good mental health at the time she executed the Informed Consent.

On December 1, 2015, Ms. Spedale met with Peter Bergsagel, MD, who documented the reason for the visit as "(14;16) light chain multiple myeloma, relapsed, for treatment on a clinical trial with BET inhibitor CPI-0610." His stated plan was to "proceed with bone mineral [sic] aspiration and biopsy and initiate treatment."

The next day, she had a bone marrow biopsy.

On December 10, 2015, Ms. Spedale saw Dr. Bergsagel again, who noted that "she feels well and has no complaints referable to multiple myeloma and is prepared to start treatment." She took her first dose of CPI-0610 150 mg that day and continued to take 150 mg twice a day, as instructed, for a total of 14 days.

On the eighth day of receiving CPI-0610 at a total daily dose of 300 mg, Ms. Spedale began to develop "mild symptoms of mania." This was not documented in her medical record, however, until January 18, 2016, one month later.

Her son, Darren has documented what happened during this time. In letters written in March of 2016, he describes how "up until December 2015, my mother was perfectly normal in terms of her mental state – that is rational, thoughtful, and made logical decisions for herself." He goes on to explain that "towards the end of her initial cycle of CPI-0610 in late December, my mother basically 'snapped.' The onset of her mental illness was quite sudden. Around Christmas, she started talking nonstop for hours at a time, not interested in a dialogue with others but basically a monologue in which she was 'speaking at' her husband, her sister, myself, and others. If we tried to get a word in edgewise, she would get upset and tell us not to interrupt her."

Ms. Spedale began to repeat the same stories over many hours.  She also began experiencing chronic panic and anxiety attacks, even calling 911 and the fire department on multiple occasions during such an attack.

On December 29, Dr. Fonseca saw Ms. Spedale for evaluation of myeloma and amyloidosis "in the setting of a clinical trial with a BET inhibitor." He noted "significant problems with nausea, vomiting, and diarrhea," and also noted that her "free light chain had gone down from 33 to 22." There is no mention of the patient's behavior or of a neurological or psychiatric evaluation being requested at this time. The IND safety report, however, states the onset of the serious adverse event of mania as occurring this day. The IND safety report also states that on January 4, 2016, the severity of mania had increased from grade 1 to grade 3.

On January 18, 2016 Dr. Fonseca dictated a note to "document toxicity associated with medication BET inhibitor for patient Iris Spedale." He indicated that "in hindsight during that visit she was already exhibiting some mild forms of mania which I would characterize as grade 1." He noted that there was "slight irritability and a very rapid pace in her speech." He continued to state that "after this episode, the patient went back home and discontinued the medication but the symptomatology worsened up to a grade 3. "

A second note, dictated by Dr. Fonseca the same day, described details of the patient's behavior. Mention was made of "a very confrontational and distant relationship with her husband and her son. She is described as aggressive and not willing to be interacting with them." Her symptoms were listed as "insomnia, irritability, aggressiveness and tachypsychia." Ms. Spedale had by then "refused further evaluation." Her husband and son had called Dr. Fonseca that morning "stating the situation has exacerbated and they are seeking assistance."

The crisis team was called.

It appears that Ms. Spedale was evaluated in the emergency room and received olanzapine 2.5 mg that night, allowing her to sleep a good ten hours.  The next day, she was seen in psychiatric consultation by Thomas Nelson, MD. She reported having had pressured speech, increased ideation, irritability, and very poor sleep, symptoms she felt were caused by the study drug. She also complained of physical side effects of the study drug, including swelling in her legs, neuropathy, diarrhea and nausea. On examination, she was "hyperverbal, alert, cooperative and pleasant." Dr. Nelson found it "difficult to interrupt her at times" and commented on her being "somewhat pressured in her speech." He diagnosed Ms. Spedale as having a "mood disorder with manic features, likely secondary to BET inhibitor, much less likely prior epidural injection." He recommended that she continue olanzapine 2.5 mg at night and noted that she was already scheduled to be evaluated in the Psychiatry Department the following week.

Ms. Spedale returned to see Dr. Fonseca on January 26.  He noted how mania had interfered with her life, her activities of daily living, her ability to sleep and had "caused significant hardship for her and for her family." Dr. Fonseca noted that Ms. Spedale had "suffered tremendously from this episode of mania that started since she completed cycle 1 of therapy."

Dr. Fonseca arranged for her to have a second urgent psychiatric evaluation, and she was seen by Cynthia Stonnington MD on January 27. After discussion with Dr. Fonseca, Dr. Stonnington stated in her note that she was going to seek a court order for a psychiatric hold, but it is unclear from the medical record as to what happened.

Ms. Spedale continued to worsen, dramatically. She stopped eating and drinking, convinced that her food was being poisoned.  She threw her husband out of the house, changed all the locks, and issued a restraining order against him.

On March 3, 2016, neighbors called the police after finding Ms. Spedale in their garage erratically looking through their things and taking one of their suitcases, claiming it was hers.  She told the

neighbors that they did not live there. The neighbors expressed concerns to Mr. Spedale that she could be dangerous to them.

On March 10, 2016, the police were called once again. This time, Ms. Spedale was found wandering into a restaurant and walking into the kitchen, where she began going through all of the restaurant's cooked food because she believed that the restaurant was trying to poison her.  She was detained by law enforcement, taken into custody, and brought to the Banner Del E. Webb Medical Center Emergency Room in Sun City West, Arizona, where she was found to be psychotic, delusional, and paranoid. She was also disoriented to place, date, day and year, and for these reasons, it was determined that she lacked the capacity to make her own decisions and required involuntary inpatient psychiatric treatment and care.  After being medically cleared, she was admitted to the psychiatry ward, where she remained hospitalized from March 11 to March 31, 2016. While hospitalized, she received different psychiatric medicines, including olanzapine, lorazepam, divalproex, and clonazepam.

Magnetic resonance imaging of the brain during this hospitalization, on March 17, 2016, showed bilateral asymmetric small scattered hyperintense foci on T2 Flair images and age related cortical atrophy.

She was discharged home on March 3, taking divalproex 125 mg daily, clonazepam 0.5 mg in the morning and 1 mg at night, and olanzapine 50 mg at night.

Her son Darren has told me that even with home aides, she could not care for herself during this time. He recalls her staring at her medication containers, banging her fists in frustration because she could not understand what to do. She continued to take olanzapine and her motor function deteriorated markedly due to drug-induced parkinsonism.

Ms. Spedale began to see a psychiatrist outside of the Mayo Clinic system, and at some point, was switched from olanzapine to risperidone because of excess sedation.

She returned to Dr. Fonseca's care in April, telling him that that she was "75% back to her normal." Dr.  Fonseca continued to follow her closely, initiating and adjusting chemotherapy regimens based on her remissions, relapses, side effects and complications.  She subsequently had courses of carfilzomib monotherapy, carfilzomib with cyclophosphamide, and daratumumab- lenalidomide-dexamethasone.

A note in August of 2016 indicates she had discontinued risperidone.

By September of 2016, Ms. Spedale had become more confused and disoriented, had stopped eating without being prompted, had virtually no short-term memory capabilities, and refused to leave her bed for almost the entire day. Ultimately, she was placed in an assisted living facility, out of concerns for her own safety and security as a result of her mental state.

Dr. Fonseca saw Ms. Spedale again in October of 2016, and his note confirms her grave disability. She was having difficulty with activities of daily living and tasks such as dialing a phone or changing TV channels. She was hearing multiple noises in the night that woke her up and she was not getting a good night sleep. Dr. Fonseca's main concern was with Ms. Spedale's confusion and her inability to engage in activities of daily living.

Around that time, Ms. Spedale had psychiatric reevaluation with Dr. Cynthia Stonnington and reestablished care with her. She also had neurological consultations with Andrew Wilner, MD and Richard Caselli, MD. Brief cognitive evaluations suggested relatively spared cognitive function despite the concerns of her son and Dr. Fonseca.

However, magnetic resonance imaging of the brain earlier in the month, on October 5, 2016, showed "patchy T2 hyperintensity seen within the white matter both cerebral hemispheres consistent with chronic small vessel ischemic disease. Notably, largest focus of T2 hyperintensity present lateral right frontal white matter which was not present on the prior study."

Additionally, electroencephalographic examination on October 21, 2016 was reported as "Abnormal EEG. This is an abnormal EEG during wakefulness and sleep due to the presence of mild generalized slowing of the background activity, indicating a mild diffuse disturbance in cerebral function of nonspecific etiology."

A note from Dr. Fonseca in December 2016 suggested that Ms. Spedale was doing somewhat better.

Any improvement was gone by April of 2017; Dr. Fonseca commented, consistently and repeatedly in his notes for visits in April, May, and June, that Ms. Spedale displayed significant "confusion and bradypsychia." In May of 2017she reported feeling "more confused and lethargic." Dr. Fonseca suspected that this was related to her antipsychotic medication, and in June commented that she seemed more alert since a reduction in medication dose by Dr. Stonnington. Ms. Spedale was to have neuropsychological evaluation at the end of the year but it is unclear if this was completed.

Darren confirms that Ms. Spedale had not recovered by May of 2017. On the contrary, things continued to worsen.

By August of 2017, Ms. Spedale was noted to be having increasing difficulty with her speech and swallowing, more problems with short-term memory, and shuffling gait, however these were thought to be due to her macroglossia and antipsychotic medication. She was noted to be taking olanzapine 2.5 mg daily in September. In November, Dr. Fonseca referred her to the Arrowhead Clinic for balance training.

Darren tells me that olanzapine was changed to ziprasidone about 6 or 8 months ago due to the severity of Ms. Spedale's drug-related parkinsonism, and she is now maintained on a low dose of this. She improved somewhat after switching to ziprasidone, but still walks with a cane.

Prior to the 0610-03 study, Mrs. Spedale was a rational person, able to perform her usual duties and provide comfort, society and support to her family.  Prior to taking CPI-0610, Mrs. Spedale had no history of psychotic behavior.  However, Mrs. Spedale's mental condition worsened acutely in conjunction with receiving the highest dose of CPI-0610 used in the 0610-03 study and has only continued to worsen over time.  She never regained independence with her ADLs. She can't be left alone, and among other things now requires assistance with the simplest of tasks such as showering or putting on her shoes.

She forgets things only a few hours after they occur.

She is a fraction of the person she once was.

**Opinions**

My opinions, all offered within a reasonable degree of medical and scientific certainty, are as follows:

1.  That Constellation Pharmaceuticals was negligent in prematurely and recklessly advancing the experimental BET inhibitor CPI0-0610 from animal studies to human clinical trials. The evidence for this opinion is as follows:

    a.  The Chief Medical Officer at Constellation Pharmaceuticals lacked an in-depth understanding of the potential effect of their drug on the epigenome and health of neuronal and non-neuronal populations in the central nervous system.

    b.  Constellation Pharmaceuticals failed to adequately test for potential neurotoxicity in violation of basic guidelines for preclinical safety testing of an investigational new drug.

    c. The absence of an explicit reason to not do this testing, other than the fallacious reasoning that "we didn't see any safety issues." Constellation Pharmaceuticals didn't see any safety issues because they chose not to look for any.

    d. Epigenetic scientists began to openly express their concern that not having "a sound biological basis to understand the diverse functions of BET proteins before undertaking for (sic) these clinical trials is reckless and likely to lead to adverse events." (Andrieu) Though this article was not published until 2016, it is evidence that there was disagreement and disapproval in the scientific community.

2. That Iris Spedale suffered severe and irreversible brain injury as the direct result of exposure to a toxic dose of CPI0-0610 in Constellation Pharmaceutical's phase 1 protocol 0610-03. The evidence for this opinion is as follows:

    a. Ms. Spedale had new white matter lesions on two MRI scans, both performed in 2016, after her injury.

    b. Ms. Spedale did not smoke, did not have hypertension, did not have diabetes, and had only mild dyslipidemia that was well controlled. Thus, microvascular ischemia is unlikely. Similarly, she did not have a clinical course suggestive of multiple sclerosis. Although migraine is associated with white matter lesions, she did not report a history of significant migraine in the years between 2011 and 2016, nor was she taking any migraine medication or seeing a neurologist during that time to suggest this was active.  Thus, there was no event between 2011 and 2016 other than her exposure to CPI-0610 and resultant psychotic illness that would provide an alternative explanation.

    c. Her EEG was abnormal, with encephalopathic slowing, despite this being downplayed by the consulting neurologist. This finding is objective evidence of organic impairment.

    d. The temporal association of the CNS injury and peripheral nerve injury that progressed after the two-week exposure to CPI-1060 had ended, suggesting a possible common MOA

3. That Iris Spedale suffered disabling mania and psychosis as the result of this toxic exposure and brain injury. The evidence for this opinion is as follows:

    a. Frontal lobe white matter abnormalities of the type described in Ms. Spedale's MRI scan are known to be linked to mania.

    b. Ms. Spedale's mania was temporally associated with exposure to the study drug.

    c. Irrational suspiciousness, i.e. prodromal psychosis was present well before it was clinically diagnosable.

    d. Histone modification of the type caused by BET inhibitors such as CPI-0610 is known to play a major role in psychiatric illnesses including mania and psychosis.

    e. BET inhibitors such as CPI-0610 bind to the lipophilic pocket in the bromodomain motifs of bromodomain extra-terminal proteins such as BRD2, BRD3, BRD4, and BRDT and prevent protein-protein interaction between BET proteins and acetylated histones and transcription factors, thus interfering with mRNA transcription

    f.  Valproic acid is one of the most effective pharmacological therapies for mania. It is a histone deacetylase inhibitor, increasing mRNA transcription in a manner opposite that of BET inhibitors such as CPI-0610.

4.  That Constellation Pharmaceuticals relied on flawed reasoning in suggesting that the continuation of Ms. Spedale's symptoms after discontinuation of CPI-0610 suggests a lack of causality. Persistence and even progression of injury after even a short exposure to a toxic agent is not rare. The evidence for this opinion is as follows:

    a.  Resolution upon withdrawal of an agent requires knowledge of the mechanism of toxicity and knowledge that is should be reversible. There should be no prior assumption of how an IND might cause injury when it is first being studied in humans, especially when it represents a completely new class of drug.

    b.  The expectation of recovery from an AE after discontinuation of an investigational drug is the premeditated exoneration of any possible link to any serious and irreversible AE. Though the science of causality requires caution, the obligation of those experimenting on human subject to assume the worst, rather that choose the rosiest scenario.

    c.  There are many examples of neurotoxins that cause irreversible injury. One among many is that of MPTP toxicity causing irreversible progressive parkinsonism.

    d.  It is known that chemotherapy can cause CNS injury that is not necessarily reversible.

5.  That Ms. Spedale's informed consent was never obtained. The evidence for this opinion is as follows:

    a.  The medical record suggests that Ms. Spedale may have perceived the study drug to be a therapeutic alternative to two approved medications with known safety and efficacy profiles.

    b.  In the medical record, it states that Ms. Spedale said that she hoped the study drug would help her. There is no statement that she was informed and cautioned, when she expressed this hope, that the purpose was not to help her but to evaluate drug toxicity.

    c.  There is nothing in the medical record to suggest that Ms. Spedale had an alternative motivation to participate in a medical experiment such as altruism or curiosity.

    d.  There is nothing in the medical record to indicate that the options discussed were not acceptable or less acceptable for her.

    e.  Nowhere does the ICF state the mechanism of action (MOA) of the drug, define what the epigenome is, explain that CPI-0610 alters the epigenome, that it might do so irreversibly, and why this might result in unanticipated consequences different than those she might have had in the past.

    f.  Nowhere in the ICF does it mention that Dr. Charles David Allis, one of Constellation Pharmaceuticals' founders, had proven that a BET inhibitor could cause brain injury in mammals.

g. Ms. Spedale's medical record was presumably the primary source document for the study. In the notes the day of signing informed consent, there is no record of what transpired.

h. The risk of death is couched in the middle of the ICF, in a manner that draws attention away from the risk. There are three pages regarding privacy protection, in large font, as mandated by federal law. There are only a few words, in a much smaller font, regarding the risk of death.

i. The study design was for each new group of patients to receive a higher and higher dose of CPI-0610 until two or more patients had unacceptable toxicity or died. This is an essential part of testing new drug safety. However, it was not indicated as such anywhere in the ICF. Allowing a patient with cancer, among the most vulnerable of potential subjects, to enroll in a clinical trial without alerting them to this fact, explicitly and in writing, is unconscionable.

6. That Constellation Pharmaceuticals is culpable in the failure to obtain informed consent. The evidence for this opinion is as follows:

a. Constellation Pharmaceuticals drafted the ICF document and provided it to the PI and site. PI and site were responsible for ensuring that informed consent was obtained including ensuring that the ICF accurately reflected the risk of the study and investigational agent.

b. As sponsor, Constellation Pharmaceuticals was responsible for monitoring the site's activities and documents, including the IC process and the ICF.

c. Constellation failed to review, discover, and request a change in the ICF that Mayo was using. This is, or course, not surprising, since they drafted the "template." The suggestion that the PI and site are "running the show" is specious. More so when the sponsor has coached them to adopt a particular language and format for the ICF by giving them a "template."

7. That Constellation Pharmaceuticals' protocol 0610-03 failed to ensure human subject protection. The evidence for this opinion is as follows:

a. There was no exclusion for subjects who had other treatment options.

b. There was no exclusion or precautionary provisions for patients with prior or active central nervous system neurological or psychiatric illness, even after Dr. Allis' paper was published.

c. There was no requirement for a detailed neurological or psychiatric evaluation.

d. There was no requirement for even a MMSE, MOCA, or CSSRS.

8. That Constellation Pharmaceuticals was negligent in the choice of Michael Cooper as their CMO. My opinion is based on his shallow knowledge of the preclinical and clinical science of epigenetics, his limited understanding of preclinical neurotoxicity testing, and a remarkable lack of knowledge of research activities at his own company. The evidence for this opinion is as follows:

a. Constellation Pharmaceuticals was founded with a mission of drug discovery and translation medicine in the field of epigenetics.

b. Dr. Cooper says, clearly, that he does not have expertise in epigenetics. He is asked during his deposition, "What's your knowledge of epigenetics? Is that a field that you have some expertise in?" He replies, "I wouldn't say that I have expertise in epigenetics because epigenetics at this point is a largely pre-clinical research field at this point which so far has very limited clinical applications." It boggles the mind that he would reply in this manner, given that he had spent years at an epigenetics biotech company and written protocols to test these agents in human subjects.

c. When asked during his deposition "Can CPI-0610 reduce mRNA transcription, thus reduce specific protein levels in neurons?" Dr Cooper replies, "I have no idea."

d. When asked during his deposition what he knows about the relationship between epigenetics and psychiatric health, Dr. Cooper replies "I don't know anything about that."

e. Dr. Cooper is asked a basic question about epigenetics and psychiatric illness during his deposition: "Is deacetylation associated with psychosis, to your knowledge?" He replies "Not that I know. I have no knowledge of that.

f. When asked during his deposition, Dr. Cooper states that he is not aware of any published research that associates BET inhibitors with neurotoxicity.

g. When asked during his deposition if he knows what "neurotoxicity" is, he answers in a manner that suggests he might be uncertain, unfamiliar or uncomfortable with the use of the term as it applies to drug development, saying that he knows what "neurological toxicity" is. He is uncertain as to "FOB" stands for, admits he has never heard of The Irwin Screen, does not know what motor activity neurotoxicity tests are, and has never heard of open field figure eight cage rack chambers. Though he has been involved in drug development of chemotherapeutic agents for years, he appears to limited or no knowledge of preclinical neurotoxicity methodology.

h. Dr. Cooper states during his deposition that he does not know if neuropathology was performed on the Constellation Pharmaceuticals test animals.

i. Dr. Cooper states during his deposition that he does not know how Constellation Pharmaceuticals made the decision to move from preclinical to human experimentation.

j. Dr. Cooper states during his deposition that he has no idea if CPI-0610 was tested for its ability to penetrate the blood brain barrier.

k. Dr. Cooper authored a protocol and informed consent template with limited knowledge of the science behind, mechanism of action of and potential risks of BET inhibitors such as CPI-0610.

9. That Constellation Pharmaceuticals was negligent in not keeping abreast of BET inhibitor research in a manner that would allow for immediate review and action to ensure human subject safety. The evidence for this opinion is as follows:

a.  In Dr. Cooper's deposition, he acknowledges that he has no knowledge of the potential neurotoxicity of BET inhibitors, despite it now being over two years since the publication of Dr. Allis's paper.

b.  Constellation Pharmaceuticals' website has the following statement above Dr. Charles David Allis's name and credentials: "Constellation's founders and scientific advisors are pioneers, authorities and thought leaders within the fields of epigenetics, drug discovery, and clinical medicine. They have made innumerable contributions to our understanding of epigenetic biology and to the development of novel therapeutics." It is implausible, even mind-boggling, that the Chief Medical Officer of Constellation Pharmaceuticals would not be aware of a paper on BET inhibitors by one of their own founders.

c.  There is no evidence to counter this or to suggest that, even now, anyone at Constellation Pharmaceuticals is aware of Dr. Allis's paper.

d.  If Constellation Pharmaceuticals is aware, there is no evidence that they are taking any action to study neurotoxicity in animals, nor to modify their protocols in any way.

e.  Dr. Allis's report was not the type that a drug company studying BET inhibitors would be expected to miss. It was published in Nature Neuroscience and it appears that a press release might have gone out.

I will note that it is possible that Constellation Pharmaceuticals was aware of Dr. Allis' paper, and even now is aware, but for some reason chooses to not act. If so, this would not constitute negligence, but an egregious failure to protect the human subjects in their clinical trials.

10. That Ms. Spedale has suffered permanent and irreparable psychological injury. The evidence for this opinion is as follows:

a.  The devastating effects on all aspects of her life and marriage are well-documented in her medical record, police reports, a note from her son, and other correspondence.

b.  The emotional, physical and financial burdens associated with mania and psychosis are well-documented throughout the medical literature.

This report is not intended to be a complete or final statement of my opinions, and I reserve the right to expand, modify or otherwise amend my opinions as the discovery process proceeds.

I do not spend more than 20% of my professional activities in activities directly relating to testimony in personal injury, medical malpractice, or research malpractice cases.

I have not testified as an expert at trial or by deposition in the last four years.

My compensation for work performed in connection with this report is detailed in the attached fee schedule.

Sincerely yours,

James P. Sutton, MD

## References

1. Ahles TA. Brain vulnerability to chemotherapy toxicities. Psychooncology. 2012;21(11):1141-8.

2. Andrieu G, Belkina AC, Denis GV. Clinical trials for BET inhibitors run ahead of the science. Drug Discov Today Technol. 2016;19:45-50.

3. Bagley JA, Yan Z, Zhang W, Wildonger J, Jan LY, Jan YN. Double-bromo and extraterminal (BET) domain proteins regulate dendrite morphology and mechanosensory function. Genes Dev. 2014;28(17):1940-56.

4. Beyer JL, Young R, Kuchibhatla M, Krishnan KR. Hyperintense MRI lesions in bipolar disorder: A meta-analysis and review. Int Rev Psychiatry. 2009;21(4):394-409.

5. Bolden JE, Tasdemir N, Dow LE, van Es JH, Wilkinson JE, Zhao Z, et al. Inducible in vivo silencing of Brd4 identifies potential toxicities of sustained BET protein inhibition. Cell Rep. 2014;8(6):1919-29.

6. Dimopoulos MA, Terpos E, Niesvizky R, Palumbo A. Clinical characteristics of patients with relapsed multiple myeloma. Cancer Treat Rev. 2015;41(10):827-35.

7. Fass DM, Schroeder FA, Perlis RH, Haggarty SJ. Epigenetic mechanisms in mood disorders: targeting neuroplasticity. Neuroscience. 2014;264:112-30.

8. Holstein SA, Richardson PG, Laubach JP, McCarthy PL. Management of relapsed multiple myeloma after autologous stem cell transplant. Biol Blood Marrow Transplant. 2015;21(5):793-8.

9. Hsu SC, Blobel GA. The Role of Bromodomain and Extraterminal Motif (BET) Proteins in Chromatin Structure. Cold Spring Harb Symp Quant Biol. 2017.

10. Irvine RA, Lin IG, Hsieh CL. DNA methylation has a local effect on transcription and histone acetylation. Mol Cell Biol. 2002;22(19):6689-96.

11. Josling GA, Selvarajah SA, Petter M, Duffy MF. The role of bromodomain proteins in regulating gene expression. Genes (Basel). 2012;3(2):320-43.

12. Kebir O, Chaumette B, Krebs MO. Epigenetic variability in conversion to psychosis: novel findings from an innovative longitudinal methylomic analysis. Transl Psychiatry. 2018;8(1):93.

13. Kebir O, Chaumette B, Rivollier F, Miozzo F, Lemieux Perreault LP, Barhdadi A, et al. Methylomic changes during conversion to psychosis. Mol Psychiatry. 2017;22(4):512-8.

14. Korb E, Herre M, Zucker-Scharff I, Darnell RB, Allis CD. BET protein Brd4 activates transcription in neurons and BET inhibitor Jq1 blocks memory in mice. Nat Neurosci. 2015;18(10):1464-73.

15. Kroschinsky F, Stolzel F, von Bonin S, Beutel G, Kochanek M, Kiehl M, et al. New drugs, new toxicities: severe side effects of modern targeted and immunotherapy of cancer and their management. Crit Care. 2017;21(1):89.

16. Langston JW. The MPTP Story. J Parkinsons Dis. 2017;7(s1):S11-S22.

17. Larsen JT, Kumar S. Evolving Paradigms in the Management of Multiple Myeloma: Novel Agents and Targeted Therapies. Rare Cancers Ther. 2015;3:47-68.

18. Liu Z, Wang P, Chen H, Wold EA, Tian B, Brasier AR, et al. Drug Discovery Targeting Bromodomain-Containing Protein 4. J Med Chem. 2017;60(11):4533-58.

19. Machado-Vieira R, Ibrahim L, Zarate CA, Jr. Histone deacetylases and mood disorders: epigenetic programming in gene-environment interactions. CNS Neurosci Ther. 2011;17(6):699-704.

20. Magge RS, DeAngelis LM. The double-edged sword: Neurotoxicity of chemotherapy. Blood Rev. 2015;29(2):93-100.

21. Mahon K, Burdick KE, Szeszko PR. A role for white matter abnormalities in the pathophysiology of bipolar disorder. Neurosci Biobehav Rev. 2010;34(4):533-54.

22. Mimura N, Hideshima T, Anderson KC. Novel therapeutic strategies for multiple myeloma. Exp Hematol. 2015;43(8):732-41.

23. Moser VC. Functional assays for neurotoxicity testing. Toxicol Pathol. 2011;39(1):36-45.

24. Muller S, Filippakopoulos P, Knapp S. Bromodomains as therapeutic targets. Expert Rev Mol Med. 2011;13:e29.

25. Nestler EJ, Pena CJ, Kundakovic M, Mitchell A, Akbarian S. Epigenetic Basis of Mental Illness. Neuroscientist. 2016;22(5):447-63.

26. Pena CJ, Bagot RC, Labonte B, Nestler EJ. Epigenetic signaling in psychiatric disorders. J Mol Biol. 2014;426(20):3389-412.

27. Phiel CJ, Zhang F, Huang EY, Guenther MG, Lazar MA, Klein PS. Histone deacetylase is a direct target of valproic acid, a potent anticonvulsant, mood stabilizer, and teratogen. J Biol Chem. 2001;276(39):36734-41.

28. Ruzicka WB. Epigenetic mechanisms in the pathophysiology of psychotic disorders. Harv Rev Psychiatry. 2015;23(3):212-22.

29. Sabunciyan S, Maher B, Bahn S, Dickerson F, Yolken RH. Association of DNA Methylation with Acute Mania and Inflammatory Markers. PLoS One. 2015;10(7):e0132001.

30. Sajatovic M, Strejilevich SA, Gildengers AG, Dols A, Al Jurdi RK, Forester BP, et al. A report on older-age bipolar disorder from the International Society for Bipolar Disorders Task Force. Bipolar Disord. 2015;17(7):689-704.

31. Shulman KI, Herrmann N. Bipolar disorder in old age. Can Fam Physician. 1999;45:1229-37.

32. Stone JB, DeAngelis LM. Cancer-treatment-induced neurotoxicity--focus on newer treatments. Nat Rev Clin Oncol. 2016;13(2):92-105.

33. Tang B, Dean B, Thomas EA. Disease- and age-related changes in histone acetylation at gene promoters in psychiatric disorders. Transl Psychiatry. 2011;1:e64.

34. Wesseling H, Gottschalk MG, Bahn S. Targeted multiplexed selected reaction monitoring analysis evaluates protein expression changes of molecular risk factors for major psychiatric disorders. Int J Neuropsychopharmacol. 2014;18(1).

**James P. Sutton, MD**                                          james.sutton@pacificneuroscience.com

| | street | city, state, zip | phone | fax |
|---|---|---|---|---|
| **office:** | 1701 Solar Drive, Suite 140 | Oxnard, CA  93030 | (805) 278-4148 | (805) 278-4634 |

## Education

| 1975 – 1980 | **MASSACHUSETTS INSTITUTE OF TECHNOLOGY** | CAMBRIDGE, MA |
|---|---|---|
| | BS in Life Sciences, February, 1980 | |
| | BS in Chemical Engineering, June, 1980 | |
| 1980 - 1984 | **UNIVERSITY OF MASSACHUSETTS MEDICAL SCHOOL** | WORCESTER, MA |
| | Doctor of Medicine, June, 1984 | |

## Postgraduate Training

| 1984 - 1985 | **HIGHLAND GENERAL HOSPITAL** | OAKLAND, CA |
|---|---|---|
| | Internship in Internal Medicine | |
| 1985 - 1986 | **NEW YORK UNIVERSITY MEDICAL CENTER** | NEW YORK, NY |
| | Neurology residency (PGY-2) | |
| 1986 - 1988 | **HARBOR-UCLA MEDICAL CENTER** | TORRANCE, CA |
| | Neurology residency (PGY-3, PGY-4) | |
| 1988 - 1990 | **RUSH-PRESBYTERIAN-ST. LUKE'S MEDICAL CENTER** | CHICAGO, IL |
| | Fellowship in Movement Disorders and Neuropharmacology | |

## Professional Experience

| 1990 - 1992 | **SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP** | LOS ANGELES, CA |
|---|---|---|
| | Health maintenance organization | |
| | Director, Southern California Regional Movement Disorders Clinic | |
| | Director, Botulinum Toxin Clinic | |
| | Elected to partnership 1992 | |
| 1992 - 1993 | **USC NEUROLOGISTS, INC** | LOS ANGELES, CA |
| | University based group practice | |
| 1993 - 1996 | **SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP** | LOS ANGELES, CA |
| | Director, Southern California Regional Movement Disorders Clinic | |
| 1993 - 1998 | **CEDARS-SINAI MEDICAL CENTER** | LOS ANGELES, CA |
| | Medical Director, Parkinson's Disease and Movement Disorder Center | |
| 1993 - 2002 | **CALIFORNIA MEDICAL CLINIC FOR MOVEMENT DISORDERS** | ENCINO/OXNARD, CA |
| | Medical Director | |
| 1995 - 1998 | **NEUROLOGICAL RESEARCH INSTITUTE** | ENCINO, CA |
| | Assistant Director | |
| 1998 - 2003 | **PARKINSON'S CENTER AT ST. JOHN'S/ CALIFORNIA NEUROSCIENCE INSTITUTE** | OXNARD, CA |
| | Medical Director, Movement Disorders | |
| 2001 - on | **PACIFIC NEUROSCIENCE MEDICAL GROUP** | OXNARD, CA |
| | Medical Director | |

## Academic Appointments and Teaching Positions

| 1992 - 1993 | **UNIVERSITY OF SOUTHERN CALIFORNIA MEDICAL SCHOOL** | LOS ANGELES, CA |
|---|---|---|
| | Assistant Professor of Neurology | |
| 1993 - 2002 | **HARBOR-UCLA MEDICAL CENTER** | TORRANCE, CA |
| | Movement Disorders Clinic | |

*JP. Sutt*
1/23/18

## Honors and Awards

1975   National Merit Scholarship Finalist
1979   Sigma Xi

## Certification

1985   Diplomate, National Board of Medical Examiners

1991   Board Certified, American Board of Psychiatry and Neurology

## Licensure

California State License                                              # G060203
DEA Registration                                                      # BS1149170

## Professional Societies

American Academy of Neurology
Los Angeles Society of Neurological Sciences
Movement Disorders Society

## Clinical Trials

**1992 - 1993   SMITHKLINE BEECHAM**

"A double-blind, placebo controlled, parallel group study of oral doses of ropinerole for six month's treatment as adjunct therapy in Parkinsonian patients not optimally controlled on L-Dopa (DCI)."

**1992 - 1993   SMITHKLINE BEECHAM**

"A multicentre double-blind, placebo controlled study of oral doses of ropinerole in Parkinsonian patients not previously treated with anti-parkinson therapy."

**1992 - 1993   ADRIA LABORATORIES**

"A randomized, double-blind, placebo-controlled, multicenter study of cabergoline in patients with Parkinson's disease."

**1993   BOEHRINGER-INGELHEIM**

"Double-blind, placebo controlled, parallel group comparison to assess the safety, tolerance, and efficacy of pramiprexole in advanced Parkinson's disease and to assess the long-term safety with open-label pramiprexole."

**1994 - 1995   ATHENA NEUROSCIENCES**

"A double-blind, placebo-controlled, single dose, dose-finding safety, tolerability and preliminary efficacy study of BOTB (Botulinum toxin type B) in patients with idiopathic cervical dystonia."

**1995 - 1996   JANSSEN PHARMACEUTICA**

"Lubelozole: Effects of intravenous therapy in subjects with acute ischemic stroke. A placebo-controlled, double-blind, randomized, multicenter trial."

**1996 - 1998   HOECHST-MARION-ROUSSEL PHARMACEUTICALS, INC.**

"A 24 week study to compare the efficacy and safety of propentofylline (HWA 285) with placebo in outpatients with vascular dementia."

**1996 - 1998   HOECHST-MARION-ROUSSEL PHARMACEUTICALS, INC.**

"A 48 week study to compare the efficacy and safety of propentofylline (HWA 285) with placebo in outpatients with Alzheimer's disease."

**1996 - 1997   INTERNEURON PHARMACEUTICALS [IP302-007]**

"A placebo-controlled study to determine the effects of 500 mg citicoline in ischemic stroke patients. "

**1996 - 1997   EISAI AMERICA, INC. [E2020-A001-313]**

"An open-label, multicenter clinical trial evaluating the safety and efficacy of donepezil hydrochloride (E2020) in patients with Alzheimer's disease."

**1996 - 1997   PARKE-DAVIS PHARMACEUTICAL RESEARCH [970-68]**

"A 16-week randomized, double-blind, placebo-controlled, parallel-group, dose-response, multicenter study of tacrine (CI-970) once-a-day formulation (tacrine GITS) with a 16-month open-label extension in patients with dementia of the Alzheimer's type"

**1996 - 1997   ZENECA AND GLAXO WELLCOME**

"Protocol for a multicentre, long term study to maximize migraine relief with 311C90 (MAXIMM)."

**1997 - 1997   ALLERGAN [BTOX-140-8051]**                                    (principal investigator)

"A randomized, multicenter, double blind, placebo-controlled study of intramuscular BOTOX (botulinum toxin type A) purified neurotoxin complex for the treatment of cervical dystonia."

**1997 -1998   ALLERGAN [191622-004]**                                        (principal investigator)

"An open-label, multicenter clinical evaluation of the safety of intramuscular BOTOX (botulinum toxin type A) purified neurotoxin complex manufactured from neurotoxin complex batch BCB2024 in the management of cervical dystonia."

**1997 - 1998   EISAI, INC. [E2020-A001-307]**

"A 24-week, multicenter, randomized, double-blind, placebo-controlled evaluation of the efficacy and safety of donepezil hydrochloride (E2020) in patients with dementia associated with cerebrovascular disease."

**1997 - 1999   F. HOFFMAN-LA ROCHE LTD [M35011]**                            (principal investigator)

"A long-term double-blind comparison of tolcapone versus placebo given in combination with levodopa/AADC-1 in delaying the onset of motor fluctuations in PD patients naïve to levodopa therapy."

**1997 - 2000   SOMERSET PHARMACEUTICALS, INC. [S9303-E109-97B]**              (principal investigator)

"Placebo-controlled, double-blind study of the safety, tolerability and efficacy of the selegiline transdermal system (STS) in Parkinson's disease patients experiencing sub-optimal responses to levodopa-carbidopa."

**1998 - 2000   CYBERONICS, INC. [T-01]**                                     (consultant)

"The use of Vagus Nerve Stimulation as a Treatment in Tremor"

**1998 - 2000   IPSEN LTD [DYSP-045]**                                        (principal investigator)

"A phase III multicenter, prospective, randomized, double-blind, placebo-controlled study of the efficacy and safety of Dysport for the treatment of cervical dystonia."

**2000 - 2001   AMGEN INC. [ 20000105]**                                      (principal investigator)

"Randomized, double-blind, placebo-controlled, parallel-group, 6-month safety, efficacy, and neuroimaging trial of AMG-474-00 in the treatment of patients with Parkinson's disease."

**2000 - 2001   KYOWA PHARMACEUTICALS, INC. [6002-USA-001]**                  (principal investigator)

" A 12 week, double-blind, placebo controlled, randomized, parallel group, multicenter, exploratory study of the safety and efficacy of KW-6002 as adjunctive therapy in patients with Parkinson's disease who have motor response complications on levodopa/carbidopa."

**2001 - 2001   JANSSEN RESEARCH FOUNDATION [GAL-INT-5]**                     (principal investigator)

"A randomized , 24-week, double-blind, placebo-controlled, flexible dose trial to compare the efficacy and safety of galantamine hydrobromide to placebo in patients with Dementia with Lewy Bodies

**2000 - 2006   TEVA CLINICAL RESEARCH, INC. [TVP-1012/133]**                 (principal investigator)

"A mulitcenter, US and Canada, double-blind, randomized, placebo-controlled, parallel group study, for the efficacy, tolerability and safety of rasagiline mesylate in levodopa treated Parkinson's disease patients with motor fluctuations."

**2000 - 2003   R.W. JOHNSON PHARMACEUTICAL RESEARCH INSTITUTE [TOPMAT-MIGR-001]**   (principal investigator)

"A randomized, double-blind, placebo-controlled, parallel group, dose-response study to evaluate the efficacy and safety of topiramate in the prophylaxis of migraine."

**2001 - 2003  SKYEPHARMA [ Skye – 2004C/101468/167]**                                    **(principal investigator)**

"A phase II, randomized, double-blind, active-controlled study to determine the optimal initial titration regimen of ropinirole CR tablets in Parkinson's disease patients not receiving other dopaminergic therapies."

**2001 - 2002  JANSSEN RESEARCH FOUNDATION [GAL-INT-10]**                                **(principal investigator)**

"A randomized , double-blind, placebo-controlled study to evaluate the efficacy  and safety of galantamine in the treatment of dementia of the Alzheimer's type."

**2001 - 2002  JANSSEN RESEARCH FOUNDATION [GAL-INT-26]**                                **(principal investigator)**

"A randomized , double-blind, placebo-controlled study to evaluate the efficacy  and safety of galantamine in the treatment of vascular dementia."

**2002 - 2003  FUJISAWA RESEARCH INSTITUTE OF AMERICA, INC. ( FA-960-005)**              **(principal investigator)**

"A well controlled safety and efficacy study of FK960 in subjects with mild to moderate Alzheimer's disease."

**2002 - 2004  KYOWA PHARMACEUTICAL, INC. ( KYOWA 6002-US-006)**                         **(principal investigator)**

"A 12 week, double blind, placebo-controlled, randomized, multicenter study of the efficacy of doses of 20 and 60 mg/day KW –6002 as treatment for Parkinson's disease in patients with motor response complications on levodopa/carbidopa therapy."

**2002 - 2005  CEPHALON, INC. (PRECEPT)**                                                **(principal investigator)**

"A randomized, double-blind,  placebo-controlled, dose finding study to assess the efficacy and safety of CEP-1347 in patients with early Parkinson's disease."

**2002 - 2010  PARKINSON'S STUDY GROUP/ NIH (PROGENI)**                                  **(principal investigator)**

"Parkinson's Disease Collaborative Study of Genetic Linkage."

**2003 - 2004  TEVA NEUROSCIENCE (EP002)**                                               **(principal investigator)**

"A Survey to Assess the Incidence and Characteristics of Melanoma in Parkinson's Disease Patients".

**2003 - 2004  SKYE PHARMA, INC.  (SKF 101468164)**                                      **(principal investigator)**

"An open-label, randomized, two part study to investigate the relative bioavailability of Ropinirole CR and IR formulations and the effect of food on the pharmacokinetics of Ropinorole CR formulation in early stage Parkinson's disease patients".

**2003 - 2005  ORTHO-MCNEIL  (CAPSS-149)**                                               **(principal investigator)**

"A Comparison of the Efficacy and Safety of Topiramate Versus Placebo in the Treatment of Essential Tremor".

**2003 - 2004  PHARMACIA (DA2APD-0075-031)**                                             **(principal investigator)**

 "A Phase III, Double-blind, Fixed Dose Response Study Comparing the Efficacy and Safety of Sumanirole vs Placebo In Patients with Early Parkinson's Disease".

**2003 - 2004  PHARMACIA & UPJOHN (M/2760/0011)**                                        **(principal investigator)**

"Open-label, Long Term, Flexible Dose Study of Safety, Tolerability and Therapeutic Response in Patients with Parkinson's Disease".

**2003 - 2006  NOVARTIS PHARMACEUTICAL (CENA713BUS13)**                                  **(principal investigator)**

"Multi-Center Study Evaluating the Efficacy and Safety of Excelon (Rivastigmine Tartrate) 3-12 mg/day in Patients with Mild to Moderate Alzheimer's Disease Who are Responding Poorly to Aricept (Donezepil) Treatment".

**2003 - 2005  GLAXO SMITH-KLINE (LAM40124)**                                            **(principal investigator)**

"An Assessment of Behavioral Changes Associated with Lamotrigine and Levetiracetam in Patients with Epilepsy" .

**2003 - 2004  GLAXO SMITH-KLINE (101468/249)**                                          **(principal investigator)**

"A 12-Week, Double-Blind, Placebo Controlled, Parallel Group Study to Assess the Efficacy and Safety of Ropinirole in Patients Suffering from Restless Legs Syndrome (RLS)".

**2004 - 2004   GLAXO SMITH-KLINE (101468/228)**                                                 (principal investigator)
"Onset of Motor Complications".

**2004 - 2005   ALLERGAN (191622-057)**                                                          (principal investigator)
"A Multicenter, Double-Blind, Placebo-Controlled, Parallel Group Safety Study of Pulmonary Function in Patients with Reduced Lung Function treated with Botox (Botulinum Toxin Type A) Purified Neurotoxin Complex for Focal Upper Limb Poststroke Spasticity".

**2004 - 2005   ORTHO-McNEIL PHARMACEUTICALS (CAPSS-237)**                                        (principal investigator)
"A Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Evaluate the Efficacy and Safety of Tramadol HCL/Acetaminophen for the Treatment of Painful Diabetic Neuropathy".

**2004 - 2005   ORTHO-McNEIL PHARMACEUTICALS (CAPSS-272)**                                        (principal investigator)
"A Double-Blind Trial Comparing the Efficacy, Tolerability and Safety of Monotherapy Topirimate versus Phenytoin in Subjects with Seizures Indicative of New Onset Epilepsy".

**2004 - 2005   BOEHRINGER-INGELHEIM (1198.100)**                                                 (principal investigator)
"A Fourteen-Week Placebo-Controlled Dose-Response Efficacy and Safety Study of NS 2330 in Early Parkinson's Disease Patients".

**2004 - 2005   KYOWA PHARMACEUTICAL, INC. ( KYOWA 6002-US-013)**                                 (principal investigator)
"A 12-Week, Double-Blind, Placebo-Controlled, Randomized, Parallel Group, Multicenter,Fixed Dose Study to evaluate the Efficacy and Safety of 20 mg/d Oral Doses of KW-6002 (Istraddefylline) as Treatment for Parkinson's Disease in Patents with Motor Response Complications on Levodopa/Carbidopa Therapy ".

**2004 - 2007   KYOWA PHARMACEUTICAL, INC. ( KYOWA 6002-INT-001)**                                (principal investigator)
"A Long-Term, Multicenter, Open-Label Safety Study with Oral 20 or 40 mg/d Doses of KW-6002 (Istraddefylline) as Treatment for Parkinson's Disease in Patents with Motor Response Complications on Levodopa Therapy ".

**2004 - 2005   GLAXO SMITH-KLINE (100013)**                                                      (principal investigator)
"A 12-Week, Double-Blind, Placebo Controlled, Twice Daily Dosing Study to Assess the Efficacy and Safety of Ropinirole in Patients Suffering from Restless Legs Syndrome (RLS) Requiring Extended Treatment Coverage"

**2004 - 2005   GLAXO SMITH-KLINE (100310)**                                                      (principal investigator)
"A 12-Week, Double-Blind, Placebo Controlled Study to Assess the Tolerability, Efficacy and Safety of Ropinirole Dosed PRN in Subjects with Restless Legs Syndrome (RLS) who Respond to Open-Label Treatment with Ropinerole"

**2004 - 2005   MERCK KGaA (EMR 62225-018)**                                                      (principal investigator)
"A double -blind, placebo-controlled, multicenter, multinational Phase III study to evaluate the  safety and efficacy of Sarizotan Hydrochloride 1 mg b.i.d. in patients with Parkinson's disease suffering from treatment associated dyskinesias".

**2004 - 2006   MERCK KGaA (EMR 62225-030)**                                                      (principal investigator)
"An open-label, multicenter, multinational Phase III follow-up study to investigate the long term    safety and efficacy of Sarizotan HCl 1mg b.i.d. in patients with Parkinson's disease suffering from treatment-associated dyskinesias (PADDY-0).

**2005 - 2007   ONO Pharma USA, Inc. (ONO-2506POU010)**                                           (principal investigator)
"A Double-Blind, Phase II, Safety and Efficacy Evaluation of ONO-2506PO in Patients with Mild to Moderate Alzheimer's Disease".

**2005 - 2006   GLAXO SMITH-KLINE (101468-205)**                                                  (principal investigator)
"A 12-Week, Double-blind, Placebo Controlled, Parallel Group Study to Assess the Efficacy and Safely of Ropinirole XR (controlled release) in patients with Restless Legs Syndrome".

**2005 - 2007**   **EISAI (EMR, INC) (E2007-A001-214)**                              **(principal investigator)**

"A Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Explore the Safety and Tolerability of E2007 up to a maximum of 6 mg in Patients with Parkinson's Disease who Experience End-of-Dose "Wearing Off" Motor Fluctuations".

**2005 - 2007**   **KYOWA PHARMACEUTICALS (6002-US-051)**                          **(principal investigator)**

"A Phase 2, Double-Blind, Placebo-Controlled, Randomized, Parallel-Group, Multicenter Study to Evaluate the Efficacy and Safety of 40 mg/day KW-6002 (Istradefylline) as Monotherapy in Subject with Parkinson's Disease".

**2005 - 2006**   **GLAXO SMITH-KLINE ( ROX104805)**                               **(principal investigator)**

"A 4-week, Randomized, Double-Blind, Cohort Study to Evaluate the Safety and Tolerability of Converting from Ropinirole Immediate Release (IR) to Ropinirole Extended Release (XR) Formulation in Patients with Restless Legs Syndrome (RLS)".

**2005 - 2006**   **KYOWA PHARMACEUTICALS (6002-US-025)**                          **(principal investigator)**

"An Open-Label Multicenter Study of the Continued Safety of Istradefylline (KW-6002) in Subjects with Parkinson's Disease Who Have Recently Completed One Year of Treatment with Istradefylline".

**2005 - 2008**   **TEVA PHARMACEUTICALS (TVP-1012/500)**                          **(principal investigator)**

"A Multicenter, Double-Blind, Randomized Start, Placebo-Controlled, Parallel-Group Study to  Assess Rasagiline as a Disease Modifying Therapy in Early Parkinson's Disease Subjects".

**2006 - 2007**   **BOEHRINGER-INGELHEIM (248.622)**                               **(principal investigator)**

"A randomized double-blind, active (pramipexole 0.5 mg tid) and placebo-controlled, efficacy study of pramipexole given 0.5 mg and 0.75 mg bid over a 12-week treatment phase in early Parkinson's disease patients (PramiBID).

**2006 - 2007**   **TAKEDA PHARMACEUTICALS (01-05-TL-375-061)**                    **(principal investigator)**

"A Double-Blind, Randomized, Placebo-Controlled Study of the Efficacy, Safety and Tolerability of 8 Week Treatment of Rozerem 8 mg (QHS) in Sleep Disturbed, Community Dwelling, Mild to Moderately Severe Alzheimer's Disease Subjects".

**2006 - 2007**   **EISAI PHARMACEUTICALS (E2007-A001-302 / PACE)**               **(principal investigator)**

"A Multi-Center, Randomized, Double-Blind, Placebo-Controlled Parallel Group Study of the Efficacy, Safety and Tolerability of E2007 in levodopa-treated Parkinson's disease patients with Motor Fluctuations."

**2006 - 2011**   **NIH / CEPHALON / H. LUNDBECK A/S (POSTCEPT)**                 **(principal investigator)**

"A longitudinal observational follow-up of the PRECEPT study cohort."

**2007 - 2008**   **EISAI PHARMACEUTICALS (E2007-A001-220)**                       **(principal investigator)**

"A Multi-Center Open-Label Extension study to evaluate the long-term safety, tolerability, and efficacy of E2007 in patients with Parkinson's disease who experience end-of dose "wearing off" motor fluctuations."

**2007 - 2008**   **ALLERGAN (203818-503-00)**                                     **(principal investigator)**

"A multicenter, multiple-dose, double-blind, randomized, placebo-controlled, parallel group study of the safety and efficacy of AGN 203818 in female patients with fibromyalgia syndrome."

**2007 - 2008**   **NOVARTIS (CENA713D US38)**                                     **(principal investigator)**

"A prospective open-label randomized multi-center parallel group study of 5 weeks with a  20 week extension evaluating the tolerability and safety of switching from donepezil to an initial dose of 5 cm$^2$ rivastigmine patch formulation in patients with probable Alzheimer's disease."

**2007 - 2008**   **BOEHRINGER-INGELHEIM (248.619 / DOMINION)**                   **(principal investigator)**

"A cross-sectional retrospective screening and case-control study examining the frequency of, and risk factors associated with, impulse control disorders in Parkinson's disease patients treated with Mirapex (pramipexole) and other anti-parkinson agents (DOMINION study).

**2007 - 2008   SOLVAY PHARMACEUTICALS (S308.3.003 / VERMEER)**                    **(principal investigator)**

"A multicenter, randomized, double-blind, parallel-group placebo and pramipexole controlled study to assess efficacy and safety of SLV308 monotherapy in the treatment of patients with early stage Parkinson's disease."

**2007 - 2008   J&J PRD (R331333-PAI-3008)**                    **(principal investigator)**

"A randomized double-blind, placebo- and active-control, parallel arm, phase III trial with controlled adjustment of dose to evaluate the efficacy and safety of CG5503 extended-release (ER) in subjects with moderate to severe chronic pain due to osteoarthritis of the knee."

**2007 - 2008   J&JPRD (R331333-PAI-3011)**                    **(principal investigator)**

"A randomized double-blind, placebo- and active-control, parallel arm, phase III trial with controlled adjustment of dose to evaluate the efficacy and safety of CG5503 extended-release (ER) in subjects with moderate to severe chronic low back pain."

**2008 - 2008   GLAXOSMITHKLINE**                    **(principal investigator)**

"A Dose-Response Study of XP13512, Compared with Concurrent Placebo Control and Lyrica(Pregabalin), in Subjects with Neuropathic Pain Associated with Diabetic Peripheral Neuropathy (DPN)"

**2008 - 2008   GLAXOSMITHKLINE**                    **(principal investigator)**

"The Investigation of the Efficacy and Pharmacokinetics of XP13512 in Subjects with Neuropathic Pain Associated with Post-Herpetic Neuralgia (PHN) Who Have Had an Inadequate Response to Gabapentin Treatment."

**2008 - 2008   GLAXOSMITHKLINE**                    **(principal investigator)**

"An Efficacy and Safety Study of XP13512 Compared with a Concurrent Placebo Control in Subjects with Neuropathic Pain Associated with Post-Herpetic Neuralgia (PHN)"

**2008 - 2009   EPIX PHARMACEUTICALS**                    **(principal investigator)**

"A Phase 2, 26-Week, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Evaluate the Efficacy and Safety of PRX-03140 in Subjects with Alzheimer's Disease Receiving a Stable Dose of Donepezil"

**2008 - 2009   EPIX PHARMACEUTICALS**                    **(principal investigator)**

"A Phase 2, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Evaluate the Efficacy and Safety of PRX-03140 as Monotherapy in Subjects with Alzheimer's Disease"

**2008 - 2010   SCHWARZ BIOSCIENCES (SP921)**                    **(principal investigator)**

"A Multicenter, Randomized, Double-Blind, Placebo-Controlled, 5-Arm, Parallel-Group Trial to Assess Rotigotine Transdermal System Dose Response in Subjects with Advanced-Stage Parkinson's Disease"

**2008 – 2011   SCHWARZ BIOSCIENCES (SP902)**                    **(principal investigator)**

"A historical-controlled, multicenter, double-blind, randomized trial to assess the efficacy and safety of conversion to lacosamide 400 mg/day monotherapy in subjects with partial-onset seizures."

**2010 - 2011   NEURALTUS PHARMACEUTICALS (NP002-09-001)**                    **(principal investigator)**

"Randomized, double-blind, parallel group, placebo controlled, safety, tolerability, and efficacy study of NP002 in subjects with idiopathic Parkinson's disease with dyskinesias due to levodopa therapy."

**2008 - on   ELI LILLY & COMPANY**                    **(principal investigator)**

"Effect of LY450139, a Gamma-Secretase Inhibitor, on the Progression of Alzheimer's Disease as *Compared with Placebo.*"

**2009 - on   ELI LILLY & COMPANY**                    **(principal investigator)**

"Effect of Solanezumab, an Anti-Amyloid Beta Monoclonal Antibody, on the Progression of Alzheimer's Disease as Compared to Placebo"

**2009 - on   WYETH PHARMACEUTICALS**                    **(principal investigator)**

"A 52-Week, 2-Period, Multicenter, Randomized, Double-Blind, Donepezil referenced, Placebo-Controlled, Efficacy, and Safety Study of 3 Dose Levels of SAM-531 in Outpatients with Mild to Moderate Alzheimer's Disease"

**2010 – 2012 SERONO PHARMACEUTICALS (27918, MOTION)**      **(principal investigator)**

"A phase III double blind placebo-controlled randomized trial to determine the efficacy and safety of a low (50 mg/day) and high (100 mg/day) dose of safinamide as add-on therapy in subjects with early idiopathic Parkinson's disease treated with a stable dose of a single dopamine agonist."

**2010 –2012  MERCK PHARMACEUTICALS (P05664, PARADYSE MONOTHERAPY)**      **(principal investigator)**

"Phase III, double blind, placebo and active controlled dose-range finding efficacy and safety study of preladenant in subjects with early Parkinson's disease."

**2010 –2013  ACADIA Pharmaceuticals Inc. (ACP-103-020)**      **(principal investigator)**

"A Multi-center, placebo-controlled, double blind trial to examine the safety and Efficacy of Pimavanserin in the treatment of psychosis in Parkinson's Disease ."

**2011 –2014  Janssen Alzheimer Innmunotherapy (ACC-001-ALZ-2001)**      **(principal investigator)**

"Phase II, 24-month, multi-center, randomized, double blind, placebo-controlled, parallel-group, amyloid-imaging positron emission tomography (PET) and safety study of ACC-001 and QS-21 adjuvant in subjects with mid to moderate Alzheimer's Disease."

**2011 –2012  Pfizer Pharmaceuticals (B2571010)**      **(principal investigator)**

"A Phase 2, Multicenter, 24-month, randomized, third-party unblinded, placebo-controlled, parallel-group amyloid imaging positron emission tomography PET) and safety trial of ACC-001 and QS-21 adjuvant in subjects with early Alzheimer's Disease."

**2011–2012  MERCK PHARMACEUTICALS (P07037)**      **(principal investigator)**

"Phase III, 12-week,  double blind, placebo-controlled efficacy and safety study of preladenant in subjects with moderate to severe Parkinson's disease."

**2011–2013  Phytopharm (P58/07CL/ST/09/02)**      **(principal investigator)**

"Phase II, multi-centre, randomized, double-blind, placebo-controlled, parallel group study to investigate the efficacy, safety, and tolerability of Cogane (PYM50028), a novel, orally active neurotrophic factor inducer, in male and female subjects with early-stage Parkinson's disease when administered once daily for 28 weeks."

**2011–2012  Synosia (SYN115-CL02)**      **(principal investigator)**

"A double-blind, randomized, placebo-controlled study of the safety and efficacy of SYN115 as adjunctive therapy in levodopa-treated Parkinson's subjects with end of dose wearing off

**2011–2012  ADAMAS (ADS-PAR-AM201)**      **(principal investigator)**

"A multi-center, randomized, double-blind, placebo-controlled, 4-arm parallel group study of ADS-5102 in subjects with Parkinson's Disease who have Levodopa-Induced Dyskinesia."

**2012 –2015  GENENTECH (ABE4955g)**      **(principal investigator)**

"A Randomized, Double-Blind, Placebo Controlled, Parallel-Group, Multicenter, Phase II Study to Evaluate the Impact of MABT5102A on Brain Amyloid Load and Related Biomarkers in Patients With Mild to Moderate Alzheimer's Disease"

**2012 –2014  UCB, INC**      **(principal investigator)**

"Open-label, Single Arm, Study Evaluating Tolerability and Efficacy of Lacosamide When Added to Levetiracetam With Withdrawal of Concomitant Sodium Channel Blocking Antiepileptic Drug in Subjects With Uncontrolled Partial-onset Seizures"

**2012 – 2017  ELI LILLY & COMPANY (H8A-MC-LZAO)**      **(principal investigator)**

"Continued Efficacy and Safety Monitoring of Solenazumab, and Anti-Amyloid β Antibody in Patients with Alzheimer's Disease"

**2012 – on  BIOGEN IDEC (221AD103)**      **(principal investigator)**

"A Randomized, Double-Blinded, Placebo-Controlled Multiple Dose Study to Assess the Safety, Tolerability, Pharmacokinetics, and Pharmacodynamics of BIIB037 in Subjects with Prodromal or Mild Alzheimer's Disease"

**2012 – 2016   EISAI INC (BAN2401-G000-201)**                                   (principal investigator)

"A Placebo-controlled, Double-blind, Parallel-group, Bayesian Adaptive Randomization Design and Dose Regimen-finding Study to Evaluate Safety, Tolerability, and Efficacy of BAN2401 in Subjects with Early Alzheimer's Disease"

**2013 – 2017   MERCK PHARMACEUTICALS (MK7622-012)**                              (principal investigator)

"A Seamless Phase IIa/IIb, Multicenter, Randomized, Double-blind, Placebo-controlled, Parallel-group Trial to Evaluate the Efficacy and Safety of MK-7622 as an Adjunctive Therapy for Symptomatic Treatment in Subjects with Alzheimer's Disease"

**2013 – 2016   LUNDBECK (14863A)**                                              (principal investigator)

"A Randomized, double-blind, parallel-group, placebo-controlled study of Lu AE58054 in patients with mild/moderate Alzheimer's disease treated with an acetylcholinesterase inhibitor; Study 3"

**2013 – on   KYOWA HAKKO KIRN PHARMA, INC.**                                    (principal investigator)

"A Phase 3, 12-Week, Double-blind, Placebo-Controlled, Randomized, Multicenter Study to Evaluate the Efficacy of Oral Istradefylline 20 and 40 mg/day as Treatment for Subjects with Moderate to Severe Parkinson's Disease"

**2014 – 2017   ELI LILLY & COMPANY (H8A-MC-LZAX)**                               (principal investigator)

"Effect of Passive Immunization on the Progression of Mild Alzheimer's Disease; Solanezumab (LY2062430) Versus Placebo"

**2015 – 2018   BIOTIE THERAPIES (TOZ-CL05)**                                    (principal investigator)

"A Phase 3, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study with an Open-Label Phase to Determine the Efficacy and Safety of Tozadenant as Adjunctive Therapy in Levodopa-Treated Patients with Parkinson's Disease Experiencing End-of-Dose "Wearing-Off""

**2015 – on   BIOGEN MA INC. (221AD302)**                                        (principal investigator)

"A Phase 3 Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of Aducanumab (BIIB037) in Subjects with Early Alzheimer's Disease"

**2015 – 2016   DAIICHI SANKYO PHARMA DEVELOPMENT (DS5565-A-E311)**               (principal investigator)

"A Randomized, Double-Blind, Placebo-and Active-Controlled Study of DS-5565 in Subjects with Pain Associated with Fibromyalgia"

**2016- 2017   Eli-Lilly (H8A-MC-LZBE)**                                         (principal investigator)

"A 24-Month, Phase 3, Multicenter, Placebo Controlled Study of Efficacy and Safety of Solanezumab versus Placebo in Prodromal Alzheimer's Disease. "

**2016- 2018   Axovant (RVT-101-2001)**                                          (principal investigator)

A phase 2b, Double-Blind, Randomized, Placebo-Controlled and Delayed-Start Study of RVT-101 in subjects with Dementia with Lewy Bodies (DLB)

**2016- ON   Eli-Lilly (I8D-MC-AZET)**                                           (principal investigator)

A randomized, Double-Blind, Placebo-Controlled and Delayed-Start Study of LY3314814 in Mild Alzheimer's disease Dementia.

**2016- 2018   Axovant (RVT-101-2002)**                                          (principal investigator)

A Long-Term Extension Study of the Safety and Tolerability of RVT-101 in Subjects with Dementia with Lewy Bodies (DLB)

**2016- ON   American College of Radiology Imaging Network & Alzheimer's Association (IDEAS)**   (principal investigator)

Imaging Dementia-Evidence for Amyloid Scanning (IDEAS) Study: A Coverage with Evidence Development Longitudinal Cohort Study.

**2017- ON   Alder BioPharmaceuticals, Inc. (ALD403-CLIN-011)**                  (principal investigator)

A phase 2b, Double-Blind, Randomized, Placebo-Controlled and Delayed-Start Study of RVT-101 in subjects with Dementia with Lewy Bodies (DLB)

2017-ON   **EISAI INC (MISSIONAD301)**                                                  (principal investigator)
A Placebo-Controlled, Double-Blind, Parallel-Group, 24-Month Study to Evaluate the Efficacy and Safety of E2609 in Subjects with Early Alzheimer's Disease

2018-ON   **ELI LILLY & COMPANY (I7S-MC-HBEH)**                                         (principal investigator)
Study I7S-MC-HBEH (HBEH) is a multicenter, randomized, double-blind, parallel-group, placebo-controlled, fixed-dosage, Phase 2a study comparing 3 dosages of LY3154207 (10, or 30, or 75 mg administered orally [or 50 mg based on interim analysis] once a day [QD]) with placebo over 12 weeks in subjects with mild-to-moderate PDD.

2018-ON   **NOVARTIS (CCNP520A2202J)**                                                  (principal investigator)
A randomized, double-blind, placebo-controlled, parallel group study to evaluate the efficacy and safety of CNP520 in participants at risk for the onset of clinical symptoms of Alzheimer's Disease (AD)

2018-ON   **F. HOFFMANN-LA ROCHE LTD (GRADUATE 2)**                                     (principal investigator)
A PHASE III, MULTICENTER, RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP, EFFICACY, AND SAFETY STUDY OF GANTENERUMAB IN PATIENTS WITH PRODROMAL TO MILD ALZHEIMER'S DISEASE

2018-ON   **GENENTECH INC (GN39763)**                                                   (principal investigator)
A PHASE II, MULTICENTER, RANDOMIZED, DOUBLE-BLIND, PLACEBO-CONTROLLED, PARALLEL-GROUP, EFFICACY, AND SAFETY STUDY OF MTAU9937A IN PATIENTS WITH PRODROMAL TO MILD ALZHEIMER'S DISEASE

## Publications

- Grafton ST, **Sutton J**, Couldwell W, et al. Network analysis of motor system connectivity in Parkinson's disease: modulation of thalamocortical interactions after pallidotomy. **Human Brain Mapping** 1994;2:45-55.

- Grafton ST, Waters C, **Sutton J** et al. Pallidotomy increases activity of motor association cortex in Parkinson's disease: a positron emission tomographic study. **Ann Neurol** 1995;37:776-783.

- Friedman JH, Agarwal P, Alcalay R, Black KJ, Chou KL, Cote L, Dayalu P, Frank S, Hartlein J, Hauser RA, Long AE, Marsh L, Marshall F, Moskowitz C, Ravina B, Riley D, Sanchez-Ramos J, Simon DK, Simuni T, **Sutton J**, et al. Clinical Vignettes in Parkinson's Disease: A Collection of Unusual Medication-Induced Hallucinations, Delusions, and Compulsive. **Journal of Neuroscience, Early Online.** Jun. 2011;1-5

- Handforth A, Ondo WG, Tatter S, Mathern GW, Simpson RK Jr, Walker F, **Sutton JP**, Hubble JP, Jankovic J. Vagus nerve stimulation for essential tremor: a pilot efficacy and safety trial. **Neurology.** 2003 Nov 25;61(10):1401-5.

- Kurlan R, Tanner CM, Goetz CG, **Sutton J** et al. The shortcomings of complete levodopa drug holiday for Parkinson's disease: a controlled clinical trial. **Annals of Neurology** 1992;32:248 (abstract).

- Nichols WC, Pankratz N, Uniacke SK, Pauciulo MW, Halter C, Rudolph A, Conneally PM, Foroud T, and the Parkinson Study Group. Linkage stratification and mutation analysis at the parkin locus identifies mutation positive Parkinson's disease families **J Med Genet** 2002;39:489–492.

- Pankratz N, Nichols WC, Uniacke SK, Halter C, Rudolph A, Shults C, Conneally PM, Foroud T and the Parkinson Study Group. Genome screen to identify susceptibility genes for Parkinson disease in a sample without parkin mutations. **Am J Hum Genet** 2002;71:124-135.

- Pankratz ND, Nichols WC, Uniacke SK, Rudolph A, Halter C, Siemers E, Hubble JP, Conneally PM, Foroud T and the Parkinson Study Group. Genome screen to identify loci contributing to susceptibility for Parkinson disease. **Am J Hum Genet** 2001;69:535 (abstract).

- Reider CR, Halter CA, Castellucio PF, Oakes D, Foroud T and the Parkinson Study Group. Reliability of reported age at onset for Parkinson's disease. **Movement Disorders**

- Reider CR, Halter CA, Foroud T, Oakes D and the Parkinson Study Group. Reliability of self-reporting age of onset for Parkinson's disease. **Movement Disorders** 2001;16:991 (abstract).

- Simon DK, Pulst SM, **Sutton JP**, Browne SE, Beal MF, Johns DR. Familial multisystem degeneration with parkinsonism associated with the 11778 mitochondrial DNA mutation. **Neurology** 1999;53(8):1787-93.

- Sutton JP and Pulst SM. Familial parkinsonism in a kindred of Portuguese descent: Absence of known markers for Machado-Joseph disease. **Neurology** 1996; 46(suppl 2):A386(abstract)

- Sutton JP, Couldwell W, Lew M et al. Ventroposterior medial pallidotomy in patients with advanced Parkinson's disease. **Neurology** 1994; 44(suppl 2):304 (abstract)
- Sutton JP, Couldwell W, Lew MF et al. Ventroposterior medial pallidotomy in patients with advanced Parkinson's disease. **Neurosurgery** 1995;36:1112-1116.
- Sutton JP, Goetz CG, Buhrfiend C, and Carvey PM. Levodopa pharmacokinetics and dopamine agonist cotherapy. **Neurology** 1990;40 (suppl 1):263 (abstract).
- Sutton JP, Goetz CG, Buhrfiend C, Carvey PM. The effect of bromocriptine cotherapy on levodopa pharmacokinetics. **Movement Disorders** 1990;5(suppl):195 (abstract).
- Sutton JP, Pulst SM.  Atypical parkinsonism in a family of Portuguese ancestry: absence of CAG repeat expansion in the MJD1 gene. **Neurology.** 1997 May;48(5):1285-90.
- Sutton JP. Other adult-onset movement disorders with a genetic basis, in **Genetics of Movement Disorders**, edited by Pulst S, Academic Press
- Truong D, Duane DD, Jankovic J, Singer C, Seeberger LC, Cornelia CL, Lew MF, Rodnitzky RL, Danisi FO, **Sutton JP**, Charles PD, Hauser RA, Sheean GL.  Efficacy and safety of botulinum type A toxin (Dysport) in cervical dystonia: results of the first US randomized, double-blind, placebo-controlled study. **Mov Disord.** 2005 Jul;20(7):783-91.

## Presentations at Professional Meetings

| | | |
|---|---|---|
| 1990 | **First International Congress of Movement Disorders**<br>The effect of bromocriptine cotherapy on levodopa pharmacokinetics | **Washington, DC** |
| 1990 | **American Academy of Neurology 42th Annual Meeting**<br>Levodopa pharmacokinetics and dopamine agonist cotherapy | **Miami Beach, FL** |
| 1994 | **American Academy of Neurology 46th Annual Meeting**<br>Ventroposterior medial pallidotomy in patients with advanced Parkinson's disease | **Washington, DC** |
| 1995 | **National Parkinson Foundation 4th International Symposium on PD**<br>Atypical parkinsonism in a family of Portuguese ancestry | **San Diego, CA** |
| 1996 | **American Academy of Neurology 48th Annual Meeting**<br>Familial parkinsonism in a kindred of Portuguese descent: Absence of known markers for Machado-Joseph disease. | **San Francisco, CA** |
| 1996 | **Fourth International Congress of Movement Disorders**<br>Akinetic-rigid crisis with hyperthermia (ARCH) in Parkinson's disease after isolated amantadine withdrawal. | **Vienna, Austria** |

**EXHIBIT B**

Page 1

IN THE UNITED STATES DISTRICDT COURT

FOR THE DISTRICT OF ARIZONA

Iris Spedale and Darrel            No. 2:17-cv-00109-JJT
Spedale, husband and wife,

        Plaintiff,

v.

Constellation Pharmaceutical,
Inc.,

        Defendant.
_____


DEPOSITION OF

JAMES P. SUTTON, M.D.

October 4, 2018

9:41 a.m.


Pacific Neuroscience Medical Group

Oxnard, California


Reported by:  Cindee L. LeFevre, CSR No. 7974

Page 2

```
  1                        APPEARANCES:

  2


  3    For the Plaintiff:

  4    Sherman Silverstein
       BY:  MR. ALAN C. MILSTEIN
  5    Attorney at Law
       308 Harper Drive
  6    Moorestown, NJ 08057
       (856)661-2078
  7    amilstein@shermansilverstein.com

  8


  9    For the Defendant
       Constellation Pharmaceuticals,
 10    Inc.:

 11    Morrison Mahoney, LLP
       BY:  MR. ARTHUR J. LIEDERMAN
 12    Attorney at Law
       120 Broadway
 13    Suite 1010
       New York, New York 10271
 14    (212)825-1212
       aliederman@morrisonmahoney.com
 15

 16

 17

 18

 19

 20

 21

 22

 23

 24

 25
```

Page 3

1                           INDEX OF EXAMINATION

2    WITNESS:   JAMES P. SUTTON, M.D.

3

4    EXAMINATION                                          PAGE

5    MR. LIEDERMAN                                          4

6

7                        INFORMATION REQUESTED

8                             (None)

9

10        QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

11                            (None)

12

13                        EXHIBITS MARKED

14                            (None)

15

16

17

18

19

20

21

22

23

24

25

```
 1                    JAMES P. SUTTON, M.D.

 2                       OCTOBER 4, 2018

 3                    JAMES P. SUTTON, M.D.,

 4        after having been duly sworn, testified as follows:

 5                          EXAMINATION

 6  BY MR. LIEDERMAN:

 7      Q.  Good morning, Dr. Sutton.

 8          Off the record, I was introducing myself.  My name is

 9  Arthur Liederman.  I represent Constellation Pharmaceuticals in

10  this litigation.

11          Have you ever been deposed before as an expert in any

12  litigation?

13      A.  Yes.

14      Q.  About how many times have you been deposed?

15      A.  I don't know exactly.  I would say maybe five to 10

16  times, and then also, I have been deposed, not as an expert,

17  but as a witness.

18      Q.  When was the last time you were deposed in litigation

19  as an expert?

20      A.  I don't recall.

21      Q.  Would it have been within the last year?

22      A.  I don't recall.  I don't think so, but I don't do this

23  often, so I don't think that I recall being deposed in the last

24  year.

25      Q.  Have you ever been deposed in any litigation that
```

1    focused on injuries during clinical trials?

2        A.  I --

3            MR. MILSTEIN:  The Zeman case.

4            THE WITNESS:  Was I deposed with the Zeman case?

5            MR. MILSTEIN:  I believe so.

6            THE WITNESS:  I wasn't actually deposed.  I provided

7    an expert opinion, but I was never deposed, to my recollection.

8    This was probably 10 years ago, and I don't recall being

9    deposed.

10   BY  MR. LIEDERMAN:

11       Q.  Do you recall the nature of your opinion in that case?

12       A.  I felt that the Plaintiff basically had suffered

13   injury as a result of negligence and an error made by various

14   people.

15       Q.  Did give an opinion regarding the sponsor?

16       A.  Part of the opinion included activities of the sponsor

17   and obligations and things of that nature.  Part of it had to

18   do with the investigative team and the surgeon.  I don't recall

19   the details.

20       Q.  Was it dealing with a particular phase of the clinical

21   trial when the injury occurred?

22       A.  I don't recall the phase of the trial.  I don't recall

23   if it was phase one or two.

24       Q.  Do you recall if you provided any opinion with respect

25   to pre-clinical testing and the adequacy of that testing?

Page 6

1      A.   I don't recall.

2      Q.   Do you recall any other instance that you might have

3  given an opinion in any litigation with respect to injuries

4  during clinical trials?

5      A.   I think I had provided informal consultation advice to

6  Mr. Milstein on one or two cases.  My recollection is that in

7  neither of the two cases I am thinking of right now did my work

8  go very far, and I don't recall the details.

9      Q.   Okay.  Can you just briefly for the record describe

10  your educational background.

11     A.   Certainly.  I went to the Massachusetts Institute of

12  Technology after high school and I graduated with a degree in

13  life sciences, which is what MIT calls biology, and also a

14  degree in chemical engineering.  I went to the University of

15  Massachusetts Medical School and graduated in 1984, and then I

16  had the usual postgraduate medical education, an internship at

17  what was previously called Highland General Hospital in

18  Northern California, one year of residency at New York

19  University's program in New York City, the last two years at

20  Harbor UCLA teaching hospital, UCLA, and then a two-year

21  fellowship in neuropharmacology and movement disorders at

22  Presbyterian St. Lukes Medical Center in Chicago.

23     Q.   At NYU, what was the field of study?

24     A.   Neurology.

25     Q.   Would you describe, then, what you would describe to

Page 7

1    be your field of expertise.

2        A.   Neurology with additional expertise in movement

3    disorders and Parkinson's disease and dementia.

4        Q.   Do you have any current professional involvements,

5    societies or --

6        A.   I believe that I am a -- I am not absolutely certain

7    because I don't keep close track of it these days.  I believe

8    that I am a member of the Ventura County Medical Association

9    and the California Medical Association.  From time to time, my

10   membership lapses due to payment, and then we start it again.

11       What else?  I am a member of the American Academy of

12   Neurology.  I believe those are the primary organizations.

13       Q.   Are you board certified?

14       A.   Yes.

15       Q.   And board certified in what?

16       A.   Board certified in neurology by the American Board of

17   Neurology and Psychiatry.

18       Q.   How would you describe the field of neurology.  What

19   would be the description of a neurologist that you would

20   offer?

21       A.   I would say neurologists deal with disorders of the

22   central and peripheral nervous system, and the range is wide.

23   Basically, anything ranging from strokes to Alzheimer's

24   disease to organic psychoses, Lewy Body Dementia, muscular

25   dystrophy, so it's a very wide frame.

1      Q.   Your present employment is with whom?

2      A.   I am self-employed with -- my practice is Pacific

3  Neuroscience Medical Group.

4      Q.   What's the nature of the work of this group?

5      A.   It's the evaluation and management of patients, most

6  of whom have Parkinson's disease, other Parkinsonism disorders,

7  dementia with Lewy Bodies, or diffuse Lewy Body Disease is

8  another name for that, Alzheimer's Disease, and then, really,

9  anything that is referred to us that falls within the field of

10  neurology.

11      Q.   So is this practice group formally created or is it a

12  loose association of practitioners?

13      A.   It was formed as a group practice with the intent to

14  grow the practice beyond myself.  I am the only neurologist

15  with the practice.  There are two part-time neuropsychology

16  employees, actually, three, part-time neuropsychology

17  employees, and we -- that's the nature of the practice.

18      Q.   So then, what percentage of your patients are referred

19  to you by other doctors?

20      A.   I don't know the exact percentage.  We get a mix of

21  referrals from the Alzheimer's Association, other physicians,

22  referrals from family members and neighbors, word of mouth,

23  internet referrals.  I honestly don't know.  Maybe 20 percent

24  are referrals, either direct from other doctors or patient

25  requests enabled by the doctors.  We also do clinical trials,

Page 9

1   so that's actually about half of the practice.

2        Q.   That was my next question.

3            So describe, then, the work of this group with respect

4   to clinical trials, generally.

5        A.   We, over the years, have acted as a clinical site and

6   I have been a principal investigator in a large number of

7   different clinical trials.

8            The focus has shifted over time.

9            At first, the emphasis was more on Parkinson's Disease

10  in my prior training, and I kind of moved to doing more

11  Alzheimer's clinical trials.

12           So at any one time, maybe two-thirds or more of our

13  clinical trials are specifically for patients with Alzheimer's

14  Disease or prodromal Alzheimer's Disease, also known as

15  biomechanical impairment due to Alzheimer's Disease.  We have

16  done research for Parkinson's with motor fluctuations,

17  neuroprotective agents that we hoped would slow the progression

18  of Parkinson's, and now, most of the focus is looking at

19  neuroprotective agents for Alzheimer's Disease.

20       Q.   So would it be fair to say that part and parcel of

21  this group's work in clinical trials is it's adjunct to your

22  work in treating patients and it's an outgrowth of that?

23       A.   Could you clarify the question.

24       Q.   Well, would you say that the primary purpose of being

25  involved in clinical trials is that it was, I guess, a

1   supplement, a complement, rather, of the work you did in

2   treating patients with Parkinson's and other of these

3   particular conditions that you described?

4        A.   I am not sure I would characterize it that way because

5   I am not sure what you mean by "complement" or "adjunct."   We

6   do both, but we don't consider them parallel.

7        Q.   Have you been involved in clinical trials of drugs

8   that test products that have nothing to do with Alzheimer's or

9   neurological conditions?

10       A.   At times, we have had offers for conditions -- they

11  have all been neurological or closely related to neurological.

12  I think the furthest afield was one or more clinical trials of

13  fibromyalgia which is a condition that is diagnosed, managed,

14  and treated by different specialists.

15       Q.   When you would be a clinical trial site, would you run

16  the site out of these offices that we are in today?

17       A.   This office is the site.

18       Q.   Okay.  What's the general range or the number of

19  enrollees that you might have in any of these clinical trials

20  over the years?

21       A.   When you say "enrollee," there are different stages of

22  enrollment.  For example, there is a patient that might be

23  screened, but not randomized, and then there are patients who

24  are randomized and start taking the investigational agent or

25  receiving it in the office.  It's a wide range.

1           There are some where we have done a single patient and

2   there are others -- I don't recall the highest number, but the

3   fibromyalgia study was a simpler study and a simpler study

4   tends to have higher enrollments.  Typically, the number of

5   patients in a study might be, I would say, between a half dozen

6   to a dozen.

7           We are, basically, always looking for patients who are

8   interested in participating as such volunteers, but we don't

9   always have a match between the requirements of the protocol

10  and the patients in the practice.  So some studies are more

11  successful than others in terms of enrollment.

12      Q.  Do you often look to your own patients as potential

13  subjects?

14      A.  We look to our own patients.  We have done all the

15  standard things that are done in the field, such as advertising

16  in print, radio, internet, and going out to support groups and

17  so forth.

18          Lately, we have been most successful in evasive

19  patients, working with patients that are in the practice and

20  talking to them about the clinical trials.

21      Q.  So given the fact that you have been running these

22  clinical trials, do you employ a clinical trial coordinator?

23      A.  Currently, we have three coordinators and a research

24  director who also acts as a coordinator, yes.

25      Q.  What would you describe is the role of the

 1    coordinator?

 2         A.   The coordinator has a lot of responsibilities.   In

 3    fact, all the way from communication with the sponsor, with the

 4    CRO, the clinical research organization, communication with

 5    IRB, making sure the paperwork is sent in and making sure that

 6    anything that is received is reviewed and filed accordingly,

 7    bringing anything to my attention, which is a lot of material,

 8    safety reports and so forth.

 9         Then they also will go over the final review of the

10    consent form with patients.   I do that myself initially, but

11    the day of the screening visit, they will see if the patient

12    has any additional questions, be present and witness the

13    consent, depending upon the requirements of the study, and then

14    they will conduct large portions of the visit that don't

15    require a physician's hands-on, such as EKGs, blood tests,

16    certain rating scales, vital signs, things of that nature.

17    They monitor the medication.   They make sure that they are

18    stored properly, make sure they are safely stored at the right

19    temperature.   They will determine which lot of medication

20    should be given to the patient, and they will, when the patient

21    returns, make sure they have taken the medication.   They will

22    also explain to the patient how to take the medicine.

23         All these activities are delegated by me, and as I am

24    sure you know, according to ethical and legal guidelines, I am

25    responsible to make sure the coordinators have the

1    qualifications and education and competence to do those tasks.

2    I may have left things out.  They do a lot.

3         Q.  Okay.  Just focusing briefly on the consent from

4    anyone who is going to be enrolled.

5         You just said that you personally go over the consent

6    with every single enrollee or do you delegate it at times to

7    someone else?

8         A.  I or my investigator, Dr. Miriam Beigi, will do this.

9    We don't necessarily do things exactly the same as every other

10   center.  And let me just tell you what we do.  Typically, if I

11   have a patient -- I shouldn't say "typically" -- I would say

12   every time -- if I have a patient who I think is a candidate

13   for a clinical trial, I will talk to them about the study, see

14   if they have an interest in participating, give them some

15   general ideas what we are looking at, what we are looking for,

16   but I will then set up.

17        If they do express interest after a brief discussion,

18   I would set up a visit for them to come in, go over the consent

19   document page by page, item by item, and I highlight,

20   basically, each area, explain what it means, what the

21   significance is.

22        I will take time to go over the safety information,

23   explain to them that I want them to understand what it means,

24   what it doesn't mean, so they don't worry unnecessarily and so

25   that they don't also gloss over it, because it is, often, I

Page 14

1   don't want to say "hidden," but in the middle of a document

2   that could be 25 pages.

3        I make sure they understand, see if they have

4   questions, and then after they do that, I give them the

5   informed consent to take home, look at, discuss with whomever

6   they may wish, and then let us know if they want to

7   participate.

8        Q.  Is that process a page-by-page review in the first

9   instance with the patient?

10       A.  Yes, and if I don't do that, I now -- I have been

11  doing this for a few years, and then I have a sub-investigator

12  who works with us, Miriam Beigi, who is, basically, designated

13  to do that.

14       Q.  Would you ever just give a patient an informed consent

15  and say, "Go home, read it" and never go over it with them?

16       A.  Oh, God, no.

17       Q.  And why would that not be what you would do?

18       A.  The way that informed consents are designed, there's a

19  lot of information in there, a lot of information that needs to

20  be in there, and I think, as you know, as we all know, when you

21  have a 25-page document, depending upon who you are, what your

22  ability is to understand it, it varies widely in terms of what

23  people know and don't know.  So I want to actually see that the

24  patient and their -- in our studies, we will typically have a

25  caregiver, a husband or wife, son or daughter, who is also

Page 15

1   giving information to the study, and I want to, basically, make

2   sure that they understand the information.

3       Q.  What IRBs have you used?    Strike that.

4            What is your relationship, then, with an IRB, te

5   interrelationship between you and the IRB?

6       A.  We represent what are called central IRBs, and that's

7   because we are a freestanding site.  We are not the University,

8   and, so the central IRBs are typically selected.  We could

9   work, theoretically, to my understanding, with any IRB we

10  wanted to, but, practically, we will choose to work with the

11  IRB that the sponsor and the CRO have picked as their preferred

12  IRB, and there are quite a few.  I don't recall all of them.

13  We have worked with Westin IRB, we have worked with Copernicus

14  IRB, we have worked with -- the names don't come to me right

15  now.

16      Q.  So could you describe how much communication goes back

17  and forth between you and the nature of the communications,

18  generally, that go on between an IRB and a trial site as you

19  approach initiating the trial and soliciting for enrollees,

20  patients?

21      A.  There's documentation that has to be submitted to IRB.

22  It's called a regulatory packet.  It includes the protocol, the

23  informed consent document.  I would have to, basically, refer

24  to a recent study for the specifics.  My coordinators will

25  typically take care of that.

1     Q.  Would there be multiple meetings with the IRB before

2   commencement of the trial?

3     A.  We typically don't have to meet with IRBs.  We wait

4   for them to review the information and let us know if they have

5   any concerns.

6     Q.  Do they have?

7     A.  They have to approve the consent.

8     Q.  Do they review the protocols?

9     A.  Yes, they do review the protocols.

10    Q.  In your capacity as principal investigator, do you

11  offer comments on the comments to the IRB or do you wait for

12  them to provide comments?

13    A.  We offer comments when it's necessary.  Typically,

14  because we deal with phase two and phase three studies, we

15  don't see many issues in terms of the protocol.

16        There are certain issues come up repeatedly having to

17  do with clarification on stipends that the patient might

18  receive.

19        Sometimes there are issues having to do with how the

20  safety information is presented.

21        Typically, we don't request or make major changes

22  because, the reality is, to do so requires approval from the

23  IRB, approval from the sponsor, and over the years, what I

24  found is, unless there is a serious safety concern, it

25  basically is simpler to not request a lot of changes for

```
 1    notifications.
 2         Q.  So is your understanding the IRB is composed with
 3    individuals with expertise in the regulatory process and
 4    knowledge of good medical practice for things like informed
 5    consent?
 6         A.  I would hope so, yes.
 7         Q.  You have mentioned that you do, primarily, and you can
 8    correct me if I am not using the right word.  You do quite a
 9    bit of phase two and three.  How often would you do a phase one
10    study?
11         A.  We don't, typically, because the type of phase one
12    studies that would be of or in neurology often require
13    hospitalization and the red tape.  The complexity, the
14    difficulty of doing that, we looked at it before, and it is
15    just simpler and easier for us to focus on phase two and three.
16         Q.  When you said "hospitalization," what's the reason for
17    the need for hospitalization to be a component to the phase
18    one?
19         A.  Patients who are in phase one trials, there's a wide
20    range, so there are -- phase one trials are not unidimensional.
21              Many phase one trials require pharmokinetic sampling
22    and the patients have to be monitored to make sure they take
23    the medication at certain times, that we they are -- basically,
24    the time of meals has to be recorded, and so very often, those
25    are done as an inpatient.
```

Page 18

1      Q.   Have you done a phase one study?

2      A.   We anticipated in a study, it was a long time ago, and

3   I think you might call it a Phase 1B study.   We were drawing

4   blood samples frequently over a 24-hour period.   It wasn't --

5   yeah, it was a phase one study.

6           Do you remember what type of a drug it was?

7      A.   I think it was a dopamine agonist.

8           MR. LIEDERMAN:   Off the record.

9           (Discussion held off the record.)

10   BY MR. LIEDERMAN:

11     Q.   Was there a different approach, if you can recall,

12   because it's a while back, to handling the informed consent in

13   the phase one instance as opposed to what you have been doing

14   for phase two and phase three?

15     A.   I don't recall.   I am really not sure of the details,

16   but, to the best of my recollection, it wasn't a new

17   investigational agent.   It was a different formulation.   And my

18   way of managing or handling informed consent has evolved over

19   the years, so I would say, maybe about five years I have been

20   doing it the way I described, and in the past, I don't recall.

21   It probably varied from patient to patient.   But the patients,

22   we had a very small number of patients, and we worked very

23   closely with them.   I don't have any reason to think there were

24   any issues that they didn't have full informed consent.

25     Q.   Have you ever recommended, referred, a patient, or

1    known of anyone within your practice group recommending a

2    patient to a phase one study when there were alternative

3    treatments available of medical, drug-pharmaceutical,

4    treatments available for the patients?

5        A.   I don't.  Because of the nature of the practice and

6    where we are located, it's uncommon for that to even come up,

7    and it's rare in my practice.  You know, it's basically, just

8    because of our location and the practice.  I would have to have

9    a patient who really wanted to travel somewhere, either to UCLA

10   or California clinical trials to do that, and my patients

11   aren't typically of that type.

12       Q.   In your years of experience, have you dealt with

13   oncology drugs?

14       A.   When you say "dealt with," I see patients who receive

15   them.

16       Q.   Okay.  Has that impacted on anything that you have had

17   to do in your treatment protocols for the patients?

18       A.   Well, typically, if a patient is on an oncology drug,

19   they won't be able to participate when I do clinical trials, so

20   that isn't an issue.

21            In terms of in clinical care, it comes up in terms of

22   needing to know if there is or isn't neurotoxicity of the

23   medication and how it might impact neurological numbers.

24       Q.   Have you been involved in any trials of an oncology

25   drug?

1    A.   No.

2    Q.   What about BET inhibitor drugs?

3    A.   I have not participated in a study of the BET

4    inhibitor drugs.

5    Q.   Involvement with the FDA, have you had any involvement

6    with the FDA personally?

7    A.   What do you mean "personally"?

8    Q.   Have you been involved in any regulatory discussions

9    with the FDA with respect to any of the drugs you have been

10   associated with?

11   A.   Not to my knowledge.

12   Q.   Okay.  Have you been involved in creating any of the

13   clinical, pre-clinical, packages or the trial result packages

14   that would be sent to the FDA?

15   A.   Not in creating the information.  The information

16   that's put into the investigative brochure, I frequented, but

17   not the original formulation.

18   Q.   You have never negotiated with the FDA over approval

19   or non-approval of a drug?

20   A.   Of course not.

21   Q.   Okay.  And that was broad.  Let me ask, what about an

22   I&D submission?  Have you ever participated in creating an I&D

23   submission.

24   A.   That is not part of my scope and practice.

25   Q.   Have you ever given any advice to a sponsor with

1   respect to their workup of an I&D submission?

2        A.   Not to my recollection.

3        Q.   Have you ever worked for a manufacturer, a

4   pharmaceutical manufacturer?

5        A.   As a direct employee?

6        Q.   As a direct employee.

7        A.   I don't believe so.  I think I have always been an

8   independent contractor.

9        Q.   What was the nature of the independent contractor work

10  you have had over the years with a manufacturer besides a

11  clinical trial site, to put it that way?

12       A.   Years ago, I would speak for educational programs that

13  were either funded by a sponsor or -- we wouldn't call it a

14  sponsor, of course -- by a pharmaceutical company.  I stopped

15  doing that probably 10, 15 years ago.

16       Q.   Was there a reason why you stopped?

17       A.   I was concerned about conflict of interest.

18       Q.   This is general, and it's probably much more specific,

19  but by and large, the way you end up getting approached for a

20  study, does it come from a CRO, primarily, that contacts you or

21  is it the sponsors that are contacting you?

22       A.   It can be either, but more often, it's the CRO that

23  will contact us.  Some sponsors don't work with CROs, or some

24  studies that sponsors conduct, they will actually image

25  themselves to those.  Of course, we would be contacted directly

1    by the sponsor.

2        Q.   Now, just to reconfirm because I think I may have

3    indirectly asked this or maybe even directly.

4            Have you participated at all in pre-clinical phases or

5    been a consultant in pre-clinical phases for drugs?

6        A.   Not that I recall.

7        Q.   Okay.  Do you make it a practice from the drugs that

8    you have been a retained investigator to review material from

9    the pre-clinical packages?

10       A.   We receive what's called an investigative brochure

11   which contains every important -- I won't say "every," but I

12   would say it's a summary of the results of clinical testing and

13   clinical testing up to the time that the investigative brochure

14   is finalized and published.

15       Q.   Now, you say most of your trials are merely phase two

16   or three?

17       A.   Yes.

18       Q.   So would it be fair to say that the type of

19   information or the investigative brochure that might deal with

20   pre-clinical is like long gone and past, water under the

21   bridge, is not significant to your work on phase two and phase

22   three?

23       A.   Absolutely not.

24       Q.   And why wouldn't it?

25       A.   Basically, to understand the pathway that led to phase

1   one, two, three, clinical studies to understand the drug.  It's

2   essential, basically, to have a very in-depth knowledge of

3   everything that you are presented with, so I don't see the

4   investigative brochure as something to look at or throw out or

5   put away.  You are obligated to read it, and you read it.

6       Q.  Do you request any information in addition to the

7   investigation based on your read of it?

8       A.  I don't recall having done that in the past.  I do

9   know that there are times where something in the investigative

10  brochure, either pre-clinical or prior clinical phases,

11  basically, seem significant enough for me to maybe pay more

12  attention during the clinical trial, and I don't recall where

13  it has ever required a change in the consent form or -- but

14  there have times, actually, where -- I can't think of the

15  specific example.  There have been times where we declined

16  studies for different reasons, but the truth is I don't know if

17  that was the investigative brochure or if there was already

18  sufficient information to know that it didn't seem like a good

19  study.

20      Q.  Do you recall an instance in particular where you

21  declined to participate?

22      A.  I don't recall.  I don't recall the specifics.

23      Q.  Any categories or reasons that you could identify, and

24  I understand it may only be selective based on what you can

25  recall?

1      A.  Very recently, I declined a study based on -- or even

2  moving beyond the early stages based on the proposed mechanism

3  of action of the drug and the fact that other studies using

4  that approach had failed, and my belief that, based on the

5  science, it would be unlikely to be successful, so it was --

6  and certainly, we would have been paid well to conduct the

7  study.  It's not a question of ethics.  Just the fundamental

8  idea that it just felt like something I didn't want to do

9  because I didn't think that the medicine would work.

10     Q.  So just putting an end on this question of the

11  pre-clinical phase.  You get the investigational brochure?

12     A.  Uh-huh.

13     Q.  What data regarding pre-clinical would you

14  particularly want to take note of?

15     A.  The mechanism of action, the effects in animals.  I

16  recall years ago there was -- when I was going over one of the

17  investigative brochures, there was -- this is a small detail,

18  and it was many years ago -- they talked about penile

19  dehiscence, and I was puzzled over that, and looking at all the

20  information, the only conclusion I could come to was that it

21  was most likely due to -- it was unlikely the penis actually

22  came off.  It was probably some behavioral issue, at least

23  that's what I felt.

24          It influenced me to the extent looking at all the

25  other information, keeping that in context, but it didn't

1  affect the ultimate decision.  There was enough data to know

2  behavioral issues were definitely a potential side effect.

3        There was a study years ago where -- it was actually a

4  Parkinson's -- well, I will wait for you to ask the questions.

5     Q.  What about -- do you rely on the fact that the FDA has

6  approved the drug now for human testing?

7        In other words, when you are looking over the

8  toxicology, let's say the pre-clinical toxicology data, are you

9  looking at it to reanalyze it or are you taking faith in the

10  fact that the FDA had approved this pre-clinical package and it

11  was now moved into human trials?

12     A.  I don't take it on blind faith.  Some years ago, I

13  participated in a study with a drug company of a potential

14  neuroprotective agent for Parkinson's disease, and the

15  mechanism of action, it was what is called an anti-apoptotic

16  agent, a-p-o-p-t-o-t-i-c, and at the investigative meeting, the

17  basic science was reviewed.  This is the type of information

18  from the investigative brochure.  Many complex slides were

19  shown of programmed cell death.

20        The thought was that this would potentially inhibit

21  the pathways of cell death and, thus, help to slow the neuronal

22  death that occurs in Parkinson's.

23        I was sitting there and looking at the information,

24  and it occurred to me that this is a great way to stop cells

25  from dying.  All the pathways that were showing were the

1    pathways that are involved in cancer, because cancer cells, the

2    issue is, among others, that they don't die.

3          I actually indirectly helped to change that protocol.

4    So I spoke up and I basically asked the question of whether

5    there was concern about this, and the examination that was

6    being suggested for patients was heart lungs happen.

7          Q.   And who do you pass your questions to?

8          A.   I spoke up at the meeting, and the sponsor was there,

9    the main investigators.  It was a roomful of probably about 100

10   people.

11         Q.   This was a phase two or phase three?

12         A.   I don't recall.

13         Q.   But it was one of those two, primarily?

14         A.   It was.  And the initial reaction wasn't enthusiastic.

15   People seemed to be upset that I had said anything.  And the

16   answer was that it had been looked at in animals, and the

17   animals didn't get cancer, and I kind of pointed out that

18   animals aren't humans, and that -- so they did modify the

19   protocol.  They included safety measures, and they ended up

20   publishing an article showing it didn't show any increased rate

21   of cancer in the study.  But that would be the best example.

22         In the earlier questions when you were talking what I

23   might or might not have done, I don't think that would change

24   the answer to those questions because this wasn't a phase one

25   study, but I wanted to let you know.

1     Q.   So you felt it was inadequate testing in the

2  pre-clinical phase to identify whether or not there was a risk

3  of cancer that could develop in the patients that were going to

4  be enrolled?

5     A.   No.   I felt the pre-clinical testing wasn't sufficient

6  to show if it would or wouldn't, and therefore, they needed to

7  do more pre-clinical testing.

8     Q.   Was there ultimately more pre-clinical testing?   I

9  mean, was there more testing?   Sorry.

10     A.   The protocol was modified to add safety measures to

11  monitor closely for emergent density in the patients in the

12  strain.

13     Q.   But that was only going to pick up whether or not,

14  then, the drug was starting to trigger the development of

15  cancer cells.   It wasn't going to prevent that people were

16  still at risk?

17     A.   Theoretically, correct.   It was improvement in the

18  plan.   It wasn't a change in the pre-clinical, based on my

19  understanding of the pre-clinical testing at that time.   And I

20  should say I didn't go into the depth that I have with this

21  case by any means.   It was more just a concern that I had.   But

22  my understanding was that I wasn't aware of any way to do

23  additional testing for possible malignancy in pre-clinical, nor

24  did I look into that or bring that up at the time.

25     Q.   Besides investigational brochures and this one

1    instance you talked about, have you reviewed -- and before this

2    case, have you reviewed any pre-clinical toxicology data that

3    is a matter of course in your work?

4        A.   When you say "aside from the investigative brochure,"

5    it's in the investigative brochure.

6        Q.   Because you reviewed the investigational brochure, you

7    have access to and reviewed the pre-clinical toxicology data.

8             Have you ever asked for further data besides what's in

9    the investigational brochure?

10       A.   I have not, to my recollection.

11       Q.   Okay.  What about before this case, pre-clinical

12   toxicology data for BET inhibitor?

13       A.   Of course, I would have to reason to, and I didn't in

14   this case.

15       Q.   Okay.  Federal regulations.  Are you aware of federal

16   regulations that govern pre-clinical phases of cancer study

17   drugs?

18       A.   I don't have a photographic memory, knowledge of them

19   but I am aware of them, and I reviewed them in connection with

20   work that I have done to review for this case.

21       Q.   Do you know how many there are that are relevant?

22            First of all, where would you go to look for such

23   regulations?

24       A.   I think I referenced it in my references here.  Let's

25   see.  I think it's actually in the documents and items

Page 29

1   reviewed.  It looks like I didn't directly reference it, but

2   included it in a bullet point regarding the current and past

3   guidelines, regulations, and laws.

4       Q.  What page are you referring to?

5       A.  On Page 2.

6       Q.  Does the reference "ICHS9" have any meaning to you?

7       A.  It sounds familiar, but I don't want to speak to the

8   exact number.  It was commented on in one of the defendant's

9   expert witness reports, and I recall seeing the same

10  information when I did my review.  I don't recall the specific

11  document, but it was, basically -- I think I obtained a copy of

12  the guidelines on the internet.  I don't recall the specific

13  document.

14          Anyway, to make a long story short, I believe that's

15  the one that talks about guidelines for safety testing, the

16  basic guidelines, and then it contains a reference to what

17  additional testing should be done.

18      Q.  Did you review those guidelines before you wrote your

19  report?

20      A.  Yes.

21      Q.  But you didn't refer specifically to them in your

22  report.  Is there a reason?

23      A.  Because my report is 15 pages long, and I wanted -- I

24  basically had to get it done and to have -- there's a lot of

25  evidence and links to the evidence to my conclusions, so I

1    basically --

2        Q.   Would you say that those regulations are quite

3    pertinent, then, to the question of what was expected and what

4    was required with respect to appropriate and due diligent

5    pre-clinical testing of the drug?

6        A.   I think they're very relevant, yes.

7        Q.   And it is a standard, isn't it, in a sense, it is a

8    regulation?

9        A.   That's my understanding based on what I reviewed, yes.

10   I would have to see the document you are referring to now.  If

11   you had a copy, I would actually like to review it because I

12   don't want to, basically, if I don't recall the specifics, but

13   I believe it refers to two other sections as well, as things

14   that should be done, if there is additional concern.  If that's

15   what we're referring to, then the answer would be yes.

16       Q.   But you didn't feel it was necessary for your report

17   to identify the particular regulations and whether or not those

18   regulations, as they lay out what was required, were conformed

19   to in this pre-clinical work?

20       A.   I didn't feel it was necessary to itemize it.  I did

21   include it in the list of things I reviewed under the bullet

22   point I mentioned.

23       Q.   Under just a general a bullet point?

24       A.   Yes.

25       Q.   Do you make it a practice not to cite specific

1   regulations that may be pertinent to a particular opinion and

2   just throw in a catchall bullet point just to any and all

3   regulations?

4           MR. MILSTEIN:  Come on.  Are you arguing with him?

5           MR. LIEDERMAN:  No.  I am jus asking him whether or

6   not he --

7           MR. MILSTEIN:  Ask him about --

8           MR. LIEDERMAN:  Is it your practice to have a catchall

9   bullet point and not refer in his reports, to particular

10  regulations?

11          THE WITNESS:  No.

12  BY MR. LIEDERMAN:

13      Q.  Are you aware whether federal regulations require

14  specific neurotoxicity testing in the pre-clinical phase?

15      A.  I don't recall every word in the section, but I have a

16  recollection that there is a reference that if there -- and I

17  don't want to misquote here, but something to the effect, if

18  there is concern, that additional testing should be done and

19  then a reference to that additional testing.

20      Q.  And what would be the nature of the type of concern

21  that would trigger the need for additional testing?

22      A.  My interpretation is it could be anything from

23  findings in simpler, you know, toxicity evaluations to concerns

24  about the mechanism of action of the drug, its potential to

25  cause or worsen psychiatric illness or possibly the fact that

1   it causes memory impairment in a rodent model of safety

2   testing.

3        Q.  Are you aware of any other BET inhibitor clinical

4   trials that have gone on?

5        A.  Not in specific detail, but in a general sense.

6        Q.  Are you aware whether or not any of those trials

7   conducted specific neurotoxicity testing in the pre-clinical

8   phase?

9        A.  I am not aware one way or the other.

10       Q.  Does the phrase MMSE have any meaning to you?

11       A.  It stands for Mini-Mental Status Examination.

12       Q.  And MOCA?

13       A.  Montreal Cognitive Assessment.

14       Q.  And CSSRS?

15       A.  The Columbia Suicide Severity Rating Scale.

16       Q.  Do you know whether or not any BET inhibitor clinical

17   trials ever conducted those type of tests?

18       A.  I don't know.

19       Q.  Did you make any inquiries going to FDA sites to see

20   whether or not there had been other BTE clinical trial sites

21   and take a look at their packages?

22       A.  Take a look at their packages?

23       Q.  The pre-clinical packages, if they were available

24   online.

25       A.  I am not aware they are available.  I made no effort,

1   and I don't see that as relevant.

2       Q.  Have you seen any other BET inhibitor I&D submissions?

3       A.  No, and I don't see that as relevant.

4       Q.  Are you aware whether I&D submissions for cancer drugs

5   differ from non-cancer drugs?

6       A.  I am not aware of whether they do or don't or if there

7   are specific requirements.

8       Q.  Do you have any understanding of the difference

9   existing?

10      A.  I don't have specific knowledge if there is a

11  difference.

12      Q.  When you say you don't have specifics, anything

13  general?

14      A.  I don't know.

15      Q.  So what is it that you believe Constellation should

16  have done differently in their I&D submission to have not been

17  negligent?

18      A.  They should have conducted additional neurotoxicity,

19  pre-clinical testing.  They should have -- let me back up a

20  step.

21          I didn't offer opinion about I&D submission, and I

22  don't have an opinion now about I&D submission to be negligent.

23  My opinion is reflected on, basically, what they did at the

24  company and how they moved the medication forward.

25          Tying it to the I&D submission goes beyond what I am

1    offering in my opinion.

2         Q.   So if you were to create a time frame when this

3    negligence occurred, at what point in the time spectrum of the

4    development of this drug would the negligence have occurred?

5         A.   I can't assign a specific time point.   There are

6    different aspects of the negligence, and thus, different time

7    points.   It's, basically, a process rather than an event.

8         Q.   Would it have occurred, then, in your mind, after the

9    FDA provided approval for human testing?

10        A.   Let me clarify one point.

11        Q.   Yes.

12        A.   FDA approval does not exculpate a response or from

13   insuring that their product is safe.   It is not a legal

14   loophole to say.

15        Q.   Right.   But that wasn't the question.   The question

16   was just trying to find out a time frame when you think the

17   negligence would have occurred.   Negligence would have occurred

18   in the preparation of the I&D, in the pre-clinical testing, or

19   -- I am just following what you had said.   Is it occurring

20   after they were starting the phase one or did it occur sometime

21   during the phase one up to the point that this injury occurred?

22        A.   I can't comment or speculate on the specific times,

23   but one important aspect of negligence was not addressing the

24   possibility that a bromo domain inhibitor could have

25   consequences that would go beyond its effect on malignancy, the

1    understandable potential effect on the G.I. tract, and not

2    including measures to look at the potential effects on many

3    organ systems, including the brain, so that would be very early

4    in the, if you will, exploration period.

5        Q.  Would you agree that there are no regulatory

6    guidelines for cancer treatment that require specific testing

7    for FDA approval?

8        A.  Say that again.

9        Q.  Are you aware of any regulatory guidelines that

10   require specific types of testing for FDA approval for

11   cancer-oncology drugs?

12       A.  I am not aware one way or the other.

13       Q.  Did you review the toxicology data for this study?

14       A.  I reviewed the pre-clinical.  Yes, I did.

15       Q.  So you reviewed the pre-clinical data?

16       A.  Yes.

17       Q.  Did you see any neurological issues in the general

18   toxicology data?

19       A.  I would have to refer to the actual documents.  My

20   recollection is that nothing was noted and that the details as

21   to what was done were very sketchy and limited.

22       Q.  Now, I assume because you said you haven't looked at

23   other BET inhibitor submissions, so you are not aware of other

24   BET inhibitors and their sponsors submitting specific

25   neurotoxicity data in their submissions.  Correct?

1     A.   I have no knowledge of that one way or the other.

2     Q.   So you also don't know that there are now 13 other

3   BTE inhibitors being studied in clinical trials?

4     A.   I am not aware of the number.  I know it is a field

5   that many, many people are interested in, and when I last

6   looked, I swore that there were probably about a half dozen the

7   last time I looked.  I am not aware of the exact number.

8     Q.   Are you aware that none of the studies have reported

9   manic or psychotic episodes or other neurological-type

10  illnesses?

11    A.   I am not aware of that.

12    Q.   If that were true, would that influence your opinions?

13    A.   Not at all.

14    Q.   Why not?   I will rephrase that.

15         Would you take that into account as part of the data

16  information that you would use to form an opinion?

17    A.   No.

18    Q.   Why not?

19    A.   Because these are different agents, these are

20  different protocols, these are different populations, there are

21  many unknown variables.

22         It would require an in-depth analysis of all the

23  pre-clinical safety data, clinical safety data, and it's beyond

24  the scope of my analysis and is not necessary.

25    Q.   Unless there was such a review that would show that

1   there were similarities.  Would you agree?

2       A.  If there were reports that came to my attention, I

3   would consider them, but I wouldn't see the need to go

4   exploring for them.  It only takes one case of serious outcome

5   to know that a serious adverse event has occurred.

6       Q.  Right.  But isn't it true that when you are talking

7   about anyone's adequacy of projecting and predicting, it's not

8   necessarily based on the fact that, eventually, there was an

9   adverse event.  Therefore, by reason of the fact there's an

10  adverse event, it should have been projected or predicted.  I

11  mean -- strike that.

12          Are you saying the fact that an adverse event occurs

13  means, definitely, that it was something that could have been

14  predicted?

15      A.  Can you rephrase the question because I don't know,

16  based on your question, what a "yes" or "no answer would imply.

17      Q.  Okay.  Is it your opinion that the fact that a manic

18  episode occurred on a drug means that the sponsor of the drug

19  should have predicted that that would have been an outcome?

20      A.  No.

21      Q.  Okay.  So in order to be at a predictable outcome,

22  what would you need to look for in the information that was

23  available at the time?

24      A.  Let me clarify that.  I never said this was a

25  particular outcome, so I am not comfortable answering the

1    question because I feel like you are putting words in my mouth.

2    Q.  I am not.  There is more than enough time, opportunity

3    here on the record to clarify, and I am not going to argue

4    against whatever is your testimony.  I am just trying to

5    clarify what I hear?

6    MR. MILSTEIN:  Why don't you ask him why he thought

7    they should have been aware that this is the kind of adverse

8    effect that could occur, because that's, basically -- just ask

9    him in a general sense.

10   BY MR. LIEDERMAN:

11   Q.  What's the data you believe would have required --

12   would have predicted the outcome for Mrs. Spedale?

13   MR. MILSTEIN:  A possible event?

14   BY MR. LIEDERMAN:

15   Q.  No.  That would have predicted the outcome for

16   Ms. Spedale.

17   A.  I don't think you could have predicted the outcome,

18   and I don't think that is relevant to this case.  Predicting a

19   bad outcome isn't the issue.  The issue is not insuring the

20   safety of the research participants who then had a bad outcome.

21   Q.  When you save said the safety, is it your testimony

22   that those type of considerations would have prevented the

23   outcome that she had?

24   A.  Can you rephrase the question.

25   Q.  In forming your opinion, does that include an opinion

1    that the steps that you believe should have been taken by the

2    sponsor in the study of this drug are steps that would have

3    prevented the outcome to Mrs. Spedale?

4        A.   I don't know.   It is unlikely that the additional

5    safety testing would have picked up anything and everything

6    that might have happened.   However, it would have basically

7    allowed for a more careful protocol development.   It would

8    have allowed for clarification in the informed consent as to

9    the possible outcomes.   I can't say that it would have

10   predicted that.   I don't know.   I just know it wasn't done and

11   that this happened.

12       Q.   So is it fair to say that you don't feel comfortable

13   with what they did, you don't feel it was adequate, but you

14   can't say anything more, other than it's speculative that it

15   would have prevented the outcome?

16       A.   That isn't what I am saying.

17       Q.   Okay.   Do you believe with a reasonable degree of

18   medical certainty that it would have prevented the outcome?

19       A.   I don't know.

20       Q.   In reviewing the data from this study, are you aware

21   of whether or not any other test subject evidenced any mania or

22   psychotic reactions?

23       A.   I am not aware one way or the other.   I believe there

24   were two patients noted to have confusion.

25       Q.   Did you see the analysis of those two instances?   Did

1    you review the data with respect to them?

2       A.  I believe I had the safety -- I don't recall at this

3    moment, and that's simply because I was not focused as much on

4    that.  I believe that I did review the safety reports of those

5    two patients.  It was about three months ago.  But I do believe

6    that I did.

7       Q.  Did you believe from the review that that confirmed or

8    in any way added to your understanding of Mrs. Spendable's

9    experience?

10       A.  I didn't have a strong opinion one way or the other

11    about those two cases.  My recollection is that I didn't see

12    that there was enough information there to favor or disfavor

13    Ms. Spedale's adverse event.

14       Q.  Do you recall what information was not available that

15    would have contributed or enhanced your ability to draw such a

16    conclusion?

17       A.  My recollection, and I do apologize because this was

18    three months ago, and I didn't read this again for today's

19    deposition.  My recollection is that the information that I had

20    was predominantly the safety reports, the SUSAR or C1NS Safety

21    Reports.

22          The additional information would be similar to what I

23    had for Ms. Spedale, which is extensive medical records, and I

24    would say more than anything, medical records.

25       Q.  Is there a difference in your mind between confusion

1    and an incident like Ms. Spedale of mania or psychosis?

2         A.   I should explain the word "confusion" means different

3    things to different people in different contexts, and so to

4    know what was meant by the report "confusion," I would have had

5    to have had much more information.  So it could have been the

6    same; it could have been very different.  There would be no way

7    to know.

8              MR. MILSTEIN:  Let's take a break.

9              MR. LIEDERMAN:  Okay.

10             (Recess taken.)

11   BY MR. LIEDERMAN:

12        Q.   So do you recall now whether or not in the reported

13   results of the rodent and the dog studies, there was anything

14   that showed any abnormal, inappropriate behavior patterns that

15   would have prompted further testing?

16        A.   I don't recall today.  I would have to refer again to

17   the documents.  There's nothing that I recollect.

18        Q.   Did you see any studies conducted that did not appear

19   to be performed, as directed by the ICHS9?

20        A.   Can you repeat the question.

21        Q.   Did you mention in your report any evidence that the

22   toxicology studies were not performed, as directed by the

23   ICHS9?

24        A.   I would have to refer to that document because I don't

25   recall the specifics.  My recollection is, when I reviewed it,

Page 42

1    it indicated that if there were -- and this is not precise

2    wording -- something to the effect of additional concerns or

3    other concerns how the testing should be done, and based on the

4    information I have, I believe that wasn't done.

5        Q.  So let's review.  What was the reason that you think

6    other testing should have been done?  What would have been the

7    factors?

8        A.  The mechanism of action of the study drug is to act as

9    a bromodomain inhibitor, therefore, affecting the DNA

10   transcription by acting at the lysine residue of histones,

11   basically isolating lysine residues, and the body of knowledge

12   readily available, published data, indicating that epigenetic

13   mechanisms are believed or were and continue to be believed to

14   be part of the disease process for different psychiatric

15   disorders, including histone methylation.  That's number one.

16       Number 2 is the article published by Dr. Alice before

17   the plaintiff enrolled in the study that clearly states that

18   this class of medication can cause or, actually, does cause

19   brain injury in mammals.

20       Q.  The Alice study, is it your testimony that it came out

21   before she enrolled?

22       A.  Yes.

23       Q.  It was published in 2016, wasn't it?

24       A.  No.

25       Q.  What date was the publication?

1      A.   I would have to check here again.

2           It was published in 2015 in Nature Neuroscience.

3      Q.   And do you recall when she was enrolled?

4      A.   I believe it was toward the end of 2015.

5      Q.   And what was the date of publication in 2015 for

6   Alice?

7      A.   I don't have it in front of me.  I can go check, if

8   you like.

9      Q.   So is it your belief that the Alice study would have

10  required, then, a succession of the phase one study until

11  further tests could be conducted?

12     A.   That is not one of my opinions.

13     Q.   Okay.  So how does the effect of the Alice study have

14  an impact on Ms. Spedale's experience in the study?

15     A.   The information should have been known by the drug

16  company, given that the article is based on research done by

17  one of its founders and published by one of its founders, and

18  they should have, basically, looked at their pre-clinical data,

19  they should have looked at their protocol.  They should have

20  thought about the possibility that there could be injury to the

21  central nervous system.  They should have made sure there was

22  an exclusion for psychiatric disorders, they should have

23  changed the protocol.  They should have alerted the patient to

24  this report.  They should have alerted the patient that this

25  could cause the patient to have brain injury based upon this

Page 44

1    report.  Though it wasn't done at the drug company, this is

2    fact, and the drug company should have known it.

3        Q.  Is it your opinion that the information that was

4    available in 2015 would conclusively provide evidence that

5    brain injury could reasonably be anticipated as a result of

6    using the drug?

7        A.  I would not say yes to what you stated because the way

8    you are phrasing it is not what I would -- that is not my

9    opinion.

10            My opinion is that there would be concern and that

11   there would be the need to -- it would be the need to insure

12   the safety of patients above and beyond what has been done to

13   that woman.

14       Q.  In your mind, is there any relevance to the fact that

15   no one else in phase one study has exhibited the same problems?

16   We could talk about those two confusions, but the others, no

17   one has exhibited any type of manic or brain injury?

18       A.  Do you mean the patients who received much lower does

19   of the medicine?

20       Q.  The patients that have been on the medicine.

21       A.  On much, much, much lower doses of the medicine?

22       Q.  How would that have affected your opinion whether you

23   go through the regular dose protocols that are part and parcel

24   of a phase one study?

25            What dose do you believe the evidence would have

1    required, then, as the roof or the limit to the dosing in a

2    phase one study as a result of the information that you believe

3    was available at the time?

4        A.  You are phrasing something which is not one of my

5    opinions, and so I am not sure about how to answer the

6    question.  You seem to be implying something that I didn't say

7    or don't believe.  So can you rephrase the question.  Your

8    original question --

9        Q.  Do you believe that the information that was available

10   by 2015, at some point in 2015, or as you say, may have been

11   available to them before --

12       A.  It was available to them before.

13       Q.  Have you had discussions with people at Constellation

14   about what information they had in 2014 or 2015?

15       A.  I haven't, but --

16       Q.  Have you read any articles by anyone at Constellation

17   indicating that in 2014, the company was aware of certain

18   information?

19           MR. MILSTEIN:  Other than the one by Mr. Alice?

20           MR. LEDERMANN:  The assumption is Mr. Alice's

21   information had conclusions.

22           MR. MILSTEIN:  He is the founder of the company.

23           MR. LIEDERMAN:  That doesn't -- so what we are doing.

24   Well, I am not deposing you, so...

25   BY MR. LIEDERMAN:

Page 46

1      Q.   Do you know, in fact, whether or not the information

2   Mr. Alice had was available in the company or is it,

3   essentially, something that you are assuming?

4      A.   What I know is that information was available to

5   everyone with an internet connection.

6      Q.   And at what point in time was it available by

7   internet?

8      A.   I don't know the precise date, but I do know the date

9   of publication was before the patient enrolled in the study.

10     Q.   By months or by weeks?

11     A.   I don't know the exact.  I don't recall.  I believe I

12   did look at it and it was a reasonable amount of time and there

13   was more than a reasonable expectation that the company had to

14   have actually been reading articles into bromodomain

15   inhibitors, would have known.

16     Q.   What articles?

17     A.   Any and all articles.

18     Q.   What, if any or all, articles are you referring to

19   that existed, before the Alice article, that would have

20   indicated that there was a risk of some neurotoxic affect from

21   the drug?

22     A.   That isn't what I said.

23     Q.   Then what are you referring to as articles that

24   existed up until that time that she enrolled that would and

25   should have impacted on decision-making by Constellation?

1    A.   That's not what I said.

2    Q.   What articles are you referring to and why?

3    A.   What I am saying is that, had they been reading

4    articles on a regular basis, had they been keeping up with the

5    literature, they would have come across Dr. Alice's article.

6         It is implausible, it is incomprehensible, it is

7    unimaginable that they would not have had that article or been

8    aware of that article, and if they weren't, it's unimaginable

9    the incompetence of the company to not know of that article.

10   Q.   Let's clarify.  First, you said "articles," and then

11   you said the "Alice article."  Are we referring to the Alice

12   article or other articles?

13   A.   No, we are only referring to the Alice article.  The

14   reason I said "articles" was to point out that I would expect

15   any drug company doing research on bromodomain inhibitors and

16   epigenetics would be keeping abreast of the field.  That's

17   where I used the world "articles."  I didn't mean there were

18   other articles out there that had the same information, but

19   there is no reasonable explanation as to why they would not

20   have been aware of Dr. Alice's article.

21   Q.   So upon knowledge of this Alice article, you believe

22   Constellation should have taken what steps with respect to the

23   informed consent, any of the protocols, and, specifically,

24   people who were already enrolled?

25   A.   I can't comment as to all the steps they should have

Page 48

1    taken.  At least one step would be to include a exclusion

2    criteria for patients with prior psychiatric or neurological

3    evidence.

4        Q.  Do you believe she had prior neurological/psychiatric

5    problems?

6        A.   She had steroid-induced psychosis, suggesting a

7    predisposition to psychosis.

8        Q.  A predisposition to psychosis from steroids?

9        A.  From an exogenous agent, yes.   Any reasonable

10   protocol would have excluded her from the trial.  We routinely

11   exclude patients with this type of prior psychiatric illness

12   from clinical trials of medications with potential

13   neurotoxicity.  It's commonplace.

14   BY MR. LIEDERMAN:

15       Q.  Are you aware of any connection between inhibition of

16   memory consolidation and mania?

17       A.  The obvious connection, if you will, is that both

18   involve changes in the brain that would have to do with

19   functional and structural factors.

20       Q.  The Alice study did see there was a block of memory in

21   mice.  Right?

22       A.  They were focused in the study on, if I recall

23   correctly, looking at that particular issue.  The nature of

24   their research, basically, as you would expect, would need to

25   be focused on very specific questions and limited to the

Page 49

1   experimental model that could answer those questions.

2        Q.  So I am just trying to understand.  Is it your

3   testimony that the fact that there was a connection between the

4   inhibitor or the fact that the inhibitor crossed the brain

5   barrier, that that, in itself, in your mind, was the

6   significant fact that would have required the exclusion

7   criteria?

8        A.  There were other details in the article that go way

9   above and beyond the fact that it crossed the blood-brain

10  barrier, the changes they found.  It was very detailed, very

11  through, and very concerning, and their conclusion, as I stated

12  in my report, is, if you will, even more compelling.  Not my

13  words.  The words of the founder of the company.

14       Q.  Is it your recollection that the protocols had no

15  exclusion for subjects with prior neurological issues?

16       A.  I don't at this moment recall the specific details.  I

17  would have to refer to the actual documents, and I don't recall

18  there being a specific exclusion for psychiatric or

19  neurological reasons.

20       Q.  Number 6 of the exclusion criteria, "Any other

21  concurrent, severe, and/or uncontrolled concomitant medical

22  condition that could compromise participation in the study;

23  e.g., clinically significant pulmonary disease, clinically

24  significant neurological disorder, active or uncontrolled

25  infection."

1          What meaning would that have to you?

2     A.   May I see the document?

3     Q.   Uh-huh.

4     A.   This only refers to concurrent illness.  It doesn't

5     refer to prior illness.

6     Q.   What's the difference between "prior" and "concurrent"

7     to you?

8     A.   "Concurrent" is at the time of enrollment into the

9     study.  "Prior" is something that happened before that point.

10    Q.   So then it's your testimony that if you were receiving

11    this and looking at it and you knew that the patient had a

12    prior mania, that you would discount it, given that there was

13    an exclusion -- that you would discount the prior mania and

14    enroll the patient, even though there is an indication that

15    people with neurological disorders shouldn't be involved?

16    A.   To apologize, but I have to correct you.  Concurrent

17    neurological disorders.

18    Q.   And the fact that it's concurrent --

19    A.   And the way that it's worded, yes, if you were to

20    follow that, you would absolutely enroll someone with a past

21    history of mania based on that exclusion or inclusion criteria.

22    The way this is worded, it's extremely clear.

23    Q.   Do you see a difference and significance between

24    "concurrent" and "past" when you are dealing with an unknown

25    drug for what risks could be accompanying the drug that is an

Page 51

1   experimental phase?

2        A.   Can you repeat the question.

3        Q.   If you are in a drug trial that is in its experimental

4   phase and you are taking a look at exclusion criteria and it's

5   talking about neurological disorders, albeit, it says,

6   concurrent, would that still raise concerns about anybody's

7   history in the past as far as neurological disorders as well?

8        A.   I absolutely don't understand your question.   I am so

9   sorry.

10       Q.   To you, a practicing physician, taking a look at a

11  concurrent, severe clinically-significant neurological

12  disorder, the fact that it says "concurrent" would immediately

13  discount any interest you might have in previewing the

14  patient's past history where there was incidence of mania?

15       A.   That's ridiculous.   You wouldn't discount it.   You

16  would review all the information, but, based upon that

17  guideline, without any knowledge that the study drug could

18  cause central nervous system injury, it wouldn't rise to your

19  attention.

20            You would trust the sponsor under guidelines and would

21  have no reason to think that prior psychiatric illness would be

22  an issue based upon the information in the protocol.

23       Q.   We can assume, can't we, that in listing this as one

24  of the exclusion criteria, there was a concern about the breach

25  of the brain-blood barrier by the drug.   Otherwise, it wouldn't

1    even have an effect on concurrent, severe neurological

2    disorder.

3        A.   No, you can't conclude that at all.

4        Q.   But it does indicate that there could be some

5    connection or concern about neurological disorders and being

6    involved in the trial.  Right?

7        A.   It indicates a level of concern that is almost

8    boilerplate in terms of different potential complications of

9    the medication.  It doesn't rise to the level of being a

10   warning or caution.

11           The way it's stated there is kind of couched with --

12   what are the other issues, pulmonary?

13       Q.   Clinically-significant pulmonary disorders, active or

14   uncontrolled infection.

15       A.   Yeah.  Well, in terms of -- if what you are saying is

16   true, would you have to speculate there was some concern about

17   pulmonary issues, and there's nothing to suggest that at all.

18       Q.   So the concern that it could affect people with prior

19   mania is --

20           MR. MILSTEIN:  Drug-induced mania.

21   BY MR. LIEDERMAN:

22       Q.   Drug-induced mania, even if it's steroid-induced

23   mania, means that there is a proclivity, potentially, in a

24   patient to mania because of drugs?

25       A.   Can you restate the question.

Page 53

1       Q.   Is the problem you are referring to that somebody who

2   has had drug-induced steroid-induced mania.  Therefore --

3           MR. MILSTEIN:  Objection.  Say "drug-induced."  I

4   think that is the proper term.

5   BY MR. LIEDERMAN:

6       Q.   Drug-induced mania, that immediately presents a risk

7   for taking any drug in a trial?

8       A.   I would say that a prior episode of drug-induced mania

9   is clearly a respecter for future drug-induced mania,

10  especially with an experimental medication with completely --

11  hold on -- experimental medication that --

12      Q.   What page?

13      A.   Page 4.

14      Q.   Okay.

15      A.   ....where in the words of Dr. Alice, quote, "Almost

16  nothing is known about BRD4 function in the brain," end quote.

17      Q.   Isn't there always a risk for virtually every drug

18  going into experimental phase that there are things we don't

19  know until we go into the actual trial and see if there is an

20  effect?

21      A.   There is always risk, but when you know or suspect a

22  potential risk, if you are ethical, you have a legal obligation

23  to inform a potential subject of that.

24      Q.   Your counsel offered drug-induced mania.

25          You don't see any limiting effect to the fact that the

1  mania that she had exhibited was steroid-induced as opposed

2  to -- that it was steroid-induced, that that's not limiting,

3  that that automatically opens to any type of drug-induced mania

4  potential.

5      A.  We don't know as much as we would like.  I am not

6  aware of anybody completely understanding the mechanism of

7  action of steroid-induced mania, and thus, I would say it poses

8  a real risk for other agents, especially those where, quote,

9  "almost nothing is known about BRD4 function in the brain,"

10  period, end quote.

11      Q.  And what is significant about what you are reading?

12      A.  What's significant is it's basically stating that this

13  is not just my opinion.  It is the opinion of one of the

14  founders.

15      Q.  No, the point that he raised, what's significant about

16  that phrase?

17          I just want you to explain on the record what's

18  significant to you about that phrase.

19      A.  What's significant is that, at the time of

20  publication, that, almost nothing was known about the function

21  of the agent in the brain.  Therefore, using a bromodomain

22  inhibitor, without understanding the function, is something

23  that one would least have concern about.

24      Q.  Does he say in that article that people who have

25  drug-induced mania previously should avoid BET inhibitors until

1    more is known?

2        A.   That is ridiculous.  Of course, he doesn't.

3        Q.   Okay.  Let's go on.  You had said in your report that

4    "Histone modification of the type caused by BET inhibitors such

5    as this test product is known to play a major role in

6    psychiatric illnesses, including mania and psychosis."

7             What's the basis for that opinion?

8        A.   It's one of the articles that I include in my

9    reference list.  In particular, there is a peer-reviewed

10   article by Ruzika on Page 15, Number 28, in which he summarizes

11   the information on DNA methylation, histo acetylation, and

12   histone methylation, and, let's see, what was the -- psychotic

13   disorders.

14       Q.   Does he draw a direct connection?

15       A.   Between those and -- he cites the evidence in

16   reference to other articles, and when you say a "direct

17   connection," I am not sure what you mean, but he does site the

18   evidence.

19       Q.   Does he discuss BET inhibitors?

20       A.   I don't recall.  I don't believe he discusses BET

21   inhibitors.  What he does state quite clearly is that

22   histo-acetylation or, if you will, impairment of factors

23   related to histo and acetylation are strongly associated with the

24   psychiatric illness.

25       Q.   What was the year of that article?

1     A.   2015.

2          His reference to the other articles predate his review

3     by quite a bit, and there are many other articles, only a few

4     of which I have included in all of this.

5     Q.   Did you ever participate in such research yourself?

6     A.   In what research?

7     Q.   The type of research that produced an article like the

8     one you just cited or what you referred to as prior articles.

9     A.   I did not participate in that type of research.

10    Q.   Do you know whether all these articles were

11    peer-reviewed?

12    A.   I believe they were.  To my knowledge, they were.

13    I didn't check carefully.  Dr. Ruzicka is from Harvard Medical

14    School, if I recall correctly.  I am sure he is a good medical

15    source.

16    Q.   Is there a biological basis for mania and psychosis?

17    A.   There is a biological basis for every human illness.

18    Q.   So how would you describe the biological basis?

19    A.   There are different factors.  There -- and I would not

20    venture to get a detailed discussion of all the factors.  There

21    are environmental factors, genetic factors, and there are

22    epigenetic factors.

23    Q.   And you rely on the BET inhibitors fitting into this

24    link because of histone modification?

25    A.   Not just histone modification.  It's exactly what they

1    do which is to interfere with the effect, the downstream

2    effect, of histone acetylation.  It's exactly what they're

3    designed to do.

4        Q.  So what significance would it be if -- and we assume

5    that no one else had a mania or psychosis in these studies, in

6    this study, and no other BET inhibitor study had instances

7    report of mania or psychosis.  Would that be significant in

8    drawing a conclusion?

9            MR. MILSTEIN:  Are you -- I assume that is the case.

10   Would that be evidence that the connection may not be as you

11   think it may be?

12           THE WITNESS:  It would depend on -- it would not be

13   sufficient evidence one way or the other.  It would depend on

14   the dosage, the type of medicine, whether they crossed the

15   blood-brain barrier or not, what patient populations, and

16   importantly, the numbers.

17           When you are looking at small numbers in clinical

18   trials, you have to assume the worst, not the best, and you

19   don't look for statistical significance, if someone has a

20   disabling, devastating effect on their plane.

21           It only takes one patient, and that's the nature of

22   human clinical research.

23   BY MR. LIEDERMAN:

24       Q.  And your report goes into certain reported findings

25   with respect to Ms. Spedale in 2011 and the MRI in 2011.  How

1   does psychosis affect white matter?

2       A.   There is an association between white matter

3   abnormalities on imaging and a number of different psychiatric

4   illnesses.

5            So specifically things like mania, psychosis, late

6   onset bipolar disorder.  And it's basically an association.

7   The exact pathophysiology, to my knowledge, is not understood,

8   but there's large body of literature about the findings and

9   different studies looking more closely at how often this occurs

10  and where the lesions are.

11      Q.   Did you cite those studies in your report?

12      A.   I did.

13      Q.   Which ones were you relying upon?

14      A.   Number 4, hyperintense MRI lesions and bipolar

15  disorder, and I think there were others.

16           Number 21, "Role for White Matter Abnormalities in the

17  Pathophysiology of Bipolar Disorder."

18           Number -- no, that was not one of them.  And I think

19  those are the only two that I included.

20      Q.   Does chronic insomnia affect white matter?

21      A.   Does chronic insomnia affect white matter?  I am not

22  aware of it being a common or prominent cause of white matter

23  disease.

24           I am sorry.  Let me turn this off.

25      Q.   If it's an important call --

Page 59

1      A.   My pharmacy prescription.    Can we go off the record?

2           (Recess taken.)

3    BY MR. LIEDERMAN:

4      Q.   Chronic insomnia and white matter?

5      A.   I am not familiar with it as a common cause of white

6    matter disease.   I don't know one way or another.   I know the

7    most common factors are high blood pressure, small vessel

8    disease, and I am just not aware of any association, one way or

9    the other.   If there is an association, I would have to review

10   it.

11     Q.   What about "modal sources of chemotherapy," could that

12   affect chemotherapy?

13     A.   I believe it would depend on the type of chemotherapy.

14     Q.   Are there other causes of white matter?

15     A.   Well, white matter is a normal finding in the brain.

16   White matter is just, you know, I won't say half, but the brain

17   is gray matter, white matter.   I think what you mean are white

18   matter signal changes on the MRI scan.

19          The ones I am most familiar with are small vessel or

20   what's called microvascular ischemic disease.   Risk factors are

21   high blood pressure, diabetes, smoking, problems with

22   cholesterol or triglycerides, and then sometimes, just

23   basically, idiopathic small vessel disease.

24          You can also see white matter changes in patients who

25   have migraine.   You can also see them where there they are very

1    important in terms of the co-significance in patients with

2    multiple sclerosis.

3              There are infectious causes, parainfectious causes.

4              There is a very large differential diagnosis for white

5    matter disease.

6         Q.  Prior steroid induced-mania?

7         A.  I have not heard of steroid-induced mania causing

8    white matter disease.  I never heard that or have seen that or

9    seen a reference in literature to that.

10        Q.  So did you do your own analysis to exclude any of the

11   causes for the white matter that you reported in your report

12   that were found in the MRI scans in 2016?

13        A.  I reviewed every single page of the patient's medical

14   records, which, I don't recall, either hundreds or thousands of

15   pages.  I didn't find anything in there to identify an

16   alternative cause.

17        Q.  Not even a chronic insomnia which you weren't going to

18   give that meaning in your mind?

19        A.  I would have to see any research articles suggesting

20   chronic insomnia could cause white matter disease.  I can tell

21   you I have never heard of that before and I would need to

22   review that literature.

23        Q.  Did you also discount the fact that she had been under

24   courses of chemotherapy?

25        A.  I wasn't aware of any of those chemotherapy occasions

1   causing white matter disease, white matter changes.

2       Q.  You talked about EEG as abnormal?

3       A.  Yes.

4       Q.  And that this finding is an objective finding of

5   organic impairment.

6           Is there such a thing as "nonorganic impairment" as

7   opposed to "organic impairment"?

8       A.  It's kind of an archaic term.  I am kind of an archaic

9   doctor.  It means more that there --

10      Q.  Well, you use a cell phone.

11      A.  No.  Basically, it means that there is, if you will, a

12  structural change in the brain.  It, in some ways, means there

13  is something abnormal about the brain.  You would not expect to

14  see that in many, if you will, purse psychiatric illnesses.

15  They could be mild, subtle, changes that I am not aware of, but

16  it is the hallmark, it is the marker, of brain injury, and we

17  do EEGs on, really, all of our patients who have memory

18  impairment, cognitive impairment, and we use it as a way to

19  very clearly identify people with encephalopathy which is the

20  slowing of the micron activity.  Slowing is never normal.

21      Q.  Are there alternative explanations to an abnormal EEG?

22      A.  Medications, other illnesses, renal failure, liver

23  failure, and ongoing toxicity with other medications, diffuse

24  brain injury from other causes.

25          Lewy Body Disease is commonly associated with slowing

Page 62

1   background activity.  There are definitely other causes.  It

2   means the patient has some type of brain injury.

3       Q.  And sometimes, that could be medication that could

4   cause it?

5       A.  It is, but it's uncommon in an outpatient setting.

6   It's more common in the inpatient setting when patients are

7   overmedicated.

8       Q.  There are notes that Ms. Spedale was taking, is it

9   Olanzapine?

10      A.  Yes.

11      Q.  Could that cause an organic impairment?

12      A.  I have not seen patients on Olazapine with an EEG

13  slowing.  It is possible.  It would depend upon the dose.

14      Q.  What about, is it anticholinergenics,

15  a-n-t-i-c-h-o-l-i-n-e-r-g-i-c-s?

16      A.  A high enough dose of anticholinergics could cause

17  encephalopathy, slowing, yes.

18          MR. LIEDERMAN:  Off the record.

19          (Discussion held off the record.)

20  BY MR. LIEDERMAN:

21      Q.  With respect to Ms. Spedale's, we'll call it continued

22  symptoms, continuing injuries, what affect did her refusal to

23  take anti-psychotic medications contribute to the symptoms?

24          MR. MILSTEIN:  When she was psychotic?

25          THE WITNESS:  Can you --

Page 63

1    BY MR. LIEDERMAN:

2        Q.  Do you recall any evidence in the records that there

3    was a refusal to take anti-psychotic medications after

4    suffering the mania?

5        A.  I don't recall the specific details, but I do recall

6    there were repeated mentions of noncompliance, not wanting to

7    receive medical care, and reviewing all of her records, I can

8    see that she was psychotic at that time, so it's not unusual

9    for patients who are psychotic to not want treatment.

10       Q.  She took Zyprexa im the past, do you recall, from the

11   records?

12       A.  I don't recall the details.  Was that when she had the

13   steroid psychosis?

14       Q.  I don't have the exact date of when, but would that

15   have worked for her, taking Zyprexa?

16       A.  I don't know.

17       Q.  Do you consider this manic episode to be different

18   than the last?

19       A.  It was a different episode.  I am not sure what the

20   question is.  Do you mean the symptoms, the nature?

21       Q.  Both.

22       A.  There are similarities and there are differences.  The

23   record speaks for itself.  It was certainly more severe, and it

24   has gone on, progressed, and there are other aspects to her

25   neuropsychiatric state now that I am aware of.

1       Q.  You had a reference to the fact that chemotherapy can

2   cause CNS injury that is not necessarily reversible.

3       A.  Specific chemotherapeutic agents.

4       Q.  In reviewing her records, did you see such agents

5   being employed?

6       A.  I don't recall at this moment.  I would have to review

7   it again.

8       Q.  Okay.  As part of your analysis and preparation of the

9   report, did you go through that type of analysis to discount

10  that?

11      A.  I did, and my recollection is that there was nothing

12  that fit the time course in terms of the agents she was

13  receiving.  I don't know if I referred to it in my list of

14  articles.  I think I might have.  Here we go.

15          In 32, I believe -- I could be wrong.  Number 32 does

16  refer to "cancer neurotoxicity," and they describe the

17  different agents.  My recollection is that this doesn't include

18  the ones she received, or that, if it does, the time course

19  wouldn't be consistent with that.

20          Oh.  And there's another one, Number 15.  I want to

21  clarify.  I don't recall at this moment if those specifically

22  speak to your question, or they might also speak to just issues

23  having to do with unanticipated toxicities to other agents.

24      Q.  Do you recall whether her medical information, medical

25  records, rather, showed that there were some frontal lobe white

1   matter abnormalities earlier than in December 2015?

2       A.  My recollection, I did actually include that

3   information in the body of my report in the facts of the case.

4   If I could refer to that.

5       Q.  Because when you gave your conclusion, your opinion,

6   that she suffered the mania and psychosis as a result of the

7   toxic exposure, you listed the fact that there were frontal

8   lobe white matter abnormalities in the MRI scan and are known

9   to be linked to mania.

10      A.  Yes.

11      Q.  Okay.  But where there were earlier than December

12  2015?

13      A.  Not to my knowledge.

14      Q.  Okay.

15      A.  There was a -- well, hold on.  Let me double check.

16  There was a MRI -- Oh.  I'm sorry.  There were three MRI scans

17  that I am aware of, so let's make sure that we are clear on the

18  dates.

19          There was an MRI scan on December 30th, 2001 which was

20  reported to be normal, except for atrophy and one to two foci

21  considered to be normal for her age.

22          And then there was the MRI scan on March 17th, 2016

23  which showed bilateral, asymmetric, small, scattered

24  hyperintense foci on T2 clear images and age-related cortical

25  atrophy.

Page 66

1          Then the final one, I believe, you mentioned on

2     October 5th, 2016.  The one on October 5th, 2016 is referring

3     to, quote, prior study, end quote.  But it's important to know

4     they're not referring to the one from March 17th, 2016 which

5     was done at an outside facility, at another hospital.  They are

6     referring to the one that is done in 2011, I believe.

7          Q.   Do you have an opinion as to whether if she had taken

8     the anti-psychotic medication that her symptoms would have

9     resolved quicker than they did?

10         A.   I don't have an opinion on that matter.

11         Q.   Did you note anything in the records about her

12    personality of behavior, pre-incident, that was noted as

13    not -- strike that.

14         You cited "irrational suspiciousness" in the report.

15         A.   Yes.

16         Q.   But are there baseline characteristics of the

17    Plaintiff that evidence themselves throughout her record that

18    show things like irrational suspiciousness?

19         A.   In all the records I reviewed, I don't recall seeing

20    that anywhere documented.  The records that I have are

21    extensive.  She was seen by multiple specialists over multiple

22    years, multiple visits, and I don't recall seeing that

23    anywhere.

24         Q.   You do speak of valproic acid as an effective

25    pharmacological therapy for mania.

1      A.   Yes.

2      Q.   Does that fact lead to the conclusions that you

3   reached about BET inhibitors and the histomodifications?

4      A.   It's evidence for the epigenetic theories of psychosis

5   and mania.  I should explain.  I don't mean to use these terms

6   interchangeably.  They're all things in a category where

7   patients can have various aspects of both, and the diagnoses,

8   the specific diagnosis, depends on other factors, which I am

9   not going to get into.

10        But getting back to the issue of valproic acid,

11   valproic acid is a -- let me refresh my memory here.

12        Okay.  So it's known to be a histone deacetylase

13   inhibitor, so if you think of a balance in histone acetylation

14   and de-acetylation, it's very complex.  It is not something

15   where you can simplistically say that acetylation is good and

16   de-acetylation is bad.  However, histone deacetylation is

17   basically a modification of the pathways that is in opposition

18   to the effect of a BET inhibitor.  So BET inhibitors, they

19   basically interact in a way that would interfere with the

20   action of the acetylated histomoides by preventing the binding

21   of the bromodomain proteins and inhibition of histone

22   deacetylaze would be expected to increase acetylation in a

23   situation where you are not dealing with a BET inhibitor.

24        So if there were genes that were being -- well, we

25   clearly know that there are genes that are controlled by these

Page 68

1    pathways.  Either increased acetylation or -- well, increased

2    acetylation would enhance the expression of those genes

3    controlled by this pathway in a general sense, and anything

4    that would be involved in blocking that action would reduce

5    expression of those genes.

6         Q.  Okay.  Let's talk about the informed consent.

7             You had said in your report that the medical records

8    suggest -- strike that.

9             Have you spoken with Mrs. Spedale at all?

10        A.  I have not spoken with her.

11        Q.  Have you reviewed any testimony of hers?

12        A.  I don't recall.  I don't believe so.

13        Q.  Any testimony by her husband?

14        A.  I have documents from family members, and I don't

15   recall at the moment which letters or statements were from her

16   husband, her son, or others.  I know that I reviewed at least

17   one statement from her son and I also spoke to her son.

18        Q.  You say that medical records suggest that she may have

19   perceived the study drug to be a therapeutic alternative to two

20   approved medications with known safety and efficacy profiles.

21            Do you recall what portions of the medical record?

22        A.  The documented notes from those people.  Basically,

23   everything leading up to, immediately prior to, the day of, all

24   the information available to me.  I don't see anything to

25   suggest that there was any other discussion.

1          There is language in the record, basically, of the

2    nature that we talked about, A, B, C, and I don't recall seeing

3    anything going beyond that, such as we have A and B or an

4    experimental medication that we are testing for safety.

5          Q.   Is there anything that you recall in your review of

6    the informed consent or the protocol that expressly indicated

7    that this is a therapeutic alternative?

8          A.   In the informed consent or the protocol, I don't

9    recall anything of that nature.

10         Q.   Isn't it true that if anything was written in the

11   protocol with the informed consent, it was mentioning the

12   experimental nature of the drug?

13         A.   Can you rephrase the question.

14         Q.   Would you agree, after having reviewed those

15   documents, that the documents properly indicated that it was an

16   experimental drug?

17         A.   Yes, with one exception.  In the exclusion criteria,

18   the fact that this drug was not intended to be given to people

19   with alternative therapies was somehow left out.

20         Q.   Are you saying it wasn't in the clinical trial

21   protocol?

22         A.   It wasn't in  the exclusion criteria.  It was in the

23   protocol, but it was left out of the exclusion criteria which

24   guides the conduct of the study.

25         Q.   So when you review a clinical protocol at a trial

1  site, you only read the exclusion criteria?

2      A.  No.  We read the entire protocol, but we are basically

3  guided by the exclusion criteria.  It creates a strong -- we

4  are not in the position to create additional exclusion

5  criteria, and exclusion criteria are designed to insure the

6  safety of the patient, so if something is missing from that, it

7  would need to be a very good explanation.

8      Q.  So looking at Page 33 of the clinical trial protocol,

9  the two paragraphs preceding "exclusion criteria," which is

10  4.1, that, then, is immediately followed by 4.2 "exclusion

11  criteria, I will read it, and then you can take a look at it.

12          "The patients enrolled in this study will he adults

13  with a histologically or cystologically-confirmed diagnosis of

14  multiple myeloma."

15          Does that, then, need to be repeated, that phrase, in

16  the inclusion criteria or in the exclusion criteria?

17      A.  I would say it depends if it's a safety issue.  I

18  would say to an extent, it depends.  You don't have to have

19  everything in the inclusion/exclusion criteria.

20      Q.  Finishing that sentence, "and for whom further

21  effective, standard treatment is not available," as a doctor,

22  as a clinical trial principal investigator, reading it, what

23  meaning would that have to you?

24      A.  That if there were alternative medications, such as

25  the ones available to Ms. Spedale, she should not be enrolled

Page 71

1    in this study.

2        Q.   Okay.  So any principal investigator would -- by that,

3    being in the protocol -- understand that this is a study that

4    should not involve people who have other effective standard

5    treatments?

6        A.   I would say that -- what's the word I am looking

7    for -- "should," but, then, if the information is presented in

8    a manner that that disappears, then the question is, first of

9    all, why, and, then, second of all, who then becomes

10   responsible?

11       Q.   Would you say that, as a general matter, phase one

12   trials mean that the drug's efficacy has not been established?

13       A.   It means many things, and that is, typically, at that

14   point, phase one, phase two, phase three, in all those, the

15   efficacy hasn't been established.

16       Q.   In phase one, would you agree, it has not yet been

17   widely tested amongst humans, in fact, as opposed to phase two

18   and three, where there has been some human testing, but, for

19   phase one, there has not been human testing.  Correct?

20       A.   It depends upon which phase one study, because,

21   typically, there will be many phase one studies.  So there will

22   always be the first human study and other phase one studies.

23   Also, it isn't unusual at all for a phase one study to already

24   have safety data in humans.

25       Q.   Would you agree that the purpose of the phase one

Page 72

1    study is to determine the effective dose, the safe does?

2        A.   It's not to determine the effective dose.

3        Q.   Safe dose, I meant?

4        A.   They're different terms.  I don't want to misstate.

5    Doses like the maximum tolerated and so forth.

6            In a general sense, it is to determine the safety of

7    the medication and to -- no, not every study.  Yes, some

8    studies, specifically, setting-dose studies, but there are

9    studies that are simply to check the pharmokinetics.  There are

10   many type one studies.

11           This study is clearly indicated to determine the safe

12   dose of the medicine by giving increasing doses until a patient

13   could have a very serious side effect or death, or I should

14   clarify.  Two patients, I would clarify, would have to have one

15   of those outcomes.

16       Q.   Would you require a clinical protocol to tell you that

17   if there are alternative treatments available to a patient that

18   those standard treatments should be the preference as opposed

19   to participating in a phase one trial?

20       A.   It would depend on the nature of the phase one trial

21   and other factors.

22       Q.   Would you agree that any phase one trial cannot at

23   that point empirically establish what the reasonable risks are

24   for the drug at that moment, that there are risks yet to be

25   found through the trial which is the reason for a trial?

1      A.  Well, I'm not sure if this will answer your question.

2    I would state that the purpose of the trial is to increase the

3    dose of medication until you find out what will cause a serious

4    -- I don't want to use the word "serious" improperly -- a very

5    bad outcome or death, yes.

6      Q.  Because when one considers any treatment, one

7    considers the benefit and the risk, and it's weighing the

8    benefit versus the risk.  Isn't that an analysis that every

9    doctor makes, and, therefore, every patient, hopefully, makes?

10     A.  I would hope, yes.

11     Q.  Okay.  And when you are in a phase one trial, the

12   benefit is unknown and the risks are unknown?

13     A.  A phase one clinical trial is not intended to

14   determine benefit.  So when you say "the benefit is unknown," I

15   think that is misstating the case.

16     Q.  Well, with a cancer drug --

17     A.  Yes.

18     Q.  -- is it fair to say that, even in a phase one trial,

19   there is the hope that the patients who are ill who have cancer

20   may see some benefits during the course of the phase one trial?

21     A.  There is always hope, but that's not the intent of the

22   study, and that needs to be very carefully explained to the

23   patient.

24     Q.  But as far as a decision being made by any physician

25   or principal investigator, if there are standard treatments

1    available, why, as a matter of good medical practice, would

2    they expose their patient or a patient to an unknown risk for a

3    treatment that is not yet efficacious?

4        A.   You can imagine a patient who wants to really

5    volunteer and says, you know what, I just -- I have heard of

6    other cases like this.

7             There was a case of a young person who decided he

8    wanted to do something to help people with his illness, so he

9    volunteered for a gene therapy experiment, knowing the risks,

10   and, unfortunately, he died.

11            So you could imagine a patient would possibly say, you

12   know, I really want to do this and the protocol, and,

13   appropriately, it states that those patients -- that this study

14   is not for these patients, and it's important because a patient

15   might make a decision that wouldn't be in their best interest.

16   It's important because it protects the patient.  What I can't

17   understand is why it wasn't an exclusion criteria.

18       Q.   Do you know whether or not Mrs. Spedale was adamant

19   about going into this treatment or whether it was recommended

20   by her doctor?

21       A.   I don't know the details because they aren't in the

22   record.  All that is in the record was she was offered three

23   alternatives.

24            I am aware that there was an issue having to do with

25   either IV or oral medication, which I interpreted as a

1    preference, but I don't recall seeing any details about how

2    strong that was.  My recollection is there was no documentation

3    that she refused the other treatments.

4        Q.  When you go through a page-by-page presentation of the

5    informed consent to your patients -- well, you have only done

6    one phase one trial.

7            Would phase two and phase three use terminology like

8    "the drug is experimental" and "not FDA approved"?

9        A.  Yes.

10       Q.  Okay.  Now, what is your practice when you get to that

11   page in the informed consent in discussing that fact with the

12   patient?

13       A.  I basically explain it to them, make sure they

14   understand, they acknowledge, verbally or non-verbally, their

15   understanding, and we move on.

16       Q.  How important do you consider their recognizing that

17   fact as part of the informed consent?

18       A.  Extremely important.

19           If a patient tells me that they hope that a medicine

20   will help them, then I clarify and explain that the purpose of

21   the study -- of course, we do have that hope, especially, with

22   a phase two or phase three study, but I explain that the

23   purpose of the study is not to help them and that it's

24   important that they understand that it may not help.  It's

25   important for them to understand, in particular, in our

1    studies, half the people get the placebo, so it's a slightly

2    different issue or distinctively different issue that they have

3    to understand they will get nothing of a chemical therapeutic

4    or potentially therapeutic nature for a long period of time.

5         So there are somewhat different reasons for making

6    absolutely certain they understand the experimental nature of

7    the study.

8         Q.   When you look at Page 3 of the informed consent for

9    this product and you look at the discussion under two, what

10   meaning as a principal investigator going through informed

11   consents with patients would that section have for you and how

12   would you describe it to your patient?

13        A.   If I was involved in a phase one study, I would

14   explain, if this was the consent, we hadn't modified it, I

15   would explain that, as it says, the main purpose of the study

16   is to determine the highest dose of CPI, .061, that can be

17   given without causing severe side effects.

18        I would go on to explain that the study designed will

19   require increasing dosages of medication until we have patients

20   that have those side effects.

21        I would explain that the nature of the side effects

22   could be disabling, could require hospitalization, could be

23   permanently disabling, or could result in death.

24        Q.   Would this section have prompted you to discuss

25   anything about whether or not you can represent that the drug

1    is going to be effective or not effective or unknown?

2         A.   The last bullet point, although CPI, .061 helped

3    reduce amount of multiple myeloma in patient's bodies that it

4    does have an implication -- let me clarify.

5         Q.   Uh-huh.

6         A.   It would really depend upon the context and the

7    patient's understanding.  It doesn't make any claims that I

8    would say are inappropriate.

9         Q.   And where it uses in that section the word

10   "experimental," do you see that?

11        A.   Yes.

12        Q.   Okay.  Does the word "experimental" have any ambiguous

13   meaning to you?

14        A.   To me, it doesn't.  I have participated in probably

15   150 clinical trials.  To a patient, I would think that just

16   that word in isolation could have ambiguity, but in context of

17   a detailed informed consent document, I think it would be

18   relatively clear.

19        Q.   And you would consider part of good practice for any

20   investigator or assigned individual at the trial side to go

21   page by page through the informed consent?

22        A.   I would defer -- I don't want to comment on other

23   sites, other investigators.  I could tell you what we do.  The

24   key thing is to make sure that the patient understands and to

25   document -- well, not just document, but to ensure they do

1    understand all aspects of the informed content.  The specific

2    method of doing that is really up to the investigator and the

3    coordinator.

4        Q.  And what evidence are you aware of regarding how the

5    Mayo Clinic performed the role of providing her with the

6    opportunity to understand her informed consent?

7        A.  I don't have that such information and I couldn't find

8    it anywhere in her medical records.

9        Q.  Did you review the depositions of any of the

10   individuals from the Mayo Clinic who were involved in the

11   trial?

12       A.  Yes.

13       Q.  Okay.  And did you learn anything about what they

14   contend was the way that they provided informed consent?

15       A.  I don't recall that today specifically.  I do recall

16   that the coordinator -- if I recall correctly, the coordinator

17   was the main person to go over that, and I don't recall what

18   any of the investigators did or didn't do in regard to that.

19       Q.  Do you know whether Dr. Alice in his paper used the

20   same BTE inhibitor as the study drug?

21       A.  It wasn't the same BTE inhibitor.  It was one that has

22   been used more widely in different stages of basic science

23   research.

24       Q.  And do you remember what he did to prove that BET

25   inhibitors could cause brain injury in mammals?

1      A.   I don't recall the details of the experiment.   I read

2   the entire paper, but I would have to refer to that for the

3   specific details.   I do recall them using different cognitive

4   or behavioral models, but the specific ones, I don't recall at

5   this point in time today.

6           MR. MILSTEIN:   So don't be afraid to say "I am done."

7           MR. LIEDERMAN:   I won't.   Just give me a few more

8   minutes.

9   BY MR. LIEDERMAN:

10      Q.   You did frame an opinion that Ms. Spedale's informed

11   consent was never obtained.   Do you stand by that opinion?

12      A.   Her full informed consent wasn't obtained.

13      Q.   Well, what do you mean by her full informed consent

14   was not obtained?   Was it not obtained because she didn't have

15   a full explanation given to her by the doctor or what was the

16   reason why it wasn't a full informed consent?

17      A.   Based on the information I have, she wasn't informed

18   that the study was intended to cause severe harm or death to

19   two people and that that was required as part of the study

20   design or that she was at a higher risk based on the group she

21   was entering.   That's one aspect.   She wasn't informed.

22      Q.   Well, could we break it up?

23      A.   Sure.

24      Q.   Okay.   You said she wasn't informed there was risk of

25   death to two people?

1      A.   No, she wasn't informed that the method of the study

2   required intentionally increasing the dose of medicine until

3   two people would have severe injury or death.

4      Q.   Okay.  And it's your testimony you have seen informed

5   consents that specifically provide that information to the

6   patient?

7      A.   I don't recall seeing that.  I would say that if the

8   study is designed in this manner and it's not ending in

9   informed consent, it is not a valid and full disclosure.  And

10  it doesn't depend on what anyone else did.

11     Q.   So is it your opinion that all phase one informed

12  consents should have that provision?

13     A.   If the study is designed to cause serious harm or

14  death in two people, it should be stated, and just because

15  everyone does something that is in order and potentially

16  unethical and wrong doesn't mean that it's right.  So it is

17  really irrelevant what other cites or what other consents are.

18          MR. MILSTEIN:  Well, you keep asking about all --

19  there are informed phase one studies for toothpaste.

20          MR. LIEDERMAN:  Please.  Could we strike this from the

21  record as being unnecessary commentary.

22          MR. MILSTEIN:  You are talking about all, as opposed

23  to this study?

24          MR. LIEDERMAN:  Are we wanting to go off the record?

25  I don't want pages and pages of your discussion with me.  I am

1   willing to have discussion off the record.

2           (Discussion held off the record.)

3   BY MR. LIEDERMAN:

4       Q.  And what was the other part of the inadequacy of the

5   informed consent?

6       A.  That there was information suggesting that this class

7   of investigational drug could cause brain injury in mammals and

8   that there was information that the mechanism of action was the

9   same as that involved in different psychiatric disorders.

10      Q.  Do you have the quote from Dr. Alice's study that says

11  specifically that it can cause brain damage in mammals?

12      A.  It caused brain damage in mammals in the study.  I

13  don't have a quote in the records as you described, but the

14  study is very well done, very compelling.  It is basically the

15  entire outcome of the study.

16          And by "mammals," it was a rodent model, which is a

17  mammal.

18      Q.  Do you have any opinion whether the sponsor deviated

19  from standard practice in preparing the pre-clinical package?

20      A.  I have no knowledge of how they prepared the

21  pre-clinical package or I don't have an opinion on that.

22      Q.  Okay.  Do you have any opinions to whether the studies

23  that were conducted, the rat study and the dog study that were

24  reflected in the material that you have received, were

25  improperly conducted or were inadequate?

Page 82

1      A.   I don't have an opinion on the studies that were done.

2   Let me clarify.

3           They were insufficient in the sense that, based upon

4   what I was able to review, they were limited, the description

5   of observations was, again, sketchy, and that they -- based on

6   everything I was able to review, they didn't do in-depth

7   neurotoxicity evaluations.

8      Q.   Was there any basis at the time that they conducted

9   those studies to do any greater neurotoxicity studies?

10     A.   Yes:

11     Q.   What information was available at the time they

12   prepared the pre-clinical package for them to have conducted

13   any other types of neurotoxicity studies?

14     A.   A relatively extensive body of literature on the role

15   of histone acetylation in psychiatric illness and the fact that

16   their agent affected histone acetylation.

17     Q.   And specifically, you have -- well, you have

18   identified those articles that you are relying upon.

19     A.   I have identified a few, and they have references to

20   additional articles.  I included a few in my list of articles.

21     Q.   Is there any particular that date back to the time of

22   the pre-clinical package?

23     A.   Looking at my notes here, there is an article by

24   Fastenal (phonetically) that's Number 7 about epigenetic

25   mechanisms and mood disorders.  I don't recall the details of

1    what's in there, if it's specific to histone acetylation or

2    not.

3         Q.  So is it your testimony that that article would have

4    informed a company like Constellation that there should have

5    been some other neurotoxicity study conducted at the time they

6    did their pre-clinical clinical package?

7         A.  I don't recall the specific articles at this moment.

8    I would need to reference that.  It would be easy to do a

9    search to find all the articles, but I don't recall which of

10   these articles specifically testify to that.  I came across a

11   lot of information.

12        Q.  But today --

13        A.  And I like to clarify that I don't recall if that

14   specific article has information specific to your question or

15   more general.

16        Q.  Well, the reason why I am asking the questions is I

17   know you have said by the time the Alice article came out,

18   which you said was in 2015, and, therefore, there was

19   information you believed available, this would have been post

20   the pre-clinical package that would have suggested actions that

21   should have been conducted by Constellation that did not

22   conduct.  Right?

23        A.  It's based on my recollection of the articles I

24   reviewed and the extensive bibliographies in those articles.  I

25   referring to prior publications, and honestly, I didn't read

1   all of the publications.  It wasn't within the scope of my

2   review and report.  But do I know they are there.

3          You keep mentioning the clinical package, and I should

4   explain, in my opinion, it isn't -- I won't say it's not

5   relevant.  It's not essential that be available before they did

6   the clinical package because, if the Information was available,

7   they should have been aware of this information.  They would

8   need to modify the information they submitted.

9      Q.  And the test results that they had from those tests

10   that were conducted that did not show any abnormal behavior,

11   you believe showed nothing of significance?

12      A.  They weren't significant to look for the abnormal

13   behavior of concern.

14      Q.  Do you know whether or not if there were any such

15   tests conducted that it would have, in fact, shown some

16   connection and some normal behavior?

17      A.  I don't know the outcome because the tests weren't

18   done.

19      Q.  To this day, do you know any rests that have been

20   conducted that would show that the BTE inhibitor can cause

21   psychosis and mania?

22      A.  I am not aware of any human trials where this agent

23   has been tested in order to cause psychosis and mania.  I would

24   hope that no such study would ever be done.  But I do know in

25   this study, it did cause that.

Page 85

1    Q.   Do you know of any animal studies on any mammals that

2    may now indicate the section?

3    A.   I am not aware anyone has looked at that situation.   I

4    have not seen any information of those studies either being

5    done or not being done.

6    Q.   Okay.

7    A.   I only know that Constellation didn't.

8    Q.   Have you ever heard of the ICH standard?

9    A.   I don't recall at this moment if I did.

10   Q.   Do you know what "ICH" stands for?

11   A.   I don't recall at this point.  If it's what we have

12   been talking about before, I would have reviewed it, but I

13   didn't memorize it.  But at this moment, I don't recall.

14   Q.   Did you ever hear the acronym N-O-A-E-L?

15   A.   Adverse effect -- I know it is has to do with,

16   basically, determining toxic levels, I believe, in animals, but

17   I am not entirely certain.  No adverse effect.  I can't

18   remember what it stands for.

19   Q.   And HNSTZ?

20   A.   HNSTZ, I don't recall at this moment.

21   Q.   Did you review any documents of the IRB that was

22   involved in this study?

23   A.   I do not recall at this moment.

24       MR. MILSTEIN:  I hadn't got them yet.

25   BY MR. LIEDERMAN:

Page 86

1      Q.   Was it your understanding that the Mayo IRB

2   participated in reviewing and editing the forms of the informed

3   consent?

4      A.   I have thought so, and I became aware of that after

5   reading one of the defendant's expert reports where he

6   documents each date that it was reviewed.   I am not aware of

7   what was done, the nature of the review and so forth.   Prior to

8   that, I wasn't -- I didn't have details.

9      Q.   Is it ever typical for a patient to get the clinical

10   protocol or just the informed consent?

11      A.   The patients don't have access to the clinical

12   protocol.   If you are referring to where I state she didn't

13   have access, that was just to clarify for anyone who doesn't

14   understand the standard procedure that she wouldn't have seen

15   the information contained, that her only written documentation

16   of the study was in the informed consent.   And I wouldn't

17   expect someone to give her the protocol.   I would expect it to

18   be in the informed consent.

19      Q.   Is there a relationship between toxicity grading and

20   the regulatory definitions of serious adverse events?

21      A.   I don't recall.   I know the grading is from the cancer

22   -- I am forgetting the acronym of the cancer group, and I don't

23   think there's a direct correlation.   I don't recall.

24      Q.   So adverse events and laboratory abnormalities, would

25   those be considered serious adverse events?

1       A.  When you say "serious adverse events," are you

2  referring to the criteria used for the determination in the

3  study or are you referring to the FDA regulations for

4  documenting and recording for CIOMS and SUSR.

5       Q.  Are you familiar with any of the standards published

6  in the cancer institute?

7       A.  They're in my report.  I don't know if it's National

8  Cancer Institute or if there is another acronym.  I thought it

9  was the NCI.

10      Q.  Do you remember whether those equate, adverse events

11  and laboratory abnormalities with serious adverse events?

12      A.  I do know there are guidelines for specific issues,

13  which are basically guidelines, but my recollection is that

14  there is leeway in terms of what is stated or considered.  I

15  don't recall how it correlates or if it correlates with other

16  definitions.  The only thing I do recall is that Level 5 is

17  death.

18      Q.  Off the record.

19          (Discussion held off the record.)

20          MR. LIEDERMAN:  Okay.  No further questions.

21          Thank you.

22          Any questions?

23          MR. MILSTEIN:  No questions.

24          All objections except as to form are preserved, and

25  we'll give him a chance to sign, if he wants.

1          MR. LIEDERMAN:  Okay.  And let me know about the

2     payment.

3     (The deposition concluded

4      at 12:31 p.m.)

5                              ---oo0oo---

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 89

1    Our Assignment No. J2759478

2    Case Caption:  Iris Spedale and Daniel Spedale, husband and

3    wife, Plaintiff, v. Constellation Pharmaceuticals, Inc.,

4    Defendant.

5        I, Cindee L. LeFevre, a Certified Shorthand Reporter in

6    the State of California, holding Certificate Number 7974, do

7    hereby certify that JAMES P. SUTTON, M.D., the witness named in

8    the foregoing deposition, was by me duly sworn; that said

9    deposition was taken Thursday, October 4, 2018, at the time and

10   place set forth on the first page hereof.

11        That upon the taking of the deposition, the words of

12   the witness were written down by me in stenotypy and thereafter

13   transcribed by computer under my supervision; that the

14   foregoing is a true and correct transcript of the testimony

15   given by the witness.

16        I further certify that I am neither counsel for not

17   in any way related to any party to said action, not in any way

18   interested in the result or outcome thereof.

19        Dated this 17th day of October, 2018, at Bakersfield,

20   California.

21

22        _____

23                 Cindee L. LeFevre, CSR No. 7974

24

25

```
 1                    DEPOSITION ERRATA SHEET

 2    Our Assignment No. J2759478

 3    Case Caption:  Iris Spedale and Daniel Spedale, husband and

 4    wife, Plaintiff, v. Constellation Pharmaceuticals, Inc.,

 5    Defendant.

 6                DECLARATION UNDER PENALTY OF PERJURY

 7            I declare under penalty of perjury that I have

 8    read the entire transcript of my Deposition taken in the

 9    captioned matter or the same has been read to me, and the same

10    is true and accurate, save and except for changes and/or

11    corrections, if any, as indicated by me on the DEPOSITION

12    ERRATA SHEET hereof, with the understanding that I offer these

13    changes as if still under oath.

14            Signed on the _____day of_____, 20____.

15    _____.
                        JAMES P. SUTTON, M.D.
16

17

18

19

20

21

22

23

24

25
```

Page 91

```
 1                    DEPOSITION ERRATA SHEET

 2    Page No._____Line No._____Change to:_____

 3    to:_____

 4    Reason for Change:_____

 5    Page No._____Line No._____Change to:_____

 6    _____

 7    Reason for change:_____

 8    Page No._____Line No._____Change to:_____

 9    _____

10    Reason for change:_____

11    Page No._____Line No._____Change to:_____

12    _____

13    Page No._____Line No._____Change to:_____

14    Reason for change:_____

15    Page No._____Line No._____Change to:_____

16    _____

17    Page No._____Line No._____Change to:_____

18    _____

19    Reason for change:_____

20    Page No._____Line No._____Change to:_____

21    _____

22    Reason for change:_____

23

24    SIGNATURE:_____DATE:_____
                  JAMES P. SUTTON, M.D.
25
```

Page 92

1                    DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to:_____

3    _____

4    Reason for change:_____

5    Page No._____Line No._____Change to:_____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to:_____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to:_____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to:_____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to:_____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to:_____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE:_____
                  JAMES P. SUTTON, M.D.
25

**EXHIBIT C**



HHS Public Access
Author manuscript
Peer-reviewed and accepted for publication
About author manuscripts     Submit a manuscript

Nat Neurosci. Author manuscript; available in PMC 2016 Apr 1.

Published in final edited form as:

Nat Neurosci. 2015 Oct; 18(10): 1464–1473.

Published online 2015 Aug 24. doi: [10.1038/nn.4095]

PMCID: PMC4752120
NIHMSID: NIHMS712802
PMID: 26301327

# BET protein Brd4 activates transcription in neurons and BET inhibitor Jq1 blocks memory in mice

Erica Korb,[1] Margo Herre,[2] Ilana Zucker-Scharff,[2] Robert B. Darnell,[2] and C. David Allis[1]

[1]Laboratory of Chromatin Biology and Epigenetics, The Rockefeller University, New York, NY 10065, USA
[2]Laboratory of Molecular Neuro-oncology, The Rockefeller University, New York, NY 10065, USA

Copyright notice

Users may view, print, copy, and download text and data-mine the content in such documents, for the purposes of academic research, subject always to the full Conditions of use:http://www.nature.com/authors/editorial_policies/license.html#terms

## Summary

Precise regulation of transcription is crucial for the cellular mechanisms underlying memory formation. However, the link between neuronal stimulation and the proteins that directly interact with histone modifications to activate transcription in neurons remains unclear. Brd4 is a member of the BET protein family, which binds acetylated histones and has a critical role in numerous cell types in regulating transcription, including in the response to external cues. Small molecule BET inhibitors are in clinical trials, yet almost nothing is known about Brd4 function in the brain. Here we show that Brd4 is a key player in neuronal function and mediates the transcriptional regulation underlying learning and memory. The loss of Brd4 function affects critical synaptic proteins, which results in memory deficits in mice but also decreases seizure susceptibility. Thus, Brd4 provides a critical, and previously uncharacterized, link between neuronal activation and the transcriptional responses that occur during memory formation.

The nervous system requires tight control of transcription in response to external signals. Rapid activation of immediate early genes (IEGs) in response to stimulation is critical for synaptic plasticity and is observed *in vivo* during learning and memory. Misregulation of gene expression in the brain results in neuronal deficits and neurodevelopmental disorders[1,2], and inhibition of transcription immediately following neuronal stimulation blocks the mechanisms underlying memory formation[3–6]. This inducible transcription requires that transcription activators bind to promoters of target genes and recruit other proteins such as RNA Polymerase II (PolII)[7,8]. Recent work found that in several non-neuronal cell types, the protein Brd4 is critical in regulating the recruitment of protein complexes such as positive transcription elongation factor b (P-TEFb) to allow for PolII phosphorylation and the subsequent elongation of target genes in response to a signal[9–12].

Case 2:17-cv-00109-JJT   Document 55-2   Filed 11/19/18   Page 123 of 150

Brd4 is a member of the bromodomain and extra-terminal domain (BET) protein family and functions as a chromatin 'reader' that binds acetylated lysines in histones[13,14]. Knockout of Brd4 in mice is lethal[15] and recent elegant work indicates that small molecule inhibitors of BET proteins represent a promising therapeutic strategy for several types of cancer[16–18]. Brd4 also regulates stimulus-dependent transcription in postmitotic cells by recruiting P-TEFb to target promoters in response to extracellular signals[13,19]. While P-TEFb recruitment is necessary for transcriptional elongation in neurons[20], the link between neuronal stimulation and the proteins that directly interact with histone modifications to activate transcription remains unclear.

Brd4 is well-positioned to regulate transcription in neurons in response to neuronal activation. Acetyl marks are critical to brain function and are linked to memory formation and multiple neurological disorders[21]. Brd4 activity is regulated by casein kinase 2 (CK2)[14], which is activated in response to neuronal stimulation[22]. In addition, a full understanding of if and how Brd4 functions in the brain is of particular importance now as multiple BET protein inhibitors are currently in clinical trials.

Here we show that Brd4 is critical to neuronal function and mediates the transcriptional regulation underlying learning and memory. We find that Brd4 regulates IEG transcription in neurons in response to activity and is regulated by CK2. Loss of Brd4 function affects critical synaptic proteins and the BET inhibitor Jq1 results in memory deficits and decreases seizure susceptibility in mice. These results provide the first demonstration of Brd4 function in the brain and provide a critical link between neuronal activity and transcriptional activation that underlies memory formation. In addition, our data call attention to the potential for small molecule inhibitors of BET proteins such as Jq1 to cause neuronal deficits. While BET protein inhibitors are a promising therapeutic strategy for several types of cancer[17,18,23–25], modifications preventing blood-brain barrier penetrability may be necessary to prevent neurological side effects.

## Results

### Brd4 is expressed in neurons

We examined Brd4 expression in adult mice using an antibody that detects the full-length form of Brd4 and found that it is expressed throughout the brain (Fig. 1a, Supplementary Fig. 1a). Brd4 positive cells typically express NeuN but not GFAP in both cortex and hippocampus (Fig. 1b–i) indicating that Brd4 is present in neurons while generally not seen in glial cells. In addition, we separately cultured cortical neurons and glia and found that neurons contain more Brd4 mRNA and protein than glial cells ( Fig. 1j, k). Both CamKI-positive excitatory neurons and GABA-positive inhibitory neurons express Brd4 (Supplementary Fig. 1b, c). Finally, we treated cultured neurons with brain-derived neurotrophic factor (BDNF) to mimic physiological activation in the brain[6], which resulted in small increases in Brd4 mRNA and protein (Supplementary Fig. 1d–f).



Open in a separate window

Figure 1

**Brd4 is expressed in neurons throughout the brain**

(a) Brd4 staining of a sagittal adult mouse brain section. (b, d) Brd4 and NeuN costaining of cortex (b) or hippocampus (d). (c, e) High magnification image of Brd4 and NeuN costaining of cortex (c) or hippocampus (e). (f, h) Brd4 and GFAP costaining of cortex (f) or hippocampus (h). (g, i) High magnification image of Brd4 and GFAP costaining of cortex (g) or hippocampus (i). (j) Western blot analysis of Brd4 protein from whole cell lysate of cultured cortical neurons or glia. (k) *Brd4* mRNA from cultured cortical neurons or glia ($n = 3$ biological replicates, paired two-tailed $t$ test, $P = 0.0057$, $t = 4.195$.) Full-length blots are presented in Supplementary Figure 10. Error bars represent standard error. ***. p<0.001. Scale bar is 10 μM.

Case 2:17-cv-00109-JJT   Document 55-3   Filed 11/19/18   Page 125 of 150

### Brd4 regulates IEG transcription in neurons

Similar to other post-mitotic cells that require Brd4[13,19], neurons activate a subset of genes (IEGs) in response to external signals. This rapid response is critical to the consolidation of synaptic modifications underlying synaptic plasticity and memory formation[3–6]. We examined whether Brd4 is involved in transcriptional activation in neurons using the small molecule inhibitor Jq1 which blocks BET proteins from binding to acetylated histones[18]. After pretreatment with Jq1 or the negative enantiomer (−)Jq1, cultured cortical neurons were stimulated with BDNF (Fig. 2a). As expected, BDNF caused a rapid increase in transcripts of IEGs *Arc* and *Fos*. However, pre-treatment with Jq1 blocked the BDNF-induced increase (Fig. 2b, c). Rapidly induced IEGS such as *Arc* and *Fos* have PolII poised on their promoters to allow for immediate activation, while other IEGs such as *Nr4a1* must both recruit and phosphorylate PolII to activate transcription[20]. We found that Jq1 also prevented the activity-induced increase *Nr4a1* (Fig. 2d) indicating that Jq1's affects are not limited to IEGs with poised PolII.



Open in a separate window

**Figure 2**

**Brd4 regulates IEG transcription in response to stimulation in neurons**

(a) Experimental paradigm for analysis of effects of Jq1 on activity-dependent transcription. (b, c, d) Jq1 pretreatment blocks the fold-increase in nascent RNA of *Arc* (b), Fos (c) and *Nr4a1* (d) in cultured cortical neurons in response to 10 minutes of BDNF stimulation ($n = 14$ biological replicates, paired two-tailed $t$ test for *Arc* $P = 0.0014$, $t = 3.133$, for *Fos* $P = 1.86E-5$, $t = 4.064$, for *Nr4a1* $P = 0.0178$, $t = 2.53$). (e, f, g) Jq1 pretreatment blocks the fold-increase in nascent RNA of *Arc* (b), Fos (c) and *Nr4a1* (d) in cultured cortical neurons 10 minutes after TTX withdrawal (paired two-tailed $t$ test, for *Arc* $n = 7$ $P = 0.0186$, $t = 2.475$, for *Fos* $P = 0.0264$, $t = 2.1998$, for *Nr4a1* $P = 0.0406$, $t = 2.456$). (h, i, j) Infection of neurons with a

Brd4 siRNA lentivirus but not a scrambled control virus blocks *Arc* (h), Fos (i) and *Nr4a1* (j) induction in response to 10 minutes of BDNF stimulation ($n = 6$ biological replicates, paired two-tailed $t$ test, for Arc $P = 0.0337$, $t = 2.502$, for *Fos* $P = 0.0450$, $t = 2.327$, for *Nr4a1* $P = 0.0311$, $t = 2.551$). (k, l) Staining (k) and quantification (l) of Arc in neurons stimulated for 30 minutes with BDNF following pretreatment with Jq1 or the negative enantiomer (−)Jq1 (unpaired two-tailed $t$ test, for control $n = 232$ neurons, for BDNF $n = 185$ neurons, for Jq1 $n = 245$, and for Jq1+BDNF $n = 200$ from 5 biological replicates per group, for control v. BDNF $P = 8.52E\text{-}26$, $t = 11.447$, Jq1 v Jq1+BDNF $P = 0.00084$, $t = 3.363$, for BDNF v. Jq1+BDNF $P = 0.00013$, $t = 3.867$). (m, n) Quantification (m) and staining (n) for Arc in neurons transfected with GFP and either a nontargeting siRNA pool or Brd4 siRNA (unpaired two-tailed $t$ test, for control $n = 105$ neurons, for BDNF $n = 80$, for Brd2 siRNA $n = 85$, for Brd2+BDNF $n = 71$, for Brd3 $n = 88$, for Brd3+BDNF n = 63, for Brd4 $n = 80$, and for Brd4+BDNF $n = 71$ from 11 biological replicates, for control vs BDNF $P = 3.296$, for Brd4 siRNA vs Brd4 siRNA + BDNF $P = 0.662$, $t = 0.438$, for Brd2 siRNA vs Brd2 siRNA + BDNF $P = 8.572E\text{-}5$, $t = 4.035$, for Brd3 siRNA vs Brd3 siRNA + BDNF $P = 0.167$, $t = 2.42$, for BDNF vs Brd4 siRNA + BDNF $P = 0.0157$, $t = 2.445$. *, p<0.05. **, p<0.01 ***, p<0.001. n.s. nonsignificant. a.u. arbitrary units. Min, minutes. Error bars represent standard error. Scale bar is 10 μM.

We similarly examined the effects of Jq1 on tetrodotoxin (TTX) withdrawal which rapidly increases neuronal activity. Neurons were treated with TTX for 2 days after which Jq1 or the negative enantiomer was added before TTX was removed from media. Jq1 again prevented rapid IEG induction (Fig. 2e–g). Interestingly, Jq1 cannot prevent IEG activation after long periods of BDNF stimulation, suggesting that Jq1 only affects the rapid increase in transcription, whereas at later times signaling may be robust enough to overcome BET inhibition (Supplementary Fig. 2a–c). Because Jq1 also inhibits other members of the BET protein family, we tested whether loss of Brd4 is sufficient to block IEG induction. Partial knockdown of Brd4 with a lentivirus also blocked BDNF-induced IEG expression but did not block upstream pathways such as MAPK signaling (Fig. 2h–j, Supplementary Fig. 2d, e). These data fit with a model similar to that observed in other cell types in which Brd4 recruits P-TEFb to promote PolII phosphorylation to allow for rapid transcriptional elongation.

To confirm that the loss of transcriptional activation results in a corresponding change in protein levels, we examined Arc protein expression at 30 minutes when newly transcribed mRNA has been translated into protein. As expected, Jq1-treated neurons exhibited less Arc protein induction than control neurons (Fig. 2k, l). Similarly, transfection of small interfering RNAs (siRNAs) targeted against Brd4 blocked the BDNF-induced increase in Arc protein whereas transfection with non-targeting siRNA or siRNAs targeted against the other BET family members did not (Fig. 2m, n, Supplementary Fig. 2f–i). BrdT is testes-specific so was not tested. To ensure that the loss of Arc induction was not due to off-target effects, we tested two distinct Brd4 siRNAs which also blocked BDNF-induced Arc expression (Supplementary Fig. 2j–l).

Finally, we sought to determine which of Brd4's known functions is responsible for its effects in neurons. Full-length Brd4 can function by recruiting complexes such as pTEFb and Mediator to trigger elongation whereas both the long and short forms of Brd4 can promote PolII progression through acetylated nucleosomes after elongation begins[26]. We found that only the long form of Brd4 affects Arc expression (Supplementary Fig. 2m) indicating that Brd4 is likely functioning in neurons by recruiting co-activating complexes to target genes.

These data demonstrate that Brd4 regulates activity-induced IEG expression in neurons. However, inhibition of Brd4 may also disrupt transcriptional output in neurons even without a potent stimulation such as BDNF due to the cumulative loss of the response to endogenous signaling from other neurons

over a long period of time. Indeed, we found that by 24 hours Jq1 decreased *Arc*, *Fos*, and *Nr4a1* transcripts (Supplementary Fig. 2n). We also confirmed that long-term disruption of this BET function did not cause widespread disruption of chromatin acetylation (Supplementary Fig. 2o) as expected from its function as reader protein. Finally, we showed that Jq1 did not block upstream signaling pathways by demonstrating that MAP Kinase phosphorylation is intact (Supplementary Fig. 2p). Together, these data demonstrate that Brd4 is responsible for transcription of IEGs in neurons.

### Genome-wide effects of Jq1

While Brd4 clearly regulates specific IEGs, inhibition of Brd4 likely also affects a wider range of genes. We used RNA-sequencing to examine BDNF induction of IEGs after Jq1 treatment and long-term effects of Jq1. An extended pretreatment of Jq1 followed by BDNF stimulation (Supplementary Fig. 3a) recapitulated the effects of Jq1 on induction of the specific IEGs previously examined but did not affect the housekeeping gene *Gapdh* (Fig. 3a). We expanded this comparison to all genes significantly induced by BDNF and found a consistent decrease in induction in the presence of Jq1 ( Fig. 3b, Supplementary Fig. 3b), supporting a model in which Brd4 mediates the rapid response to neuronal activity. In addition, we also examined the effects of 24 hours of Jq1 treatment in the absence of exogenous stimulation. At this later time point, the effects of the loss of IEG transcription in response to basal levels of endogenous neuronal signaling will be apparent. We found a highly significant overlap between BDNF-induced genes and those regulated by Jq1 alone of $p < 0.000005$. We also separately examined genes up- and down-regulated by Jq1 as down-regulated genes are more likely to be direct targets of Brd4 due its function as a transcriptional activator. Gene clusters most significantly down-regulated by Jq1 included genes involved in ion channel regulation and synapse function (Fig. 3c). Jq1 treatment also increased genes involved in chromatin regulation and nuclear proteins (Supplementary Fig. 3c) which may be compensatory effects or indirect effects resulting from decreases in Brd4 target genes. To determine which histone modifications are responsible for recruiting Brd4 to target genes, we examined known Brd4 target acetyl marks and found that BDNF increased H3K14 and H4K16 acetylation at IEG promoters (Supplementary Fig. 3d) suggesting they may be involved in the stimulus dependent recruitment of Brd4. As expected, Jq1 did not affect these marks (Supplementary Fig. 3e).

Case 2:17-cv-00109-JLT   Document 55-2   Filed 11/19/18   Page 129 of 150



Figure 3

**Genome-wide analysis of effects of Jq1**

(a) Examples of RNA-sequencing of *Arc, Fos, Nr4a1,* and *Gapdh* in control neurons or in neurons after 24 hours of Jq1 treatment followed by a 10 minute stimulation. (b) Boxplot of RNA-sequencing data of BDNF-induced gene fold change after (−) or (+) Jq1 treatment in neurons for the 36 genes significantly upregulated by BDNF (paired two-tailed *t* test, $n = 3$ biological replicates, $P = 2.98E-5$, $t = 3.357$). (c) Top GO terms of genes clusters enriched in Jq1 down-regulated genes. Min, minutes. kb, kilobase. ***, p<0.001.

## Brd4 is regulated by casein kinase II in neurons

To better understand how Brd4 is targeted to chromatin in neurons, we next examined the mechanism underlying activation of Brd4 itself. We found that BDNF stimulation increased Brd4 association with promoter regions of IEGs suggesting that neuronal activity targets Brd4 to acetylated histones immediately after stimulation (Supplementary Fig. 4a–c). This effect was not observed for Brd2 or 3 (Supplementary Fig. 4d–i). To investigate how Brd4 is targeted to promoters, we explored the role of CK2. In HEK293 cells, CK2 phosphorylates Brd4, which triggers Brd4 binding to acetylated histones at target gene promoters to activate transcription[14]. In neurons, CK2 is important in regulating synaptic strength[27,28] and is activated by BDNF stimulation[22]. We found that BDNF-induced targeting of Brd4 was blocked by pretreatment with the CK2 inhibitor TBB as well as Jq1 (Fig. 4a–c) suggesting that Brd4 is activated by CK2 in response to neuronal activity. Importantly, this short TBB pretreatment did

Case 2:17-cv-00109-JJT   Document 55-2   Filed 11/19/18   Page 130 of 150

not prevent MAPK phosphorylation demonstrating upstream signaling is intact (Supplementary Fig. 4j) and neither TBB nor Jq1 prevented BDNF-induced CREB Binding Protein (CBP) association with chromatin demonstrating other transcriptional cofactors are still recruited to target genes (Supplementary Fig. 4k–m). If Brd4 activation by CK2 is necessary for the activity-dependent transcription then CK2 inhibition should also block the activity-induced increase in IEGs. Fitting with this model, pretreatment with TBB blocked the increase in *Arc*, Fos, and *Nr4a1* mRNA (Fig. 4d–i) as well as Arc protein levels (Fig. 4j–k). To control for off-target effects of TBB, we confirmed that transfection of *Ck2* siRNA also blocks Arc induction (Supplementary Fig. 4n–p).



Open in a separate window

Figure 4

**CK2 regulates Brd4 in neurons**

(**a, b, c**) Brd4 ChIP-qPCR analysis in cultured neurons pretreated with vehicle or CK2 inhibitor TBB and stimulated with BDNF for 10 minutes to measure Brd4 at promoters of *Arc* (a), Fos (b), and *Nr4a1* (c) (paired two-tailed $t$ test, for *Arc* dmso treatments $n = 10$ biological replicates, $P = 0.00955$, $t = 1.693$, for TBB treatments $n = 6$, and for Jq1, $n = 3$, for *Fos* $n = 8$ biological replicates, $P = 0.0303$, $t = 2.791$, for TBB $n = 6$ and for Jq1 treatments, $n = 3$, for *Nr1A1*, dmso treatments $n = 9$ biological replicates, $P = 0.0411$ $t = 1.987$, for TBB treatments $n = 5$, and for Jq1, $n = 3$). (**d, e, f**) TBB pretreatment blocks increased *Arc* (d), Fos (e), and *Nr4a1* (f) mRNA after 10 minute BDNF stimulation. (paired two-tailed $t$ test, for *Arc* $n = 14$ biological replicates, $P = 0.0215$, $t = 2.505$, for *Fos* $n = 14$ biological replicates, $P = 0.0175$, $t = 2.496$, and for *Nr4a1* $n = 13$ biological replicates, $P = 0.0122$, $t = 2.926$). (**g, h, i**) TBB pretreatment blocks increased *Arc* (g), Fos (h), and *Nr4a1* (i) mRNA 10 minute after TTX withdrawal (paired two-tailed $t$ test,

Case 2:17-cv-00109-JLT   Document 55-2   Filed 11/19/18   Page 132 of 150

for *Arc* n = 8 biological replicates, *P* = 0.0451, *t* = 2.485, for *Fos* n = 8 biological replicates, *P* = 0.0179, *t* = 2.728, and for *Nr4a1* n = 6 biological replicates, *P* = 0.0437, *t* = 2.983). (j, k) Arc and Brd4 staining (j) and quantification (k) after TBB or vehicle pretreatment and 30-minute BDNF stimulation. (unpaired two-tailed *t* test, for control n = 108 neurons, for BDNF n = 131, for TBB n = 117, for TBB+BDNF n = 118 from 2 biological replicates, for control vs bdnf *P* = 7.42E-14, *t* = 7.962, for TBB vs TBB+BDNF *P* = 0,001, *t* = 3.331, for BDNF vs TBB+BDNF *P* = 7.598E-10, *t* = 6.408). (l, m) Example of images (l) and recovery curves (m) for FRAP of EGFP-Brd4 expressed in neurons. (n) Mobile fraction quantification of EGFP-Brd4. (unpaired two-tailed *t* test, for control n = 120 neurons, for BDNF n = 113, for TBB n = 39, for TBB+BDNF n = 50 from 6 biological replicates, *P* = 9.98E-7, *t* = 5.02). *, p<0.05. ***, p<0.001. a.u. arbitrary units. s, seconds. Error bars represent standard error. Scale bar is 10 μM.

To further support our proposed mechanism of Brd4 phosphorylation induced chromatin targeting, we examined the movement of Brd4 after neuronal stimulation using FRAP. Using live neurons, we photobleached a region of the nucleus of expressing EGFP-Brd4, and observed the recovery of the signal in the bleached region over time to measure the mobile fraction of Brd4. As expected, Jq1 increased the mobile fraction (Supplementary Fig. 4q). The mobile fraction of Brd4 also increases after BDNF treatment, presumably as it is activated and relocates to acetylated chromatin. However, the enhanced mobility of Brd4 was blocked by TBB (Fig. 4l–n) indicating CK2 is responsible for this effect.

To better understand the mechanism of Brd4 activation in neurons, we examined the specific serine residues in the CK2 site in Brd4, S492 and S494, that are critical to Brd4 activation[14] (Fig. 5a). We developed a novel, site-selective antibody against a peptide containing the Brd4 CK2 site with phosphorylated S492. Using a dot blot assay, we found that the affinity-purified antibody specifically bound a peptide phosphorylated at S492 as well as a peptide phosphorylated at both S492 and S494, but failed to recognize the unphosphorylated peptide (Supplementary Fig. 5a). Next we used neuronal lysates to determine the specificity of the antibody in cells and observed a band matching the size of full length Brd4 that was not present in lysates treated with phosphatase, although other small molecular weight bands were also observed at high exposures (Supplementary Fig. 5b). We observed a robust BDNF-induced increase in the phospho-Brd4 signal that was lost with TBB pretreatment (Fig. 5b).



Open in a separate window

Figure 5

**Phosphorylation of Brd4 is critical for its function**

(a) Model of Brd4 and the critical amino acids in the CK2 phosphorylation site. (b) Western blot for phosphorylated Brd4 shows an increase with BDNF but not after TBB pretreatment or phosphatase treatment of lysates. Representative of 3 biological replicates. (c, d) Staining (c) and quantification (d) for Arc and Brd4 in neurons transfected with GFP and Brd4 with deletions or mutations in the CK2 site

(unpaired two-tailed $t$ test, for GFP $n = 68$, for Brd4 $n = 61$, for CK2 deletion $n = 46$, for deletion 492-494 $n = 44$, for S492A $n = 54$, for Brd4-pm $n = 51$ from 5 biological replicates, for GFP vs Brd4 $P = 1.223E-8$, $t = 6.09$, for GFP vs Brd4-pm $P = 2.00E-13$, $t = 2.353$, for Brd4 vs CK2 deletion $P = 0.0011$, $t = 3.36$, for Brd4 vs deletion 492-494 $P = 0.00037$, $t = 3.689$, for Brd4 vs S492A $P = 0.0075$, $t = 2.724$, for Brd4 vs Brd4-pm $P = 0.0204$, $t = 2.353$). (e) Quantification of the mobile fraction of FRAP performed on Brd4 with mutations in the CK2 domain (unpaired two-tailed $t$ test, for Brd4 $n = 57$ neurons, for S492A $n = 52$ and for Brd4-pm $n = 38$ from 3 biological replicates, for Brd4 vs S492A $P = 0.0001$, $t = 4.042$, for Brd4 vs Brd4-pm $P = 0.0085$, $t = 2.488$). (f) Pearson correlation coefficient for H4K16acetyl colocalization with Brd4 with CK2 site mutations (two-sided two-tailed $t$ test for Brd4 $n = 35$ neurons, for Brd4 + BDNF $n = 21$, for S492A $n = 29$, and for Brd4-pm $n = 18$ from 3 biological replicates, for Brd4 vs Brd4 + BDNF $P = 0.0164$, $t = 2.477$, for Brd4 vs S492A $P = 0.00167$, $t = 3.286$, for Brd4 vs SSS492A $P = 0.035$, $t = 2.166$. *, p<0.05. ***, p<0.001. a.u. arbitrary units. Full-length blots are presented in Supplementary Figure 11. p'ase, phosphatase. Error bars represent standard error. Scale bar is 10 µM.

Next, to ensure that the effects of CK2 inhibition and knockdown are due to its effects on Brd4 and not an indirect effect of other CK2 targets, we tested the critical target residues in the CK2 phosphorylation site in Brd4. We created a full (delCK2) and partial deletion (del4920494) and a point mutation (S492A) in the CK2 site in Brd4. Transfection of wildtype Brd4 increased Arc expression even in the absence of exogenous stimulation. However, this effect was greatly reduced when the CK2 site was mutated or deleted. Conversely, a phosphomimic (Brd4-pm) at the key serines in Brd4 (S492E and S494E) resulted in an even greater increase in Arc expression (Fig. 5c, d). This demonstrates that phosphorylation of the CK2 site within Brd4 is necessary for its ability to activate transcription of Arc. We also repeated our FRAP assay and found the S492A mutant decreases Brd4 mobility, presumably by preventing activation of Brd4 from endogenous signaling while the phospho-mimic Brd4 behaved similarly to BDNF-stimulated Brd4 showing an increased mobile fraction (Fig. 5e). Finally, we sought to confirm that this increase in the mobile fraction corresponds to a translocation to active chromatin. We focused on acetylated H4K16, which recruits Brd4 and increases in response to BDNF (Supplementary Fig. S3d). We found moderate colocalization of H4K16acetyl and wildtype Brd4 under basal conditions that was enhanced with BDNF stimulation as expected. We then tested the phospho-mutant and mimic forms of Brd4 and determined that the S492A mutation decreased H4K16acetyl colocalization while Brd4-pm mutations increased colocalization as measured by Pearson's coefficient ( Fig. 5f and Supplementary Fig. 5d–e). Together, these data support a model in which CK2 phosphorylates Brd4 in response to neuronal activity resulting in Brd4 binding to target promoter regions and increased transcription of target IEGs.

### Brd4 affects neuronal receptor proteins

In neurons, IEGs regulate the response to activity by changing the receptor content of synapses both by directly modifying synaptic proteins and altering gene expression of these proteins[29,30]. Thus, the prolonged loss of IEG activation resulting from Jq1 treatment may affect neuronal function by changing critical synaptic proteins. In addition, RNA-sequencing data suggest that Jq1 treatment affects transcription of synaptic proteins and receptors in neurons (Fig. 2d). We therefore examined the GluA1 subunit of the α-amino-3-hydroxy-5-methyl-4-isoxazolepropionic acid receptor (AMPAR), the major excitatory receptor in neurons. Jq1 treatment decreased transcript levels of *Gria1* (Fig. 6a), the gene encoding GluA1, and decreased total GluA1 protein (Fig. 6b). Jq1 did not affect *Gria2*, which unlike *Gria1*, lacks activity-responsive promoter regions[31,32]. These changes, as well as those observed on IEGs, occurred slowly over the course of several hours of Jq1 treatment (Supplementary Fig. 6a). To confirm that decreasing the total pool of available GluA1 results in decreased surface expression, we

Case 2:17-cv-00109-JLT   Document 55-2   Filed 11/19/18   Page 135 of 150

used a surface-staining assay that specifically stains receptors expressed on the exterior of dendrites. We found that both Jq1 and Brd4 siRNA, but not Brd2 or Brd3 siRNA, decreased GluA1 surface expression in both cortical and hippocampal neurons without affecting spine number (Fig. 6c–g, Supplementary Fig. 6b–e). Increasing Brd4 expression resulted in a small, but significant, increase in GluA1 surface expression (Fig. 6g–i). We again compared the long and short forms of Brd4 and found that full length Brd4 GluA1 increases surface expression while the short isoform does not (Supplementary Fig. 6f), indicating that Brd4 functions by recruiting co-activating complexes to the promoter of target genes. *Gria1* may be a direct target of Brd4 because Brd4 ChIP assays show a high basal level of Brd4 at *Gria1* regulatory elements in the promoter region and the small BDNF-induced increase in Brd4 binding is not seen with Jq1 (Supplementary Fig. 6g). In addition, we observed a non-significant increase in histone acetyl marks at the *Gria1* promoter following BDNF treatment (Supplementary Fig. 6h). These data provide support for RNA-sequencing data showing that Jq1 affects synaptic proteins and demonstrate that Brd4 affects the expression of a critical subunit of a major excitatory receptor in neurons.



Open in a separate window

**Figure 6**

**Brd4 regulates synaptic receptor subunit GluA1**

(a) 24-hour Jq1 treatment decreases *Gria1* but not *Gria2* mRNA in the absence of exogenous stimulation in cultured cortical neurons. (one sample *t* test, for *Gria1* $n$ = 12 biological replicates, $P$ = 6.852E-6, $t$ = 7.959, for *Gria2* $n$ = 6 biological replicates). (b) 24 or 48-hour Jq1 treatment decreased gluA1 protein in neurons. Representative of 3 biological replicates. (c, d) GluA1 surface staining (c) and quantification (d) in neurons transfected with GFP and treated with Jq1 or the negative enantiomer for 24 hours (unpaired two-tailed *t* test, for control $n$ = 33 neurons and for Jq1 $n$ = 26 neurons from 4 biological replicates, $P$ = 4.242E-8, $t$ = 6.322). (e, f) Surface GluA1 staining (e) and quantification (f) in neurons transfected with GFP and either a nontargeting siRNA pool or Brd4, Brd2, or Brd3 siRNA (unpaired two-tailed *t* test with Bonferroni correction, $n$ = 33 neurons for control siRNA, for Brd2 siRNA $n$ = 31, for Brd3 siRNA $n$ = 28, and for Brd4 siRNA $n$ = 28 from 5 biological replicates, for control vs Brd4 $P$ = 0.00958, $t$ = 2.667). (g) Brd4 staining in neurons transfected with GFP and a construct expressing Brd4 under a constitutively active promoter. (h, i) GluA1 surface staining (h) and quantification (i) 2 days after transfection with GFP and Brd4 (unpaired two-tailed *t* test, for GFP $n$ = 40 neurons and for GFP-Brd4 $n$ = 35 neurons from 5 biological replicates, $P$ = 0.00167, $t$ = 3.264). ###, p<0.001 with univariate analysis. **, p<0.01, ***, p<0.001. ROI, region of interest. a.u. arbitrary units. h, hours. Full-length blots are presented in Supplementary Figure 11. Error bars represent standard error. Scale bar is 10 μM.

Case 2:17-cv-00109-JLT    Document 55-3    Filed 11/19/18    Page 137 of 150

## Jq1 treatment affects memory formation

Based on the importance of Brd4 in controlling critical neuronal proteins, we examined whether Jq1 affects brain function in WT adult mice. We injected adult male mice with Jq1 (50mg/kg) daily for one week or three weeks before performing behavioral tests. Jq1 has excellent blood brain permeability[33] and similar to previous reports, we found that Jq1 is well tolerated in mice at this dose and schedule[17,18,22,23] (Supplementary Fig. 7a). In an open field test Jq1 did not affect distance travelled or zone preference indicating Jq1 does not cause problems with mobility or anxiety (Fig. 7a, Supplementary Fig. 7b–d).



Open in a separate window

Figure 7

**Jq1 affects mouse behavior**

(a) Time spent in the inner or outer zone of an open field in mice treated with vehicle or with Jq1 for 1 or 3 weeks (for DMSO $n$ = 10 mice, for 1 week Jq1 $n$ = 9 mice, and for 3 weeks Jq1 $n$ = 10 mice, two-way ANOVA (zone) $P$ = 2E16, $F$ = 598.57, two-way ANOVA (treatment) $P$ = 0.986, $F$ = 0.015, df = 54). (b) Novel object recognition paradigm. (c) Discrimination index of time spent with a novel vs familiar object one day after initial exposure to the objects (unpaired two-tailed $t$ test, for DMSO $n$ = 10 mice, for 1 week Jq1 $n$ = 9 mice, and for 3 weeks Jq1 $n$ = 10 mice, for DMSO vs 1 week Jq1 $P$ = 0.0107, $t$ = 2.88, for DMSO vs 3 weeks Jq1 $P$ = 0.0094, $t$ = 2.927, one sample $t$ test for DMSO $P$ = 0.00127, $t$ = 4.85)..(d) Discrimination index of time spent with a novel vs familiar object one day after initial exposure after a single dose of Jq1 (unpaired two-tailed $t$ test, $n$ = 10 mice per group, for DMSO vs post-learning Jq1 $P$ = 0.0376, $t$ = 2.25, univariate analysis for DMSO $P$ = 0.00262, $t$ = 4.11). (e) Fear conditioning paradigm. (f) Percent of time spent freezing in a new context after fear conditioning (for DMSO $n$ = 10 mice, for 1 week Jq1 $n$ = 9 mice, and for 3 weeks Jq1 $n$ = 10 mice, two-way ANOVA (treatment) $P$ = 0.0135, $F$ = 4.67 and unpaired two-tailed $t$ test for DMSO vs 3 weeks Jq1 $P$ = 0.0036, $t$ = 3.34, df = 54). Discrimination index on a scale of −1 to 1: (% time with novel object − % time with familiar object)/(% time with novel object + % time with familiar object). ###, p<0.001 with univariate analysis. *, p<0.05. ***, p<0.001. n.s., nonsignificant. s, seconds. Error bars represent standard error.

We next used a novel object-recognition task (Fig. 7b) in which mice were briefly exposed to 2 identical objects and later presented with one familiar and one novel object. If mice remember the previous objects they will subsequently spend more time with a novel object[34]. All groups behaved

similarly during habituation and the initial exposure although mice receiving Jq1 for 3 weeks explored less during testing (Supplementary Fig. 7e–g). Strikingly, while control mice preferred the novel object as expected, Jq1-treated mice showed no preference (Fig. 7c). However, when mice were tested immediately after the initial exposure, control and Jq1 treated mice performed equally well (Supplementary Fig. 7h–j) suggesting that Jq1 does not disrupt learning or short-term memory but instead affects long-term memory. To control for possible health issues resulting from long-term treatments, we injected mice with a single dose of Jq1 or DMSO either 6 hours before or within 30 minutes after their initial exposure to objects and tested the following day. We found a complete loss of preference in mice that received a single dose after training compared to control mice (Fig. 7d). This suggests that Jq1 given during the process of memory consolidation can block long-term memory formation. The smaller effect observed after a dose given before training may be due to a smaller amount of Jq1 remaining in the brain during the consolidation process several hours later.

We also tested a fear-conditioning paradigm of 3 tones paired with shocks to determine the extent of the memory deficits (Fig. 7e). All mice learned both cued conditioning and the context-dependent conditioning (Supplementary Fig. 7k, l) demonstrating that Jq1 did not affect this simple behavior dependent on the amygdala. However, mice given Jq1 for 3 weeks froze more in a new context suggesting they were less able to distinguish between the training context and a new context. This indicates that the more difficult hippocampal-dependent test of context discrimination may also require BET protein function (Fig. 7f). Together, these data provide *in vivo* support of our cell-based data demonstrating that Jq1 disrupts the transcriptional responses that are critical to neuronal function.

### Jq1 treatment decreases seizure susceptibility

To confirm that Jq1 has similar effects on neurons *in vivo* as it does *in vitro* we examined tissue from mice after behavioral testing. Despite the heterogeneity of cortical tissue we found either trends or significant decreases in IEGs, *Gria1* and GluA1 protein (Supplementary Fig. 8a, b). Long-term decreases in *Gria1* and other synaptic proteins (Fig 3c) may dampen synaptic strength which also has implications for other aspects of mouse behavior. We hypothesized that if Jq1 effectively decreases neuronal firing though regulation of synaptic proteins, then Jq1 treatment might decrease seizure susceptibility because seizures result from excess synaptic excitability. We injected adult male mice with Jq1 or DMSO for one week and then induced seizures with pentylenetetrazol (PTZ) (50mg/kg) (Fig. 8a), which inhibits GABA-A receptors resulting in increased excitatory activity. Jq1 treated mice showed decreased seizure susceptibility, as measured by a modified Racine scale which measures both severity of seizure and latency to onset of each seizure stage[35,36]. In addition, while approximately 30% of control mice died after seizure induction, all Jq1 treated mice survived and recovered faster as measured by a return to normal movement (Fig. 8c, d, Supplementary Fig. 8c, d). Similar but more variable effects were observed in female mice (Supplementary Fig. 8e, f).



Open in a separate window

Figure 8

**Jq1 decreases seizure susceptibility**

(a) Model of seizure induction paradigm. (b) Seizure susceptibility score of mice treated for one week with either DMSO or Jq1 and given pentylenetetrazol (PTZ) to induce seizures (unpaired two-tailed $t$ test $n = 7$ mice for DMSO and 6 mice for Jq1, $P = 0.002$, $t = 3.155$). (c) Latency to the return of normal movement after PTZ injection (unpaired two-tailed $t$ test $n = 7$ mice for DMSO and 6 mice for Jq1, $P = 0.036$, $t = 2.388$). (d) Model of seizure induction paradigm. (e) Seizure susceptibility score of mice on day 30 of kindling testing (one sample $t$ test, for DMSO $n = 4$ mice, for Jq1 $n = 4$ mice and for non-kindled $n = 6$ mice, for DMSO $P = 0.0473$, $t = 2.415$). (f) Number of mice seizing during each day of testing. (g) Seizure susceptibility of mice seizing during each day of testing (initial $n = 8$ mice for dmso and Jq1 and $N = 6$ mice for non-kindled group, for DMSO vs non-kindled unpaired one-tailed $t$ test, day 13 $P = 0.00555$, $t = 2.494$, day 15 $P = 0.0486$, $t = 0.928$, unpaired two-tailed $t$ test for day 30 $P = 0.0265$, $t = 2.715$). #, p<0.05 with univariate analysis. *, p<0.05. ***, p<0.001. min, minutes. Error bars represent standard error.

We also tested the kindling method of seizure induction in which DMSO or Jq1 was given within an hour before mice receive a sub-threshold doses of PTZ[37,38]. This is repeated every two days for two weeks and experimental mice as well as an additional non-kindled group are tested again two weeks later (Fig. 8d). Mice typically show increased seizure induction over time as PTZ-induced increases in neuronal firing enhance the strength of neuronal connections intensifying the response to future doses[37]. Mice are considered kindled if they show enhanced susceptibility that is maintained for several weeks.

Jq1 had little effect during initial treatments, possibly because mice had only received a small number of doses of Jq1. However, on day 30, only the DMSO-treated mice showed 'kindling' compared to the non-kindled group (Fig. 8e–f, Supplementary Fig. 8g, h) These data indicate that Jq1 treatment has similar effects on neuronal function *in vivo* as we observed *in vitro* and raise the intriguing possibility of using BET inhibitors for treatment of epilepsy.

## Discussion

Our results demonstrate that Brd4 is expressed throughout the brain and plays a critical role in activity-dependent transcription. Neuronal activity acts through CK2 to increase Brd4 association with chromatin. Brd4 then promotes transcription of critical IEGs and synaptic proteins (Supplementary Fig. 9). We found that Jq1 inhibition of Brd4 and its family members blocked novel object preference, indicating impairments in memory consolidation. In addition, consistent with its effects on synaptic proteins, Jq1 treatment also decreased seizures susceptibility in mice. This is the first demonstration that Brd4 has a critical function in neurons and that BET protein inhibition affects memory consolidation.

### Implications for the clinical use of BET inhibitors

Our data demonstrate that Brd4 is necessary for rapid activation of genes. As has been demonstrated by numerous groups, the first few minutes following a burst of neuronal activity are of critical importance for a cell to activate the appropriate transcription response[3–6]. Loss of this rapid response may represent the mechanism through which Brd4 inhibition prevents long-term memory formation after.

BET protein inhibitors have been proposed as a treatment for several types of cancer and are currently in clinical trials. Initial mouse studies reported that Jq1 was well tolerated,[17,18,23,33] and we did not find obvious deficits in the health or mobility of mice. However, our study provides new evidence that use of such inhibitors causes memory deficits in mice and thus may also cause neurological problems in patients receiving these drugs. Our results suggest that compounds that do not cross the blood brain barrier may pose less risk of neurological side effects for patients.

### The role of CK2 in neurons

Casein Kinase 2 has several established functions in neurons in addition to regulating Brd4. CK2 phosphorylates GluA1 and GluA2 subunits of the AMPA receptor to promote its expression[27] and regulates composition of the NMDA receptor[28]. These synaptic actions of CK2 promote synaptic strength as does the role we propose for CK2 in regulating Brd4. This dual function would allow CK2 to act immediately on the synapse by directly phosphorylating synaptic proteins while also acting through Brd4 to promote expression of these same genes in order to consolidate synaptic changes. The effects of the CK2 inhibitor TBB have also been tested *in vivo* in an epilepsy model[39]. TBB treatment blocked recurrent epileptiform discharges in hippocampal slice preparations after magnesium removal. We demonstrated the Jq1 results in decreased seizure susceptibility (Fig. 7) suggesting that some of CK2's effects on epileptiform discharges may be the result of its action on Brd4 as well as its effects on the synapse.

### BET inhibitors as epilepsy drugs

We found that Jq1 decreased the seizure susceptibility, potentially by decreasing levels of the GluA1 subunit of AMPARs which have been linked to epilepsy[40–47]. Decreased levels of other gene targets that regulate synaptic function may also contribute to the seizure effect though mechanisms such as phosphorylation of GluA1[48]. Although the dose we tested resulted in memory deficits, it is possible that in an overactive epileptic brain Jq1 would restore normal levels of synaptic proteins. Most epilepsy

treatments directly target synaptic proteins and receptors. Jq1 treatment represents a novel approach by targeting a protein responsible for the transcriptional regulation of these synaptic receptors instead of modifying proteins already present at the synapse. While many cases of epilepsy respond to available treatments, a significant portion of patients are refractory to current drugs[38]. It is possible that this novel approach of targeting transcriptional regulators of synaptic proteins rather than targeting synaptic proteins directly may provide a more robust method of dampening the heightened synaptic activity leading to seizures and could provide new avenues of treatments for these patients.

## Online Materials and Methods

### Cell culture

Neurons were isolated from E16.5 cortices of C57BL/6 mice (Charles River), dissociated in Optimem media with 20mM glucose and plated at 600,000 cells per mL on coverslips or plates coated with poly-D-lysine. One hour later Optimem media was replaced with Neurobasal media supplemented with Pen/Strep, Glutamax and B27 supplement. 3 days after plating, AraC was added to the media to prevent glial cell growth. Neurons were typically used at 12 days *in vitro*. Glial cells were isolated from P1 cortices, dissociated and grown in DMEM media with 10% fetal bovine serum and Pen/Strep. Media was changed every 3 days and cells were passaged to ensure that no neurons remained in the culture.

Transfections were performed using lipofectamine 2000 (Life Technologies). Neurons were put in a 1mM kynurenic acid solution during transfection to prevent excitotoxicity. Lipofectamine and DNA complexes were left on neurons for 15 minutes. Transfections were performed at 10 DIV for constructs expressing Brd4 and cells were fixed one to two days later. siRNA transfections were performed at 7 DIV and cells were stimulated and fixed 5 to 7 days later. Brd and CK2 siRNAs were from Dharmacon (LG-041493-00-0002 for Brd4 and L-058653-00-0005 for CK2). Target sequences of Brd4 siRNAs are ACAATCAAGTCTAAACTAG, TTACTGGAATGCTCAGGAA, GAGGATAAGTGTAAGCCCA, and GTACAGAGATGCCCAGGAA. Target sequences of CK2 siRNAs are CCGAAGAGCCCTTTAAATA, GGTCAGGGTTTACAGAGTA, CTGAACGAATCATGTCTTA, and TCACCTGGCATCATAGATA. For infections, control or Brd4 lentivirus was added to neurons on day 10 and neurons were stimulated and lysed 3 days later. Brd4 lentivirus contained a pool of 4 siRNAs from Applied Biological Materials (ABM) uses a dual convergent promoter system to express sense and antisense siRNA from different promoters. Target sequences of siRNAs are GGGTGAACTCACGTCAGAA for control virus (ABM LVP015-G) and GTGGATGCCGTCAAGCTGAACCTCCCTGA, GGACTTCAAGCACTATGTTTACAAATTGTT, GGAGATGACATCGTCTTAATGGCAGAAGC, and CCCAGGAATTTGGTGCTGATGTCCGATTG for Brd4 (ABM iV038675). The constitutively expressed Brd4 was from K. Ozato. Stratagene site directed mutagenesis kit was used for creating mutations and deletions. TBB (Tocris 2275) was used at 50μM, BDNF (PeproTech 450-02) was used at 50ng/mL. Tetrodotoxin (Abcam ab120055) was used at. Jq1 was used at 250 nM.

N2A cells were grown in DMEM with 10% serum and tested for mycoplasma infection regularly. N2A transfections were performed in DMEM using lipofectamine 2000 (Life Technologies). Lipfectamine and DNA complexes were left on cells overnight. Cells were harvested for analysis 5 days after transfection.

### Western blotting

Cells were lysed in RIPA buffer and lysates were separated by SDS-PAGE and transferred to PVDF paper. Antibodies used were Brd4 (Bethyl A301-985A, 1:1000), NeuN (Millipore MAB377, 1:500), GFAP (Abcam ab10062, 1:1000), Gapdh (Abcam ab8245, 1:500), MAPK (Cell Signaling 4695P, 1:3000), phosMAPK (Cell Signaling 4370, 1:3000), H3 (Abcam ab1791, 1:4000), H4 (Abcam

ab10158, 1:4000), H3K14ac (Active motif 39697, 1:500), H4K16ac (Active motif 39167, 1:500).
Phospho-Brd4 was developed with Millipore. The best bleeds were affinity purified against the
phosphorylated target peptide and immuno-depleted against unmodified Brd4. Blots were imaged on an
LAS3000 system (FujiFilm).

Reverse transcription, Quantitative PCR, and ChIP

RNA was purified using the QIAGEN RNAeasy kit and reverse transcribed using the applied
biosystems kit. qPCR was performed with Power SYR green PCR master mix (applied biosystems) on
an applied biosystems quantitative PCR system run using StepOne software. ChIP was done as
previously described[1]. Chromatin shearing was performed with a Bioruptor300 (diagenode) at 4 °C, for
55 cycles of 30 seconds on and off. Immunoprecipitation was performed using 5 μg of antibody bound
to 50 μL of magnetic Dynabeads M280 (life sciences). DNA was purified using the QIAGEN Qiaquick
PCR purification kit. Antibodies used were Brd4 (Bethyl A301-985A, 5μg/chip), Brd2 (Bethyl A302-
583A, 5μg/chip), Brd3 (Bethyl A302-368A, 5μg/chip), H3K9ac (Millipore 07-352, 5μg/chip),
H3K14ac (Active motif 39697, 5μg/chip), H4K12ac (Upstate 05-119, 5μg/chip), H4K16ac (Active
motif 39167, 5μg/chip), CBP (Santa Cruz 7300, 5μg/chip).

Primers used for qPCR were:

     Gapdh forward: AACTCCCTCAAGATTGTCAGCAA
     Gapdh reverse: GGCATGGACTGTGGTCATGA
     Arc forward: TAACCTGGTGTCCCTCCTAGATC
     Arc reverse: GGAAAGACTTCTCAGCAGCTTGA
     cFos forward: ACAGCCTTTCCTACTACCATTCCC
     cFos reverse: CTGCACAAAGCCAAACTCACCTGT
     Nr4A1 forward: ACCAACTCTTCTGGCTTCCCTTAC
     Nr4A1 reverse: GGCTGGTTGCTGGTGTTCCATATT
     GluA1 forward: TCCTGAAGAACTCCTTAGTG
     GluA1 reverse: ATCATGTCCTCATACACAGC
     GluA2 forward: AACGGCGTGTAATCCTTGAC
     GluA2 reverse: CTCCTGCATTTCCTCTCCTG
     Brd4 forward: AAATCAGCTCACCAGGCTGT
     Brd4 reverse: TCTTGGGCTTGTTAGGGTTG
     Brd2 forward: ACAAGGTAGTGATGAAGGCTCTGTGGAA
     Brd2 reverse: CTTGTGGCATTGATGCAACCTTCTGTAGG
     Brd3 forward: GGACATCCTCTGGCAGCTTA
     Brd3 reverse: CCATCTTCCGAAGGGGACT
     Bdnf forward: TGTCTCTGCTTCCTTCCCACAGTT
     Bdnf reverse: TGGACGTTTGCTTCTTTCATGGGC

Primers used for ChIP were:

     Arc forward: ATAAATAGCCGCTGGTGGCG
     Arc reverse: CGGCTCCGAACAGGCTAAG
     cFos forward: CGGGTTTCAACGCCGACTA
     cFos reverse: TTGGCACTAGAGACGGACAGA
     Nr4A1 forward: TGGAATGTCTGCGCGCGTG
     Nr4A1 reverse: TATAGATCAAACAATCCGCG
     GluA1 forward: ATCTGGCTGTCAGTCGGTGT
     GluA1 forward: AAAGAAGCCCTGGTCCAAC

Case 2:17-cv-00109-JLT   Document 55-3   Filed 11/19/18   Page 144 of 150

RNA-sequencing sample preparation and analysis

RNA was collected and prepared using a Qiagen RNAeasy kit and the TruSeq RNA Sample Preparation Kit v2 (Illumina). Sequencing was performed with an Illumina HiSeq2500 system. Reads were aligned to the mouse mm9 reference genome using Tophat 2.0.11[2]. Reads with two or fewer mismatches with a maximum of 20 hits for each read were used. Transcript levels were analyzed with Cufflinks 2.2.1[3]. Expressed genes were defined as those with an fpkm of 1 or above. BDNF-induced genes were defined as those with a significant increase in expression with 10 minutes BDNF treatment using a p value with a Bonforroni correction. David ontology cluster analysis was to determine gene groups enriched in Jq1 up and down-regulated groups of genes of fpkm of 1 or above. The RNA-sequencing dataset is available at http://www.ncbi.nlm.nih.gov/geo/query/acc.cgi?acc=GSE63809.

Immunohystochemistry

Adult mice were perfused with 4% paraformaldehyde and brains were removed and kept in paraformaldehyde overnight. Tissue was then washed in PBS and processed for paraffin embedding at the Molecular Cytology Core Facility of Memorial Sloan Kettering Cancer Center using Leica ASP6025 tissue processor. Brains were embedded in paraffin, and paraffin sagittal sections of 5 microns were cut on a Leica RM2155 microtome and collected on superfrost plus slides (Fisher scientific). Slides were baked for 1 hour at 60°C before de-paraffinization and staining.

Staining was performed at the Molecular Cytology Core Facility of Memorial Sloan Kettering Cancer Center using a Discovery XT processor (Ventana Medical Systems). For GFAP and Brd4 co-staining, slices were first stained for Brd4 (Bethyl A301-985A, 2μg/mL). The tissue sections were blocked for 30 minutes in 10% normal goat serum and 2% BSA in PBS. The incubation with the primary antibody was done for 5 hours, followed by 60 minutes incubation with biotinylated goat anti-rabbit IgG (Vector labs PK6101, 1:200). Detection was performed with Streptavidin-HRP D (Ventana Medical Systems) followed by incubation with Tyramide-Alexa Fluor (Invirogen T20948, 1:200). For GFAP, sections were blocked for 30 minutes in 10% normal goat serum and 2% BSA in PBS. Rabbit polyclonal GFAP (Dako Z0334, 1 μg/ml) was incubated for 5 hours at RT, followed by 32 minutes incubation with biotinylated goat anti-rabbit IgG (Vector labs PK6101, 1:200, 6.5 μg/mL). Detection was performed with Blocker D, Streptavidin-HRP and DAB detection. For NeuN, slices were first stained for NeuN and then stained for Brd4 as described above. For NeuN staining, sections were blocked first for 30 min in Mouse IgG blocking reagent (Vector Labs, MKB-2213) in PBS. Mouse monoclonal NeuN staining (Millipore, MAB377, at 1 μg/mL) was incubated for 3 hours at RT and followed by 60 minutes incubation of biotinylated mouse Secondary (Vector Labs, MOM Kit BMK-2202, 1:200 dilution, 5.75μg/mL). The detection was performed with Secondary Antibody Blocker, Blocker D, Streptavidin-HRP D (Ventana Medical Systems) and DAB Detection Kit (Ventana Medical Systems) according to manufacturer instructions.

Immunocytochemistry

Cells were fixed in 4% paraformaldehyde for 10 minutes, washed with PBS and permeabilized in 0.1% triton in PBS for 10 minutes. Cells were then blocked for 1 hour in 2% serum, 3% BSA and 0.1% triton in PBS and then primary antibody was added in the same solution overnight at 4°C. Cells were washed in PBS for 3 10 minute washes and put in secondary antibody for 1 hour at room temperature. After an additional 3 washes, coverslips were mounted with prolong gold antifade solution (Invitrogen). For surface staining assays, GluA1 antibody was added for 30 minutes to the media live cells at 37°C before fixation. Cells were then blocked without triton and secondary antibody was added immediately following the blocking step. Antibodies used were Brd4 (BethylA301-985A, 1:1000), Arc (Santa Cruz

365736, 1:100), GluA1 (Millipore 2263, 1:300), CK2 (Peirce/Thermo PA5-28686, 1:100), H4K16ac (Abcam 109463, 1:500) and secondary antibodies were AlexaFluor 647 Donkey anti-mouse (Jackson 715-605-150, 1:500) and Rhodamine Red-X goat anti-rabbit (Invitrogen R6394, 1:500).

## Microscopy equipment and settings

Slides were imaged at room temperature on an inverted Lieca DMI 6000, TCS SP8 laser scanning confocal confocal microscope with a 405 nm laser and a fully tunable white light laser (470–670 nm) with an acousto-optical beam splitter. The microscope uses 3 gated HyD detectors and one PMT detector and both a conventional scanner and a resonant scanner. Objectives used were a 63x HC PL APO CS2 oil objective with a NA of 1.40 and for whole brain images a 10x HCX PL APO DS dry objective with a NA of 0.4. Type F immersion liquid (Leica) was used for oil objectives. For brain images, the Lieca super-z stage and rapid tiling system was used to compile images. For glua1 surface staining, z-stacks spaced at 0.5 microns were used to image the entire dendrite. For 63x images, images were 184.52 by 184.52 microns, 1052 by 1052 pixels, (5.701 pixels per micron), and 8-bits per pixel. For 10x images, images were 1162.5 by 1162.5 microns, 1052 by 1052 pixels, (0.881 pixels per micron), and 8-bits per pixel.

ImageJ was used to crop images and merge channels into composite RGB images. Photoshop was used to adjust individual channels. In all cases, identical adjustments were applied across all images used in an experiment for each channel. No deconvolution software was used. All image analysis as performed in ImageJ. For Arc staining quantification, a region of interest was selected in the cell body, outside the nucleus, and the average intensity was measured. Regions were selected using dapi and gfp channels and then applied to the Arc channel such that the analysis was performed blind to the Arc staining. For Brd4 staining quantification, the same process was used but inside the nucleus. For surface GluA1 quantification, the z-stacks were summed using ImageJ to create one image per channel. GFP images were converted to binary and used to create a mask surrounding the transfected dendrite. The mask was then applied to the GluA1 image and the average intensity within the dendrite was measured. This was automated using ImageJ macros to prevent user bias. For all image analysis, an average background intensity value was subtracted from each intensity value. To allow for comparisons across experiments, the average control cell value was set to 100 and all conditions were normalized to this value.

## Behavior

All experiments were approved by the Institutional Animal Care and Use Committee of the Rockefeller University. C57B/6 male mice (Jackson) were housed up to 5 mice per cage in a 12 hour light-dark cycle. JQ1 (APExBIO) was administered to 2-3 months old mice via intraperitoneal injections. Each mouse was injected daily for 1 week or 3 weeks before testing began with either JQ1 at 50mgs/kg dissolved in DMSO or DMSO alone, diluted into cyclo-dextrin (Sigma). Mice were randomly assigned to groups and groups were then checked to ensure that the average weight per mouse of each group was equivalent at the beginning of the experiment. Injections continued during the week of behavioral testing and testing was performed during the light cycle. Open field testing was performed first and activity was measured for 1 hour. Fusion 3.2 was used to track mice and analyze movement. One day after open field testing, mice were habituated to the novel object recognition box for 10 minutes. One day later mice were habituated for an additional 2 minutes and then 2 identical objects (either a faucet or a lego pyramid) were placed in the box and mice were given 10 minutes to explore. On the following day, mice were returned to the box with one object they had previously seen and one new object in place of the original object and allowed to explore for 10 minutes. All sessions were recorded using ethovision software. Time spent interacting with each object was manually analyzed. Discrimination index was calculated as (% time with novel object − % time with familiar object)/(% time with novel object + % time with familiar object). Fear conditioning tests began 1 day after novel object

recognition. Mice were placed in a small box and allowed to explore for 2 minutes. A tone was played for 20 seconds followed by a 0.7 mAmp shock. This was repeated once per minute for 3 shocks total. After an additional 2 minutes, mice were removed from the box. One day later mice were returned to the same box for 7 minutes to measure context dependent freezing. Then the flooring, wall covering, and smell of the box was changed and mice were returned to the box. The tone was then played in the same patter as the original training session without a subsequent shock to measure cued learning. Fear conditioning sessions were run and recorded using FreezeFrame 3 software and scored manually in random order. All experiments were carried out and analyzed with the experimenter blind to the treatment group. One mouse was excluded from analysis because the lights went off in the facility during the discrimination test so the data could not be analyzed.

For novel object 'learning' testing, mice were habituated to the novel object recognition box for 10 minutes. One day later mice were given 10 minutes to interact with 2 identical objects. Mice were then removed and one object was replaced with a novel object and mice were returned to the box and again allowed to explore for 10 minutes. For single dose tests, one cohort received a dose of DMSO in the morning approximately 6 hours before testing and a second dose of DMSO within 30 minutes of exposure to objects. One cohort received Jq1 in the morning and DMOS after testing and the final cohort received DMSO in the morning and Jq1 following testing. Mice were tested for novel object preference one day after the first exposure to objects. All sessions were recorded using ethovision software. Time spent interacting with each object was manually analyzed. All experiments were carried out and analyzed with the experimenter blind to the treatment group and which object was considered novel.

Seizure testing

JQ1 (APExBIO) was administered to 3 to 4 month old C57B/6 male or female mice (Jackson) via intraperitoneal injections. For acute seizure testing, each mouse was injected daily for 1 week before testing began with either JQ1 at 50mgs/kg dissolved in DMSO or DMSO alone, diluted into cyclo-dextrin (Sigma). Pentylenetetrazol (PTZ) (Sigma) dissolved in PBS was injected at 50mgs/kg via intraperitoneal injections. For kindling seizure testing, Jq1 was administered 1 hour before PTZ injection. Mice were observed up to one hour after injection or until recovery from seizure (defined by a return to normal movement). The modified Racine scale[4] used to measure seizure induction was as follows:

    Stage 1: Hypoactivity culminating in behavioral arrest with contact between abdomen and the cage.
    Stage 2: Partial clonus (PC) involving the face head or forelimbs.
    Stage 3: generalized clonus (GC) including all four limbs and tail, rearing or falling.
    Stage 4: Generalized Tonic-Clonic seizure (GTC)

Seizure susceptibility score was calculated as: (0.2) (1/PC latency) + (0.3) (1/GC latency) + (0.5) (1/TC latency).

Statistics

An alpha level of 0.05 was used for all statistical analyses. 2-sided t-tests were performed of excel. A bonforonni correction was applied when comparing multiple groups. No statistical methods were used to predetermine sample sizes but our sample sizes are similar to those reported in previous publications[20,30,37]. Data distribution was assumed to be normal but this was not formally tested. For fear conditioning, 2-way ANOVA was performed in R with post-hoc Bonforroni corrections for individual comparisons. For novel object testing, context discrimination was calculated by time spent

with objects: (novel-familiar)/(novel+familiar). Univariate analysis was used for each individual group to compare to a context discrimination of zero. Degrees of freedom were calculated as the biological replicates minus one. For all other behavioral testing, t-tests with a bonforroni correction were used to compare between multiple groups. A supplementary methods checklist is available.

## Supplementary Material

---

1

Click here to view.(13M, doc)

---

2

Click here to view.(150K, pdf)

---

## Acknowledgments

We thank Dr. Keiko Ozato for the Brd4 construct, Dr. Jodi Gresack and the Rockefeller behavioral core for guidance and suggestions, Dr. Kaye Thomas for microscopy expertise, the MSKCC histology core for immunohistochemistry support, Dr. Alexey Soshnev for the schematic model graphic, John Gerace for editing, and members of the Allis lab for feedback. Support for this work was provided by a grant from the Robertson Foundation, a Ruth Kirschstein NRSA fellowship (F32MH103921), the NIH (R01 NS34389, NS081706) and a Simons Foundation Research Award. R.B.D. is an Investigator of the Howard Hughes Medical Institute.

## Footnotes

**Author contributions**

E.K. wrote the manuscript and designed and carried out experiments. M.H. helped carry out behavioral testing and molecular studies. I.Z. helped with seizure testing. R.D. helped initiate and design the project and provided feedback, and C.D.A provided support, feedback and guidance.

## References

1. Hsieh J, Gage FH. Chromatin remodeling in neural development and plasticity. Curr Opin Cell Biol. 2005;17:664–671. [PubMed]

2. Gapp K, Woldemichael BT, Bohacek J, Mansuy IM. Epigenetic regulation in neurodevelopment and neurodegenerative diseases. Neuroscience. 2014;264:99–111. [PubMed]

3. Frey U, Frey S, Schollmeier F, Krug M. Influence of actinomycin D, a RNA synthesis inhibitor, on long-term potentiation in rat hippocampal neurons in vivo and in vitro. J Physiol. 1996;490(Pt 3):703 –711. [PMC free article] [PubMed]

4. Frey U, Krug M, Brödemann R, Reymann K, Matthies H. Long-term potentiation induced in dendrites separated from rat's CA1 pyramidal somata does not establish a late phase. Neurosci Lett. 1989;97:135–139. [PubMed]

5. Nguyen PV, Abel T, Kandel ER. Requirement of a critical period of transcription for induction of a late phase of LTP. Science. 1994;265:1104–1107. [PubMed]

6. Messaoudi E, Ying SW, Kanhema T, Croll SD, Bramham CR. Brain-derived neurotrophic factor triggers transcription-dependent, late phase long-term potentiation in vivo. J Neurosci Off J Soc Neurosci. 2002;22:7453–7461. [PubMed]

7. Sims RJ, Belotserkovskaya R, Reinberg D. Elongation by RNA polymerase II: the short and long of it. Genes Dev. 2004;18:2437–2468. [PubMed]

8. Kadonaga JT. Regulation of RNA polymerase II transcription by sequence-specific DNA binding factors. Cell. 2004;116:247–257. [PubMed]

9. Jang MK, et al. The bromodomain protein Brd4 is a positive regulatory component of P-TEFb and stimulates RNA polymerase II-dependent transcription. Mol Cell. 2005;19:523–534. [PubMed]

10. Liu W, et al. Brd4 and JMJD6-associated anti-pause enhancers in regulation of transcriptional pause release. Cell. 2013;155:1581–1595. [PMC free article] [PubMed]

11. Zippo A, et al. Histone crosstalk between H3S10ph and H4K16ac generates a histone code that mediates transcription elongation. Cell. 2009;138:1122–1136. [PubMed]

12. Nagarajan S, et al. Bromodomain protein BRD4 is required for estrogen receptor-dependent enhancer activation and gene transcription. Cell Rep. 2014;8:460–469. [PMC free article] [PubMed]

13. Belkina AC, Denis GV. BET domain co-regulators in obesity, inflammation and cancer. Nat Rev Cancer. 2012;12:465–477. [PMC free article] [PubMed]

14. Wu SY, Lee AY, Lai HT, Zhang H, Chiang CM. Phospho switch triggers Brd4 chromatin binding and activator recruitment for gene-specific targeting. Mol Cell. 2013;49:843–857. [PMC free article] [PubMed]

15. Houzelstein D, et al. Growth and early postimplantation defects in mice deficient for the bromodomain-containing protein Brd4. Mol Cell Biol. 2002;22:3794–3802. [PMC free article] [PubMed]

16. Descalzi G, Fukushima H, Suzuki A, Kida S, Zhuo M. Genetic enhancement of neuropathic and inflammatory pain by forebrain upregulation of CREB-mediated transcription. Mol Pain. 2012;8:90. [PMC free article] [PubMed]

17. Zuber J, et al. RNAi screen identifies Brd4 as a therapeutic target in acute myeloid leukaemia. Nature. 2011;478:524–528. [PMC free article] [PubMed]

18. Filippakopoulos P, et al. Selective inhibition of BET bromodomains. Nature. 2010;468:1067–1073. [PMC free article] [PubMed]

19. Hargreaves DC, Horng T, Medzhitov R. Control of inducible gene expression by signal-dependent transcriptional elongation. Cell. 2009;138:129–145. [PMC free article] [PubMed]

20. Saha RN, et al. Rapid activity-induced transcription of Arc and other IEGs relies on poised RNA polymerase II. Nat Neurosci. 2011;14:848–856. [PMC free article] [PubMed]

21. Fischer A, Sananbenesi F, Mungenast A, Tsai LH. Targeting the correct HDAC(s) to treat cognitive disorders. Trends Pharmacol Sci. 2010;31:605–617. [PubMed]

22. Schael S, et al. Casein kinase 2 phosphorylation of protein kinase C and casein kinase 2 substrate in neurons (PACSIN) 1 protein regulates neuronal spine formation. J Biol Chem. 2013;288:9303–9312. [PMC free article] [PubMed]

23. Delmore JE, et al. BET bromodomain inhibition as a therapeutic strategy to target c-Myc. Cell. 2011;146:904–917. [PMC free article] [PubMed]

24. Mirguet O, et al. Discovery of epigenetic regulator I-BET762: lead optimization to afford a clinical candidate inhibitor of the BET bromodomains. J Med Chem. 2013;56:7501–7515. [PubMed]

25. Asangani IA, et al. Therapeutic targeting of BET bromodomain proteins in castration-resistant prostate cancer. Nature. 2014;510:278–282. [PMC free article] [PubMed]

26. Kanno T, et al. BRD4 assists elongation of both coding and enhancer RNAs by interacting with acetylated histones. Nat Struct Mol Biol. 2014;21:1047–1057. [PMC free article] [PubMed]

27. Lussier MP, Gu X, Lu W, Roche KW. Casein kinase 2 phosphorylates GluA1 and regulates its surface expression. Eur J Neurosci. 2014;39:1148–1158. [PMC free article] [PubMed]

28. Sanz-Clemente A, Matta JA, Isaac JTR, Roche KW. Casein kinase 2 regulates the NR2 subunit composition of synaptic NMDA receptors. Neuron. 2010;67:984–996. [PMC free article] [PubMed]

29. Dietrich JB. The MEF2 family and the brain: from molecules to memory. Cell Tissue Res. 2013;352:179–190. [PubMed]

30. Korb E, Finkbeiner S. Arc in synaptic plasticity: from gene to behavior. Trends Neurosci. 2011;34:591–598. [PMC free article] [PubMed]

31. Borges K, Dingledine R. Functional organization of the GluR1 glutamate receptor promoter. J Biol Chem. 2001;276:25929–25938. [PubMed]

32. Myers SJ, et al. Transcriptional regulation of the GluR2 gene: neural-specific expression, multiple promoters, and regulatory elements. J Neurosci Off J Soc Neurosci. 1998;18:6723–6739. [PubMed]

33. Matzuk MM, et al. Small-molecule inhibition of BRDT for male contraception. Cell. 2012;150:673–684. [PMC free article] [PubMed]

34. Antunes M, Biala G. The novel object recognition memory: neurobiology, test procedure, and its modifications. Cogn Process. 2012;13:93–110. [PMC free article] [PubMed]

35. Naydenov AV, et al. ABHD6 blockade exerts antiepileptic activity in PTZ-induced seizures and in spontaneous seizures in R6/2 mice. Neuron. 2014;83:361–371. [PMC free article] [PubMed]

36. Ferraro TN, et al. Mapping loci for pentylenetetrazol-induced seizure susceptibility in mice. J Neurosci Off J Soc Neurosci. 1999;19:6733–6739. [PubMed]

37. Dhir A. Pentylenetetrazol (PTZ) kindling model of epilepsy. In: Board Jacqueline N, Crawley Al, editors. Curr Protoc Neurosci. Unit9.37. Chapter 9. 2012.

38. Bialer M, White HS. Key factors in the discovery and development of new antiepileptic drugs. Nat Rev Drug Discov. 2010;9:68–82. [PubMed]

39. Brehme H, Kirschstein T, Schulz R, Köhling R. In vivo treatment with the casein kinase 2 inhibitor 4,5,6,7- tetrabromotriazole augments the slow afterhyperpolarizing potential and prevents acute epileptiform activity. Epilepsia. 2014;55:175–183. [PubMed]

40. Rogawski MA. AMPA receptors as a molecular target in epilepsy therapy. Acta Neurol Scand Suppl. 2013:9–18. doi: 10.1111/ane.12099. [PMC free article] [PubMed] [CrossRef]

41. Zhang J, Abdullah JM. The role of GluA1 in central nervous system disorders. Rev Neurosci. 2013;24:499–505. [PubMed]

42. Kato AS, Gill MB, Yu H, Nisenbaum ES, Bredt DS. TARPs differentially decorate AMPA receptors to specify neuropharmacology. Trends Neurosci. 2010;33:241–248. [PubMed]

43. Yamaguchi S, Donevan SD, Rogawski MA. Anticonvulsant activity of AMPA/kainate antagonists: comparison of GYKI 52466 and NBOX in maximal electroshock and chemoconvulsant seizure models. Epilepsy Res. 1993;15:179–184. [PubMed]

44. Namba T, Morimoto K, Sato K, Yamada N, Kuroda S. Antiepileptogenic and anticonvulsant effects of NBQX, a selective AMPA receptor antagonist, in the rat kindling model of epilepsy. Brain Res. 1994;638:36–44. [PubMed]

45. Hara H, et al. Effect of YM872, a selective and highly water-soluble AMPA receptor antagonist, in the rat kindling and rekindling model of epilepsy. Eur J Pharmacol. 2006;531:59–65. [PubMed]

46. Kodama M, et al. Effects of YM90K, a selective AMPA receptor antagonist, on amygdala-kindling and long-term hippocampal potentiation in the rat. Eur J Pharmacol. 1999;374:11–19. [PubMed]

47. Mattes H, Carcache D, Kalkman HO, Koller M. alpha-Amino-3-hydroxy-5-methyl-4-isoxazolepropionic acid (AMPA) antagonists: from bench to bedside. J Med Chem. 2010;53:5367–5382. [PubMed]

48. Rakhade SN, et al. Glutamate receptor 1 phosphorylation at serine 831 and 845 modulates seizure susceptibility and hippocampal hyperexcitability after early life seizures. J Neurosci Off J Soc Neurosci. 2012;32:17800–17812. [PMC free article] [PubMed]

49. Banaszynski LA, et al. Hira-dependent histone H3.3 deposition facilitates PRC2 recruitment at developmental loci in ES cells. Cell. 2013;155:107–120. doi: 10.1016/j.cell.2013.08.061. [PMC free article] [PubMed] [CrossRef]

50. Kim D, et al. TopHat2: accurate alignment of transcriptomes in the presence of insertions, deletions and gene fusions. Genome biology. 2013;14:R36. doi: 10.1186/gb-2013-14-4-r36. [PMC free article] [PubMed] [CrossRef]

51. Trapnell C, et al. Differential analysis of gene regulation at transcript resolution with RNA-seq. Nature biotechnology. 2013;31:46–53. doi: 10.1038/nbt.2450. [PMC free article] [PubMed] [CrossRef]

52. Naydenov AV, et al. ABHD6 blockade exerts antiepileptic activity in PTZ-induced seizures and in spontaneous seizures in R6/2 mice. Neuron. 2014;83:361–371. doi: 10.1016/j.neuron.2014.06.030. [PMC free article] [PubMed] [CrossRef]