UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

---

IRIS SPEDALE and DANIEL SPEDALE,
husband and wife,

                Plaintiffs,

    -against-

CONSTELLATION PHARMACEUTICALS, INC.,

                Defendant.

Civil No. 2:17-CV-00109-ESW

---

## AFFIDAVIT OF DR. ROBERT SIMS

STATE OF MASSACHUSETTS :
                ss.:
COUNTY OF MIDDLESEX:

Dr. Robert Sims, being duly sworn, deposes and says:

    1.  I am currently employed at Constellation Pharmaceuticals, Inc. as Senior Vice President, Research.  I have been employed at Constellation since 2008.

    2.  I have received my Bachelors of Science in Microbiology and Ph.D. in Cellular and Molecular Biology from the University of Texas at Austin.

    3.  My scientific focus and expertise is in the areas of cellular and molecular biology, biochemistry and pharmacology with an emphasis on chromatin and epigenetics.

    4.  I personally was involved in the preclinical and clinical development of the study drug at issue in this litigation, CPI-0610, since 2010 and was the team co-leader that discovered CPI-0610.  I oversaw the translational biology activities for CPI-0610 until 2017.

1

5. I am familiar with the article titled, "BET protein Brd4 activates transcriptions in neurons and BET inhibitor JQ1 blocks memory in mice," ("Article") published in Nature Neuroscience in August 2015, which was co-authored by Dr. C David Allis.

6. I have spoken with counsel for Constellation Pharmaceuticals, Inc. regarding the above-captioned matter and have been made aware that plaintiffs' expert neurologist, Dr. James P. Sutton, M.D., has opined that the Article had proven that BET inhibitors could cause brain injury in mammals.

7. I submit this affidavit to clarify the findings of the Article and to correct any misinterpretations that Dr. Sutton has of the Article and any factually inaccurate statements made about the findings in the Article.

8. The purpose of this article and testing was to evaluate potential effects of a chromatin regulator, BRD4, on gene expression and any downstream biological responses in a neuronal setting in neuronal cells and animal behavioral experiments.

9. The BET inhibitor being used in this study (JQ1) was not the same BET inhibitor that Constellation was developing, or more specifically, not the same as CPI-0610.

10. Based on my expertise in pharmacology and experience with BET inhibitors generally, it cannot be assumed that two chemically distinct BET bromodomain inhibitors have the same pharmacokinetic properties, blood brain barrier penetration, and pharmacologic effects without direct and comparative experimental determination.

11. After significant testing had been done in mice with the JQ1 inhibitor, it was determined that there was a change in the gene transcription in the neurons that exhibited a very specific behavioral effect on long-term memory formation as indicated on one test, novel object recognition. This effect that was identified was very subtle and was immediately reversible upon discontinuation of the BET inhibitor.

12. There were **no** major changes in short-term memory, movement, learning ability or anxiety, so the neurological and psychological characteristics of the mice were considered to be normal and unaffected by the BET inhibitor.

13. There were no findings that the mice suffered brain cell death or change in the brain's neuronal structure.

14. Therefore, any statement that the Article suggests BET inhibitors could cause brain injury in mammals is factually inaccurate.

15. No findings derived from this Article would suggest that Constellation's BET inhibitor, CPI-0610, would negatively affect an individual's brain function or psychological state.

16. I can confirm that based on my personal involvement with the preclinical studies for CPI-0610, the brain and central nervous system was tested during 6 independent general toxicology studies and no findings of neurological or psychological issues were found.

17. As of this date, I am aware of no FDA regulation or guideline that requires specific neurotoxicity testing for BET inhibitors due to concern of the inhibitor causing neurological and/or psychological issues.

18. During the time that the research underlying the Article was being conducted and through the publication, I have had contact with Dr. Allis. However, he never mentioned the findings of the research with respect to the work we were undertaking at Constellation, nor would I expect him to do so. The data and findings did not and would not have any significance to the work of Constellation, nor would it have created a concern or "red flag" for our team requiring any other action that what was taken in the preclinical workup and protocol for CPI-0610.

The foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if the foregoing are willfully false, I am subject to punishment.

Dated: New York, New York
       November 19, 2018

_____
Dr. Robert Sims

Sworn and Subscribed
before me this __19__ day of November, 2018

_____

[Notary Seal: Samantha L. Heydon, Notary Public, Commonwealth of Massachusetts, My Commission Expires 2/14/2025]

4