**Document info**

| | |
|---|---|
| Result type: | Hematology Subsequent Visit |
| Result date: | Nov 17, 2015, 12:00 a.m. |
| Result status: | authenticated |
| Performed by: | Rafael Fonseca |
| Modified by: | Rafael Fonseca |

| Patient: | **SPEDALE, IRIS R** | **DOB:** | **Nov 20, 1942** |
|---|---|---|---|

**Mayo Clinic in Arizona**
**CLINICAL NOTES**

Patient Name: Spedale, Iris R Mrs.
Medical Record Number: 59171918
DOB: November 20, 1942
Age: 72
Service: Hematology

Service Date: 11/17/2015
Facility Name: MCA
Provider Name: Rafael Fonseca, M.D.
Account Number: 1035532
Visit Type: Subsequent Visit

CHIEF COMPLAINT / REASON FOR VISIT:
Mrs. Spedale returns to us for followup monitoring of her plasma cell neoplasm associated with amyloidosis.

HISTORY OF PRESENT ILLNESS:
Mrs. Spedale is a very pleasant patient we have been monitoring in the clinic for plasma cell neoplasm associated with amyloidosis. She is currently under expectant observation only. The patient had been previously treated with Revlimid but developed serious DVT and pulmonary embolism for which she had to be admitted to the hospital. She remains asymptomatic from that perspective but is still on anticoagulation. She has no overt evidence of disease progression.

CURRENT MEDICATIONS:
Prescriptions
Prescribed
Boniva 150 mg oral tablet: 150 mg, 1 Tab, PO, Q30Days, 3 Tab
Lab Tests: 1 Each, MISC, Daily, INR/Protime STAT daily DX anticoagulant therapy ICD-9 code V58.61.
Fax results to 480-301-7047, 180 Each, PRN: Anticoagulation
Lab Tests: 1 Each, MISC, Daily, INR/Protime daily STAT. Ok for pt to have fingerstick if available. Dx: anticoagulation therapy. ICD-9 code: V58.61 & PE. Fax results to 480-301-7047, 180 Each
Restasis 0.05% ophthalmic emulsion: 1 Drop, EYE BOTH, BID, 90 Day Supply, 180 Vial
Vicodin 5 mg-300 mg oral tablet: 1 Tab, PO, Q6H, for 10 Day(s), Sciatica pain, PRN: Pain Moderate, 40 Tab, 0 Refill(s)
Zantac 150 oral tablet: 150 mg, 1 Tab, PO, BID, for 30 Day(s), while on prednisone to protect stomach, 60 Tab, 0 Refill(s)
warfarin 5 mg oral tablet: 5 mg, 1 Tab, PO, QHS, 30 Tab
Documented Medications
Documented
Flexeril: PO, TID, 0 Refill(s)

Metamucil: 1tbsp, PO, Daily, in am
POLYETHYLENE GLYCOL PWD (MIRALAX): 17 g, PO, QHS, dissolve in water or juice
Vitamin D3 5000 intl units oral tablet: 5,000 IU, 1 Tab, PO, Daily, afternoon
aspirin 81 mg oral enteric coated tablet: 81 mg, 1 Tab, PO, Daily, in am
predniSONE: PO, Daily, 0 Refill(s).

ALLERGIES:
This patient is allergic to Daypro, Naprosyn, ibuprofen, and Celebrex, as well as iodine, and shellfish.

PAST MEDICAL/SURGICAL HISTORY:
Past Medical History:
1. Mrs. Spedale was treated for amyloidosis with an autologous stem cell transplant in November of
2009. Before that, she received induction with CyBorD chemotherapy. She was first noted to have
macroglossia which ultimately led to the diagnosis of amyloidosis. She also had evidence of
submandibular gland enlargement. The patient was originally diagnosed in the summer of 2008. Patient
had to be restarted on therapy with CyBorD in the summer of 2013 and completed that by year's end.
Because of that the patient achieved an excellent response but the therapy ultimately had to be stopped
because of gastrointestinal toxicity. I did discuss with the patient again the possibility of a stem cell
transplant but she opted for a maintenance strategy with Revlimid. She took Revlimid for about 3 months
but ultimately developed DVT with associated pulmonary embolism.
2. History of pathologic multiple myeloma in her bone marrow associated with translocation 14;16.
3. Macroglossia.

SOCIAL HISTORY:
**She is married. She was trained as an attorney, but was working in business development and
sales. She smoked half a pack per day for five years and then quit. She has one child and one
stepchild. No alcohol or drugs.**

IMPRESSION/REPORT/PLAN:
Mrs. Spedale continues to do well but her free light chain has gone up. I think we need to start
considering the next line of treatment in her situation. Because of the previous problems with blood clots, I
would be inclined not to use meds at least for the time being. The logical next step would be the use of
carfilzomib. The patient inquired about the use of bortezomib. She believes she tolerated it well though I
reminded her that she had significant GI toxicity at the end of her therapy. Another possibility would be for
the patient to participate in one of our clinical trials. We are particularly interested in oral medications that
could be provided on a long-term basis. I have communicated with our study coordinators. As soon as
they have determined her eligibility we will be in contact with the patient again. Otherwise, I will see the
patient again after the holidays so we can start the next line of therapy. The patient and her husband had
ample opportunity to ask questions and they were addressed.


RF/cb

DD: 11/17/2015   10:29
DT: 11/17/2015   10:36

On Nov 23, 2015, at 8:44 PM, Dan Spedale <danspedale@cox.net> wrote:

>   Hi JR
>   Thank you for checking with Dr Fonseca. Yes we do want to continue with the
>   trial. We are now in Miami and plan to keep the initial appointment with you and
>   the doctor when we return.
>   Have a great Thanksgiving
>   Dan Spedale
>
>   Sent from my iPhone
>
>   On Nov 23, 2015, at 2:47 PM, Singh, Charanjit G. <Singh.Charanjit@mayo.edu>
>   wrote:
>
>>      Hello Mr. and Mrs. Spedale,
>>
>>
>>      I heard back from Dr. Fonseca regarding Ixazomib.  He said these
>>      are 2 different drugs.  He would recommend to first try the study
>>      drug (BET inhibitor).  Then she can try the approved Ixazomib
>>      later.  As for the port, we can certainly see if that is the best option
>>      for you when you meet with Dr. Bergsagel.   Let me know if you
>>      want to pursue the trial.
>>
>>
>>
>>      Regards,
>>
>>
>>      JR

1

Charanjit (J.R.) Singh, C.C.R.P
Senior Clinical Cancer Research Coordinator
Mayo Clinic Arizona
Cancer Clinical Research Office
13400 East Shea Blvd.
Scottsdale, AZ 85259
Phone (480)301-6046
Fax (480)301-6928
Email: singh.charanjit@mayo.edu
www.mayoclinic.org

**From:** Dan Spedale [mailto:danspedale@cox.net]
**Sent:** Friday, November 20, 2015 7:05 PM
**To:** Singh, Charanjit G.
**Subject:** Re: Telephone Conversation

JR this is Mr. Spedale. I have just shared all of your input with my
wife Iris and she has brought up two issues that we need to discuss.
The first is that she has very very weak veins and with that many
blood draws she may need to have a port. The second question
comes from the news today that a brand-new drug NINLARO
ixazomib has been FDA approved for relapsed multiple myeloma
patients. Iris would like to know if Dr Fonseca thinks this might be
a better alternative for her to try. Please let us know. Thank you JR
we appreciated sincerely Mr.

Spedale

Sent from my iPhone

On Nov 20, 2015, at 3:53 PM, Singh, Charanjit G.
<Singh.Charanjit@mayo.edu> wrote:

Hello Mr. Spedale,

As you requested I am emailing you a tentative
timeline. 12/1/2015 will start at 1015am and the
last appointment will be at 400pm with the
doctor. 12/2/2015 will start at 100pm with the bone
marrow biopsy and the last appointment will be at
240pm and these will be at the hospital
campus. The long days that will start at 0740am
and end around 500pm will be on 12/10, 12/17 and
12/23. The second bone marrow biopsy will be on

2

12/21 at 100pm as you requested. Lastly, there will
be very quick research blood draws every day from
12/24-12/28 as we discussed done at the hospital. I
haven't gotten all of these scheduled yet with times,
but once I do I will let you know and you can also
access online if you have access. Let me know if
you have any questions.

Regards,

JR

Charanjit (J.R.) Singh, C.C.R.P
Senior Clinical Cancer Research Coordinator
Mayo Clinic Arizona
Cancer Clinical Research Office
13400 East Shea Blvd.
Scottsdale, AZ 85259
Phone (480)301-6046
Fax (480)301-6928
Email: singh.charanjit@mayo.edu
www.mayoclinic.org

--
Darren Spedale
(917) 450-9174
Darren.Spedale@gmail.com

## Document info

| | |
|---|---|
| Result type: | Hematology Subsequent Visit |
| Result date: | Dec 01, 2015, 12:00 a.m. |
| Result status: | authenticated |
| Performed by: | Peter Bergsagel |
| Modified by: | Peter Bergsagel |

---

| Patient: | SPEDALE, IRIS R | DOB: | Nov 20, 1942 |
|---|---|---|---|

**Mayo Clinic in Arizona**
**CLINICAL NOTES**

Patient Name: Spedale, Iris R Mrs.
Medical Record Number: 59171918
DOB: November 20, 1942
Age: 73
Service: Hematology

Service Date: 12/01/2015
Facility Name: MCA
Provider Name: P. Leif Bergsagel, M.D.
Account Number: 1035532
Visit Type: Subsequent Visit

CHIEF COMPLAINT / REASON FOR VISIT:
t(14;16) kappa light chain multiple myeloma, relapsed, for treatment on a clinical trial with BET inhibitor CPI-0610.

HISTORY OF PRESENT ILLNESS:
The patient was seen earlier today by Dr. Fonseca. The patient has agreed to participate in the clinical trial of CPI-0610. She currently feels well and has no complaints referable to multiple myeloma, but has biochemical progression. She previously suffered thrombosis with IMiDs and GI toxicity with proteosome inhibitors and is hopeful that her disease can be controlled on this clinical trial.

CURRENT MEDICATIONS:
Prescriptions
Prescribed
Boniva 150 mg oral tablet: 150 mg, 1 Tab, PO, Q30Days, 3 Tab
Lab Tests: 1 Each, MISC, Daily, INR/Protime STAT daily DX anticoagulant therapy ICD-9 code V58.61.
Fax results to 480-301-7047, 180 Each, PRN: Anticoagulation
Lab Tests: 1 Each, MISC, Daily, INR/Protime daily STAT. Ok for pt to have fingerstick if available. Dx: anticoagulation therapy. ICD-9 code: V58.61 & PE. Fax results to 480-301-7047, 180 Each
Restasis 0.05% ophthalmic emulsion: 1 Drop, EYE BOTH, BID, 90 Day Supply, 180 Vial
Vicodin 5 mg-300 mg oral tablet: 1 Tab, PO, Q6H, for 10 Day(s), Sciatica pain, PRN: Pain Moderate, 40 Tab, 0 Refill(s)
Zantac 150 oral tablet: 150 mg, 1 Tab, PO, BID, for 30 Day(s), while on prednisone to protect stomach, 60 Tab, 0 Refill(s)
warfarin 5 mg oral tablet: 5 mg, 1 Tab, PO, QHS, 30 Tab
Documented Medications
Documented
Flexeril: PO, TID, 0 Refill(s)
Metamucil: 1tbsp, PO, Daily, in am

POLYETHYLENE GLYCOL PWD (MIRALAX): 17 g, PO, QHS, dissolve in water or juice
Vitamin D3 5000 intl units oral tablet: 5,000 IU, 1 Tab, PO, Daily, afternoon
aspirin 81 mg oral enteric coated tablet: 81 mg, 1 Tab, PO, Daily, in am
predniSONE: PO, Daily, 0 Refill(s).

ALLERGIES:
This patient is allergic to Daypro, Naprosyn, ibuprofen, and Celebrex, as well as iodine, and shellfish.

PAST MEDICAL/SURGICAL HISTORY:
Past Medical History:
1. Mrs. Spedale was treated for amyloidosis with an autologous stem cell transplant in November of 2009. Before that, she received induction with CyBorD chemotherapy. She was first noted to have macroglossia which ultimately led to the diagnosis of amyloidosis. She also had evidence of submandibular gland enlargement. The patient was originally diagnosed in the summer of 2008. Patient had to be restarted on therapy with CyBorD in the summer of 2013 and completed that by year's end. Because of that the patient achieved an excellent response but the therapy ultimately had to be stopped because of gastrointestinal toxicity. I did discuss with the patient again the possibility of a stem cell transplant but she opted for a maintenance strategy with Revlimid. She took Revlimid for about 3 months but ultimately developed DVT with associated pulmonary embolism.
2. History of pathologic multiple myeloma in her bone marrow associated with translocation 14;16.
3. Macroglossia.

SOCIAL HISTORY:
She is married. She was trained as an attorney, but was working in business development and sales. She smoked half a pack per day for five years and then quit. She has one child and one stepchild. No alcohol or drugs.

PHYSICAL EXAM:
Vital Signs: She is 71.5 kg, 36.4 Celsius, 54 bpm, 105/68 mmHg.
General: Her ECOG score is 0. On examination, she is a healthy-appearing elderly woman.
Chest: Clear.
Heart: Sounds are normal.
Abdomen: Soft, nontender.
Extremities: Without edema.
Neurologic Exam: Nonfocal.

IMPRESSION/REPORT/PLAN:
Clinical Impression:
1. t(14;16) kappa light chain multiple myeloma.
To start treatment on a clinical trial of CPI-0610.

Plan: Will proceed with bone mineral aspiration and biopsy and initiate treatment. Patient will be seen in followup in one week's time.

PLB/jmd

DD: 12/01/2015  16:22
DT: 12/02/2015  06:35

## Document info

| | |
|---|---|
| Result type: | Hematology Subsequent Visit |
| Result date: | Dec 01, 2015, 12:00 a.m. |
| Result status: | authenticated |
| Performed by: | Rafael Fonseca |
| Modified by: | Rafael Fonseca |

| | | | |
|---|---|---|---|
| **Patient:** | **SPEDALE, IRIS R** | **DOB:** | **Nov 20, 1942** |

**Mayo Clinic in Arizona**
**CLINICAL NOTES**

Patient Name: Spedale, Iris R Mrs.
Medical Record Number: 59171918
DOB: November 20, 1942
Age: 73
Service: Hematology

Service Date: 12/01/2015
Facility Name: MCA
Provider Name: Rafael Fonseca, M.D.
Account Number: 1035532
Visit Type: Subsequent Visit

CHIEF COMPLAINT / REASON FOR VISIT:
Mrs. Spedale returns here in consideration of participating in a clinical trial for the treatment of myeloma.

HISTORY OF PRESENT ILLNESS:
Mrs. Spedale has been interested in the potential of participating with clinical trial CPI-0610 using a BET inhibitor as treatment for recurrent myeloma. She had some more questions about the trial and wished to meet before so we could address them.

CURRENT MEDICATIONS:
Prescriptions
*Prescribed*
Boniva 150 mg oral tablet: 150 mg, 1 Tab, PO, Q30Days, 3 Tab
Lab Tests: 1 Each, MISC, Daily, INR/Protime STAT daily DX anticoagulant therapy ICD-9 code V58.61.
Fax results to 480-301-7047, 180 Each, PRN: Anticoagulation
Lab Tests: 1 Each, MISC, Daily, INR/Protime daily STAT. Ok for pt to have fingerstick if available. Dx: anticoagulation therapy. ICD-9 code: V58.61 & PE. Fax results to 480-301-7047, 180 Each
Restasis 0.05% ophthalmic emulsion: 1 Drop, EYE BOTH, BID, 90 Day Supply, 180 Vial
Vicodin 5 mg-300 mg oral tablet: 1 Tab, PO, Q6H, for 10 Day(s), Sciatica pain, PRN: Pain Moderate, 40 Tab, 0 Refill(s)
Zantac 150 oral tablet: 150 mg, 1 Tab, PO, BID, for 30 Day(s), while on prednisone to protect stomach, 60 Tab, 0 Refill(s)
warfarin 5 mg oral tablet: 5 mg, 1 Tab, PO, QHS, 30 Tab
Documented Medications
*Documented*
Flexeril: PO, TID, 0 Refill(s)
Metamucil: 1tbsp, PO, Daily, in am
POLYETHYLENE GLYCOL PWD (MIRALAX): 17 g, PO, QHS, dissolve in water or juice
Vitamin D3 5000 intl units oral tablet: 5,000 IU, 1 Tab, PO, Daily, afternoon

aspirin 81 mg oral enteric coated tablet: 81 mg, 1 Tab, PO, Daily, in am
predniSONE: PO, Daily, 0 Refill(s).

ALLERGIES:
This patient is allergic to Daypro, Naprosyn, ibuprofen, and Celebrex, as well as iodine, and shellfish.

PAST MEDICAL/SURGICAL HISTORY:
Past Medical History:
1.  Mrs. Spedale was treated for amyloidosis with an autologous stem cell transplant in November of 2009.  Before that, she received induction with CyBorD chemotherapy.  She was first noted to have macroglossia which ultimately led to the diagnosis of amyloidosis.  She also had evidence of submandibular gland enlargement.  The patient was originally diagnosed in the summer of 2008.   Patient had to be restarted on therapy with CyBorD in the summer of 2013 and completed that by year's end. Because of that the patient achieved an excellent response but the therapy ultimately had to be stopped because of gastrointestinal toxicity. I did discuss with the patient again the possibility of a stem cell transplant but she opted for a maintenance strategy with Revlimid. She took Revlimid for about 3 months but ultimately developed DVT with associated pulmonary embolism.
2. History of pathologic multiple myeloma in her bone marrow associated with translocation 14;16.
3. Macroglossia.

SOCIAL HISTORY:
**She is married. She was trained as an attorney, but was working in business development and sales.  She smoked half a pack per day for five years and then quit. She has one child and one stepchild.  No alcohol or drugs.**

IMPRESSION/REPORT/PLAN:
Mrs. Spedale had an opportunity to talk to me about various treatment options. Because of her past problems with thrombosis with iMiDs  and the gastrointestinal toxicity with the proteosome inhibitors we probably would be faced with a choice of carfilzomib, ixazomib or a clinical trial. After further consideration she will participate in the clinical trial. She had an opportunity to meet with our study coordinator and review the potential risks, benefits, logistics and usual protocol for the clinical trial. She will be enrolled later today.

RF/jle

DD: 12/01/2015  12:51
DT: 12/01/2015  13:01

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Iris Spedale and Daniel Spedale,
husband and wife,

       Plaintiff,

                           No. 2:17-cv-00109-JJT

   vs.

Constellation Pharmaceuticals,
Inc.,

       Defendant.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

IRIS SPEDALE

July 24, 2018

10:00 a.m.

One North Central Avenue
Suite 900
Phoenix, Arizona

Talia Douglas, RPR, CR No. 50775

```
 1                    APPEARANCES OF COUNSEL

 2

      For the Plaintiff:
 3
           SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.
 4         ALAN C. MILSTEIN, ESQ.
           308 Harper Drive, Suite 200
 5         Moorestown, NJ 08057
           856.661.2078
 6         amilstein@shermansilverstein.com

 7

      For Defendant Constellation Pharmaceuticals, Inc.:
 8
           MORRISON MAHONEY, LLP
 9         ARTHUR LIEDERMAN, ESQ.
           120 Broadway, Suite 1010
10         New York, NY 10271
           212.825.1212
11         aliederman@morrisonmahoney.com

12

      ALSO PRESENT:
13
           Darren Spedale
14         Daniel Spedale

15

16

17

18

19

20

21

22

23

24

25
```

1                    INDEX OF EXAMINATION

2

3    WITNESS:  IRIS SPEDALE

4    EXAMINATION                                    PAGE

5    By Mr. Liederman                                  5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          INDEX OF EXHIBITS

2

3    Exhibit                 Description                    Page

4    Exhibit 1      Reasearch Participant Consent and        28
                    Privacy Authorization Form
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              DEPOSITION OF IRIS SPEDALE

2                   JULY 24, 2018

3

4                   IRIS SPEDALE,

5    having been first duly sworn, testifies as follows:

6                   EXAMINATION

7    BY MR. LIEDERMAN:

8        Q.   Okay.  Good morning, Mrs. Spedale.

9        A.   Hi.

10       Q.   Off the record I guess I introduced myself, but

11   I'm Arthur Liederman.

12               I represent the --

13       A.   Liederman?

14       Q.   Liederman, with a D.

15       A.   Oh.

16       Q.   And I'm representing Constellation

17   Pharmaceuticals, the defendant in this case.

18               Have you ever been in a deposition before?

19       A.   Not -- no.

20       Q.   No?

21       A.   Not that I remember.

22       Q.   Okay.  So the questions I'm going to ask you are

23   going back a while.

24               And if you can't recall something, then don't

25   speculate.  I want you to, best of your recollection,

Page 6

1    provide any answers.

2                        Right now, are you on any medication?

3        A.   Yes.

4        Q.   And what medication are you on?

5        A.   Pomalidomide is one.  I'm trying to think.  And

6    just Acyclovir.

7        Q.   And is there any medication you're taking right

8    now that you've been told by any physicians may affect your

9    memory or your ability to answer questions?

10       A.   I don't remember being told.

11       Q.   Okay.

12                  MR. MILSTEIN:  I think the answer to the

13   question is yes.

14   BY MR. LIEDERMAN:

15       Q.   Okay.  Presently, where do you reside?

16       A.   In an assisted living facility.

17                  I can't give you the address because I don't

18   remember the numbers.

19       Q.   And the name of your facility, do you know that?

20       A.   It was Freedom Plaza, but they changed it to --

21   yeah, it's Freedom Plaza.

22       Q.   Do you know how long you've been -- how long have

23   you been living there?

24       A.   About two years.

25       Q.   And prior to that, where were you residing?

Page 7

1      A.   My home.

2      Q.   And that's in Phoenix?

3      A.   Surprise.

4      Q.   Are you presently under the care of a Dr. Fonseca

5   at the Mayo Clinic?

6      A.   From who.

7      Q.   Dr. Fonseca.

8      A.   Oh.

9      Q.   Are you under his care?

10     A.   Yes.

11     Q.   Okay.  Do you have any recollection of the first

12   instance that you consulted with Dr. Fonseca?

13     A.   It was a long time ago.

14          I think I might have talked to him on the

15   phone.  I don't know.

16     Q.   And what was the reason for you going to see Dr.

17   Fonseca?

18     A.   Because I had sores in my tongue.  And when they

19   did some tests, I think, they found out that I had

20   multiple -- amyloidosis and multiple myeloma.

21     Q.   And was it under Dr. Fonseca's care that you were

22   diagnosed with the multiple myeloma?

23     A.   Well, let's see.

24     Q.   Was it before?

25          Was it before -- if you don't remember,

1    we'll --

2         A.   It was a long time ago.  I think I was even in New

3    York.

4                   Nobody can give me the answers here.  I had

5    to go to New York.

6         Q.   Have you ever lived in New York?

7         A.   When I was a child, in Brooklyn.

8         Q.   Okay.  And so when you mentioned that you went to

9    New York, was that in order to seek medical care?

10                   Is that why you went to New York?

11        A.   Well, to find out what it was that was giving me

12   these tongue sores.

13        Q.   Okay.

14        A.   I couldn't eat.  I -- I still can't eat.

15        Q.   Did Dr. Fonseca treat you for your multiple

16   myeloma?

17        A.   Yes.

18        Q.   Okay.  Do you recall the type of treatment that

19   you had with him?

20                   MR. MILSTEIN:  Originally, you mean?

21   BY MR. LIEDERMAN:

22        Q.   Originally.

23        A.   I think it was called -- it was a CyBorD or

24   something like that, I think.  He wanted to put me on it.

25        Q.   So we're talking about the period now before --

 1    strike that.

 2                You're aware of the fact that you're involved

 3    in a lawsuit against Constellation Pharmaceuticals,

 4    correct?

 5        A.    I thought it was -- I wasn't sure.

 6        Q.    Okay.  So this is a lawsuit in your name and your

 7    husband's name against Constellation Pharmaceuticals.

 8        A.    Uh-huh.

 9        Q.    So you know it deals with the clinical trial that

10    you're involved with for a test drug?

11                Do you recall that there was a clinical trial

12    drug?

13        A.    No.

14        Q.    No?

15        A.    Absolutely not.

16        Q.    Okay.  Prior to having multiple myeloma, do you

17    recall ever having behavioral neurological issues --

18        A.    No.

19        Q.    -- problems?

20        A.    No.  I was perfectly normal before I started this

21    cancer stuff.

22        Q.    Okay.  Do you recall at one point suffering some

23    type of mania because of the steroids you were taking?

24        A.    I just remember being very thirsty and hungry and

25    eating sweets.

```
1                    And that was, I think, the dex in there.   I
2    don't know.   I think that's what it was.
3                    MR. MILSTEIN:   Yeah, the dex.
4                    THE WITNESS:   Dexamethasone.
5    BY MR. LIEDERMAN:
6        Q.   And did you go for treatment for that?
7                    Do you remember?
8                    MR. MILSTEIN:   You're talking about for the
9    mania?
10   BY MR. LIEDERMAN:
11       Q.   For the mania at that time.
12       A.   I went to talk to one of their psychiatrists, and
13   they realized it was a steroid introduced problem.
14       Q.   Okay.
15       A.   It wasn't me.
16                   I never had any problem.   I was a normal
17   person until I got on the drug.
18       Q.   Do you recall ever telling Dr. Fonseca that you
19   may have had bipolar disorders?
20       A.   No.   I -- it was just a guess.
21                   Because I would be very happy and sad, but
22   that was my guess.
23       Q.   Now, during the course of your treatments with Dr.
24   Fonseca for your multiple myeloma --
25       A.   Wait a minute.   Dr. Fonseca?
```

1    Q.   Yes.

2    A.   I might have told him that I was -- one time when

3  I had a sinus infection --

4    Q.   Uh-huh.

5    A.   -- the doctor gave me one of those five, four,

6  three, two, one -- a steroid.

7             And he says, you're going to feel like

8  vacuuming at 2:00 in the morning, and it's going to make

9  you -- but it will help your sinus -- I had a sinus

10  infection.  It will get rid of it, which it did.  But it

11  left me shaky, and I never had that again.  I never took

12  those drugs again.

13             And so I told him that.  That's what I told

14  him.

15    Q.   In the course of your treatment with Dr. Fonseca,

16  did you have -- this is just general recall -- bad

17  reactions to a lot of the different types of medicines he

18  was giving you for the multiple myeloma?

19    A.   I don't think so.

20    Q.   I just want to review a little something about

21  your life.  Okay?

22             What's the highest level of education that

23  you had, schooling?

24    A.   Four years of a bachelor's, three years of law

25  school.

Page 12

1    Q.   Where did you go for your bachelor's?

2    A.   Brooklyn College.

3    Q.   And the law school?

4    A.   Georgia State University.

5         And I went to one year for a master's -- I

6    didn't finish it -- in University of Buffalo.

7    Q.   Master's in what?

8    A.   Political science.

9    Q.   Is that after law school?

10   A.   Before.

11   Q.   Okay.  And you said you got a law degree?

12        You graduated from --

13   A.   J.D.

14   Q.   -- Georgia State?

15        Did you ever take a Bar exam in any --

16   A.   Yes.

17   Q.   -- state?

18        Which state?

19   A.   Georgia, Illinois, Minnesota.  I passed them all.

20   My uncle used to say, there isn't a Bar she can't pass up.

21        Because every time we moved -- he moved a

22   lot.  He's in marketing.  So I couldn't practice.  I

23   hadn't -- I didn't get reciprocity.  You had to practice 7

24   out of the last 10 years, and I had maybe 2 or 3 years of

25   practice.

1      Q.   So in each of those instances that you passed the

2   Bar, did you practice in that jurisdiction as a lawyer?

3      A.   I volunteered.

4           I was working with abused and neglected kids

5   for CASA or something.

6           MR. MILSTEIN:   That counts as practice.

7           THE WITNESS:   Yeah.

8   BY MR. LIEDERMAN:

9      Q.   Was that in all the various jurisdictions or are

10  you just thinking of one in particular where that

11  happened --

12     A.   Two.

13     Q.   -- where you did that volunteering?

14     A.   Two.

15     Q.   Which jurisdiction?

16     A.   Illinois.   I learned about mediation, and I liked

17  that better.   In fact, we did it in law school the last

18  semester.

19           And getting to -- yes, I remember.   But then

20  Minnesota, I did it.   I was mediating between landlord and

21  tenant.

22           Or maybe it was Illinois.   I don't remember.

23  I get my jurisdictions confused.

24     Q.   Uh-huh.

25     A.   Illinois.

1    Q.   Are you presently married?

2    A.   Yes.

3    Q.   Okay.  And when were you married?

4         What was the date of your marriage?

5    A.   11/28/68.

6         We got married on Thanksgiving Day.  It was

7    on the 28th at that time, on a Thursday, and it never has

8    been again.

9    Q.   When you received that diagnosis with multiple

10   myeloma, did you do independent research on the condition,

11   the problems, treatments?

12   A.   I looked it up in Google.  I Googled it at the

13   time.  I can't get onto Google now.  I don't know how to

14   use it.  But then I was -- I Googled it.

15        And they said from the discovery -- most of

16   them were Indian things.  They said from the time of

17   discovery, you had five months and you die.  And I thought

18   I was going to die in five months.

19   Q.   Uh-huh.

20   A.   And the enlarged tongue, and they had dark purple

21   eyes when it progresses.

22   Q.   So on that original time that you went through the

23   treatments at the Mayo Clinic -- that's where you had

24   primarily your treatments, right, the Mayo Clinic?

25   A.   Uh-huh.

1    Q.   Okay.

2             MR. MILSTEIN:  You have to say yes or no.

3             THE WITNESS:  Yes.

4  BY MR. LIEDERMAN:

5    Q.   There was a regression in the condition?

6    A.   Regression?

7    Q.   Well, did it resolve, the myeloma?

8    A.   No.

9    Q.   Okay.  At some point, though, did a lot of the

10  symptoms disappear?

11    A.   No.

12    Q.   Okay.  So at any point, was there improvement in

13  the condition?

14    A.   Yes.

15    Q.   And what type of improvement were you

16  experiencing?

17             What do you recall?

18    A.   It didn't hurt to eat.  And my tongue, I think,

19  went -- was not to swollen -- went down, I think.

20             I can't -- I can't remember the specifics,

21  but I was off the drug for a while.  He said I had

22  remission, and then I had --

23    Q.   Remission?

24    A.   -- stringent remission.

25             And he thought I was going to be fine, and

1    then it came back very aggressive.

2        Q.    When it came back very aggressively, do you recall

3    what type of treatment -- strike that.

4                Do you recall what it was that the doctor

5    noted that indicated that it was coming back aggressively?

6                Was it something in a symptom or was it

7    something in tests that he told you that he --

8        A.    Tests, tests.  He was checking the --

9        Q.    Did you ever hear the term free light chain?

10       A.    Uh-huh, yes.

11       Q.    Do you have an understanding of what that means?

12       A.    Absolutely not, no, but I know it's bad.

13       Q.    Okay.  And there came a time where he found that

14   the free light chain was increasing, right?

15       A.    Yes.

16       Q.    Okay.  So --

17       A.    So something about the lambdas and the kappas.

18       Q.    Okay.

19       A.    It sounds like the Capulets in Romeo and Juliet.

20       Q.    That's what I was just thinking of.

21               So Dr. Fonseca, did he recommend any

22   treatment because of what he saw with changes in your

23   tests?

24       A.    Yes, he did.

25       Q.    And do you recall the type of recommendation he

1  made?

2  A.   As a matter of fact, I said to him -- I remember

3  saying, if you were me, what would you take?

4         Because there were so many options, and some

5  of them were newer than others and older, and they had side

6  effects.

7         I said, well, I don't know what -- you're

8  asking a layman to choose.  What do you -- what would you

9  do if it was your mother or wife or sister?

10         He said, I would take the CyBorD.  So I said,

11  if it's good enough for your mother or sister, I guess it's

12  good enough for me.

13  Q.   So you did take the CyBorD?

14  A.   Yeah.  I listened to him in every regard.

15  Q.   What did it involve having that type of CyBorD

16  treatment?

17         Was it -- was it oral medication?  Was it an

18  infusion?

19  A.   No.  It wasn't.  At that time, you couldn't get an

20  infusion.

21         I think -- well, maybe you could.  Now I'm

22  getting confused.  It was oral, but I couldn't swallow due

23  to the amyloid in my throat, and it hurt.

24         So he got me liquids.  Every week, I would

25  get liquids.  And it was -- it was like for cytoxan,

Page 18

1    dexamethasone.  He gave me a pill because that was in pill

2    form, little -- he gave me too much.  They had to cut it

3    down.

4                I told him I would get adverse effects.  My

5    body reacts right away.  My body reacted right away.

6        Q.   What type of reactions did you experience?

7        A.   Toxicity in my gut.

8                I have all kinds of burning sensations and

9    gurgling, and my gut's a mess.

10       Q.   Now, this was primarily with the CyBorD

11   treatment?

12       A.   No.  I was okay with that.  I think it was the

13   others.

14               But they put something like compazine in, and

15   I went right to sleep.  It made me sleepy and groggy, and I

16   couldn't function.

17       Q.   Before you got the test indicating the free light

18   chain test, how did you feel about the fact that you were

19   in remission?

20       A.   I felt great.

21       Q.   Okay.

22       A.   I didn't have to come every week.  And coming

23   every week, it was exhausting.

24       Q.   When you would come every week, what type of tests

25   -- well, strike that.

1          When you went to see him every week,

2  what usually --

3      A.   To the hospital.

4      Q.   -- did that entail when you visited him at the

5  hospital?

6      A.   What?

7      Q.   What happened?

8          Were you examined?  Were there tests?

9      A.   No.  I would just wait to see what dose they

10  should give me.

11      Q.   Okay.  So that was dosing before you went into

12  remission?

13          I mean, when you were told that you were in

14  remission, was there a period where you eliminated certain

15  medications?

16          Do --

17      A.   I don't remember.

18      Q.   -- you remember?

19      A.   No.

20      Q.   But there came a point in time that you found out

21  you were in remission --

22      A.   Yeah.

23      Q.   -- and you felt good that you may have beaten the

24  myeloma?

25      A.   Right.

Page 20

1    Q.   So when you --

2    A.   Or the amyloidosis.  I think -- they said a

3  certain percentage of myeloma has amyloid, and a certain

4  percentage of amyloid has myeloma.  I said, what's the

5  difference?  You have them both.

6              So I think primarily treating me for multiple

7  myeloma because that was approved by FDA, but they were

8  really trying to get to the amyloidosis, but that wasn't

9  approved by FDA.

10             So it wasn't covered by Medicare, Omnicare or

11  whatever -- Obamacare.

12    Q.   This is before you went into remission.

13             We're talking about the period before you

14  found out you were in remission.

15    A.   I had several remissions.

16    Q.   Okay.  So there were multiple times that you were

17  being treated, and then the doctor told you he thinks

18  you're in remission and he saw improvement, right?

19    A.   Uh-huh, yes.

20    Q.   And each time, though, that you found out that it

21  wasn't as successful as you first thought, how did you feel

22  about that?

23    A.   I didn't know how I was going to go on.

24             Because I couldn't stand the sight of blood.

25  I have thin veins, and I couldn't stand the smell of blood.

Page 21

1    And it was very painful every time they stuck me.  I have

2    rolling veins.

3         Q.   Was it creating anxiety?

4         A.   I don't know what it was creating.  I'm not

5    sure.

6         Q.   During the period that you had been treated by Dr.

7    Fonseca and you had gone through these periods of remission

8    and then finding out that it was not as successful, have

9    you had any discussions with Dr. Fonseca about getting some

10   type of psychiatric consult, assistance in dealing with

11   cancer?

12        A.   No.

13        Q.   No one ever recommended it to you other than that

14   one time we talked about where you said the steroid induced

15   mania, you said that you had some type of psychiatric

16   consult?

17        A.   Oh.

18             MR. MILSTEIN:  And obviously, she had it when

19   she had the reaction here.

20             MR. LIEDERMAN:  Yeah.  I was talking about

21   the period before.

22             But I just don't know whether or not she can

23   divide the period clearly in her mind.

24             THE WITNESS:  Well, I was getting burping and

25   grepsing -- I don't know if you -- and getting pain when I

Page 22

1    laid down.

2              So they wanted to give me some -- every time

3    they gave me a drug, I needed another drug to correct it.

4    So I got to the point where I wouldn't take the drugs

5    because they were making me sick.

6              So what was the question?

7    BY MR. LIEDERMAN:

8        Q.   Well, was there any -- we'll move on.

9        A.   Was there any time what?

10       Q.   No, no.  I'll rephrase.

11             During the course of your treatments, did you

12   receive infusions?

13       A.   Yes.  Because I couldn't swallow the pill, yes.

14       Q.   And was there any ports that were created?

15       A.   I had a pit first --

16       Q.   Okay.

17       A.   -- and I got allergic to that.  I had little

18   pimples, and I was allergic to the stuff.

19             So that was here.  And then they put in a

20   port right here.

21             See?  It's right here.

22       Q.   So when you found out that -- okay.  So you found

23   out that the test results in the free light chains

24   indicated that you needed further treatment.

25             So at that time, do you recall having

1  conversations with Dr. Fonseca indicating there were

2  certain drugs you did not want to try because you didn't

3  find them pleasant or difficult to take?

4       A.   I didn't know anything.

5            I was very naive about it.  Whatever he said,

6  I did.

7       Q.   So you don't recall at any time telling him there

8  were things that he was suggesting and that you said no,

9  can you give me something else?

10       A.   Sometimes, yeah.

11            If he said -- I didn't know how to pronounce

12  them, so I would say -- it's zines or compazine.  I said I

13  don't want anything with zines or bubs or whatever because

14  they're in the same family, so do you have anything else

15  like that.

16       Q.   Did you also ever indicate that you didn't want

17  something that would require an infusion of the drug if it

18  could be avoided, that you wanted something oral rather

19  than something that would again be pricking your skin to --

20       A.   No.

21       Q.   -- administer?

22       A.   As a matter of fact, oral is the last thing I

23  want.  I can't swallow.

24            So why would I ask for it?  I can't get the

25  pills down my throat.

1    Q.   Okay.  So do you recall a time where he mentioned

2    that there was -- and I'll use the term experimental drug,

3    if there was an experimental drug at the Mayo Clinic that

4    he wanted you to try?

5    A.   No.  I would never subject myself to an

6    experiment.

7              I thought it was something that would give me

8    complete remission --

9    Q.   So --

10   A.   -- that it was safe and sound.

11   Q.   Okay.  So do you remember meeting with a Dr.

12   Singh?

13             Not a Dr. Singh, Mr. Singh.

14             MR. MILSTEIN:  R.D.

15   BY MR. LIEDERMAN:

16   Q.   R.D.

17   A.   J.R.

18   Q.   Do you remember meeting with him?

19   A.   Yes.

20             MR. MILSTEIN:  Her memory is better than

21   yours and mine.

22             THE WITNESS:  Yes.

23   BY MR. LIEDERMAN:

24   Q.   Okay.  So that was because you were going to be

25   taking a certain type of drug that Dr. Fonseca recommended

1   you take, right?

2                    And you required them to meet with J.R.,

3   right?

4                    Do you remember that?

5                    Because without getting involved with dates,

6   that --

7       A.   I don't know that I was required to meet him.  He

8   just said he's handling --

9       Q.   The --

10      A.   -- he's going to handle it.

11      Q.   Okay.

12      A.   And I thought I was one of many people --

13      Q.   Okay.

14      A.   -- in Mayo.

15      Q.   So that gives us a point in time to make it easier

16  for your reach back into your memory about this.

17                   So there was a drug associated with J.R.

18  Okay?

19                   And that was a drug that Dr. Fonseca

20  recommended that you take, and that's why you had to meet

21  J.R.

22                   Do you recall that?

23      A.   I didn't know it was associated.

24                   I thought he was head of all the clinical

25  trials, all the stuff.

1      Q.    Okay.  What does the phrase clinical trial mean to

2  you?

3      A.    I'm not sure.

4      Q.    Okay.  Did Dr. Fonseca use the phrase clinical

5  trial?

6                 Do you remember?

7      A.    Yes.

8      Q.    Okay.  Did you ask him at that time what clinical

9  trial meant?

10     A.    No.  I thought that means it was okay.

11     Q.    So you said you didn't know what it meant, but you

12  didn't ask him what it meant when he used the phrase?

13     A.    I never questioned him.

14     Q.    Okay.  When you met with J.R. --

15     A.    He was like a God to me.  You don't question God.

16     Q.    When you talked to J.R., did you talk to him about

17  what a clinical trial was?

18                 Did you ask him?

19     A.    No.  He never once told me that it was.

20                 I thought it was a drug that was approved for

21  use and that -- and Dr. Fonseca said, read me in, which

22  later, looking back I said, I guess he didn't know anything

23  about the drug either.

24                 He asked to be read in.  I thought he wanted

25  his name on the paper.  Because, when they had CyBorD, his

1    name was on the paper.

2         Q.   When you say, read me in, what were referring

3    to?

4         A.   I don't know.  That's his term.  He said, read me

5    in.

6         Q.   Who did he say that to?

7         A.   J.R.

8         Q.   Were you present at a -- the first time you met

9    J.R., were you with Dr. Fonseca or did you meet with J.R.

10   just with possibly your husband or your son, but was there

11   anyone else from the Mayo Clinic besides J.R. present when

12   you met with J.R.

13        A.   I -- I can't recall because they merged.

14        Q.   Okay.  Did you remember meeting a doctor --

15        A.   Yeah.  Well, maybe yes.  Maybe yes.

16        Q.   What?

17        A.   That --

18        Q.   Maybe what?

19        A.   -- he came when I was talking to Fonseca, and I

20   just thought he was -- yeah.

21        Q.   Do you remember a Dr. Bergsagel?

22        A.   Bergs -- yes, I remember him.  But he wasn't my

23   doctor.

24        Q.   Okay.  Do you recall having a meeting with him?

25        A.   I recall him visiting me in the hospital a lot --

1    that's all -- when I had the stem cell transplant.

2        Q.   Okay.  What about when you were receiving the

3    medicine as part of this clinical trial, did he visit with

4    you before you started the --

5        A.   No.

6        Q.   -- the regimen?

7        A.   Never.

8        Q.   So the only person you recall primarily meeting

9    with was J.R.

10       A.   Yeah.

11       Q.   And then any nurses that were around --

12       A.   Yeah.

13       Q.   -- to give you the medicine?

14            MR. MILSTEIN:  I think Bergsagel was not

15    there with the stem cell.  That was earlier.

16            MR. LIEDERMAN:  Yeah.  I went past that.

17            MR. MILSTEIN:  Okay.

18            Mr. Spedale, I think, has a -- he was present

19    in all of the meetings.

20            MR. LIEDERMAN:  I know.  I know.  We'll get

21    to -- I'm going to finish up quickly.

22            What we'll do is we'll just mark this, show

23    it, and then we'll deal with it again.

24            MR. MILSTEIN:  Okay.

25            (Exhibit No. 1 marked)

Page 29

1            MR. MILSTEIN:  What is it?

2            MR. LIEDERMAN:  The informed consent.

3            MR. MILSTEIN:  Oh, okay.

4    BY MR. LIEDERMAN:

5       Q.  All right.  So Ms. Spedale, I'll show you what's

6    been marked as Exhibit 1.

7            It's a multi page -- in fact, it's 21 pages.

8       A.  Yes.

9       Q.  For the record, the first cover sheet refers to it

10   as a research participant consent and privacy authorization

11   form, and it has an approval date of February 27, 2015.

12           Could you just take a look at the last page?

13      A.  February?

14      Q.  I'm just --

15           MR. MILSTEIN:  Forget the --

16   BY MR. LIEDERMAN:

17      Q.  I'm just describing it for the record.

18           Just look at the last page.

19      A.  I have my -- when he showed it to me, I didn't

20   have my --

21      Q.  No, no, no.  Don't answer a question that hasn't

22   been asked.

23           MR. MILSTEIN:  What were you saying?

24           When he showed it to you, you didn't have

25   your glasses?

```
 1                    THE WITNESS:  I didn't have -- I just asked
 2    him to summarize it, and he did.
 3    BY MR. LIEDERMAN:
 4         Q.   No, no.
 5                    Okay.  I just want to know -- we're going to
 6    go step by step through a few questions.  Okay?
 7                    What -- is that your signature on that last
 8    page?
 9         A.   Yes.  He said, sign it --
10         Q.   Okay.
11         A.   -- so we can get started.  And that's all he
12    did.
13         Q.   Okay.
14         A.   He didn't tell me anything else.
15         Q.   Okay.  So do you recall, then, there came a time
16    where you met J.R. and you had --
17         A.   And that's not February.  That's 12/1.
18         Q.   I know.  I know.
19                    I was just referring to a date on the front
20    page.
21         A.   Oh --
22         Q.   Okay?
23         A.   -- okay.
24         Q.   I was just describing it for the record.  Okay?
25                    So this is -- as you were noting, it's
```

1    December 1st, 2015.

2        A.   Uh-huh.

3        Q.   So I'm not asking you to try to recall an exact

4    date or month other than if this refreshes your

5    recollection that you may have met with him on this day --

6        A.   Uh-huh.

7        Q.   -- and you signed the document.

8        A.   Uh-huh.

9        Q.   Do you recall that, at least that?

10       A.   Yeah.

11       Q.   Okay.  Now --

12       A.   And they took me right away and started --

13       Q.   Okay.  So when you met with him, what do you

14   recall -- strike that.

15                Had you met with J.R. on any earlier

16   occasions before you met with him and he had this document

17   with him or is this --

18       A.   One time in Dr. Fonseca's --

19       Q.   Office?

20       A.   -- office.

21       Q.   And then the next time you met with him, he had

22   this document with him?

23       A.   Yes.

24       Q.   Okay.  And --

25       A.   Well, I didn't know about this document.

```
 1      Q.    No.   I'm not asking you about the document.

 2                  I'm breaking it down so -- to make it easier.

 3   Okay?

 4                  So when you met with him and he had this

 5   document, that was an appointment where he asked you to

 6   come to see him?

 7                  You had to come to see him, to --

 8      A.    To get the infusion or whatever.

 9      Q.    Okay.  So the reason why you were going that day

10   when you signed this document was you were receiving the

11   medicine?

12      A.    Yeah.  But I thought it was an infusion, not

13   pills.

14      Q.    Okay.  So do you recall where you met with Mr., or

15   J.R.?

16                  Do you recall, was it -- did he taking you

17   into a room?

18      A.    Yes.

19      Q.    Okay.  And who was with you at the time besides

20   J.R., any family members?

21                  Were you alone or were you with somebody, if

22   you recall?

23                  If you don't --

24      A.    I don't remember.

25      Q.    -- whatever you can remember.
```

1    A.    I don't remember.

2          Because I remember asking for a private room

3    to lie down.  I couldn't stand, yeah.

4    Q.    What was the reason why you couldn't stand?

5    A.    Ambient noises.  I couldn't concentrate.

6    Q.    So you sat in a room.

7          It was like a conference room or an office?

8          Do you remember?

9    A.    With him?

10         No, I don't remember.

11   Q.    Okay.  So he then showed you this document?

12   A.    Yes.

13   Q.    So what do you recall him telling you about this

14   document?

15   A.    He didn't show it to me.  He said, you have to

16   sign it.

17   Q.    Okay.

18   A.    And I said, I need to get my glasses.  He said,

19   you don't need it.

20         I said, how am I going to know what I'm

21   signing?  He said, I'll tell you about it.

22   Q.    Okay.  So did you have a copy in your hands or was

23   he always holding it or did he actually give you a copy?

24   A.    Yeah, I did.  And I can't see.  I didn't have

25   my --

```
 1        Q.   Did you have glasses with you in your

 2   pocketbook?

 3        A.   I think that's what I asked to get.

 4             He said, you don't need it.  I'll summarize

 5   it for you.

 6        Q.   So you did not get your glasses?

 7        A.   No.

 8        Q.   Okay.

 9        A.   I said, just tell me what it says.

10        Q.   So --

11        A.   It's too many -- this would take me two hours.

12   And he said, you're due to get your infusion in 15 minutes.

13   I said, I can't read this in 15 minutes.

14        Q.   Prior to having any medications before you had

15   this medication that was involved with this form, had you

16   been asked to sign documents to be able to take the

17   medicine?

18        A.   I don't know.  I don't know.  I can't remember.

19        Q.   You were a trained lawyer, so --

20        A.   Well, not a practicing one.

21        Q.   A trained lawyer?

22        A.   Yes.

23        Q.   Okay.  And so did you -- were you a good student

24   in law school?

25        A.   I thought so.
```

Page 35

1    Q.   Okay.  And so did you consider yourself a detailed

2  type person?

3    A.   Yes, I do.

4    Q.   Okay.

5    A.   Detailed people go into law.

6    Q.   Okay.  So was it your practice that before you

7  sign documents you would normally want to take a close look

8  at them to see what it's about?

9    A.   Normally, yes.

10   Q.   Okay.  And have you ever, in all the medical

11  procedures that you've had, been familiar with the concept

12  of an informed consent?

13           Did you ever hear that phrase, informed

14  consent?

15   A.   I've heard the phrase, but I never knew what it

16  meant.

17   Q.   Okay.  Have any doctors or medical providers ever

18  used that phrase in discussions with you, informed

19  consent?

20   A.   I don't recall.  I can't remember.

21   Q.   Okay.  Have you ever entered into lease agreements

22  in your life or contracts?

23   A.   Yes.

24   Q.   Okay.  Was it your practice to just sign an

25  agreement or to read it before you signed it?

Page 36

1       A.    My practice was to peruse it.

2       Q.    Okay.  So when you say peruse it, what type of

3    things would you be trying to look at?

4       A.    Looking at the headers and not reading the fine

5    print.  Because it's very hard for me to see, even with my

6    glasses.

7       Q.    Okay.  So because you didn't have your glasses,

8    you did not read anything?

9             You didn't even peruse this document?

10            I'm referring to Exhibit 1.

11            Did you peruse it at all?

12      A.    I can't -- no.

13      Q.    Okay.  So in this case, you're receiving a 21 page

14   document before you're taking a drug, and you're taking

15   J.R.'s word on everything that it may entail?

16      A.    Because I relied on Dr. Fonseca.

17      Q.    Well, but Dr. Fonseca wasn't --

18      A.    He --

19      Q.    -- with you --

20      A.    -- introduced me to J.R.

21            So if J.R. was good enough for Dr. Fonseca,

22   he was good enough for me.

23      Q.    Did you wonder whether or not that you should

24   maybe get your glasses and take a close look at it?

25      A.    I asked.  And he said, we don't have time.

Page 37

1      You're scheduled for an infusion in 15

2    minutes.  I can't --

3      Q.   But was this drug an infusion or an oral

4    medication?

5      A.   I think it was --

6      Q.   It was --

7      A.   -- both.

8      Q.   It was an oral medication.

9      A.   Oh, really.

10     Q.   There was no infusion.

11     A.   Oh, that -- I didn't know it was pills.

12          I never would have agreed to go and meet with

13   him.

14     Q.   So what do you recall him --

15     A.   He never told me anything.  He said, just show up,

16   and we'll start the treatment.

17          They called it the treatment, whatever the

18   treatment was.  And in the past, it was always an infusion.

19   So I thought I was getting a -- like in CyBorD, I was

20   getting an infusion.

21          And then he told me pills, and I never would

22   have agreed to that.  I can't swallow.  It gets caught in

23   my throat.

24     Q.   If -- put your glasses on for a minute.

25     A.   I didn't know how toxic the pills were.

Page 38

1      Q.   So take a look at the first sheet --

2      A.   Okay.

3      Q.   -- the first page.

4           Okay.  If you had perused the first page and

5   you had seen that this was a research study --

6      A.   Where does it say that?

7      Q.   In the very first -- "Please read this information

8   carefully.  It tells you important things about this" --

9      A.   Oh, research.

10     Q.   -- "research study."

11     A.   I probably --

12     Q.   What would it have meant to you to see the phrase

13  research study?

14     A.   I don't know if it meant anything to me.  I

15  just --

16     Q.   Well, what does it mean to you now?

17     A.   Well, they were testing it out or something.

18     Q.   Okay.  So you're saying that by having that

19  meeting with J.R., he never told you it was a research

20  study?

21     A.   That's right.

22     Q.   And if he had told you it was a research study,

23  that would have caused you to pause before you --

24     A.   Absolutely.

25     Q.   -- proceeded?

Page 39

1      A.   I wanted to discuss it with my friends and family,

2   and then weren't around.

3      Q.   Well, why were you wanting to talk about it with

4   your --

5              MR. MILSTEIN:  Well, your husband was.

6   BY MR. LIEDERMAN:

7      Q.   -- friends or family?

8      A.   Because I didn't know if --

9              MR. MILSTEIN:  Do you want to hear from the

10  husband, Arthur?

11             MR. LIEDERMAN:  I need to get this

12  testimony.

13             MR. MILSTEIN:  There is no -- why?  Is it

14  reliable?

15             THE WITNESS:  I -- I always hesitate.

16             Right now I always say, give me a minute to

17  think about it.

18             I want to -- I can't just be thrown into

19  something.  I need to think about it.

20             MR. LIEDERMAN:  Off the record.

21             (Recess taken from 10:26 a.m. to 10:45 a.m.

22             MR. LIEDERMAN:  Go back on the record.

23             Okay.  So after consultation with the

24  plaintiff's counsel, we've decided at this point to adjourn

25  Mrs. Spedale's deposition without date, subject to further

1   discussions about either the need to continue to complete

2   the deposition or terminating -- closing out the

3   deposition.

4                   That's it.

5                   (Deposition concluded at 10:45 a.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 41

1    STATE OF ARIZONA        )

2    COUNTY OF MARICOPA      )

3              BE IT KNOWN that the foregoing deposition was

4    taken by me pursuant to stipulation of counsel; that I was

5    then and there a Certified Reporter of the State of

6    Arizona, and by virtue thereof authorized to administer an

7    oath; that the witness before testifying was duly sworn by

8    me to testify to the whole truth; that the questions

9    propounded by counsel and the answers of the witness

10   thereto were taken down by me in shorthand and thereafter

11   transcribed into typewriting under my direction; that the

12   witness has requested a review pursuant to Rule 30(e)(2);

13   that the foregoing pages are a full, true, and accurate

14   transcript of all proceedings, all done to the best of my

15   skill and ability.

16             I FURTHER CERTIFY that I am in no way related to

17   nor employed by any parties hereto nor am I in any way

18   interested in the outcome hereof.

19             DATED at Phoenix, Arizona, this 3rd day of August,

20   2018.

21

22

23

24             _____

                Talia Douglas, RPR
25             Certified Reporter #50775

1                    DEPOSITION SIGNATURE PAGE

2    SPEDALE vs. CONSTELLATION PHARMACEUTICALS, INC.
     Assignment No. J2433646
3

4               DECLARATION UNDER PENALTY OF PERJURY

5               I declare under penalty of perjury that I have

6    read the entire transcript of my Deposition taken in the

7    captioned matter or the same has been read to me, and the

8    same is true and accurate, save and except for changes

9    and/or corrections, if any, as indicated by me on the

10   DEPOSITION ERRATA SHEET hereof, with the understanding that

11   I offer these changes as if still under oath.

12

13               Signed on the _____ day of

14   _____, 20_____.

15

16

17

18

19        _____
                         Iris Spedale

20

21

22

23

24

25

Page 43

1                        DEPOSITION ERRATA SHEET
                         Assignment No. J2433646
2

3     Page No._____Line No._____Change to:_____

4     _____

5     Reason for change:_____

6     Page No._____Line No._____Change to:_____

7     _____

8     Reason for change:_____

9     Page No._____Line No._____Change to:_____

10    _____

11    Reason for change:_____

12    Page No._____Line No._____Change to:_____

13    _____

14    Reason for change:_____

15    Page No._____Line No._____Change to:_____

16    _____

17    Reason for change:_____

18    Page No._____Line No._____Change to:_____

19    _____

20    Reason for change:_____

21    Page No._____Line No._____Change to:_____

22    _____

23    Reason for change:_____

24
      SIGNATURE:_____DATE:_____
25              Iris Spedale

Page 44

1                        DEPOSITION ERRATTA SHEET
                           Assignment No. J2433646
2

3     Page No._____Line No._____Change to:_____

4     _____

5     Reason for change:_____

6     Page No._____Line No._____Change to:_____

7     _____

8     Reason for change:_____

9     Page No._____Line No._____Change to:_____

10    _____

11    Reason for change:_____

12    Page No._____Line No._____Change to:_____

13    _____

14    Reason for change:_____

15    Page No._____Line No._____Change to:_____

16    _____

17    Reason for change:_____

18    Page No._____Line No._____Change to:_____

19    _____

20    Reason for change:_____

21    Page No._____Line No._____Change to:_____

22    _____

23    Reason for change:_____

24
      SIGNATURE:_____DATE:_____
25                   Iris Spedale