# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Iris Spedale, *et al.*, | No. CV-17-00109-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Constellation Pharmaceutical Incorporated, | |
| Defendant. | |

Pursuant to the Stipulation of Dismissal with Prejudice (Doc. 86),

IT IS HEREBY ORDERED granting the Stipulation of Dismissal with Prejudice (Doc. 86).

IT IS FURTHER ORDERED dismissing all claims by Plaintiff Daniel Spedale which were asserted or could have been asserted in this matter as against Defendant Constellation Pharmaceuticals, Inc., with prejudice. All parties to bear their own costs.

Dated this 12th day of March, 2020.

Honorable John J. Tuchi
United States District Judge