Jeffrey S. Hunter, #024426
RENAUD COOK DRURY MESAROS, PA
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
Email: *jhunter@rcdmlaw.com*

Arthur Liederman *(Pro Hac Vice)*
Nicole Battisti *(Pro Hac Vice)*
MORRISON MAHONEY, LLP
Wall Street Plaza
88 Pine Street, Suite 1900
New York, NY 10005
Telephone: (212) 825-1212
Facsimile: (212) 825-1313
Email: *aliederman@morrisonmahoney.com*
       *nbattisti@morrisonmahoney.com*

*Attorneys for Defendant Constellation Pharmaceuticals, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Iris Spedale and Daniel Spedale, husband and wife,<br><br>                                Plaintiffs,<br><br>v.<br><br>Constellation Pharmaceuticals, Inc.,<br><br>                                Defendant. | No. 2:17-cv-00109-JJT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED that Plaintiff, IRIS SPEDALE, dismisses all claims which were asserted, or could have been asserted in this matter as against defendant, CONSTELLATION PHARMACEUTICALS, INC., with prejudice.  All parties are to bear their own costs.

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853

IT IS FURTHER STIPULATED AND AGREED that signatures of counsel obtained by facsimile shall be deemed original. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: this 23 day of March, 2020.              Dated: this 19th day of March, 2020

SHERMAN, SILVERSTEIN, KOHL,                     MORRISON MAHONEY LLP
ROSE & PODOLSKI, P.A.

By      s/Alan C. Milstein                      By      *[signature]*
    Alan C. Milstein                               Nicole Battisti (Pro Hac Vice)
    308 Harper Drive, Suite 200                    Arthur Liederman (Pro Hac Vice)
    Moorestown, NJ 08057                           MORRISON MAHONEY, LLP
                                                   Wall Street Plaza,
                                                   88 Pine Street, Suite 1900
                                                   New York, NY 10005

*Attorneys for Plaintiff*                        *Attorneys for Defendant*
*IRIS SPEDALE*                                   *Constellation Pharmaceuticals, Inc.*

LAW OFFICES
RENAUD COOK
DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004
TELEPHONE (602) 307-9900
FACSIMILE (602) 307-5853