# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Iris Spedale, *et al.*, | No. CV-17-00109-PHX-JJT |
| Plaintiffs, | **ORDER** |
| v. | |
| Constellation Pharmaceutical Incorporated, | |
| Defendant. | |

Upon review of the Stipulation of Dismissal with Prejudice (Doc. 88), filed by Plaintiff Iris Spedale and Defendant Constellation Pharmaceuticals, Inc., and good cause appearing,

IT IS ORDERED granting the Stipulation (Doc. 88). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED vacating the due date of the Proposed Pretrial Order – 7/13/2020; the Final Pretrial Conference – 7/20/2020; and the trial date of 8/18/2020.

IT IS FURTHER ORDERED the Clerk of the Court shall close the matter.

Dated this 25th day of March, 2020.

Honorable John J. Tuchi
United States District Judge